UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| DAISY REYES,<br><br>                              Plaintiff,<br><br>      -against.<br><br>CROTHALL HEALTHCARE, INC.<br><br>                              Defendant. | Case No.: 1:17-cv-01003-KAM-VMS<br><br>**CROTHALL HEALTHCARE, INC.'S NOTICE OF MOTION FOR <u>SUMMARY JUDGMENT</u>**<br><br>**ORAL ARGUMENT REQUESTED** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE** that, upon the annexed affirmation of William E. Vita, Esq., dated May 15, 2018 and the exhibits thereto, and upon all pleadings and proceedings had herein, defendant Crothall Healthcare, Inc., will move this Court before the Honorable Judge Kiyo A. Matsumoto, at the Courthouse located at 225 Cadman Plaza East, Brooklyn, NY 11201, Room S905, Courtroom 6C, at a date and time to be determined by the Court, for an Order pursuant to Fed. R. Civ. P. 56, and for such other and further relief as the Court deems just and proper; and

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court-approved briefing schedule dated May 14, 2018, plaintiff's opposition to this motion shall be served on or before June 5, 2018 and Defendant shall serve its reply, if any, on or before June 12, 2018.

Dated:  Uniondale, New York
          May 15, 2018

                                        WESTERMAN BALL EDERER
                                        MILLER ZUCKER & SHARFSTEIN, LLP

                                        By: /s/ William E. Vita
                                             William E. Vita, Esq.
                                             1201 RXR Plaza
                                             Uniondale, New York 11556
                                             (516) 662-9200
                                             (516) 662-9212 fax
                                             wvita@westermanllp.com
                                             *Attorneys For Defendant*
                                             *Crothall Healthcare, Inc.*

To:     Nancy D. Wigler, Esq.
        98 Cutter Mill Road, Suite 486S
        Great Neck, New York 11021
        (516) 466-4767