UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DAISY REYES,

                Plaintiff,

    vs.

CROTHALL HEALTHCARE, INC.

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.: 1:17-cv-01003-KAM-VMS

**AFFIRMATION OF WILLIAM E. VITA IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**WILLIAM E. VITA** affirms the following under penalty of perjury:

1. I am a partner in the law firm of Westerman Ball Ederer Miller Zucker & Sharfstein, LLP.

2. I am an attorney for Defendant Crothall Healthcare, Inc. ("Crothall") and I am familiar with the above-captioned case.

3. I am admitted to appear before the United States District Court for the Eastern District of New York.

4. I respectfully submit this Affirmation supporting Crothall's motion for summary judgment. Summary judgment should be granted to Crothall because: 1) plaintiff was injured by the alleged negligence of her co-worker and therefore New York's Workers' Compensation Law provides her exclusive remedy; and 2) Crothall is not the property owner or lessee of the hospital where plaintiff injured herself and therefore Crothall does not owe plaintiff a common law duty with regard to the safety of the premises.

5. Attached as **Exhibit 1** is a true and accurate copy of Plaintiff's Complaint dated January 10, 2017.

6. Attached as **Exhibit 2** is a true and accurate copy of excerpts from the transcript of the

Deposition of Daisy Reyes, dated September 14, 2017.[1]

7.  Attached as **Exhibit 3** is a true and accurate copy of excerpts from the transcript of the Deposition of Richard Rossi, dated October 27, 2017.

8.  Attached as **Exhibit 4** is a true and accurate copy of excerpts from the transcript of the Deposition of Yulieth Fonseca, dated January 9, 2018.

9.  Attached as **Exhibit 5** is a true and accurate copy of the Contract between New York City Health and Hospitals Corporation and Crothall Healthcare, Inc., dated November 1, 2011.

10. Attached as **Exhibit 6** is a true and accurate copy of an Affidavit of Yulieth Fonseca, Dated May 11, 2018.

11. I aver that the foregoing statements made by me are true.  I am aware that I am subject to punishment if any of the following statements made by me are willfully false.

**WHEREFORE**, for the reasons stated above and in the accompanying Memorandum of Law and Rule 56.1 Statement, it is respectfully requested that the Court grant Crothall summary judgment dismissing plaintiff's Complaint and for such further relief as to the court deems just and proper.

Dated:  Uniondale, New York       WESTERMAN BALL EDERER
       May 15, 2018       MILLER ZUCKER & SHARFSTEIN, LLP

                By: /s/ William E. Vita_____
                    William E. Vita, Esq.
                    1201 RXR Plaza
                    Uniondale, New York 11556
                    (516) 662-9200
                    (516) 662-9212 fax
                    wvita@westermanllp.com
                    *Attorneys For Defendant*
                    *Crothall Healthcare, Inc.*

---

[1] Defendant Crothall originally provided sequential numbers for its exhibits until such time as the parties could confer on the format for the Joint Deposition Appendix required by local rules.  The parties agreed to use the same numbering when placing the deposition excerpts into the Joint Deposition Appendix, such that Exhibits 2, 3, and 4 as referenced in the pleadings are found in the Joint Deposition Appendix under those numbers.