Case 1:17-cv-01003-KAM-VMS Document 24-3 Filed 06/12/18 Page 1 of 136 PageID #: 87

# Exhibit 5

Contract between

## NEW YORK CITY HEALTH AND HOSPITALS CORPORATION

And

## CROTHALL HEALTHCARE, INC.

## DATE

**Term:** _____

**Expiration Date:** _____

**Renewal: Yes** _____**No**

**Amended:**

_____

Revised: February 2006

1

CMSG.272010-000001

Agreement made as of this 1st day of  November, 2011 ("Effective Date"), by and between the New York City Health and Hospitals Corporation (the "Corporation"), a public benefit corporation created under the laws of the State of New York, having its principal place of business at 125 Worth Street, New York, New York 10013, and Crothall Healthcare, Inc. the ("Contractor"),a Delaware corporation with its principal place of business at 955 Chesterbrook Blvd., Suite 300, Wayne, Pennsylvania 19087 (the Corporation and Contractor being referred to together as the "Parties" or individually as a "Party").

## WITNESSETH:

**WHEREAS**, the Corporation conducted a competitive selection process to outsource the management of its housekeeping services, using a Request for Proposals (the "RFP") and, as a result of the Corporation's evaluation process, determined that Contractor's proposal was the highest rated proposal, met the Corporation's requirements as set forth in the RFP and would be most advantageous to the Corporation; and

**WHEREAS**, Contractor wishes to enter into an agreement with the Corporation to provide housekeeping management services and the Corporation's Board of Directors has approved of the retention of Contractor to perform such services; and

**WHEREAS**, the Parties intend that the Corporation will continue to employ at its cost "Unionized Employees," as hereinafter defined, to perform the labor necessary to perform "Environmental Services," as hereinafter defined, and Contractor will pay the cost to purchase all supplies and equipment needed for the performance of Environmental Services and assume responsibility for managing the Unionized Employees; and

WHEREAS, Contractor intends to guarantee to the Corporation, subject to certain matters not under Contractor's control, that the Corporation's costs for its Unionized Employees, for overtime paid to its Unionized Employees, for the supplies and equipment required to perform Environmental Services, and that the cost of Contractor's own staff shall not exceed certain limits set forth in this Agreement; and

**WHEREAS**, Contractor also intends to guarantee to the Corporation that its own management fees will not exceed the amounts stated herein.

**NOW THEREFORE,** the parties agree as follows:

2

CMSG.272010-000002

## ARTICLE FIRST: TERM OF AGREEMENT; DEFINITION OF "CONTRACT YEAR"

This Agreement, when signed by an authorized representative of Contractor and the President of the Corporation, shall be deemed effective as of the date first above written (the "Effective Date"), and shall continue in effect until October 31, 2020 (the "Term") unless earlier terminated in accordance with the termination provisions hereof.

The period beginning on the Effective Date and ending the day before the next anniversary of Effective Date and all subsequent periods commencing on November 1 and ending the following October 31 shall be "Contract Years" and each shall be a "Contract Year."

## ARTICLE TWO: SCOPE OF SERVICES

Contractor shall perform the services described in Exhibit A-1 and the RFP, Exhibit A ("Environmental Services").

## 2.2 EXHIBITS INCORPORATED

Contractor's services shall meet the requirements outlined in this Agreement including those contained in the Exhibits to this Agreement all of which are incorporated into this Agreement and made a part hereof.

## 2.3 TASKS AND DELIVERABLES

The services to be performed by Contractor under this Agreement shall be at all times subject to the direction and control of the Corporation. The scope of work includes all tasks set forth in this Agreement and the RFP.

## 2.4 CONTRACTOR'S MANAGEMENT STAFF

The principal staff of Contractor carrying out the responsibilities under this Agreement is listed in Exhibit G. No substitution of key management personnel shall be made by Contractor without the prior written consent of the Corporation. The description of the qualifications of such staff shall include a current resume of academic training and professional experience, salary history and the names, addresses and telephone numbers of references who are familiar with the recent performance of each of the individuals and such other information as the Corporation may require. Contractor shall be responsible for providing the 52 non-union management employees listed on Exhibit G for performance of Contractor's services. The Corporation shall be required to provide all union labor to carry out the

3

CMSG.272010-000003

services within the scope of this Agreement.

## 2.5  THE CORPORATION'S STAFFING PLAN

Contractor will work collaboratively with the Corporation to develop and implement a staffing plan for performance of Environmental Services.  The Corporation's guaranteed staffing  expenditures for Environmental Services are identified in Section 3.1(f) as "PS Limits".  Within nine (9) to twelve (12) months after the Effective Date, Contractor will propose to the Corporation a revised staffing and work flow plan (the "Staffing Plan").  After making their best efforts in good faith to come to a mutual agreement for the Staffing Plan, such plan will be documented in writing and signed by authorized representatives for the Parties. The purpose of the revised staffing plan is to achieve lower costs through more efficient use of the Corporation's Unionized Employees  and its use of equipment to increase productivity.

The revised Staffing Plan will not use more than 1,355 full-time employees. For purposes of this Agreement, "Full-Time Employees" or "FTEs" shall be defined as those employees assigned a status on the HHC Personnel Services Expenditures Report as "full-time" or "FT".  All employees of the Corporation performing Environmental Services under this Agreement shall be referred to as "Unionized Employees."  Contractor and the Corporation understand and agree that to reach the Staffing Plan census of 1,355 FTE and 356 per diem employees will require a reduction of 193 FTE's and 50.73 per diem employees from the current complement of Unionized Employees, which the Corporation intends to achieve  through attrition of FTE staff and without laying off any Unionized Employees. The estimated attrition rate is 63 FTEs by the first anniversary of the Effective Date, plus an additional 90 FTEs by the second anniversary and an additional 40 FTEs by the end of the third Contract Year for a total of 193 FTEs by the third anniversary date of the Effective Date.

## 2.6 TRANSITION OF MANAGERS EMPLOYED BY THE CORPORATION

Principal and key management staff as noted in Exhibit G shall be Contractor's employees and all costs of their employment shall be borne by Contractor.  Contractor will provide an opportunity for the Corporation's existing housekeeping management employees to become Contractor's employees should they choose to do so and provided they meet Contractor's employment requirements and pre-employment screenings.   Any existing Corporation Environmental Services management employees who do not become Contractor's employees shall be released from their Environmental Services management roles prior to December 1, 2011.  The Corporation shall  be liable for time and leave as well as any and all other costs related to the separation of said employees. If the Corporation requires Contractor to hire a Corporation employee who does not meet Contractor's employment requirements and the hiring results in additional costs to

4

CMSG.272010-000004

Contractor, the parties shall adjust the Contract Price (as defined in Section 3.1) by Contractor's additional cost.

## 2.7 SUBCONTRACTORS

Work to be performed by Contractor under this Agreement may be performed by subcontractors upon the Parties' written agreement. Work performed by subcontractors is subject to the same review and approval process as Contractor's work. Contractor is fully responsible to the Corporation for the satisfactory completion of all work performed by subcontractors. The subcontractors shall comply with the terms of Section 6.13.2 of this Agreement. Contractor shall be responsible for any subcontractor's failure to comply with such Section.

## 2.8 DRAWINGS AND TECHNICAL DOCUMENTS

All drawings and technical documents of any nature, and copies thereof, prepared as part of the services herein shall be the property of the Corporation, shall be treated as confidential and shall be delivered to the Corporation on request and in all events upon completion of services.

## ARTICLE THREE: FEE FOR SERVICES; CONTRACTOR'S GUARANTEES

### 3.1   FEES

The Corporation shall pay, and the Contractor agrees to accept in full payment for the complete and satisfactory performance of all services required to be performed pursuant to this Agreement, the estimated amounts set forth on Exhibits C-1, C-2, C-3, (the "Contract Price").  Such amounts and the Management Cost Limits include the adjustments described below all of which are already reflected in Exhibits C1, C2 and C3 and in the Management Cost Limits.   It is the intention of the Parties that the Corporation will continue to directly pay to its Unionized Employees their salaries, benefits and any over-time due to them for their work performing Environmental Services.  The amount of payments to Unionized Employees is subject to the PS Limits set out at Section 3.1(f) and the amount paid to Unionized Employees for over-time is subject to the limits set out at Section 3.1(d).  Contractor will invoice the Corporation monthly for the following: (I) its actual management compensation plus various payroll taxes and benefits to be assessed at the rate agreed upon in Section 3.1(a)(i) below (subject to the Management Cost Limits set out in Section 3.1(a)(i)); (II) its management fee (subject to the Management Fee Limit contained in Section 3.1(a)(iii); and the OTPS expenses (subject to the OTPS Limit set forth at Section 3.1(e); and for the  cost of any Additional Equipment, as that term is defined in Section 3.1(k)(ii) (subject to the limitations, requirements for prior approvals and to the amortization schedule all detailed in Section 3.1(k)(ii)).

5

CMSG.272010-000005

a.    The Contract Price for the second and each subsequent Contract Year, as set forth in Exhibits C1, C2, and C3, includes the following annual adjustments that are already reflected in the Contract Price:

  i.    **ANNUAL ADJUSTMENT TO CONTRACTOR MANAGERS LABOR COSTS**

At the end of each Contract Year, Contractor management labor compensation components of the Contract Price shall increase by ██████████. Fringe benefits and payroll taxes for Contractor's labor compensation shall remain fixed at █████████████████ of such labor compensation. If Contractor's total expenditures are less than the total cost for Contractor's management costs specified in Exhibit C3, the Corporation shall pay the lesser amount. Contractor shall provide to the Corporation a total of 52 managers throughout the Term. Contractor may provide fewer managers with the prior approval of the Corporation. Contractor's guaranteed "Management Cost Limits" for management labor costs, including fringe benefits and wages, for the full Term will not exceed ████████. Guarantees will be allocated for each Contract Year as follows:

| Contract Year | |
|---|---|
| 11/1/11 to 10/31/12 | |
| 11/1/12 to 10/31/13 | |
| 11/1/13 to 10/31/14 | |
| 11/1/14 to 10/31/15 | |
| 11/1/15 to 10/31/16 | |
| 11/1/16 to 10/31/17 | |
| 11/1/17 to 10/31/18 | |
| 11/1/18 to 10/31/19 | |
| 11/1/19 to 10/31/20 | |

  ii.    **ANNUAL ADJUSTMENT TO OPERATING COSTS**
At the end of each Contract Year the following OTPS components of the Contract Price shall increase by ████ (A) equipment repair; (B) general liability insurance; (C) employee recognition program; (D) office supplies; (E) telephone; (F) postage expenses; and (G) other purchased services included in Contract Price. Increases

6

CMSG.272010-000006

identified above have been included in the total "OTPS Limit" in Section 3.1(e).

### iii. CONTRACTOR'S MANAGEMENT FEE GUARANTEE

Contractor guarantees that the amount spent by the Corporation on Environmental Services management fees for each Contract Year shall not exceed the amounts set forth in the chart below, which already reflects  increases of ▮▮▮▮ Contract Years 4 and 7 of the management fee and a ▮▮▮ increase annually in the support functions.

Contractor guarantees that the total cost of the management fee over the full Term will not exceed ▮▮▮▮▮▮▮ and guarantees the following for each Contract Year:

| Contract Year | |
| --- | --- |
| 11/1/11 to 10/31/12 | ███ |
| 11/1/12 to 10/31/13 | ███ |
| 11/1/13 to 10/31/14 | ███ |
| 11/1/14 to 10/31/15 | ███ |
| 11/1/15 to 10/31/16 | ███ |
| 11/1/16 to 10/31/17 | ███ |
| 11/1/17 to 10/31/18 | ███ |
| 11/1/18 to 10/31/19 | ███ |
| 11/1/19 to 10/31/20 | ███ |

b.    The Contract Price shall be subject to further adjustment as follows at any time during the Term:

### i. CHANGE IN SCOPE OF SERVICES

If  the Corporation requests that Contractor make a substantial increase or decrease in the quantity or quality of housekeeping tasks or other Environmental Services, or the frequency of provision of such services from what is currently provided as part of the Corporation's operations by reason of (a) the Corporation opening or closing units in existing buildings or in new buildings or permanently closing buildings or;

7

(b) a substantial change in the Corporation's patient activity from its current operations (e.g., a substantial increase or decrease in patient census or patient utilization of Environmental Services), or any other similar substantial change in required Environmental Services from its current operations, and should such change in services result in a material increase or decrease in costs to Contractor to fulfill its obligations under this Agreement, the Contract Price shall be increased or decreased by the actual resulting increases or decreases in costs to Contractor, such increases or decreases taking effect prospectively from the date the parties mutually agree in writing that the change in service caused the Contractor costs to increase or decrease.

ii.     **CHANGE IN TAX RATES OR MINIMUM WAGE RATE**

If there is a change in social security taxes, federal or state unemployment taxes, or in the event of imposition of any new federal, state or local payroll based taxes, or an increase in the minimum wage rate or the enactment of any "living wage" laws by any governmental entity, the Contract Price shall be increased to account for the projected change in actual costs to the Contractor from the time Contractor incurs any such increases. The Contract Price will also be increased to reflect any additional costs incurred by Contractor in to implement any legislation or other legal requirements not in effect as of the date hereof, including, but not limited to, the implementation of the Patient Protection and Affordable Care Act, the Health Care and Education Reconciliation Act of 2010 or other health care rules and regulations. The adjustment to the Contract Price will be effective prospectively from the date such legislation or legal requirements impose actual additional costs on Contractor.

c.     **INTENTIONALLY OMITTED**

d.     **OVERTIME LIMIT**

Contractor guarantees that the amount spent by the Corporation on overtime for the Corporation's Unionized Employees for each year of this Agreement commencing on December 1st and ending on November 30th ("Overtime Limit Period") shall not exceed the amounts set forth in the chart below or as may be adjusted in accordance with Section 3.1(d)(iii) below (the "Overtime Limit"). The Parties shall reconcile and agree upon the total amount paid by Corporation to the Corporation's Unionized Employees for overtime no later than sixty (60) days following the end of each Contract Year. A facility-by-facility breakdown of the Overtime Guarantee Amount is set forth on Exhibit F. Such Exhibit is for reference purposes only and it is the Parties' intent that the Overtime Limit be reconciled in the aggregate rather than by facility for the respective Guarantee Period.

8

CMSG.272010-000008



| Guaranteed Period |
| --- |
| 11/1/11 to 10/31/12 |
| 11/1/12 to 10/31/13 |
| 11/1/13 to 10/31/14 |
| 11/1/14 to 10/31/15 |
| 11/1/15 to 10/31/16 |
| 11/1/16 to 10/31/17 |
| 11/1/17 to 10/31/18 |
| 11/1/18 to 10/31/19 |
| **11/1/19 to 10/31/20** |

i.       Reconciling Payments: If the Corporation's total costs for overtime paid to Unionized Employees during an Overtime Guarantee Period exceed the Overtime Limit, Contractor shall, subject to the terms of Sections 3.1(h) and 3.1(j) below, within sixty (60) days after the end of the applicable reconciliation set forth above, reimburse the Corporation for any amounts in excess thereof.

ii.      If this Agreement is terminated by the Corporation on a date other than the last day of the Overtime Guarantee Period, Contractor shall not be liable to make any payment called for in this Section 3.1(d) with respect to such partial year. If this Agreement is terminated by Contractor on a date other than the last day of the Overtime Guarantee Period, Contractor shall be liable to make payments to the Corporation on a pro-rated basis.

iii.     Adjustments to Overtime Guarantee. The Overtime Limit shall be increased by the amount of overtime costs projected to be necessary in the event of the following:

1.       During any Guaranteed Period, the Corporation grants the Corporation's Unionized Employees an annual percentage increase.

2.       The Corporation requests that Contractor make a substantial change in its performance of Environmental Services, in quantity or quality or frequency from what the Corporation currently provides as part of the Corporation's current operations and such change requires additional Unionized Employee staffing, but the Corporation does not increase the Corporation's Unionized Employee staffing accordingly thereby necessitating an increase in overtime by the Unionized Employee staff.

3.       There is a new agreement or a change in the existing agreement with the union representing the Unionized Employees resulting in increased paid time off, vacation, sick, personal time, holiday time, leaves of

9

CMSG.272010-000009

absence, or other extended leaves that would require additional Unionized Employee staffing, but the Corporation does not increase the Unionized Employee staffing accordingly, necessitating an increase in overtime to utilize the current Unionized Employee staff.

e.    **OTPS LIMIT**

Contractor guarantees that the total amount spent on OTPS expenses by the Corporation for each Contract Year shall not exceed the amount set forth in the chart below (the "OTPS Limit"). The total guaranteed cost of the Corporation's OTPS budget over the full Term will be                    Exhibit A-4 identifies as Other Than Payroll Costs –Scope of Work and what is included in the OTPS Limit.



| Contract Year | |
|---|---|
| 11/1/11 to 10/31/12 | |
| 11/1/12 to 10/31/13 | |
| 11/1/13 to 10/31/14 | |
| 11/1/14 to 10/31/15 | |
| 11/1/15 to 10/31/16 | |
| 11/1/16 to 10/31/17 | |
| 11/1/17 to 10/31/18 | |
| 11/1/18 to 10/31/19 | |
| 11/1/19 to 10/31/20 | |

i.    All products and services currently procured by the Corporation for the operation of Environmental Services and covered by the OTPS Limit shall be procured directly by the Contractor no later than 120 days from the Effective Date.   During the initial 120 day conversion period from the Effective Date, Contractor will reimburse the Corporation for all purchases made by the Corporation for products and services required to provide Environmental Services to the Corporation's facilities that are covered by the OTPS Limit.

ii.    The Corporation's payments to Contractor for all OTPS covered under the OTPS Limit and purchases made by Contractor on behalf of the Corporation shall not exceed the OTPS Limit.  The Corporation shall have no obligation to pay Contractor above OTPS Limit.  Contractor shall invoice the Corporation 1/12 of the OTPS Limit for the Contract Year every month.

10

1.  If the Corporation requests that Contractor make a substantial increase or decrease in quantity or quality of Environmental Services or frequency of provision of such services, from what is currently provided as part of the Corporation's operations by reason of (a) the Corporation's opening or closing of new units in existing buildings or opening new buildings or permanently closing units or buildings (b) a substantial change in the Corporation's patient activity from its current operations (e.g., a substantial increase or decrease in patient census or patient utilization of Environmental Services), or any other similar substantial change in Environmental Services from its current operations, and should such change in services result in a material increase or decrease in the actual costs to Contractor, the OTPS Limit shall be changed prospectively by an amount equal to the projected change in actual costs to Contractor, such increases or decreases taking effect from the date the Parties agree in writing that the change in service caused the actual costs to increase or decrease.

2.  The Corporation and the Contractor agree that snow removal and grounds maintenance shall not be included in either the PS or the OTPS guarantees and shall be paid by the Corporation for actual expenses incurred. The Parties shall identify and agree on a budget for those categories of expenses within 120 days after the Effective Date.

3.  The Corporation and Contractor acknowledge that OTPS expenses for certain off-site locations identified in Exhibit I may not have been included in the OTPS expenses shared with Contractor. If the OTPS expenses for such locations have not been included in the OTPS expenses shared with Contractor for any Contract Year, such expenses may be added to the OTPS Limit for that Contract Year upon validation and agreement of the Parties in writing.

4.  Contractor will observe the spirit of employing blind New Yorkers in accordance with the New York State Preferred Source program, by continuing the Corporation's policy of buying products (e.g. mops, brooms and brushes) from Industries for the Blind of New York State, Inc. in so far as these products are competitively priced and meet the required specifications.

5.  An inventory of Environmental Services shall be taken immediately subsequent to the Effective Date, approved by the Parties in writing and attached to this Agreement as Exhibit K. The value of this inventory shall be compared to the value of a similar inventory taken immediately prior to the termination of this Agreement and payment equal to the difference shall be made by the appropriate Party to the other Party.

f.    **PS LIMIT**.  Contractor will guarantee the Corporation's PS Limit for Environmental Services as follows:

11

i.    Contractor guarantees that under the Staffing Plan the Corporation's total expenditures for Unionized Employees rendering Environmental Services will not exceed the amounts for each corresponding Contract Year identified in the chart below for a total of ███████ in the aggregate for the full Term. The Staffing Plan and total full-time Unionized Employees will be consistent with Section 2.5. The Corporation and Contractor acknowledge that the eventual Staffing Plan will take approximately thirty-six (36) months to achieve 1,355 FTEs.



| Contract Year | |
|---|---|
| 11/1/11 to 10/31/12 | |
| 11/1/12 to 10/31/13 | |
| 11/1/13 to 10/31/14 | |
| 11/1/14 to 10/31/15 | |
| 11/1/15 to 10/31/16 | |
| 11/1/16 to 10/31/17 | |
| 11/1/17 to 10/31/18 | |
| 11/1/18 to 10/31/19 | |
| 11/1/19 to 10/31/20 | |

ii.    Costs for Unionized Employees will include but not be limited to the following: per-diem employees, hourly employees, FTEs and part-time employees. The total PS Limits shall not include, overtime, fringe benefits costs, time and leave paid to workers after separation of services from the Corporation, and increases the Corporation may agree to in its labor agreements after the Staffing Plan has been mutually agreed to by the Parties in writing.

iii.    If the Staffing Plan of 1355 FTEs is not reached on schedule, the PS Limits for the applicable Contract Year shall be adjusted to reflect the Corporation's actual expenditures for the FTEs who remain employed by the Corporation (unatritted) throughout that Contract Year. No adjustments will be allowed for unatritted per diem employees.

iv.    If the Staffing Plan of 1355 FTEs is reached prior to the beginning of the Contract Year beginning 11/1/12, then the PS Limits for that period will be adjusted to equal ███████ If the Staffing Plan of

12

CMSG.272010-000012

1355 FTEs is reached prior to the beginning of the Contract Year beginning 11/1/13, then the PS Limits for that Contract Year will be adjusted to equal ████████████

v.    Failure of the Contractor to meet any requirements of this Section 3.1(f) shall constitute a material breach of this Agreement.

1.    Annual Reconciling Payments:  If the total cost of Unionized Employees during any Contract Year exceeds the total PS Limit FTEs  after any adjustments permitted hereunder, Contractor shall, within sixty (60) days after the end of each Contract Year and subject to the terms of Sections 3.1(h) and 3.1(j), pay the difference between the total paid by the Corporation and the PS Limit.

2.    Reconciling Payments upon Termination: If this Agreement is terminated by the Corporation on a date other than the last day of a Contract Year, Contractor shall not be liable to make any payment called for in this Section 3.1(f) in respect to such partial Contract Year.  If this Agreement is terminated by Contractor on a date other than the last day of a Contract Year, Contractor shall be liable to make payments to the Corporation for amounts in excess of the PS Limit on a pro-rated basis.

ii.    Adjustments to PS Limit.

1. No later than 60 days following the end of each Contract Year requiring adjustment, Contractor and the Corporation shall  meet to make any necessary adjustments to the PS Limits in accordance with this Agreement.

2.    If the Corporation requests that Contractor make a substantial change in services (an increase or decrease) in quantity or quality of Environmental Services or frequency of provision of such services, from what is currently provided as part of the Corporation's operations by reason of (a) the Corporation's opening or closing of new units in existing buildings or opening new buildings or permanently closing units or buildings or (b) a substantial change in the Corporation's patient activity from its current operations (e.g., a substantial increase or decrease in patient census or patient utilization of Environmental Services), or any other similar substantial change in Environmental Services from its current operations, and if such change in services result in a material increase or decrease the cost of the Unionized Employees engaged in Environmental Services, the PS Limit shall be changed prospectively by an amount equal to the projected change in the cost of Unionized Employees FTE's performing Environmental Services, such increases or decreases to take effect from the date the Parties agree in writing that the change in service resulted in the change in costs.

13

CMSG.272010-000013

        2.     Consistent with  Section 3.1, subsection (f)ii(1) above, the PS Limit shall be increased or decreased by the projected increase or decrease in the cost for Unionized Employees to perform Environmental Services resulting from a policy change in the amount of vacation pay, sick pay, holiday pay, or bereavement pay that can be earned by a Unionized Employee.

g.     **INFORMATION ON UNIONIZED EMPLOYEES**:  With respect to the guarantees made in Sections 3.1(d) and 3.1(f) above, at the end of each of its pay periods, the Corporation shall  provide  Contractor with the Corporation's Personnel Services Expenditures Report containing information for the Unionized Employees paid for such pay period. Contractor shall be responsible for providing, and tracking the following information for purposes of reconciling the guarantees: his or her name, the hours paid for work (including overtime), sick leave, vacation, bereavement leave, legal holiday leave, and special holiday pay, provided that the Corporation provides Contractor with the Personnel Services Expenditures Report with the applicable Unionized Employees payroll information. Contractor and the Corporation shall agree for each Unionized Employee the number of hours worked and the amount paid to the Unionized Employees for overtime during each of the Corporation's pay periods.  The Parties' by their authorized representatives shall record such agreement.

h.     **RIGHT TO OFFSET GUARANTEE SAVINGS AGAINST GUARANTEE OVERSPEND.**  Contractor may not offset any savings realized by the Corporation under a guarantee made by Contractor under Sections 3.1(d), 3.1(e), or 3.1(f) against any overspend  by the Corporation under another guarantee made under such Sections. For example, if Contractor exceeded  the OTPS Limit by ████ during a Contract Year and under-spent on the Overtime Limit during the same period by ██████ Contractor shall not offset the under-spending on the Overtime  Limit  against  the  over-spending  on  the  OTPS  Limit.  While all guarantees given by Contractor hereunder are independent and not to be off-set one against the other, all such guarantees are made in the aggregate across the Corporation's individual facilities listed on Exhibits B and I and adjustments may be made within and between such facilities, up or down, from the estimated aggregate guarantee.

i.     **HCAHPS QUALITY PARTNERSHIP PROGRAM**

The Parties' HCAHPS quality partnership program is attached hereto as Exhibit E ("HCAHPS Incentive Program") and is made part of this Agreement.

j.     **CONTRACTOR RIGHT TO WITHHOLD PAYMENT**

If the Corporation has not timely made any payment due to Contractor hereunder and such failure continues after any applicable notice and cure period, as set forth in Section 7.1.1.e below, then Contractor may off-set any such delinquency

14

against any payment due to the Corporation under Sections 3.1(d), 3.1(e), 3.1(f), or 3.1(i) above until such time as the Corporation is current with respect to its payment obligations.

k.      **EQUIPMENT PURCHASES**

i.      <u>Equipment for Which Contractor is Financially Responsible</u>: Upon the Effective Date, and upon the beginning of the 4th Contract Year and the beginning of the 7th Contract Year, Contractor shall make ███████████ ████████████████████████████ (the "Contractor Equipment Cost") available for the purchase of  housekeeping equipment (the "Contractor Equipment"). The Contractor Equipment purchases shall be made in such a manner and located in such facility as is agreed by the Parties in writing.  Such Contractor Equipment shall improve the efficiency and productivity of the Corporation's Environmental Services.   The Contractor Equipment shall be Contractor's property subject to this Section. The Contractor Equipment Cost is not included in the Contract Price.  It shall be amortized by Contractor over a period of three (3) years commencing from the time the equipment is received by the Corporation.  If this Agreement is terminated by either party for any reason prior to the end of the amortization period, the Corporation shall have the option to pay any unamortized balance remaining for any Contractor Equipment on or before the date of the termination of this Agreement and thereby acquire ownership and full title to such Contractor Equipment.   Furthermore, title to the Contractor Equipment shall pass to Corporation upon its full amortization, or, if this Agreement is terminated prior to full amortization, upon the Corporation's payment to Contractor of the un-amortized balance remaining for such Contractor Equipment.

ii.     <u>Additional Equipment Purchases for Which the Corporation Is Financially Responsible</u>: Contractor may spend up to ████████████████ ███████████ (the "Additional Equipment Cost") for additional Environmental Services equipment ("Additional Equipment") with the Corporation's prior written agreement.   Such Additional Equipment shall improve the efficiency and productivity of the Corporation's Environmental Services.   The Additional Equipment Cost shall be added to the Contract Price and shall be paid by the Corporation as part of its monthly payments in equal installments of principal plus the Interest Rate (as defined below) commencing on the date such Additional Equipment purchases are made and continuing for a period of three (3) years from the date such purchases are made. If this Agreement is terminated by either party for any reason prior to end of the three (3) year from the purchase of  the Additional Equipment, the Corporation shall pay any un-amortized balance remaining for the Additional Equipment cost on or before the date of termination. Contractor shall initially retain title to the Additional Equipment.  Title to the

15

CMSG.272010-000015

Additional Equipment shall pass to the Corporation after the Corporation's full payment to the Contractor, or, if this Agreement is terminated prior to the full payment to the Contractor. "Interest Rate" means████ or the Corporation's exempt bond rate, whichever is lower on the date of the purchase of the Additional Equipment.

I. The Corporation has awarded this Agreement to Contractor to achieve the goals set out in this Section 3.1. Failure of Contractor to meet any requirements of this Section 3.1 shall constitute a material breach of this Agreement.

## 3.2 SUBMISSION OF MONTHLY INVOICES; RECONCILIATIONS

Contractor shall submit monthly invoices to the Corporation for the payment of the following items: (I) its management labor expenditures in accordance with Sections 3.1(a)(i) and (ii); (II) its management fee in accordance with Sections 3.1(a)(iii) and 3.1(b); (III) the OTPS expenditures in accordance with Section 3.1(e); and (IV) the cost of any Additional Equipment in accordance with Section 3.1(k)(ii). All such invoices shall be rendered in respect of the costs for the calendar month previous to the month in which the invoice is submitted. Furthermore, Contractor and the Corporation shall make the annual reconciling payments: (V) with respect to the Corporation's PS costs in accordance with Section 3.1(f)(ii)(2); and (VI) with respect to the over-time of Unionized Employees in accordance with Section 3.1(d)(i).

## 3.3 DISALLOWANCES

The Corporation reserves the right to disallow any amount claimed by the Contractor not in accordance with this Agreement provided the Corporation gives notice to Contractor, setting forth the basis of any disallowance. Contractor shall be given the opportunity to resubmit any charges, with explanations, within thirty days of receipt of such notice.

## 3.4 PAYMENT OF INVOICES

The Corporation shall make its best efforts to pay the invoices within sixty (60) days of receipt thereof provided they are submitted in the form required by this Article.

3.5   **SAMPLE INVOICE**

Attached hereto as Exhibit H is Contractor's sample invoice.

## ARTICLE FOURTH:
## REPRESENTATIONS AND WARRANTIES

16

CMSG.272010-000016

## 4.1 PROCUREMENT OF AGREEMENT

Contractor represents and warrants that no person, entity or selling agency has been employed or retained to solicit or secure this Agreement upon an agreement or understanding for a commission, percentage, brokerage fee, contingency fee or any other compensation. Contractor further represents and warrants that no payment, gift or thing of value has been made, given or promised to obtain this or any other agreement between the parties. Contractor makes such representations and warranties to induce the Corporation to enter into this Agreement and the Corporation relies upon such representations and warranties in the execution hereof.

## 4.2 CONFLICT OF INTEREST

Contractor represents and warrants that, to the best of its knowledge and belief, neither it nor any of its directors and officers, or employees, has any interest nor shall they acquire any interest, directly or indirectly, which would or may conflict in any manner or degree with the performance or rendering of the services herein provided. Contractor further represents and warrants that in the performance of or the rendering of services under this Agreement, to the best of its knowledge and belief, no person – whether an officer or director or employee - having such interest or possible interest shall be employed by it. No elected official or other officer or employee of the Corporation or City of New York (the "City"), nor any person whose salary is payable, in whole or in part, from the City Treasury, shall participate in any decision relating to this Agreement which affects such person's personal interest or the interest of any corporation, partnership or association in which such person is, directly or indirectly, interested; nor shall any such person have an interest, direct or indirect, in this Agreement or in the proceeds thereof. It is understood and agreed that the following are all excluded from the foregoing representation and warranty, unless they have received a commission or brokerage fee, gifts, or any other consideration, as a quid pro quo for the award of this Agreement to Contractor, separate and apart from the payment for services rendered to the Corporation under this Agreement: (a) all of Contractor's full-time, salaried personnel who were involved with preparing Contractor's response to the RFP or who are rendering services covered by this Agreement, (b) shareholders of the Contractor or the Contractor's parent company who are not involved in making decisions under this Agreement and (c) any independently-contracted individual who is not an officer or director of Contractor receiving compensation from Contractor for providing services to the Corporation under this Agreement.

## 4.3 NO DEFAULTS

Contractor represents and warrants that it: (a) is not in arrears to the Corporation or City upon debt or contract, and is not a defaulter, as surety or otherwise, upon any obligation to the Corporation and the City of New York, and has not been declared not responsible or disqualified, by any agency of the City or State of New York nor is there any proceeding pending relating to the responsibility or qualification of the Contractor to enter into any public contract; and (b) has paid all applicable City income,

17

CMSG.272010-000017

excise, and other taxes due from all years it has conducted business activities in the City.

## 4.4 FAIR PRACTICES

Contractor and each person signing on behalf of Contractor represents, warrants and certifies, under penalty of perjury, that to the best of their knowledge and belief:

a.  The prices in this Agreement have been arrived at independently without collusion, communication or agreement, with the intent of restricting competition, as to any matter relating to such prices with any other competitor;

b.  Unless otherwise required by law, the prices which have been quoted in this Agreement and on the proposal submitted by Contractor have not been knowingly disclosed by Contractor prior to the proposal opening, directly or indirectly, to any other bidder or to any competitor; and

c.  No attempt has been made or will be made by Contractor to induce any other person, partnership, corporation or other entity to submit or not to submit a proposal with the intent of restricting competition.

That Contractor has (i) published price lists, rates, or tariffs covering items being procured; (ii) informed prospective customers of proposed or pending publication of new or revised price lists for such items; or (iii) has sold the same items to other customers at the same prices being bid, does not constitute, without more, a disclosure within the meaning of paragraphs (a) or (b) above.

## 4.5 TERMINATION FOR BREACH OF REPRESENTATIONS AND WARRANTIES

For a breach or violation of the representations or warranties set forth above in Sections 4.1, 4.2, 4.3 and 4.4 that has been judicially determined to have occurred (unless the parties agreed that such breach or violation has occurred), the Corporation shall have the right to annul this Agreement immediately without notice or liability, entitling the Corporation to recover all monies paid hereunder and Contractor shall not make claim for, or be entitled to recover, any sum or sums due or paid under this Agreement. This remedy, if effected, shall not constitute the sole remedy afforded the Corporation for the violation or breach of said representations and/or warranties, nor shall it constitute a waiver of the Corporation's right to claim damages or refuse payment or to take any other action provided for by law or pursuant to this Agreement.

## 4.6 LOWEST FEE

Contractor represents and warrants that the direct fees for services charged to the Corporation for those services which the Corporation receives pursuant to the terms of the Agreement shall be the lowest fees for services which are charged by

18

CMSG.272010-000018

Contractor to any of Contractor's customers for like services. This representation and warranty includes those customers of the Contractor who are, as of the date of this Agreement, under contract with Contractor and under any subsequent renewal of any such contract. Should the Corporation, at any time, determine that the representation and warranty above has been breached, then in that case, payment to Contractor by the Corporation shall be modified to reflect payment only at the aforesaid "lowest fees."

## 4.7 BACKGROUND QUESTIONNAIRES

Contractor represents and warrants that (a) all questions in the appropriate Principal and Vendor Questionnaires (the "Questionnaires") have been fully answered in accordance with the Vendor's Guide to Vendex, (b) such information is in no respect misleading, and (c) the Questionnaires have been duly executed and submitted to the Corporation. Contractor may obtain copies of the Questionnaires and the Vendor's Guide to Vendex from the City's website. Contractor understands that the Corporation's reliance upon the completeness of Contractor's answers and veracity of the information stated therein are material conditions to the Corporation's execution of this Agreement. Contractor shall submit the appropriate Questionnaires, or if applicable, a "Certification of No Change" upon the extension or renewal of this Agreement. Contractor shall submit newly completed Questionnaires to the Corporation every three (3) years. This Agreement shall be a nullity until Contractor submits fully completed, signed and notarized Questionnaires to the Corporation. If, for any reason, final review of the Questionnaires and Contractor's background by the Corporation cannot be obtained prior to full execution of this Agreement, the Agreement shall nevertheless be and continue to be in full force and effect, subject to the following. The Corporation may terminate this Agreement immediately upon written notice to Contractor after receipt of information from the Corporation's Office of the Inspector General or the NYC Department of Investigation of the kind that would typically be used as a basis for finding a contractor not responsible to receive a contract award. Such notice will provide Contractor with an opportunity to contest the accuracy of the information at a hearing before a panel of Corporation officials, at which hearing Contractor may be represented by counsel. In no event shall any such termination affect the Corporation's obligation to pay for services satisfactorily performed and/or goods delivered in accordance with the Agreement prior to termination. The Corporation will pay Contractor for any services or deliverables satisfactorily performed or delivered, as applicable, on a *quantum meruit* basis, at the rates or prices set forth in the Agreement, as applicable.

## 4.8 PROHIBITION ON GIFTS AND GRATUITIES

Contractor agrees that neither it nor any of its directors, officers, members, partners, employees or agents shall directly or indirectly give any gift in any form, including but not limited to money, service, loan, travel, entertainment, hospitality, thing or promise, to members of the Corporation's Board of Directors, Community Advisory

CMSG.272010-000019

Boards, Corporation officers, employees, or personnel working for any Corporation hospital auxiliary or professional or academic affiliate. In the event that Contractor, its employees or agents give a gift to any said person, such act will constitute a material breach of the Agreement and the Corporation shall have a right to terminate the Agreement upon 10 days written notice to Contractor.

## ARTICLE FIFTH:
## AUDIT BY THE CORPORATION AND CITY
### 5.1 DOCUMENTATION SUBJECT TO AUDIT

All vouchers or invoices presented for payment to be made hereunder, and the books, records and accounts upon which said vouchers or invoices are based are subject to audit by the Corporation and also by the Comptroller of the City of New York (the "Comptroller") pursuant to the powers and responsibilities as conferred upon said Comptroller by the Charter and Administrative Code of the City of New York, as well as all orders and regulations promulgated pursuant thereto.

### 5.2 SUBMISSION OF DOCUMENTATION

Contractor shall submit any and all documentation and justification in support of expenditures or fees under this Agreement as may be required by the Corporation and the Comptroller so that they may evaluate the reasonableness of the charges.

### 5.3 MAINTENANCE OF RECORDS

Contractor shall maintain separate and accurate books, vouchers, invoices, documents and records in accordance with standard accounting procedures and practices that sufficiently and properly reflect all direct and indirect costs of any nature expended in the performance of this Agreement. Contractor shall retain such documents for six (6) years after the final payment or termination of this Agreement, whichever is later. Contractor shall make available all such records for periodic inspection, audit and review by the State of New York, Federal Government and other persons duly authorized by the Corporation or City of New York, including the Corporation's Office of the Inspector General, upon request of the Corporation.

### 5.4 WITHHOLDING OF PAYMENT

If an investigation, inspection or audit is commenced, the Corporation has the right to withhold payments which are the subject of such investigation, if any payment is due, until all the requirements set forth above have been satisfactorily met by Contractor.

## ARTICLE SIXTH:
## COVENANTS OF THE CONTRACTOR
### 6.1 CONTRACTOR's EMPLOYEES; AGENTS; AND INDEPENDENT CONTRACTORS

**6.1.1** All officers, agents or employees of Contractor, and all independent

20

CMSG.272010-000020

contractors engaged by Contractor to perform work under this Agreement, are neither employees of the Corporation nor the City nor under contract to either the Corporation or the City of New York and Contractor alone is responsible for their work, direction, compensation and personal conduct while performing pursuant to this Agreement. Except under the circumstances when Contractor's employee or agent is directed by the Corporation or the City to perform services in a manner contrary to that which Contractor, in its reasonable judgment deems appropriate, and provided that such person is not otherwise negligent or engaging in intentional misconduct, nothing in this Agreement shall impose any liability or duty on the Corporation or the City for: (a) the negligent acts, omissions, liabilities or obligations of Contractor or any person, firm, company, agency, association, corporation or organization engaged by Contractor as expert, consultant, independent contractor, specialist, trainee, employee or agent; or (b) taxes of any nature.

**6.1.2** Prior to assigning any employee, agent or independent contractor to work at a Corporation site, Contractor shall ensure that a criminal history background check is conducted (a "Background Check") on such person covering the three years prior to such proposed assignment. A Background Check must include, for New York State ("NYS") residents, a criminal history record search of the NYS Office of Court Administration's records for all 62 NYS counties. In addition, Contractor shall conduct a Background Check through the records for any other state in which the person resided in the last three (3) years. The Corporation may require Contractor to perform a more extensive Background Check on workers who will have direct contact with mentally ill or minor patients, provide nursing home or home health care services or in certain other situations. Contractor shall also comply with all applicable federal, state or local statutes or regulations requiring Background Checks. After reviewing an individual's Background Check report, Contractor shall provide a written, signed certification to the Corporation stating that there is nothing in such person's background that would render him or her unsuitable to work in a health care setting or Corporation administrative office. Contractor shall maintain these reports for six (6) years. The Corporation may audit Contractor's records to verify compliance with this Section.

## 6.2 LIABILITY

**6.2.1** Contractor shall be responsible for all physical injuries to, or death of, its officers, agents, or employees, or any other person to the extent arising from Contractor's negligent performance or the rendering of services under this Agreement and for all damage to any property sustained during its operations and under this Agreement to the extent resulting from any negligent act or omission to act or intentional misconduct of Contractor or any of its officers

21

CMSG.272010-000021

and employees, and any agents or independent contractors engaged or appointed by Contractor to render services at the Corporation's facilities. Contractor shall hold harmless and indemnify the Corporation and the City from liability upon any and all claims for damages on account of such injuries to or death of any such person or damages to such property to the extent sustained due to any negligent act of commission or omission or intentional misconduct of Contractor, its officers and employees, and any agents, or independent contractors engaged or appointed by Contractor to render services at the Corporation's facilities, except to the extent such claims are due to the negligence of the Corporation or City, its officers, trustees, employees, authorized agents, or independent contractors. The Contractor shall be solely responsible for the safety and protection of all of its employees as necessary to avoid injury.

**6.2.2** In the event that any claim is made or any action is brought against the Corporation or City arising out of the negligence or careless acts of an employee of Contractor, either within or without the scope of this employment, or arising out of Contractor's negligent performance of this Agreement, then the Corporation or City shall have the right to withhold an amount reasonably related to the likely outcome of any judgment or settlement related to such claim from any further payments hereunder for the purpose of set-off in sufficient sums to cover the said claim or action, provided Contractor has refused Corporation's tender of such claim.

## 6.3 INSURANCE

Contractor shall procure and maintain insurance as follows.

### 6.3.1 Minimum Scope of Insurance

Coverage shall be at least as broad as:

a.  Current Insurance Services Office requirements (Form CG 00 01 12 07), to be ascertained by the contractor, covering Comprehensive General Liability and Broad Form Comprehensive General Liability; or Insurance Services Office Commercial General Liability coverage ("Occurrence");

b.  Insurance Services Office requirements covering Automobile Liability, code 1 "any auto" and related endorsements (required if Contractor uses an automobile for business purposes in

22

CMSG.272010-000022

connection with this Agreement); and

c.      Workers' Compensation, Unemployment and Employers' Liability Insurance as required by the Labor Code of the State of New York.

### 6.3.2 Minimum Limits of Insurance

Contractor shall maintain limits of no less than the following.

#### 6.3.2.1 Comprehensive General Liability

$10,000,000 combined single limit per occurrence for bodily injury and property damage, which can be satisfied by a combination of primary and excess coverage.

#### 6.3.2.2 Automobile Liability

$500,000 combined single limit per accident for bodily injury and property damage.

#### 6.3.2.3 Workers' Compensation and Employers' Liability Insurance Workers' compensation insurance limits as required by the Labor Code of the State of New York, and Employers' Liability insurance with limits of $500,000 per accident.

### 6.3.3 Deductibles and Self-Insured Retentions

Contractor has a self-insured retention of $1,000,000 ("SIR"), which is hereby approved by the Corporation; any increase in such retention is subject to the Corporation's prior written approval. Such approval is subject to Contractor meeting and continuing to meet the following conditions:

A.      The Contractor's SIR shall protect the Corporation and the City and the Contractor from claims for property damage and/or bodily injury, including death, which may arise from any of its operations under this Agreement.  The SIR coverage shall be at least as broad as that provided by Insurance Services Office ("ISO") Form CG 00 01 (07 04 ed) and must be "occurrence" based rather than "claims-made."

B.      The SIR shall cover the Corporation and the City, its officials and employees, as if they were Additional Insureds with coverage under a Commercial General Liability Insurance policy containing an Additional Insured endorsement at least as broad as ISO Form CG 20 10 (07/04 ed.). Contractor, through its self-insurance program, shall provide the same defense of any suit against the Corporation and the City as an insurer would be obligated to provide under the laws of New York for claims that would be covered in whole or in part under the SIR.

C.      Contractor shall provide the Corporation with the name and address of the office or official of the self-insurance program (i) to whom notices are to be sent and (ii) who is responsible for satisfying the obligations set forth in subparagraphs (A) and (B) above, including those relating to defense and indemnification of the Corporation and the City of New York.

D.      Contractor shall  be fully liable to the Corporation and the City of New York

23

CMSG.272010-000023

in the event Contractor's self-insurance program fails to satisfy any obligations under this Section promptly upon demand.  In the event that the Contractor refuses to assume the Corporation's and/or the City's defense in any claim or suit that arises from any of the operations under this Agreement for which the Corporation has provided notice to Contractor, the Corporation may, in its sole discretion, revoke the Contractor's SIR approval.

E.    At the option of the Corporation, either Contractor shall reduce or eliminate the SIR as respects the Corporation, the City, their officers, officials and employees or Contractor shall procure a bond guaranteeing payment of losses and related investigations, claims administration and defense expenses.

### 6.3.4 Other Insurance Provisions

The policies are to contain, or be endorsed to contain, the following provisions:

**6.3.4.1** General and Automobile Liability Coverages

a.    The Corporation, the City, its officers, officials and employees are to be included as additional insureds with respect to the following: (i) liability arising out of activities performed by or on behalf of Contractor; (ii) products and completed operations of Contractor; (iii) premises owned, leased or used by Contractor; or (iv) automobiles owned, leased, hired or borrowed by Contractor. The coverage shall contain no special limitations on the scope of protection afforded to the Corporation, the City, its officers, officials and employees that does not similarly limit coverage for Contractor. Contractor's commercial general liability insurance coverage shall be primary insurance with respect to the Corporation, the City, its officers, officials and employees. Any failure to comply with reporting provisions of the policies shall not affect coverage provided to the Corporation, the City, its officers, officials and employees. Contractor's insurance shall apply separately to each insured against whom the claim is made or suit is brought, except with respect to the limits of the insurer's liability.

### 6.3.4.2 All Coverages

Each insurance policy required by this clause shall be endorsed to state that coverage shall not be suspended, voided, canceled by either party, reduced in coverage or in limits in a manner that materially affects the Corporation or deviates from any insurance requirement imposed on Contractor by this Section 6.3 except after thirty (30) days' prior written notice by certified mail, return receipt requested, has been given to the Corporation.

24

CMSG.272010-000024

### 6.3.5 Acceptability of Insurers

Insurance is to be placed with insurers with a Best's rating of no less than A:X unless specific written approval has been granted to accept a company with a lower rating by the Corporation's Office of Legal Affairs.

### 6.3.6 Verification of Coverage

Contractor shall furnish the Corporation with Certificates of Insurance effecting coverage required by this clause. The certificates for each insurance policy are to be signed by a person authorized by that insurer to bind coverage on its behalf. The certificates are to be on forms provided by the Corporation and are to be received and approved by the Corporation before work commences.

### 6.3.7 Subcontractors

Contractor shall require each subcontractor to be subject to all of the requirements stated herein.

## 6.4 MINIMUM WAGES

Except for those employees whose minimum wage is required to be fixed pursuant to Section 220 of the Labor Law of the State of New York, all persons employed by the Contractor in the performance of this Agreement shall be paid, without subsequent deduction or rebate, unless expressly authorized by law, not less than the minimum wage as prescribed by law. Any breach or violation of the foregoing shall be deemed a breach or violation of a material provision of this Agreement.

## 6.5 INDEPENDENT CONTRACTOR STATUS

Contractor and the Corporation agree that Contractor is an independent contractor, and not an employee of the Corporation or the City of New York and that in accordance with such status as independent contractor, Contractor covenants and agrees that neither it nor its employees or agents will hold themselves out as, nor claim to be, officers or employees of the Corporation or the City of New York, or of any department, agency or unit thereof, by reason hereof, and that they will not, by reason hereof, make any claim, demand, or application to or for any right or privilege applicable to an officer or employee of the Corporation or the City of New York including, but not limited to, Workers' Compensation coverage, Unemployment Insurance Benefits, Social Security coverage or employee retirement membership or credit.

## 6.6 PROTECTION OF CORPORATION PROPERTY

Contractor assumes the risk of, and shall be responsible for, any loss or damage to Corporation property, including property and equipment leased by the Corporation, used in the performance of this Agreement, to the extent caused by the negligent acts or omissions or intentional misconduct of Contractor, its officers, managerial personnel and employees, or any person, firm, company, agent or others engaged by Contractor as expert, consultant, specialist or subcontractor hereunder.

## 6.7 RIGHTS OF CORPORATION

The rights and remedies of the Corporation provided in this Agreement shall not be exclusive and are in addition to any other rights and remedies provided by law.

CMSG.272010-000025

**6.8 COMPLIANCE WITH LAW**

Contractor shall obtain all required approvals and licenses from appropriate Federal, State, and City authorities and render all services under this Agreement in accordance with applicable Federal, State and local laws, rules and regulations.

a.      Contractor shall comply with all regulations established by the Joint Commission, to the extent applicable to the housekeeping services provided by Contractor hereunder.  If, after a thorough investigation has been conducted by an independent third party company mutually agreed to by the parties, who is certified and/or licensed in accordance with all applicable laws and regulations to perform such investigations, it is reasonably determined by such third party that Contractor is solely at fault for a Joint Commission housekeeping violation, Contractor shall pay the entire cost of any Joint Commission fine resulting from such violation; if Contractor is only partly at fault for such a violation, Contractor shall pay the cost of any Joint Commission fine resulting from such violation to the extent of its responsibility for such fine.  The Corporation shall not be responsible for any fine resulting from a Joint Commission housekeeping violation committed by a Corporation employee acting within his/her scope of employment while under the direction and supervision of Contractor unless the Corporation directed the employee to commit the act, or omit the act, that directly caused the violation. In case of any dispute over the extent of Contractor's responsibility for such a fine, the dispute shall be submitted to the above-referenced independent third party for a resolution.

b.      Contractor shall, at Contractor's cost and on an annual basis, hire an independent third party company, certified and/or licensed in accordance with all applicable laws and regulations, Contractor regularly utilizes for assessing regulatory readiness and compliance of other hospital housekeeping departments with which it does business ("Safety Contractor") to perform an inspection of the Corporation housekeeping departments set forth at the locations in Exhibit B. Contractor shall share the inspection report created by the Safety Contractor with the Corporation.  The Corporation may utilize a different third party company to perform such regulatory readiness and compliance assessment at the Corporation's sole expense.

**6.9 FEDERAL EMPLOYMENT PRACTICES**

Contractor and its subcontractors shall comply with the Civil Rights Act of 1964 and any amendments thereto, and the rules and regulations thereunder.

**6.10 NON-DISCRIMINATION AGAINST THE HANDICAPPED**

Contractor shall comply with the provisions of the Rehabilitation Act of 1973 and the Americans with Disabilities Act of 1994, and all regulations, guidelines and interpretations issued pursuant thereto.

**6.11 INVESTIGATIONS**

**6.11.1** The parties agree to cooperate fully and faithfully with any investigation, audit or inquiry conducted by a State, City or other governmental agency or authority that is empowered directly or by designation to compel the attendance

26

of witnesses and to examine witnesses under oath, or conducted by the Inspector General of a governmental agency that is a party in interest to the transaction, submitted bid, submitted proposal, contract, lease, permit, or license that is the subject of the investigation, audit or inquiry.

**6.11.2 a.**     If any person who has been advised that his or her statement, and any information from such statement, will not be used against him or her in any subsequent criminal proceeding refuses to testify before a grand jury or other governmental agency or authority empowered directly or by designation to compel the attendance of witnesses and to examine witnesses under oath concerning the award of or performance under any transaction, agreement, lease, permit, contract, or license entered into with the Corporation, City, the State, or any political subdivision or public authority thereof, or the Port Authority of New York and New Jersey, or any local development corporation within the City, or any public benefit corporation organized under the laws of the State of New York; or

**b.** If any person refuses to testify for a reason other than the assertion of his or her privilege against self-incrimination in an investigation, audit or inquiry conducted by the Corporation, City or State or other governmental agency or authority empowered directly or by designation to compel the attendance of witnesses and to take testimony under oath, or by the Inspector General of the governmental agency that is a party in interest in, and seeking testimony concerning the interest in, and seeking testimony concerning the award of, or performance under, any transaction, agreement, lease, permit, contract, or license entered into with the Corporation, City the State, or any political subdivision thereof or any local development corporation within the City; then:

**6.11.3 a.**     The President of the Corporation shall convene a hearing, upon not less than five (5) days' written notice to the parties involved to determine if penalties should attach for the failure of a person to testify.

**b.**     If any non-governmental party to the hearing requests an adjournment, the President of the Corporation may, upon granting the adjournment, suspend any contract, lease, permit or license of the party granted the extension pending the final determination pursuant to Section 6.11.5, below, without the Corporation or City incurring any penalty or damages for delay or otherwise.

**6.11.4** The penalties which may attach after a final determination by the President may include but shall not exceed:

a.     The disqualification for a period not to exceed five (5) years from the date

27

of an adverse determination for any person, or any entity of which such person was a member at the time the testimony was sought, from submitting bids for, or transacting business with, or entering into or obtaining any contract, lease, permit or license with or from the Corporation or City; and/or

b.      The cancellation or termination of the rights or interest of the person or entity it represents in any and all such existing Corporation or City contracts, leases, permits or licenses that the refusal to testify concerns, and that have not been assigned as permitted under this Agreement, nor the proceeds of which have been pledged to an unaffiliated and unrelated institutional lender for fair value prior to the issuance of the notice scheduling the hearing, without the Corporation or City incurring any penalty or damages on account of such cancellation or termination. Monies lawfully due for goods delivered, work done, rentals, or fees accrued prior to the cancellation or termination shall be paid by the City.

**6.11.5** The President shall consider and address in reaching his or her determination and in assessing an appropriate penalty, the factors in paragraphs a and b, below. The President may also consider, if relevant and appropriate, the criteria established in paragraphs c and d, below, in addition to any other information which may be relevant and appropriate:

**a**      The parties' good faith endeavors or lack thereof to cooperate fully and faithfully with any governmental investigation or audit, including but not limited to the discipline, discharge, or disassociation of any person failing to testify, the production of accurate and complete books and records, and the forthcoming testimony of all other members, agents, assignees or fiduciaries whose testimony is sought;

b.      The relationship of the person who refuses to testify to any entity that is a party to the hearing, including but not limited to, whether the person whose testimony is sought has an ownership interest in the entity and/or the degree of authority and responsibility the person has within the entity;

c.      The nexus of the testimony sought to the subject entity and its contracts, leases, permits or licenses with the Corporation or City; and

d.      The effect a penalty may have on an unaffiliated and unrelated party or entity that has a significant interest in an entity subject to penalties under Section 6.11.4, above, provided that the party or entity has given actual notice to the Commissioner or agency head upon the acquisition of the interest, or at the hearing called for in Section 6.11.3 (a), above, gives notice and proves that such interest was previously acquired. Under either circumstance, the party or entity must present evidence at the hearing demonstrating the potential adverse impact a penalty will have on

28

CMSG.272010-000028

such person or entity.

### 6.11.6 Definitions

#### 6.11.6.1 License

The term "license" or "permit" as used herein shall be defined as a license, permit, franchise or concession not granted as a matter of right.

#### 6.11.6.2 Person

The term "person" as used herein shall be defined as any natural person doing business alone or associated with another person or entity as a partner, director, officer, principal or employee.

#### 6.11.6.3 Entity

The term "entity" as used herein shall be defined as any firm, partnership, corporation, association, or person that receives monies, benefits, licenses, leases, or permits from or through the Corporation, City or otherwise transacts business with the City.

#### 6.11.6.4 Member

The term "member" as used herein shall be defined as any person associated with another person or entity as a partner, director, officer, principal or employee.

**6.11.7** In the event that the Corporation or City requires a standard revision to this Section 6.11, known as the "Investigations Clause," then the Contractor may, at its option, elect to substitute such standard revision *nunc pro tunc* into this Agreement or, in the event that the Corporation or City agree in any instance to any material change regarding the penalties described in Section 6.11.4 hereof, the Corporation or City shall advise Contractor of such revision, and the Contractor, at its option, may elect to substitute such revised penalties *nunc pro tunc* into the Agreement for those contained in Section 6.11.4.

**6.11.8** In addition to and notwithstanding any other provision of this Agreement, the President of the Corporation may in his or her sole discretion terminate this Agreement upon not less than ten (10) business days written notice in the event Contractor fails to report promptly in writing to the Commissioner of Investigation of the City of New York any solicitation of money, goods, requests for future employment or other benefit or thing of value, by or on behalf of any employee of the City or other person, firm, corporation or entity for any purpose which may be related to the procurement or obtaining of this Agreement by the Contractor, or affecting the performance of this Agreement.

### 6.12 ASSIGNMENT

**6.12.1** Contractor shall not assign, transfer, convey, sublet or otherwise dispose of this Agreement, or of the Contractor's right, title, interest, obligations or duties herein, in whole or in part, or any of its rights to receive monies due or to

29

CMSG.272010-000029

become due under this Agreement, unless prior written notice to the President of the Corporation shall be given and consent obtained from the Corporation. Failure of the contractor to obtain any required consent to any assignment shall be grounds for termination for cause, at the option of the Corporation. The Corporation shall be relieved and discharged from any further liability and obligation to Contractor, its assignees or transferees, and all monies that may thereafter become due under the Contract shall be forfeited. The provisions of this clause shall not hinder, prevent, or affect an assignment by Contractor for the benefit of its creditors made pursuant to the laws of the State of New York.

**6.12.2** Upon written notice to Contractor, this Agreement may be assigned by the Corporation to any corporation, agency or instrumentality having authority to accept such assignment upon prior written notice to Contractor.

**6.12.3** In the event that the Corporation exercises its rights pursuant to Section 6.12.2 hereof, Contractor has the right to terminate the remainder of its performance under this Agreement, and shall incur no further obligations hereunder.

## 6.13 SUBCONTRACTING

**6.13.1** The Contractor agrees not to enter into any subcontracts for the performance of its obligations, in whole or in part, under this Agreement without prior written approval of the Corporation. A copy of each such proposed subcontract shall be submitted to the Corporation with the Contractor's written request for approval.

**6.13.2** All such subcontracts shall contain provisions specifying:

a. That the work performed by the subcontractor must be in accordance with the terms of this Agreement;

b. That nothing contained in such agreement shall impair the rights of the Corporation;

c. That nothing contained herein, or under the Agreement between the Corporation and the Contractor, shall create any contractual relationship between the subcontractor and the Corporation; and

d. That the subcontractor specifically agrees to be bound by the confidentiality provisions set forth in the Agreement between the Corporation and the Contractor.

**6.13.3** The Contractor agrees that it is fully responsible to the Corporation for the acts and omissions of the subcontractors under contract with Contractor and of persons employed by them on this project as it is for the acts and omissions of persons directly employed by it.

**6.13.4** The aforesaid approval is required in all cases other than individual employer-employees contracts.

30

CMSG.272010-000030

**6.13.5** The Contractor shall not in any way be relieved of any responsibility under this Agreement by any subcontractor or subcontract to which the Contractor is a party.

## 6.14 PUBLICITY AND PUBLICATION

**6.14.1** The prior written approval of the Corporation is required before the Contractor or any of its employees, agents, or independent contractors may, at any time, either during or after termination or cessation of the services required by this Agreement, make any statement to the press or issue any material for publication through any media of communication bearing on the work performed or data collected under this Agreement.

**6.14.2** If the Contractor or any of its employees publishes a work dealing with any aspect of performance under this Agreement, or of the results and accomplishments attained in such performance, the Corporation shall have a royalty-free, non-exclusive and irrevocable license to reproduce, publish or otherwise use and authorize others to use the publication.

## 6.15 PARTICIPATION IN AN INTERNATIONAL BOYCOTT

**6.15.1** The Contractor agrees that neither the Contractor nor any substantially-owned affiliated company is participating or shall participate in an international boycott in violation of the provisions of the Export Administration Act of 1979, as amended, and the regulations of the United States Department of Commerce promulgated thereunder.

**6.15.2** Upon the final determination by the Commerce Department or any other agency of the United States as to, or conviction of, the Contractor or a substantially-owned affiliated company thereof, participation in an international boycott in violation of the provisions of the Export Administration Act of 1979, as amended, or the regulations promulgated thereunder, the Corporation may, at its option, terminate and render forfeit and void this Agreement.

**6.15.3** The Contractor shall comply, in all respects, with the provisions of Section 6-114 of the Administrative Code of the City of New York and the rules and regulations issued by the Comptroller of the City thereunder.

## 6.16 BUSINESS DEALINGS WITH NORTHERN IRELAND

**6.16.1** The Contractor and any individual or legal entity in which the Contractor holds a ten percent (10%) or greater ownership interest and any individual or legal entity that holds a ten percent (10%) or greater ownership interest in the Contractor shall either: (a) have no business operations in Northern Ireland; or (b) take lawful steps in good faith to conduct any business operation in Northern Ireland in accordance with the MacBride Principles, as defined herein, and shall

31

CMSG.272010-000031

permit independent monitoring of their compliance with such principles.

**6.16.2** "MacBride Principles" shall mean those principles related to nondiscrimination in employment and freedom of workplace opportunity which require employers doing business in Northern Ireland to:

a.   Increase the representation of individuals from under represented religious groups in the work force, including managerial, supervisory, administrative, clerical and technical jobs;

b.   Take steps to promote adequate security for the protection of employees for under represented religious groups both at the workplace and while traveling to and from work;

c.   Ban provocative religious or political emblems from the workplace;

d.   Publicly advertise all job openings and make special recruitment efforts to attract applicants from under-represented religious groups;

e.   Establish layoff, recall and termination procedures which do not in practice favor a particular religious group;

f.   Abolish all job reservations, apprenticeship restrictions and different employment criteria which discriminate on the basis of religion;

g.   Establish procedures to assess, identify and actively recruit employees from under-represented religious groups with potential for further advancement; and

h.   Appoint a senior management staff member to oversee affirmative action efforts and develop a timetable to ensure their full implementation.

**6.16.3** The Contractor agrees that the representations in Section 6.16.1 are material conditions of this Agreement. If the Corporation receives information that the Contractor is in violation of Section 6.16.1, the Corporation shall review such information and give the relevant party opportunity to respond. If the Corporation finds that such a violation has occurred, the Corporation may declare the Contractor in default, and/or terminate this Agreement, and in such event, the Corporation may procure the supplies, services or work from another source in any manner the Corporation deems proper. In the event of such termination, the Contractor shall pay to the Corporation the difference between the contract price for the uncompleted portion of this Agreement and the reasonable and necessary cost to the Corporation of completing performance of this Agreement

32

CMSG.272010-000032

either by itself or by engaging another contractor. In addition, the Contractor may be declared not to be a responsible proposer for up to three (3) years, following written notice to the Contractor, giving the Contractor the opportunity for a hearing at which the Contractor may be represented by counsel. The rights and remedies of the Corporation hereunder shall be in addition to, and not in lieu of, any rights and remedies the Corporation has pursuant to this Agreement or by operation of law or in equity.

## 6.17 INVENTIONS, PATENTS AND COPYRIGHTS

**6.17.1** Any discovery or invention arising out of or developed in the course or performance of this Agreement shall be promptly and fully reported to the Corporation, and if this work is supported by a Federal grant of funds, it shall promptly and fully be reported to the Federal Government for determination as to whether patent protection of such invention or discovery shall be sought and how the rights in the invention or discovery, including rights under any patent issued thereon, shall be disposed of and administered in order to protect the public interest.

**6.17.2** No report, document or other data produced in whole or in part with contract funds may be copyrighted by the Contractor nor shall any notice of copyright be registered by the Contractor in connection with any report, document or other data developed for this Agreement.

**6.17.3** In no event shall Section 6.17.1 above be deemed to apply to any discovery or invention of the Contractor which existed prior to or was developed or discovered independently from its activities related to or funded by this Agreement.

**6.17.4** If any copyrightable material is developed under, or in the course of performing this Agreement, the City of New York and the Corporation and any Federal agency providing Federal financial participation for the Agreement, shall have a royalty-free, non-exclusive and irrevocable right to reproduce, publish or otherwise use, and to authorize others to use, the work for governmental purposes.

**6.17.5** If this Agreement involves information services or the lease, license or other use of the Corporation or City of New York computer system or electronic data processing system then the following shall apply:

a.  All software, computer data, and any accompanying literature developed in connection with this Agreement shall be the sole property of the Corporation or City of New York, and shall be for the sole use of the Corporation or the City of New York;

b.  The Contractor agrees that all such material constitutes confidential information; is the sole property of the Corporation or City and the

33

CMSG.272010-000033

Corporation or the City retains all right, title and interest, in said software. The Contractor further agrees not to disclose to any third party any information obtained from the Corporation or the City concerning the Corporation's or the City's operations, existing or future computer programs or other record keeping procedures, except as such disclosure may be required by law, or as otherwise authorized by the Corporation or the City;

c.   The Contractor will use its best efforts to prevent unauthorized dissemination or disclosure of such information related to the development of said software;

d.   All employees of the Contractor who perform any tasks related to this Agreement shall be bonded by a licensed bonding company authorized to do business in the State of New York, in any amount determined by the Corporation; and

e.   The Contractor further agrees that neither it nor any of its employees will transfer, lease, sell, assign, distribute, give, license, sublicense, publish, use, disclose or divulge the contents of or any aspect of said software to third parties unless specifically authorized in writing, in advance, by the Corporation or the City. This paragraph shall not apply if the Contractor, or an employee thereof, develops independently of this Agreement similar software or such software as rightfully obtained by the Contractor from a third party whom the Corporation or the City has licensed or authorized to use it. The Contractor agrees to return to the Corporation or the City, at the termination of this Agreement or at the request of the Corporation or City following a breach of the Agreement by the Contractor, all copies of such software, any improvements thereof and all information, data or material related thereto, including, without limitation, each and every copy or so much of every program, program deck, tape, disk, card, card deck, printout, listing, specifications, layout manual and other material with respect to such software or any part thereof then in the possession or in the control of, or obtained by others through or from the Contractor and its permitted transferee.

## 6.18 INFRINGEMENTS

The Contractor shall be liable to the Corporation and hereby agrees to indemnify and hold the Corporation harmless for any damage or loss or expense sustained by the

CMSG.272010-000034

Corporation from any infringement by the Contractor of any copyright, trademark or patent rights of design, systems, drawings, graphs, charts, specifications or printed matter furnished or used by the Contractor in the performance of this Agreement.

## 6.19 ANTITRUST

The Contractor hereby assigns, sells, and transfers to the Corporation and the City of New York all right, title and interest in and to any claims and causes of action arising under the anti-trust laws of the State of New York or of the United States relating to the particular goods or services purchased or procured by the Corporation under this Agreement.

## 6.20 HIPAA COMPLIANCE

The parties shall take such actions as necessary to comply fully with the privacy standards and other requirements relating to protected health information as defined in the administrative simplification provisions of the Health Insurance Portability and Accountability Act of 1996 (Public Law 104-191) ("HIPAA") and amendments thereto, and the rules and regulations promulgated thereunder, as well as guidance issued by the United States Department of Health and Human Services. If at any time the Corporation determines that a HIPAA-compliant business associate agreement is required to be executed by both parties to maintain such compliance, the Contractor shall comply with such requirement.

## 6.21 CONFIDENTIALITY

6.21.1 The Contractor agrees that all the reports, information, or data furnished or prepared, assembled or used by the Contractor under this Agreement are to be held confidential, and the Contractor agrees that the same shall not be made available to any individual or organization, or published without the prior written approval of the Corporation or as authorized or required by law.

6.21.2 All reports, information or data pertaining to the Contractor, its employees or customers which are disclosed to the Corporation or which are learned by the Corporation as a result of this Agreement shall be held as confidential and shall not be disclosed by the Corporation to third parties except on prior written consent of the Contractor or as authorized or required by law.

6.21.3 The provisions of this Section shall remain in full force and effect following termination of, or cessation of the services required by this Agreement.

## 6.22 MINORITY AND WOMEN-OWNED BUSINESS ENTITY PROGRAM (M/WBE)

In accordance with New York State Executive Law, Article 15-A and 9 NYCRR

CMSG.272010-000035

Part 143, Contractors awarded Contracts and Sub-Contractors with fees in excess of Twenty Five Thousand Dollars ($25,000) must comply with the New York State M/WBE Program.

The Contractor shall achieve the goals as established below:

[MBE Goal (14%)]

[WBE Goal (16%)]

Failure to satisfy this requirement may result in administrative action by the Corporation.

Requests for waiver of this requirement in part or in whole, during the Contract Period must be made to the President of HHC prior to final payment. Requests for waiver must satisfy the requirements of New York State Executive Law, Article 15-A, and 9 NYCRR, Section 143.7 ("Waiver") and Section 143.8 ("Good Faith Effort") thereof. Should the requested waiver be denied, the Contractor may request an administrative hearing within seven (7) calendar days of the Contractor's receipt of the denial.

## ARTICLE SEVENTH:
## TERMINATION
## 7.1 CONDITIONS OF TERMINATION

**7.1.1** The Corporation shall have the right to terminate this Agreement, in whole or in part:

a.    Upon sixty (60) days' written notice to the Contractor if the Contractor has materially breached this Agreement and failed to cure such breach.  Following the Contractor's failure to cure such breach to the Corporation's reasonable satisfaction within such sixty (60) day period, the Corporation may terminate this Agreement by giving Contractor an additional thirty (30) days prior written notice thereof.

If the breach is of such a nature that it cannot be cured within thirty (30) days, the Contractor shall have another thirty (30) day period in which to cure such breach.

b.    Upon one hundred twenty (120) days' written notice to the Contractor, upon the failure of the Contractor to comply with any of the terms and conditions of this Agreement which have not been cured to the reasonable satisfaction of the Corporation within thirty (30) days of the Corporation's request therefor.

36

c. Upon written notice to the Contractor, if the Contractor becomes insolvent, or in the event of the commencement under the Federal or State Bankruptcy Act of any proceeding by or against the Contractor, either voluntarily or involuntarily, or if a receiver has been appointed for the Contractor's assets.

d. The Contractor shall have the right to terminate this Agreement, in whole or in part, upon ninety (90) days' written notice to the Corporation if it has materially breached this Agreement and failed to cure such breach within ninety (90) days of receiving said written notice thereof from the Contractor. If the breach is of such a nature that it cannot be cured within ninety (90) days, the Corporation shall have another thirty (30) day period in which to cure such breach. Following the Corporation's failure to cure such breach within such thirty (30) day period to the Contractor's reasonable satisfaction, the Contractor may immediately terminate this Agreement by giving written notice of termination to the Corporation.

e. Notwithstanding anything contained herein to the contrary, in the case of a breach by the Corporation related to the failure to make payment 30 days after the Contractor gives the Corporation written notice of such breach, the Contractor shall have the right to terminate this Agreement following the expiration of the 30 day remedy.

7.1.2 If the Contractor disputes the termination by the Corporation, the Contractor may seek review of the decision by requesting the Corporation, in writing, within ten (10) business days of receipt of the termination, to convene a review board. At any such hearing, the Contractor may be represented by counsel and present or refute evidence and testimony relevant to the issue of the Contractor's termination. The Corporation's decision shall be final and binding with respect to the termination of the Contractor if the Contractor does not request a review as herein provided.

7.1.3 The Contractor agrees to forebear from the commencement of any action or proceeding regarding the Corporation's termination, unless the Contractor has requested a review board pursuant to Section 7.1.2 above, and such board has issued a final decision.

**7.2 NOTICE OF TERMINATION/CAUSES BEYOND CONTRACTOR'S CONTROL**

The Contractor shall be entitled to apply to the Corporation to have this Agreement terminated by said Corporation by reason of any failure in the performance of this Agreement (including any failure by the Contractor to make

37

progress in the prosecution of work hereunder which endangers such performance), if such failure arises out of causes beyond the control and without the fault or negligence of the Contractor. Such causes may include, but are not restricted to: Acts of God or of the public enemy; acts of the government in either its sovereign or contractual capacity, fires, flood, epidemics, quarantine restrictions, strikes, freight embargoes, or any other cause beyond the reasonable control of the Contractor. The determination that such failure arises out of causes beyond the control and without the fault or negligence of the Contractor shall be made by the Corporation which agrees to exercise reasonable judgment therein. If such determination is made and its Agreement terminated by the Corporation pursuant to such application by the Contractor, such termination shall be deemed to be without cause. Upon termination of this Agreement, the Contractor shall comply with the Corporation's close-out procedures, including but not limited to:

a. Giving the Corporation or its designees access to all books, records, documents and materials specifically relating to this Agreement, during normal business hours upon reasonable notice or give the Corporation copies of such materials at the Corporation's option and cost; and

b. Submitting, within ninety (90) days, a final statement and report relating to this Agreement, containing such information as the Corporation may request.

c. The Corporation and Contractor understand and agree that events such as hurricanes, tornadoes, fires, floods, earthquakes, concerted employee, union or related activity, or similar severe weather, natural disasters, labor unrest, or pandemics may substantially interfere with the efficient performance and contemplated operations under this Agreement, and will result in direct and indirect costs not reflected in the Contract Price or other costs or charges set forth herein. The parties agree that under such conditions, Contractor will work with the Hospital in good faith to provide services and develop appropriate responses and courses of action, as is practical and reasonable under the circumstances. If Corporation requests that Contractor provide the Servicesor additional Services outside the current scope of this Agreement during a force majeure event, then any

38

CMSG.272010-000038

financial or performance guarantees or penalties to be paid by Contractor will not apply under these conditions and instead the Corporation will be responsible for all costs and expenses associated with the additional services, responses, courses of action, and operations, whether directly or by reimbursement to Contractor.

## 7.3 APPROPRIATION OF SIMILAR SERVICES

In the event the Corporation shall terminate this Agreement in whole or in part, the Corporation may procure, upon such terms and in such manner as deemed appropriate, services similar to those so terminated, and the Contractor shall continue the performance of this Agreement to the extent not terminated thereby.

## 7.4 LIABILITY/SET-OFF

Notwithstanding any other provisions of this Agreement, the Contractor shall not be relieved of liability to the Corporation or the City for damages sustained by the Corporation or the City by virtue of the Contractor's breach of the Agreement.

## ARTICLE EIGHTH:
## REDUCTION OF FUNDING
## 8.1 REDUCTION OF FUNDING

The Contractor, acknowledging that this Agreement is funded in whole or in part by funds secured from the Federal, State and City Government, agrees that should there be a reduction or discontinuance of such funds by action of the Federal, State or City Government, the Corporation shall have, in its sole discretion the right to terminate this Agreement in whole or in part, or to reduce the funding and level of service of this Agreement to eliminate any adverse impact of such action upon the Corporation. Any such termination due to discontinuance of the funds shall take effect immediately upon written notice thereof to the Contractor. In the case of reduction in funds, any such reduction shall be effective as of the date set forth in a written notice thereof to the Contractor, which shall be not less than one hundred eighty (180) calendar days from the date of such notice.

## 8.2 TERMINATION OR REDUCTION: SEPARATION RIGHTS

The termination or reduction options of the Corporation set forth in Section 8.1 above are independent and separate rights in addition to any other rights of termination or modification provided by this Agreement, by law or by relevant regulations, and supersede any and all rights or actions the Contractor may have under any provisions of this Agreement to the contrary.

CMSG.272010-000039

## ARTICLE NINTH: MISCELLANEOUS

### 9.1 GOVERNING LAW; SEVERABILITY; WAIVER; VENUE

9.1.1 This Agreement shall be governed in all respects by the laws of the State of New York.

9.1.2 The invalidity or unenforceability of any term or condition hereof shall in no way affect the validity or enforceability of any other terms or provisions.

9.1.3 The waiver by either party of a breach or violation of any provision of this Agreement shall not operate as or be construed to be a waiver of any subsequent breach thereof.

9.1.4 The parties agree that any litigation arising from this Agreement will be brought before the appropriate State Court in New York County or in the courts of the United States located in the City, as applicable.

### 9.2 GENERAL RELEASE

The payment to the Contractor or its assignees of the final payment under this Agreement, whether by voucher, judgment or any court of competent jurisdiction or any other administrative means, shall constitute and operate as a general release to the Corporation and the City of New York from any contractual liability to the Contractor based on a contractual claim and arising out of payment by the Corporation for the Contractor's performance of this Agreement.

### 9.3 CLAIMS AND ACTIONS THEREON

**9.3.1.** No action at law or proceeding in equity against either party shall lie or be maintained upon any claims based upon this Agreement or arising out of this Agreement or in any way connected with this Agreement unless the applicable party shall have strictly complied with all requirements relating to the giving of notice and information with respect to such claims, all as herein provided.

**9.3.2** No action shall lie or be maintained against the Corporation or City of New York by the Contractor upon any claims based upon this Agreement unless such action shall be commenced within one (1) year of the termination or expiration of this Agreement, or within one (1) year after the accrual of the cause of action, whichever is earliest.

In the event any claim is made or any action brought in any way relating to this Agreement, each party shall diligently render to the other party any assistance that they may reasonably require of the other party.

**9.3.4** Each party shall report to the other party in writing within fifteen (15) working days of the initiation by or against the Contractor or Corporation, as applicable, of any legal action or proceeding in connection with or relating to

40

CMSG.272010-000040

performance of services under this Agreement (or such shorter notice period as many be necessary in light of the circumstances in order for a party to be able to respond to any such legal action or proceeding).

## 9.4 NO CLAIM AGAINST OFFICERS, AGENTS OR EMPLOYEES

No claim whatsoever shall be made by the Contractor against any officer, agent or employee of the Corporation or City of New York for, or on account of, anything done or omitted in connection with this Agreement.

## 9.5 NOTICES

The Contractor and the Corporation hereby designate the business addresses hereinabove specified as the places where all notices, direction or communications from one such party to the other party shall be delivered, or to which they shall be mailed. Actual delivery of any such notice, direction or communication to a party at the aforesaid place, or delivery by certified mail, return receipt requested, shall be conclusive and deemed to be sufficient service thereof upon such party as of the date such notice, direction or communication is received by the party. Such address may be changed at any time by an instrument in writing executed and acknowledged by the party making such change and delivered to the other party in the manner as specified above. Nothing in this section shall be deemed to serve as a waiver of any requirements for the service of notice or process in the institution of an action or proceeding as provided by law.

## 9.6 ALL LEGAL PROVISIONS DEEMED INCLUDED

It is the intent and understanding of the parties to this Agreement that each and every provision of law required to be inserted in this Agreement shall be and is inserted herein. Furthermore, it is hereby stipulated that every such provision is to be deemed to be inserted herein, and if, through mistake or otherwise, any such provision is not inserted, or is not inserted in correct form, then this Agreement shall forthwith upon the application of either party be amended by such insertion so as to comply strictly with the law and without prejudice from such omission to the rights of either party hereunder.

## 9.7 POLITICAL ACTIVITY

**9.7.1** There shall be no partisan political activity or any activity to further the election or defeat of any candidate for public, political or party office as part of or in connection with this Agreement, nor shall any of the funds provided under this Agreement be used for such purposes.

**9.7.2** No funds provided under this Agreement shall be used to pay the salary or expense of any person to engage in any activity designed to influence legislation or appropriations pending before the Congress of the United States.

## 9.8 MODIFICATION

41

CMSG.272010-000041

This Agreement may be modified by the parties only in writing. It may not be altered or modified orally.

## 9.9 PARAGRAPH HEADINGS

Paragraph headings are inserted only as a matter of convenience and for reference and in no way define, limit or describe the scope of intent of this Agreement and in no way affect this Agreement.

## 9.10 MERGER

This written Agreement contains all the terms and conditions agreed upon by the parties hereto, and no other agreement oral or otherwise, regarding the subject matter of this Agreement shall be deemed to exist or to bind any of the parties hereto, or to vary any of the terms contained herein.

## 9.11 NO REMOVAL OF RECORDS FROM PREMISES

Where performance of this Agreement involves use by the Contractor of any papers, files, data or records maintained at Corporation facilities or offices, the Contractor shall not remove any such papers, files, data or records therefrom without the prior approval of the Corporation's designated official.

## 9.12 INSPECTION OF SITE

The Corporation shall have the right to have representatives of the Corporation, the City or the State of New York or the Federal government present at the site of the engagement to observe the work being performed.

## 9.13 LIMITATION OF LIABILITY

Neither party shall be liable to the other party for incidental or consequential damages in any event. This clause shall supersede any other clause of this Agreement that may be deemed inconsistent with it.

## 9.14 SECTION 400.4: NEW YORK STATE HOSPITAL CODE

If this Agreement is to be performed within a facility where health services are rendered, then, notwithstanding any other provision in this Agreement, the Corporation remains responsible for: (a) ensuring that any services provided pursuant to this Agreement complies with all pertinent provisions of Federal, State and local statutes, rules and regulations; (b) planning, coordinating and ensuring the quality of all services provided; and (c) ensuring adherence to the plan of care established for patients.

## 9.15 ACCESS TO RECORDS BY THE FEDERAL GOVERNMENT

**9.15.1** The parties agree that until the expiration of four years after the furnishing of any services pursuant to this Agreement, the Contractor will make available, upon written request of the Secretary of Health and Human Services or the Comptroller General of the United States or any of their duly authorized representatives, copies of this Agreement and any books, documents, records

42

and other data of the Contractor that are necessary to certify the nature and extent of costs incurred by the Corporation for such services; and

**9.15.2** If the Contractor carries out any of its duties under this Agreement through a subcontract with a related organization involving a value or cost of ████████████████ or more over a twelve (12) month period, the Contractor will cause such subcontract to contain a clause to the effect that, until the expiration of four (4) years after the furnishing of any services pursuant to said subcontract, the related organization will make available, upon written request of the Secretary of Health and Human Services or the Comptroller General of the United States any books, documents, records and other data of such related organization that are necessary to certify the nature and extent of costs incurred by the Contractor for such services.

## 9.16 CLEAN AIR ACT

If the amount of this Agreement is in excess of One Hundred Thousand Dollars ($100,000), Contractor shall comply with all applicable standards, orders or regulations issued pursuant to the Clean Air Act of 1970, as amended (42 U.S.C. 185b, et. seq.) and the Federal Water Pollution Act (33 U.S.C. 1251 et. seq.).

## 9.17 MONITORING AND EVALUATION

**9.17.1** The Corporation shall monitor and evaluate the performance of Contractor under this Agreement at such times and in such manner as the Corporation deems appropriate.

**9.17.2** The Corporation shall provide Contractor with information concerning the results of any monitoring.

## 9.18 RECOUPMENT OF DISALLOWANCES, QUESTIONED COSTS AND OVER-PAYMENTS

The Corporation may, at its option, withhold for the purposes of set-off and monies due to the Contractor under this Agreement up to the amount of any disallowances or questioned costs resulting from any audit of the Contractor with regard to this Agreement or any other Agreement between the parties hereto, including any Agreement for a term commencing prior to the commencement date of this Agreement.

## 9.19 SURVIVAL

All representations, warranties, and indemnifications contained herein and all confidentiality provisions shall survive the termination of this Agreement.

## 9.20 EMPLOYMENT COMMITMENT

43

CMSG.272010-000043

The parties agree that at no time during the term of this Agreement or for a period of one (1) year immediately following the expiration of this Agreement for any reason, will they, or their respective agents or representatives, attempt to recruit, employ, or use the services of, directly or indirectly, any salaried (exempt) employee of the other party or anyone who has, as a past salaried (exempt) employee of the other party, provided services under this Agreement. If a party, its agent or representative should hire a salaried (exempt) employee (or past salaried (exempt) employee as defined above) of the other party without prior written approval, it agrees to reimburse the other party an amount equal to six (6) month's salary.

**9.21    CONTRACTOR'S VENDORS**.

In connection with Services provided hereunder, Contractor shall purchase any inventory, equipment, and services it is responsible for providing hereunder from various sellers and vendors selected by Contractor at its sole discretion (each a "Vendor"). Purchases from Vendors shall be made under such terms Contractor deems in its sole discretion as acceptable ("Vendor Terms"). All Vendor Terms are the exclusive obligation and property of Contractor. The Corporation does not have any liability under, or any right to, any Vendor Terms and no Vendor Terms will impair the rights of the Corporation under this Agreement or operate to reduce the Corporation's rights or the amount or performance of the Contractor's obligations under this Agreement.

**ARTICLE TENTH:**

**EQUAL EMPLOYMENT AND AFFIRMATIVE ACTION COMPLIANCE**

**10.1 EXECUTIVE ORDER 50**

The Contractor agrees that, in consideration of the award to it of this Agreement, it will comply with the provisions of the Mayor's Executive Order 50, dated April 25, 1980 (as amended) ("E.O. 50") and the rules and regulations promulgated thereunder. This Agreement will not be effective unless the reporting requirements set forth below have been complied with in their entirety. The Contractor agrees that it:

a.    Will not engage in any unlawful discrimination as to race, creed, color, national origin, sex, age, handicap, marital status, citizenship status, sexual orientation or affectional preference in all employment decisions including but not limited to recruitment, hiring, compensation, training and apprenticeship, promotion, upgrading, demotion, downgrading, transfer, layoff and termination and all terms and conditions of employment except as provided by law;

44

CMSG.272010-000044

b.    When it subcontracts it will not engage in any unlawful discrimination in the selection of subcontractors on the basis of the owner's race, color, creed, national origin, sex, age, disability, marital status, citizenship status, sexual orientation, or affectional preference;

c.    Will state in all solicitations or advertisements for employees placed by or on behalf of the contract that all qualified applicants will receive consideration for employment without unlawful discrimination based on race, creed, color, national origin, sex, age, disability, marital status, citizenship status, sexual orientation, or affectional preference or that it is an equal employment opportunity employer;

d.    Will send to each labor organization or representative of workers with which it has a collective bargaining agreement or other contract or memorandum of understanding, written notification of its equal employment opportunity commitments under E.O. 50 and the rules and regulations promulgated thereunder; and

e.    Will furnish all information and reports, including an Employment Report, before the award of the contract which are required by E.O. 50, the rules and regulations promulgated thereunder, and rules, regulations, and orders of the Director of the Corporation's Office of Equal Employment Opportunity (the "Director of the EEO Office"), and will permit access to its books, records and accounts by the EEO Office for the purposes of investigation to ascertain compliance with such rules, regulations, and orders.

f.    The Contractor understands that its non-compliance with the foregoing shall constitute a material breach of this Agreement, as well as non-compliance with E.O. 50 and the rules and regulations promulgated thereunder, provided, however, all allegations, complaints, or charges of discrimination filed with any state or federal entity shall not be considered a material breach solely because they were filed with any such state or federal entity, unless such state or federal entity or other governmental or administrative agency or court with valid jurisdiction over the subject matter makes a final determination that such discrimination actually occurred. The issuance of a "right to sue letter" shall not be deemed to be a final determination that

45

CMSG.272010-000045

such discrimination actually occurred.

After a hearing held pursuant to the rules of EEO Office, the Director may impose any or all of the following sanctions:

a.    Disapproval of the Contractor;

b.    Suspension or termination of the contract;

c.    Declaring the Contractor in default; or

d.    An employment program.

The Director may recommend to the Corporation that a Board of Responsibility be convened for purposes of declaring a contractor who has repeatedly failed to comply with E.O. 50 and the rules and regulations promulgated thereunder (or promulgated by the EEO Office) to be non-responsible.

The Contractor agrees to include the provisions of the foregoing paragraphs in every subcontract or purchase order, in excess of Fifty Thousand Dollars ($50,000), using funds provided hereunder, to which it becomes a party unless exempted by E.O. 50 and the rules and regulations promulgated thereunder, so that such provisions will be binding upon each subcontractor or vendor. The Contractor will take such action with respect to any subcontract or purchase order as may be directed by the Director of the EEO Office as a means of enforcing such provisions, including sanctions for non-compliance.

The Contractor further agrees that it will refrain from entering into any contract or contract modifications subject to E.O. 50 and the rules and regulations promulgated thereunder with a subcontractor who is not in compliance with the requirements of E.O. 50 and the rules and regulations promulgated thereunder.

## 10.2 NEW YORK LABOR LAW SECTION 220-e

Section 220-e of the New York Labor Law requires that:

**10.2.1** In the hiring of employees for the performance of work under this contract or any subcontract hereunder, neither the Contractor, subcontractor, nor any person acting on behalf of such the Contractor or subcontractor shall by reason of race, creed, color or national origin discriminate against any citizen of the State of New York who is qualified and available to perform work to which the employment relates;

**10.2.2** Neither the Contractor, subcontractor, nor any person on his behalf shall, in any manner discriminate against or intimidate any employee hired for the

46

CMSG.272010-000046

performance of work under this contract on account of race, creed, color, or national origin;

**10.2.3** There may be deducted from the amount payable to the Contractor by the Corporation under this contract a penalty of Five Dollars ($5.00) for each person for each calendar day during which such person was discriminated against or intimidated in violation of the provisions of this contract; and

**10.2.4** This contract may be canceled or terminated by the Corporation and all monies due or to become due hereunder may be forfeited, for a second or any subsequent violation of the terms or conditions of this section of the contract.

**10.2.5** The aforesaid provisions of this section covering every contract for or on behalf of the State or a municipality for the manufacture, sale or distribution of materials, equipment or supplies, shall be limited to operations performed within the territorial limits of the State of New York; provided, however, this Section 10.2.5 shall not apply to allegations, complaints, or charges non-compliance solely because they were filed with any state or federal entity, unless such state or federal entity or court with valid jurisdiction over the subject matter makes a final determination that such non-compliance actually occurred.

## 10.3 NEW YORK CITY ADMINISTRATIVE CODE SECTION 6-108:

Section 6-108 of the New York City Administrative Code requires that:

**10.3.1** It shall be unlawful for any person engaged in the construction, alteration or repair of buildings or engaged in the construction or repair of streets or highways pursuant to a contract with the City or engaged in the manufacture, sale or distribution of materials, equipment or supplies pursuant to a contract with the City to refuse to employ or to refuse to continue in any employment any person on account of the race, color or creed of such person;

**10.3.2** It shall be unlawful for any person or any servant, agent or employee of any person, described in subdivision (a) above, to ask, indicate or transmit, orally or in writing, directly or indirectly, the race, color or creed or religious affiliation of any person employed by or seeking employment from such person, firm or corporation except as required by law. Provided however, compliance with any and all state or federal rules, including, but not limited to, all

47

CMSG.272010-000047

requirements of the Office of Federal Contract Compliance Programs, shall not be deemed a violation of this provision.

**10.3.3** Disobedience of the foregoing provisions shall be deemed a violation of a material provision of this contract. Provided however, compliance with any and all state or federal rules, including, but not limited to, all requirements of the Office of Federal Contract Compliance Programs, shall not be deemed a violation of this provision; and

**10.3.4** Any person or the employee, manager or owner of or officer of such firm or corporation who shall violate any of the provisions of this section shall, upon conviction thereof, be punished by a fine of not more than One Hundred Dollars or by imprisonment for not more than thirty (30) days, or both.

**10.4 ADHERENCE TO THE CORPORATION'S EQUAL EMPLOYMENT AND AFFIRMATIVE ACTION POLICIES**

The Contractor agrees to adhere to all terms, conditions and provisions of the Corporation's Equal Employment and Affirmative Action Policies as set forth by the Corporation's Board of Directors.

**10.5 SALES TAX**

Corporation has awarded Contractor a contract to provide environmental managerial services with respect to the purchasing of services, supplies, and equipment hereunder. Corporation will not under any circumstances be charged sales tax for the entire Term of this Agreement so long as its tax exempt status remains in effect. The Corporation agrees to file any and all forms reasonably necessary and required by law in order to effectuate the intent of this provision.

(No further text on this page)

48

CMSG.272010-000048

CMSG.272010-000049

**IN WITNESS WHEREOF,** the Corporation has caused this Agreement to be executed in quadruplicate and the Contractor has caused this Agreement to be so executed by a duly authorized officer as of the day and year first above written.

**NEW YORK CITY HEALTH AND HOSPITALS CORPORATION**

By: _____

Alan D. Aviles, Esq.
President

**CROTHALL HEALTHCARE, INC.**

By: _____
Name: Robut H. Kutteh
Title: CEO
**Contractor's Authorized Representative**

63-1053451
_____
Contractor's Federal Tax I.D. Number

**APPROVED AS TO FINANCE:**

_____
Senior Vice President - Finance
New York City Health and Hospitals Corporation

**APPROVED AS TO FORM:**

_____
General Counsel
New York City Health and Hospitals Corporation

**APPROVED AS TO PROGRAM:**

_____
Senior Vice President-
New York City Health and Hospitals Corporation

2

CMSG.272010-000050

Exhibit A

Scope of Services

1. In performing said housekeeping services, Contractor shall do the following:

a.      Furnish the Corporation-based management and supervisory team set forth in the Agreement required to accomplish the Services.  These personnel shall be employees of Contractor.  Corporation shall have the right to require the replacement of any Contractor employee employed on Corporation premises whose continued presence, in the opinion of the administrator, is not in the best interest of Corporation, its patients or staff, provided that such request for replacement does not contravene applicable laws and the request is submitted in writing to the Contractor. Contractor's obligation to comply with any such request shall also be subject to restrictions imposed upon Contractor by any collective bargaining agreement or other contract affecting such employee.

b.      The Contractor's housekeeping services shall meet the requirements outlined in the housekeeping specifications attached hereto as "Exhibit A-1," which shall be performed at the areas set forth on "Exhibit A-2", attached hereto. (Exhibits A-1 and A-2 are attached hereto and made a part of this Agreement.) To the extent that any term or condition of Exhibit A-1 or Exhibit A-2 is inconsistent with any of the terms or conditions of any Article of this Agreement, then, and in that event, such term or condition of such Article shall control. In the event that Exhibit A-1 is inconsistent with Exhibit A-2, Exhibit A-2 shall control over Exhibit A-1.  In the event that any term or condition is not covered by Exhibits A, A-1, A-2 or this Agreement, then the RFP shall control.

c.      Train, manage and direct the Corporation's Unionized Employees in the performance of the Services, in accordance with Corporation's policies and procedures as such shall be made known to Contractor by Corporation.

d.      Perform the following administrative duties relating to the Corporation's Unionized Employees and required of a Corporation manager: maintaining time records and furnishing to Corporation data from which Corporation can formulate its regular payroll, maintain departmental budgets.

e.      Provide and maintain training materials to be used in training the Corporation's Unionized Employees.

f.      Oversee and negotiate prices charged by providers of services for the housekeeping departments in collaboration with Corporation's Materials

2

CMSG.272010-000051

Management department including all OTPS Costs as defined below.

g.      Furnish appropriate modules of the Contractor's proprietary software, TeamCoach© (the "Software") for housekeeping services. The Software shall remain the property of Contractor at all times.  Upon termination of this Agreement, and provided Corporation has remained current in its payment obligations, Contractor may license the Software for Corporation's own use, solely at the locations at which the Software is located at the termination of this Agreement, subject to Corporation entering into a license agreement for the Software with terms and charges mutually agreeable to the parties.  Nothing herein shall be deemed to vest or have vested in Corporation any right, title or interest in the Software in Corporation, and Contractor is and shall remain the sole owner of said Software. Corporation will maintain the confidentiality of the Software and shall not reproduce, disseminate, modify or change the Software in any way and will not reverse engineer, reverse compile or disassemble the Software or any modification or enhancement thereto.

(i)      Contractor warrants and represents that the Software does not infringe any valid copyright of any patent issued in the United States.  Contractor acknowledges that Corporation owns all of Corporation's data, including protected health information, Corporation confidential or proprietary information ("Data") and Contractor shall maintain the confidentiality of Data and shall not reproduce, disseminate or divulge such Data at any time during or after the term of this Agreement for any purpose whatsoever, unless Contractor has received prior written permission from Corporation.

i.      Provide monthly reports to Corporation with regard to the guarantees made by Contractor Article Three below in the format set forth on Exhibit A-3, attached hereto.

2. Subcontract Costs.  Where indicated on Exhibit A-4, attached hereto, Contractor shall, where permitted by the applicable third party service provider, assume the third party contracts in place between the Corporation and the applicable third party contractor for each Corporation hospital covered under this Agreement.  A list of such third party contracts is set forth on Exhibit A-4 (the "Third Party Contracts").  If Corporation is unable to enter into a direct contract with any Third Party Contract identified on  Exhibit A-4, for any reason, Contractor shall manage the service on behalf of Corporation and shall reimburse Corporation for such contract until such time as Contractor is able to enter into

3

CMSG.272010-000052

a direct contract for such Third Party Contract.

        a.     Cost Increases for Third Party Contracts. The Contract Price shall increase in the event there is any change in scope of service, or if there is a one off Contractor request or required service that is outside the current scope of service currently provided in the Third Party Contracts.

4

CMSG.272010-000053

Exhibit A-1
Housekeeping Specifications

Exhibit A-1.xls

CMSG.272010-000054

## Exhibit A-1

## Exhibit A-1:  Housekeeping Service Specifications

| Cleaning Specification | A | Patient / Resident Areas |
|---|---|---|
| Cleaning Specification | A-1 | Play Rooms |
| Cleaning Specification | B | Non-Patient Areas |
| Cleaning Specification | B-1 | Waiting Rooms |
| Cleaning Specification | C | Isolation Room Cleaning Procedure |
| Cleaning Specification | D | Operating Room Service |
| Cleaning Specification | E | Nurseries |
| Cleaning Specification | F | Critical Care Units |
| Cleaning Specification | G | NICU |
| Cleaning Specification | H | Emergency Department |
| Cleaning Specification | I | Radiology Department |
| Cleaning Specification | J | Physician On Call Rooms |
| Cleaning Specification | K | Hemodialysis |
| Cleaning Specification | L | Dining Room/Cafeteria |
| Cleaning Specification | L - 1 | Resident Dining Rooms |
| Cleaning Specification | M | Rest Rooms |
| Cleaning Specification | N | Chute Cleaning |
| Cleaning Specification | O | Minimal Service Areas |
| Cleaning Specification | P | Miscellaneous Services |

CMSG.272010-000055

## Exhibit A-1

CMSG.272010-000056

## Exhibit A-1

## Cleaning Specification    A:        Patient / Resident Areas

| Duty | Description | 1X | 2X | 3X | 5X | 7X | As Needed |
|------|-------------|----|----|----|----|----|-----------|
| 1 Empty Waste Receptacles | Empty and clean all waste containers. Replace fresh liners ( Paper liners to be used in Mental health). Deposit trash in holding area for pickup. | | | | | X | |
| 2 High Dust Above Eye Level | Dust ledges over eye level including over bed lights, tops of picture frames and ceiling vents. | | X | | | | |
| 3 Sanitize all horizontal surfaces | Damp wipe with germicidal solution the head, foot and side rails of beds, bedside tables, overbed tables, chairs, cabinets, miscellaneous furniture, rolling stock i.e. IV Poles, window sills, ledges, television sets and phones. | | | | | X | |
| 4 Spot Clean all vertical surfaces | Damp wipe walls, doors, door handles, light switch covers, and wall vents. | | | | | X | |
| 5 Clean bathroom fixtures | Thoroughly clean and disinfect sinks, baths, toilets, mirrors and paper towel dispensers. Clean shower floor walls and curtains. Damp wipe commodes after being emptied by Nursing. | | | | | X | |
| 6 Dust Mop Floor/ Vacuum | Dust mop all hard surfaced floors with dust control tool. Dust mopping to include corners, baseboards, and under furniture. Vacuum carpeted floors. | | | | | X | |
| 7 Damp Mop | Damp Mop all hard-surfaced floors with an approved cleaner. | | | | | X | |
| 8 AM/PM Freshen | Dust mop, spot damp mop, remove trash, check bathrooms, during beginning and at the end of each day shift | | | | | X | |
| 9 Mop Up Spills | Mop up major spills on request 24 . hours per day. | | | | | X | |
| 10 Baseboards | Keep baseboards free of dust, splash marks and finish. | | | | | X | |

CMSG.272010-000057

## Exhibit A-1

| Duty | Description | Weekly Frequency | | | | | |
|---|---|---|---|---|---|---|---|
| | | 1X | 2X | 3X | 5X | 7X | As Needed |
| 11 Burnish/Spray Clean | Burnish all hard surfaced patient/ resident room floors and ancillary rooms. | X | | | | | |
| | Spray clean all carpeted patient floors and carpeted ancillary rooms | X | | | | | |
| | Burnish all hard surfaced corridors. | | X | | | | |
| | Spray clean all carpeted corridors | | | | | | X |
| 12 Replenish Supplies | Replenish hand soap. Paper towels, toilet tissue. Refill wall mounted hand sanitizers as needed. | | | | | X | |
| 13 Shampoo Carpets | Top shampoo or heavy deep extraction | | | | | | X |
| 14 Refinish Floors | Strip old finish from hard-surfaced floors or light scrub and apply non-slip floor finish | | | | | | X |
| 15 Water Fountains | Clean and polish | | | | | X | |
| 16 Low-Level Glass | Clean and remove finger marks from low-level interior glass partitions, door panels, mirrors, etc. | | | | | X | |
| 17 Stainless Steel | Damp wipe, clean and polish stainless steel and other metal, railings, wall corner coverings, and kickplates. | X | | | | | |
| 18 Windows | Spot clean interior of outside windows up to 6 feet | | | | | | X |
| 19 Wash Walls | Wash completely interior wall surfaces | | | | | | X |
| 20 Wheelchairs | Clean wheelchairs that are kept in patient room. | | | | | | N.A. |
| 21 Isolation Cleaning | Perform daily cleaning and terminal cleaning in isolation rooms as described in Specification C and/or as amended by hospital's Infection Prevention Committee. | | | | | | X |

Weekly Frequency

CMSG.272010-000058

## Exhibit A-1

| Duty | Description | 1X | 2X | 3X | 5X | 7X | As Needed |
|---|---|---|---|---|---|---|---|
| 22 **Discharge or Transfers**<br>**a. Bed** | Upon discharge or transfer of a patient removal of Patient care items is the responsibility of Nursing Services (PCT staff)<br><br>Thoroughly wash bed and mattress with germicidal solution.  Make bed with fresh linen. | | | | | X | |
| **b. Waste** | Empty, wash and place fresh liner in waste container. | | | | | | |
| **c. Furniture** | Wipe thoroughly all furniture in the room. Scrub inside of clothes closet. | | | | | | |
| **d. Bathroom** | Thoroughly clean bathroom fixtures as outlined above, replenish paper and soap supplies. | | | | | | |
| **e. Floors** | Sweep, damp mop or vacuum floor. Clean shower floors. Remove spots and stains. | | | | | | |
| **f. Walls** | Check and wash clean where necessary painted and tiled walls. | | | | | | |
| **g. Curtains and Drapes** | Inspect cubicle curtains and drapes, replace if needed.  All draperies to be removed for cleaning and rehung a minimum of       twice per year. | | | | | | |
| **h. Windows** | Check clean interior window surfaces. | | | | | | |
| **Note:** | Such discharge and transfer cleaning to be carried out      16/24     24 hours per day in acute care hospitals and 16 hours a day in long tem care facilities. | | | | | | |

CMSG.272010-000059

## Exhibit A-1

**Cleaning Specification   A-1:   Play Rooms**

| Duty | Description | 1X | 2X | 3X | 5X | 7X | As Needed |
|---|---|---|---|---|---|---|---|
| 1 Empty Waste Receptacles | Empty and clean all waste containers Replace fresh liners. Deposit trash in holding area for pickup. | | | | | X | |
| 2 High Dust Above Eye Level | Dust ledges over eye level including tops of picture frames and ceiling vents | | | X | | | |
| 3 Sanitize all horizontal surfaces and toys. | Damp wipe with germicidal solution furniture, rolling stock, window sills, ledges, television sets and cabinets, and phones. Damp wipe disinfect toys once per day. | | | | | X | |
| 4 Spot Clean all vertical surfaces | Damp wipe walls, doors, door handles, light switch covers, and wall vents. | | | | | X | |
| 5 Clean bathroom fixtures | Thoroughly clean and disinfect sinks, baths, toilets, mirrors and paper towel dispensers. | | | | | X | |
| 6 Dust Mop Floor/ Vacuum | Dust mop all hard surfaced floors with dust control tool. Dust mopping to include corners, baseboards, and under furniture. Vacuum carpeted floors. | | | | | X | |
| 7 Damp Mop | Damp Mop all hard-surfaced floors with an approved cleaner. Once Daily | | | | | X | |
| 8 Mop Up Spills | Mop up major spills on request [ 24 ] hours per day. | | | | | X | |
| 9 Baseboards | Keep baseboards free of dust, splash marks and finish. | | | | | X | |
| 10 Burnish/Spray Clean | Burnish all hard surfaced playroom floors Spray clean all carpeted playroom floors | X X | | | | | |
| 11 Shampoo Carpets | Top shampoo or heavy deep extraction | | | | | | X |
| 12 Refinish Floors | Strip old finish from hard-surfaced floors or light scrub and apply non-slip floor finish | | | | | | X |

Page 6 of 30

CMSG.272010-000060

## Exhibit A-1

| Duty | Description | 1X | 2X | 3X | 5X | 7X | As Needed |
|---|---|---|---|---|---|---|---|
| 13 Water Fountains | Clean and polish | | | | | X | |
| 14 Low-Level Glass | Clean and remove finger marks from low-level interior glass partitions, door panels, mirrors, etc. | | | | | X | |
| 15 Stainless Steel | Damp wipe, clean and polish stainless steel and other metal, railings, wall corner coverings, and kickplates. | X | | | | | |
| 16 Windows | Spot clean interior of outside windows up to 6 feet | | | | | | X |
| 17 Wash Walls | Wash completely interior wall surfaces | | | | | | X |

CMSG.272010-000061

## Exhibit A-1

**Cleaning Specification    B:         Non-Patient Areas**                    Weekly Frequency

| Duty | Description | 1X | 2X | 3X | 5X | 7X | As Needed |
|---|---|---|---|---|---|---|---|
| 1 Empty Waste Receptacles | Empty and clean all waste containers Replace fresh liners. Deposit trash in holding area for pickup. Paper Liners to be used in Mental Health | | | | | X | |
| 2 High Dust Above Eye Level | Dust ledges over eye level including tops of picture frames and ceiling vents | X | | | | | |
| 3 Low Dust | Dust all low ledges, furniture and equipment to a height of 6 feet from floor. | | | | X | | |
| 4 Spot Clean Vertical Surfaces | Spot clean and remove finger marks, splashes, etc from walls and doors. | X | | | | | X |
| 5 Dust Mop Floor/ Vacuum | Dust mop all hard surfaced floors with dust control tool.  Vacuum carpeted areas. | | | | | X | |
| 6 Damp Mop | Damp Mop all hard-surfaced floors with an approved cleaner all entrances, lobbies, and corridors. | | | | | X | |
| 7 Clean bathrooms | Thoroughly clean and disinfect hand basins, commodes, seat covers, toilet and paper towel dispensers.  Damp mop floors.  Dust low level kedges.  Clean and polish bright metal and mirrors.  Remove marks from walls, doors and partitions.  Replenish soap, paper towels, toilet paper etc. | | | | | X | |
| 8 Freshening of entrance lobbies and adjacent public bath- rooms, elevators, and waiting areas. | Perform the following tasks: Spot entrance door glass.  Spot sweep/mop floors. Check bathrooms fixtures, floors and trash and clean and remove trash as needed. Check that dispensers are stocked to ensure a supply of soap, toilet paper and hand towels at all times. | | | | | X | |
| 9 Burnish | Burnish corridors and waiting areas | | X | | | | |
| 10 Shampoo Carpets | Top shampoo or heavy deep extraction Check and remove spots and stains | | | | | | X |

CMSG.272010-000062

Exhibit A-1

CMSG.272010-000063

## Exhibit A-1

| Duty | Description | Weekly Frequency 1X | 2X | 3X | 5X | 7X | As Needed |
|---|---|---|---|---|---|---|---|
| 11 Refinish Floors | Strip old finish from hard-surfaced floors or light scrub and apply non-slip floor finish. | | | | | | X |
| 12 Water Fountains | Clean and polish | | | | X | | |
| 13 Polish Furniture | Apply suitable furniture polish to wooden furniture and rub to a high shine, | | | | | | X |
| 14 Stairs | Sweep all stairs and landings | | X | | | | |
| 15 Elevator Cleaning | Wash and polish walls and doors. Sweep and damp mop floors. Apply finish as needed. Vacuum and spray clean carpeted floors. Keep tracks free of debris. Clean ceilings monthly in coordination with Engineering. | | | | X | | |
| 16 Windows | Spot clean insides of exterior windows reachable from the floor. | | | | X | | |
| 17 Wall Wash | Wash completely interior wall surfaces | | | | | | X |

CMSG.272010-000064

## Exhibit A-1

| Cleaning Specification | B-1: | Waiting Rooms | | | | | | | Weekly Frequency |
|---|---|---|---|---|---|---|---|---|---|

| Duty | Description | 1X | 2X | 3X | 5X | 7X | As Needed |
|---|---|---|---|---|---|---|---|
| 1 Empty Waste Receptacles | Empty and clean all waste containers Replace fresh liners. Deposit trash in holding area for pickup. | | | | | X | |
| 2 High Dust Above Eye Level | Dust ledges over eye level including tops of picture frames and ceiling vents | | X | | | | |
| 3 Low Dust | Dust all low ledges, furniture and equipment to a height of 6 feet from floor. | | | | | X | |
| 4 Spot Clean Vertical Surfaces | Spot clean and remove finger marks, splashes, etc from walls and doors. | | | | | X | |
| 5 Dust Mop Floor/ Vacuum | Dust mop all hard surfaced floors with dust control tool.  Vacuum carpeted areas. | | | | | X | |
| 6 Damp Mop | Damp Mop all hard-surfaced floors. | | | | | X | |
| 7 Clean bathrooms | Thoroughly clean and disinfect hand basins, commodes, seat covers, toilet and paper towel dispensers.  Damp mop floors.  Dust low level ledges.  Clean and polish bright metal and mirrors.  Remove marks from walls, doors and partitions.  Replenish soap, paper towels, toilet paper etc. | | | | | X | |
| 8 Freshening | Spot sweep/mop or vacuum floor. Check and clean bathroom fixtures. Ensure an adequate supply of soap, toilet paper and hand towels at all times. | | | | | X | |
| 9 Burnish | Burnish waiting area floor if hard surfaced | X | | | | | |
| 10 Shampoo Carpets | Top shampoo or heavy deep extraction Check and remove spots and stains | | | | | | X |
| 11 Refinish Floors | Strip old finish from hard-surfaced floors or light scrub and apply non-slip floor finish. | | | | | | X |

CMSG.272010-000065

## Exhibit A-1

| Duty | Description | Weekly Frequency |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  | 1X | 2X | 3X | 5X | 7X | As Needed |
| 12 Water Fountains | Clean and polish |  |  |  |  | X |  |
| 13 Polish Furniture | Apply suitable furniture polish to wooden furniture and rub to a high shine, |  | X |  |  |  |  |
| 14 Windows | Spot clean insides of exterior windows reachable from the floor. |  |  |  |  | X |  |
| 15 Wall Wash | Wash completely interior wall surfaces |  |  |  |  |  | X |

CMSG.272010-000066

## Exhibit A-1

## Cleaning Specification    C:        Isolation Rooms

I.   Transmission Based Precautions

A.   **Contact Precautions**

Contact Precautions are designed to prevent spread of infectious diseases through direct contact with the patient or contact with contaminated environment. Proper hand hygiene is critical to prevent the spread of these infections. In addition, most hospitals require gown and gloves to enter the room of patients on contact precautions. Equipment and other items from patient on contact precautions should be discarded, disinfected or bagged and labeled before being removed from the isolation room

|     |     |
|-----|-----|
| a. | Follow isolation  cleaning procedure |
| b. | Gloves and usually a gown must be worn when cleaning room. |
| c. | Gowns and gloves must be removed after cleaning, and hands washed prior to making beds with fresh linen. |
| d. | Dispose of gown and gloves into appropriate receptacle after leaving room. |
| e. | Wash hands immediately after leaving room. |
| f. | Bag all trash per facility policy. |
| g. | The hospital Infection Prevention Department may request that a 10% sodium hyperchlorine (bleach) solution or a commercially available product such as Clorox Disinfectant Wipes be used for patients with C difficile or certain other infectious dis |
| h. | Cubicle curtains should be changed when visibly soiled and per hospital policy. |

Lice and Scabies

|     |     |
|-----|-----|
| a. | Wear gloves and gowns when cleaning |
| b. | Bag all linens used by patient and send to laundry. |
| c. | Wash patient's personal clothing with a detergent and hot water.  Dry the clothes using the hot cycle and press with a hot iron. |
| d. | Seal articles that can not be washed in a plastic bag.  Body lice will die within thirty days, head lice and scabies in ten days and crab lice in twenty-four hours. |

B.   **Airborne Precautions**

Airborne Precautions are used to prevent transmission of infectious diseases that are spread through the air. Rooms with negative pressure are required to contain the germs in the room. Staff must wear respiratory protection (N95 respirator or PAPR power air purified respirator) to enter these rooms. Do not enter the room unless you have been trained to wear an N95 respirator or PAPR. Fit testing is required prior to wearing an N95 respirator. Yearly fit testing is required.

|     |     |
|-----|-----|
| a. | Wear N95 respirator |
| b. | Follow isolation cleaning procedures. |
| c. | Bag all trash in red bags; handle in accordance with facility's procedures for infectious waste. |
| d. | Keep the door closed. |
| e. | Discard respirator and any other PPE worn into appropriate receptacle when leaving room. |
| f. | Wash hands immediately after leaving room. |

CMSG.272010-000067

## Exhibit A-1

C. **Droplet Infection**

Droplet precautions are designed to prevent infectious diseases through respiratory droplets in the air. These particles are heavy and can only travel 3 to 5 feet from the patient.

| | |
|---|---|
| a. | Follow isolation cleaning precautions. |
| b. | Gloves must be worn to enter the room. |
| c. | Gowns must be worn if soiling of clothing is likely. |
| d. | Surgical mask must be worn. |
| e. | Gowns, gloves and mask must be removed after cleaning and hands washed prior to making beds with fresh linen. |
| f. | Dispose of gown and gloves into appropriate receptacle after leaving room. |
| g. | Wash hands immediately after leaving room. |
| h. | Bag all trash per facility policy. |
| i. | Change cubicle curtains if required per facility policy or when visibly soiled. |

Color coded cards are often used to identify the specific type of isolation and are to be posted on the door of the patient's room. They will also list the types of barriers that must be worn in order to enter the patient's room, and any other special instructions. Refer to the Hospital Infection Prevention Manual for more details on the color-coded card system.

CMSG.272010-000068

## Exhibit A-1

## Cleaning Specification   D:          Operating Room Service

| Duty | Description | 1X | 2X | 3X | 5X | 7X | As Needed |
|------|-------------|----|----|----|----|----|-----------|
| 1 Between Case Cleaning | To be provided | | | | | X | |
| 2 Terminal Cleaning | To be provided | | | | | X | |
| 3 Cycle Cleaning | To be provided | | | | | X | |

*(Weekly Frequency)*

**Duty**                      **Description of Service**

The Operating Room is the most critical area of the hospital for the environmental services department. To maintain a sterile environment, the following attire is required: Scrub suit, shoe covers, gloves, cap and mask. These items must be worn upon entering the surgery area. When leaving the surgery area, a cover gown must be worn and disposable PPE should be removed.

The EVS associate will check with the O.R. Supervisor or an appointed representative at the beginning of the shift to see if there are any special duties which need to be done before starting the daily routine.

Clean mop heads are used daily and a fresh mop should be used for each room. All soiled mop heads will be taken to the Environmental Services Department and exchanged for clean ones. All equipment and supplies used in the OR areas are designated for use in this area exclusively.

### 1 Daily Routine Cleaning
**Between Case Cleaning**

a.      Remove soiled waste and linens from hampers. Red liners used for infectious waste and blue liners are used for linen.

b.      Wash kick buckets and replace liner with a fresh appropriately colored liner.

c.      Wash O.R. Table, lights and furniture with germicidal solution.

d.      Spot wash walls with germicidal solution.

e.      Wet mop floor of the O.R. Suite with germicidal solution. If using a microfiber system, follow your facility's guidelines for mopping.

### 2 Nightly Cleaning

a.      Perform between case cleaning as needed.

b.      Clean Restrooms, lounges and locker rooms; Clean and replenish supplies as needed.

c.      Clean all offices and support areas in the Surgery and Recovery areas.

d.      Wash all scrub and work sinks including under surfaces and drain pipes.

e.      Clean floors of all corridors, storage spaces between rooms, instrument clean-up rooms, sterile storage rooms, male and female locker rooms, offices and lounge areas.

f.      Wash gurneys in the Recovery Room

g.      Terminally clean all O.R. Suites including mopping the entire floor with germicidal solution, taking O.R. Table apart to completely clean and disinfect and to damp disinfect all exposed surfaces of O.R. Lights.

CMSG.272010-000069

## Exhibit A-1

### 3 Cycle Cleaning

Carry out the following duties so that the entire area is covered periodically following an agreed scheduled (weekly unless agreed otherwise). This schedule will be maintained by the Environmental Services Department (see Surgical Cleaning Modules for Detailed Procedures)

### Surgery Suites

| | |
|---|---|
| a. | Remove all portable equipment from the room. |
| b. | Wash all fixtures and items attached to ceiling with germicidal solution. |
| c. | Wash walls, doors, door frames, electrical outlets, rubber hoses, fixtures attached to walls, and outside surfaces or shelves with germicidal solution. |
| d. | Apply germicidal solution to entire floor surface, scrub mechanically, and pick up with wet vacuum. |
| e. | Remove gross dirt from wheels, followed by washing with germicidal solution. |
| f. | Wash walls and ceiling (if applicable) with Germicidal solution. |

CMSG.272010-000070

## Exhibit A-1

**Cleaning Specification    E:          Nurseries**                    Weekly Frequency
**Duty**                    **Description**                    1X  2X  3X   5X  7X  As Needed

Cleaning to be done according to Specification "A", plus the following:

| | | | | X | |
|---|---|---|---|---|---|

When Nursery is vacated, at least once every          Quarter

a.      Wash all walls, ceilings, doors an ledges with hospital approved germicidal solution.

b.      Wash all internal glass.

c.      Thoroughly wipe exterior of ventilator ducts with hospital approved germicidal solution.

d.      Machine scrub all floors with hospital approved germicidal solution.

\*    It is understood that most nurseries are difficult areas to vacate.  However, the Director of Environmental Services will liaise closely with the Nurse Manager of the unit to make every effort to perform these activities.

CMSG.272010-000071

## Exhibit A-1

**Cleaning Specification    F:        Critical Care Unit**

| Duty | Description | Weekly Frequency |
|------|-------------|------------------|

Weekly Frequency: 1X  2X  3X  5X  7X  As Needed

Cleaning to be done according to Specification "A", plus the following:

| 1X | 2X | 3X | 5X | 7X | As Needed |
|----|----|----|----|----|-----------|
|    |    |    | X  |    |           |

When  Critical Care Unit is vacated, but not less than    [ Quarterly ]

a.    Wash all walls, ceilings, doors an ledges with hospital approved germicidal solution.

b.    Wash all internal glass.

c.    Thoroughly wipe exterior of ventilator ducts with hospital approved germicidal solution.

\*    It is understood that most Critical Care Units are difficult areas to vacate.  However, the Director of Environmental Services will liaise closely with the Nurse Manager of the unit to make every effort to perform these activities.

CMSG.272010-000072

## Exhibit A-1

**Cleaning Specification    G:        NICU**

| Duty | Description | Weekly Frequency |
| --- | --- | --- |
| | | 1X  2X  3X  5X  7X  As Needed |

Cleaning to be done according to Specification "A", plus the following:    [ 7X: X ]

When  NICU Unit is vacated, but not less than    | Quarterly |

       a.       Wash all walls, ceilings, doors an ledges with hospital approved germicidal solution.

       b.       Wash all internal glass.

       c.       Thoroughly wipe exterior of ventilator ducts with hospital approved germicidal solution.

\*    It is understood that most NICU Units are difficult areas to vacate.  However, the Director of Environmental Services will liaise closely with the Nurse Manager of the unit to make every effort to perform these activities.

CMSG.272010-000073

## Exhibit A-1

**Cleaning Specification     H:          Emergency Department**

| Duty | Description | Weekly Frequency 1X 2X 3X 5X 7X As Needed |
|---|---|---|

Cleaning to be done according to Specification "A", plus the following: [ | | | | X | ]

The Emergency Department shall be cleaned on a [ 24 ] basis and police cleaned as necessary.

  a.     Rest rooms will be police cleaned throughtout the day [ as needed ] .

  b.     All examination tables will be cleaned [ once daily and as needed ]

  c.     Walls will be spot washed daily, and as needed, using a hospital approved germicidal solution.

  d.     Sinks, soap dispensers and paper towel dispensers will be cleaned daily and replenished as needed.

CMSG.272010-000074

## Exhibit A-1

**Cleaning Specification   I:        Radiology Department**

| Duty | Description | Weekly Frequency |
|------|-------------|------------------|

Weekly Frequency: 1X  2X  3X  5X  7X  As Needed

Cleaning to be done according to Specification "A", plus the following:     [ X under 7X ]

The Radiology Department shall be cleaned on a     [ 16 ]     basis.

a.      Rest Rooms will be police cleaned     [ as needed ]   daily.

b.      All  examination  tables  to  be  cleaned     [ once daily and as needed ]

c.      Walls will be spot washed daily, and as needed, using   hospital approved germicidal solution.

d.      Sinks, soap dispensers and paper towel dispensers will be cleaned daily and replenished as needed.

Page 21 of 30

CMSG.272010-000075

## Exhibit A-1

**Cleaning Specification    J:        Physician On-Call Rooms**

| | | Weekly Frequency |
|---|---|---|
| **Duty** | **Description** | <u>1X</u>  <u>2X</u>  <u>3X</u>   <u>5X</u>  <u>7X</u>  As Needed |

Cleaning to be done according to Specification "B", plus the following:

| | | | | X | |
|---|---|---|---|---|---|

| Beds to be made | once per day |
|---|---|

| Linens to be changed | daily |
|---|---|

CMSG.272010-000076

## Exhibit A-1

**Cleaning Specification**   **K:**         **Hemodialysis**

| Duty | Description | Weekly Frequency |
|---|---|---|

Weekly Frequency: 1X  2X  3X   5X   6X   As Needed

Cleaning to be done according to Specification "A", plus the following:

| 1X | 2X | 3X | 5X | 6X | As Needed |
|---|---|---|---|---|---|
|  |  |  |  | X |  |

**Daily**

   a.      Mop Floor      | once per day |

   b.      Scrub any blood spills on walls, furniture, counters, etc. using hospital approved germicide.

   c.      Waste is to be double bagged and removed as often as necessary.  Outside bag
              must be red following regulated medical waste guidelines.

**Floor Care**

   a.      Refinish hard surfaced floors as needed.

CMSG.272010-000077

## Exhibit A-1

**Cleaning Specification    L:        Dining Room/Cafeteria**

| Duty | Description | | | | | | |
|------|-------------|---|---|---|---|---|---|

Weekly Frequency
1X  2X  3X  5X  7X  As Needed

Cleaning to be done to the customer side of the Serving Counter and the cafeteria/Dining Room eating areas as follows:

| Duty | Description | 1X | 2X | 3X | 5X | 7X | As Needed |
|------|-------------|----|----|----|----|----|-----------|
| 1 Vacuum/Sweep/Mop | Vacuum/sweep/mop floor areas at the end of the day | | | | | X | |
| 2 Carpet Spotting | Check for and remove spots and stains from carpeted areas. | | | | | X | |
| 3 Burnish Hard Surface Flooring | Burnish floors to maintain floor appearance | | X | | | | |
| 4 Carpet Shampoo/ Extraction | Top shampoo and heavy deep shampoo/extraction. | | | | | | X |
| 5 Wash Walls | Wash completely interior wall surfaces annually. Spot clean Daily. | | | | | | |
| 6 Police Clean | Perform the following tasks between meals To be done by other personnel | | | | | | |

**Cleaning Specification    L: 1        Resident Dining Room**

Weekly Frequency
1X  2X  3X  5X  7X  As Needed

Cleaning to be comleted after each resident meal

| Duty | Description | 1X | 2X | 3X | 5X | 7X | As Needed |
|------|-------------|----|----|----|----|----|-----------|
| 1 Vacuum/Sweep/Mop | Vacuum/sweep/mop floor areas At the end of each meal | | | | | X | |
| 2 Carpet Spotting | Check for and remove spots and stains from carpeted areas. | | | | | X | |
| 3 Burnish Hard Surface Flooring | Burnish floors to maintain floor appearance | | X | | | | |
| 4 Carpet Shampoo/ Extraction | Top shampoo and heavy deep shampoo/extraction. | | | | | | X |

Page 24 of 30

CMSG.272010-000078

## Exhibit A-1

5 **Wash Walls**                    Wash completely interior wall surfaces as needed.
Spot clean Daily.

6 **Police Clean**                Perform the following tasks between meals

| |
|---|
| Dust mop floor |
| Damp mop floor |
| Remove trash |

CMSG.272010-000079

### Exhibit A-1

| Cleaning Specification | M:    Rest Room | Weekly Frequency | | | | | |
|---|---|---|---|---|---|---|---|
| **Duty** | **Description** | 1X | 2X | 3X | 5X | 7X | As Needed |
| 1 **Empty Waste Receptacles** | Empty and clean all waste containers Replace fresh liners. Deposit trash in holding area for pickup. | | | | | X | |
| 2 **Sink Cleaning** | Thoroughly clean top and bottom of sinks, faucets, and pipes under sinks using hospital approved germicidal solution. Check wall and mirror and clean as needed. | | | | | X | |
| 3 **Toilet/Urinal Cleaning** | Using a hospital approved germicidal Clean outside of toilet including chrome handles and chrome handle and pipes, top and bottom of seats, and rim of toilet seat. Clean inside of toilet/urinal. | | | | | X | |
| 4 **High Dust** | Dust all high level ledges and vents. | | X | | | | |
| 5 **Damp Wipe** | Damp wipe with hospital approved germicidal solution all ledges, fittings, external vent surfaces, doors, dispensers and partitions. | | | | | X | |
| 6 **Vertical surfaces** | Remove finger marks and smears from walls, doors, door jams etc. | | | | | X | |
| 7 **Low Level Glass** | Clean and remove finger marks from low level interior glass partitions, door panels, mirrors etc | | | | | X | |
| 8 **Replenish Supplies** | Replenish all supplies including paper towels, toilet paper, hand soap, toilet seat covers, etc. | | | | | X | |
| 9 **Damp Mop** | Damp mop all floor surfaces with hospital approved germicidal solution. | | | | | X | |
| 10 **Baseboards** | Keep baseboards free of dust, splash marks, and old finish build up. | | | | | X | |
| 11 **Wash Walls** | Wash completely interior wall surfaces. | | | | | | X |
| 12 **Scrub Floors** | Machine scrub and/or strip hard-surfaced floors. Apply suitable non-slip, metal-link finish if appropriate. | | | | | | X |

CMSG.272010-000080

## Exhibit A-1

**Cleaning Specification    N:          Chute Cleaning**

All chutes are to be cleaned on a monthly basis.  A cycle schedule will be set up to ensure that this is accomplished.

### 1 Preparation

   a. Assemble all equipment

   b. Prepare chute for cleaning.  Ensure chutes are empty.  Tape all chute doors.   Post caution signs on each chute door.

### 2 Cleaning Chute

   a. Use built-in chute cleaning device.  Scrub or mop stubborn stains.

   b. Wet floors should be quickly wet vacuumed.

### 3 Inspection

   a. Inspect chute by floor to ensure all soilage has been removed.

   b. Chutes cleaned should be so indicated by tagging at lower outlet.
                * Date cleaned  and chemical used
                * Certified by supervisor

   c. Log into cycle cleaning system

### 4 Clean Up

   a. Remove all tape and caution signs.

   b. Clean all equipment used.

CMSG.272010-000081

## Exhibit A-1

**Cleaning Specification   O:          Minimal Service Areas**

1 **Sweep**                   Sweep all accessible areas with dust control tool.

2 **Damp Mop**               Damp mop floors removing spots and spillages.

CMSG.272010-000082

## Exhibit A-1

## Cleaning Specification    P:        Miscellaneous Services

### 1 Conference and Meeting Rooms, Furniture Moving by other

Set up conference and meeting rooms, furniture moving by other .

### 2 Exterminator

Liaise with outside pest extermination services.

### 3 Waste Disposal

Empty waste containers from holding areas throughout the hospital and take to designated area for removal by carting company. Keep designated areas clean and free of litter, seven days a week. Liaise with waste hauling and disposal firms. Maintain waste manifests.

### 4 Inside and Outside Windows

Clean interior windows on an as needed basis. Liaise with outside contractor for exterior window cleaning services.

### 5 Outside Grounds / Snow Removal

Snow Removal by EVS only at designated Facilities identified on Exhibit A-4
Outside grounds to be maintained by other Department or personnel.

### 6 Cubicle Curtains and Drapes

Supervise ordering, cleaning, alteration, and central storage of cubicle curtains and drapes.

### 7 Mattresses, Furniture

To be maintained by other Department or personnel.

### 8 Resident Bed Monthly Disinfection

Disinfect resident beds on at least a monthly basis using approved germicidal solutiom

CMSG.272010-000083

**Exhibit A-1**

CMSG.272010-000084

Exhibit A-2

Areas of Service

The parties shall mutually agree on the areas of service within ninety (90) days following the Effective Date and this Exhibit shall be inserted at such time.

CMSG.272010-000085

Exhibit A-3
Monthly Report Format

7

CMSG.272010-000086

# EXHIBIT A-3
# SAMPLE MONTHLY REPORT FORMAT

Crothall will provide a narrative outlining the highlights and direction for the following outline:

**PEOPLE:**
- Narrative

**QUALITY:**
- Narrative

**SERVICE:**
- Narrative

**FINANCIAL:**
- Narrative

**GROWTH:**
- Narrative

Crothall will also provide / present measurement in the following metrics customized by facility and HHC contact.  Suggested format:

1

CMSG.272010-000087

| Indicator Description | YE 2010 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Deo | YTD 2010 | Threshold | Target | Maximum |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **People** | | | | | | | | | | | | | | | | | |
| Vacancies | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| PG Room Cleanliness: Top Box | | | | | | | | | | | | | | #DIV/0! | | | ' |
| PG Courtesy: Top Box | | | | | | | | | | | | | | #DIV/0! | | | |
| HCAHPS: Top Box | | | | | | | | | | | | | | #DIV/0! | | | |
| Joint Environmental Rounds- Inpatient | | | | | | | | | | | | | | #DIV/0! | | | |
| Joint Environmental Rounds- Outpatient | | | | | | | | | | | | | | #DIV/0! | | | |
| Team Coach Overall Quality Score | | | | | | | | | | | | | | #DIV/0! | | | |
| Team Coach Customer Survey Score | | | | | | | | | | | | | | #DIV/0! | | | |
| Team Coach Patient Survey Score | | | | | | | | | | | | | | #DIV/0! | | | |
| | | | | | | | | | | | | | | | | | |
| Cleaning: Sq. Feet Per Hour | | | | | | | | | | | | | | #DIV/0! | | | |
| Bed Turnover Time | | | | | | | | | | | | | | #DIV/0! | | | |
| Rooms Cycle Cleaned | | | | | | | | | | | | | | #DIV/0! | | | |
| | | | | | | | | | | | | | | | | | |
| Staffing (Total FTE's) | | | | | | | | | | | | | | #DIV/0! | | | |
| Productivity Benchmark | | | | | | | | | | | | | | #DIV/0! | | | |
| Salary Expense | | | | | | | | | | | | | | N/A | | | |
| Supply Expense | | | | | | | | | | | | | | N/A | | | |
| RMW: Pounds Per Adjusted Patient Day | | | | | | | | | | | | | | #DIV/0! | | | |
| Linen: Pounds Per Adjusted Patient Day | | | | | | | | | | | | | | #DIV/0! | | | |

CMSG.272010-000088

Exhibit A-4
Third Party Contracts

The parties shall mutually agree on the scope of the Third Party Contracts within ninety (90) days following the Effective Date and this Exhibit shall be inserted at such time.

8

CMSG.272010-000089

CMSG.272010-000090

# Exhibit B
## Facilities List

| Facility | Address | City | State | Zip Code | Phone |
|----------|---------|------|-------|----------|-------|
| Bellevue Hospital Center | 462 First Ave | New York | NY | 10016-9196 | (212) 562-4141 |
| Bird S Coler Memorial Hospital | 900 Main St | Roosevelt Island | NY | 10044-0066 | (212) 848-6000 |
| Coler-Goldwater Specialty Hospital & | 1 Main St | Roosevelt Island | NY | 10044-0052 | (212) 318-8000 |
| Coney Island Hospital | 2601 Ocean Parkway | Brooklyn | NY | 11235-7745 | (718) 616-3000 |
| Cumberland Diagnostic & Treatment Center | 100 North Portland Avenue | Brooklyn | NY | 11205 | (718) 260-7500 |
| East New York | 2094 Pitkin Avenue | Brooklyn | NY | 11207 | (718) 240-0400 |
| Elmhurst Hospital Center | 79-01 Broadway | Elmhurst | NY | 11373-1329 | (718) 334-4000 |
| Gouverneur Hospital Nursing Facility | 227 Madison St | New York | NY | 10002-7537 | (212) 238-7000 |
| Harlem Hospital Center | 506 Lenox Avenue | New York | NY | 10037-1802 | (212) 939-1000 |
| Jacobi Medical Center | 1400 Pelham Pkwy South | Bronx | NY | 10461-1119 | (718) 918-5000 |
| Kings County Hospital Center | 451 Clarkson Ave | Brooklyn | NY | 11203-2057 | (718) 245-3131 |
| Lincoln Medical And Mental Health Center | 234 East 149th Street | Bronx | NY | 10451-5504 | (718) 579-5000 |
| McKinney Nursing & Rehabilitation Center | 594 Albany Avenue | Brooklyn | NY | 11203-1706 | (718) 245-7000 |
| Metropolitan Hospital Center | 1901 First Ave | New York | NY | 10029-7404 | (212) 423-6262 |
| Morrisania Diagnostic Treatment Center | 1225 Gerard Avenue | Bronx | NY | 10452 | (718) 960-2777 |
| North Central Bronx Hospital | 3424 Kossuth Avenue | Bronx | NY | 10467-2410 | (718) 519-5000 |
| Queens Hospital Center | 82-70 164th Street | Jamaica | NY | 11432-1121 | (718) 883-3000 |
| Renaissance Healthcare Network | 215 West 125 Street | New York | NY | 10027 | (718) 932-6500 |
| Sea View Hospital Rehabilitation Center And Home | 460 Brielle Avenue | Staten Island | NY | 10314-6427 | (877) 57328439 |
| S R Belvis Diagnostic & Treatment Center | 545 East 142nd Street | Bronx | NY | 10454 | (718) 579-4000 |
| Woodhull Medical And Mental Health Center | 760 Broadway | Brooklyn | NY | 11206-4418 | (718) 963-8000 |

## Exhibit C - 1
## Year 1 - Contract Price Detail - by Facility



| | Monthly Installments | | Year 1 Total |
| --- | --- | --- | --- |
| | Month 1 - 3 | Months 4 - 12 | Installments |
| Bellevue Hospital Center | | | |
| S R Belvis Diagnostic & Treatment Center | | | |
| Bird S Coler Memorial Hospital | | | |
| Coney Island Hospital | | | |
| Cumberland Diagnostic & Treatment Center | | | |
| East New York | | | |
| Elmhurst Hospital Center | | | |
| Coler-Goldwater Specialty Hospital & | | | |
| Gouverneur Hospital Nursing Facility | | | |
| Harlem Hospital Center | | | |
| Jacobi Medical Center | | | |
| Kings County Hospital Center | | | |
| Lincoln Medical And Mental Health Center | | | |
| McKinney Nursing & Rehabilitation Center | | | |
| Metropolitan Hospital Center | | | |
| Morrisania Diagnostic Treatment Center | | | |
| North Central Bronx Hospital | | | |
| Queens Hospital Center | | | |
| Renaissance Healthcare Network | | | |
| Sea View Hospital Rehabilitation Center And Home | | | |
| Woodhull Medical And Mental Health Center | | | |
| Monthly Installment Total | | | |
| Total Annual Contract Price | | | |

CMSG.272010-000091

CMSG.272010-000092



## Exhibit C - 2
### Year 2 through 9 - Contract Price Detail - by Facility

| | Year 2 Total Contract Price | Year 3 Total Contract Price | Year 4 Total Contract Price | Year 5 Total Contract Price | Year 6 Total Contract Price | Year 7 Total Contract Price | Year 8 Total Contract Price | Year9 Total Contract Price |
|---|---|---|---|---|---|---|---|---|
| Bellevue Hospital Center | | | | | | | | |
| S R Belvis Diagnostic & Treatment Center | | | | | | | | |
| Bird S Coler Memorial Hospital | | | | | | | | |
| Coney Island Hospital | | | | | | | | |
| Cumberland Diagnostic & Treatment Center | | | | | | | | |
| East New York | | | | | | | | |
| Elmhurst Hospital Center | | | | | | | | |
| Coler-Goldwater Specialty Hospital & | | | | | | | | |
| Gouverneur Hospital Nursing Facility | | | | | | | | |
| Harlem Hospital Center | | | | | | | | |
| Jacobi Medical Center | | | | | | | | |
| Kings County Hospital Center | | | | | | | | |
| Lincoln Medical And Mental Health Center | | | | | | | | |
| McKinney Nursing & Rehabilitation Center | | | | | | | | |
| Metropolitan Hospital Center | | | | | | | | |
| Morrisania Diagnostic Treatment Center | | | | | | | | |
| North Central Bronx Hospital | | | | | | | | |
| Queens Hospital Center | | | | | | | | |
| Renaissance Healthcare Network | | | | | | | | |
| Sea View Hospital Rehabilitation Center And Home | | | | | | | | |
| Woodhull Medical And Mental Health Center | | | | | | | | |
| Total Annual Contract Price | | | | | | | | |
| Monthly Installment Total | | | | | | | | |

Case 1:17-cv-01003-KAM-VMS    Document 24-3    Filed 06/12/18    Page 94 of 136 PageID #: 180

CMSG.272010-000093

# Exhibit C -3
## Environmental Services Management - Guaranteed NINE YEAR (Fixed) Contract Price Summary



| Cost Item | NINE YEAR GUARANTEED FINANCIAL PLAN | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Total Contract |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cost Category I: HHC Productive Labor Staff | | | | | | | | | | |
| 1 | HHC Environmental Hourly Staff | | | | | | | | | | |
| 1a | HHC Environmental Hourly Over Time Costs | | | | | | | | | | |
| 1b | HHC Environmental Management Staff | | | | | | | | | | |
| 2 | HHC Taxes, Insurances and Fringe Costs (Wages 42.83 % and OT 23.95%) | | | | | | | | | | |
| | Total Cost Category I: | | | | | | | | | | |
| | Cost Category II: Crothall On-Site Management | | | | | | | | | | |
| 3 | On-Site Management Wages | | | | | | | | | | |
| 4 | Crothall Wage Associated Taxes, Insurances and Fringe Costs: | | | | | | | | | | |
| | Total Cost Category II: | | | | | | | | | | |
| | Cost Category III: Other Operating Costs | | | | | | | | | | |
| 5 | Janitorial Supplies | | | | | | | | | | |
| 6 | Paper, Plastic, and Hand soaps & Gels | | | | | | | | | | |
| 7 | Equipment Repair | | | | | | | | | | |
| 8 | General Liability Insurance | | | | | | | | | | |
| 9 | Employee Recognition Program | | | | | | | | | | |
| 10 | TeamFin/Coach Computer Support and Updates | | | | | | | | | | |
| 11 | Computer Leasing Charge | | | | | | | | | | |
| 12 | Office Supplies, Telephone, Postage | | | | | | | | | | |
| 13 | OTPS / Serv Contracts - Guaranteed - Crothall Paid | | | | | | | | | | |
| 14 | OTPS / Serv Contracts-Managed-HHC Paid | | | | | | | | | | |
| | Total Cost Category III: | | | | | | | | | | |
| 15 | Crothall Regional and Corporate Support | | | | | | | | | | |
| 16 | Proposed Management Fee | | | | | | | | | | |
| 17 | 90 Day Training and Development Support | | | | | | | | | | |
| | Total Infrastructure / Administrative Support: | | | | | | | | | | |
| | Total Guaranteed Contract Price: | | | | | | | | | | |
| | Total Guaranteed Department Price | | | | | | | | | | |
| | Hourly / Union FTEs | | | | | | | | | | |
| | Supervisory FTEs (1) | | | | | | | | | | |
| | Total HHC FTEs | | | | | | | | | | |
| | Crothall Management FTEs | | | | | | | | | | |

Exhibit C_3_Contract Price Schedule-Nine Year Finance Plan_10tabs_modified 83111.xlsx Plan Summary

1 of 1     10/31/2011

# Exhibit E

## HCAHPS Improvement Guarantee

### Program Overview

Contractor has agreed to guarantee the improvement in the Patient Satisfaction HCAHPS scores by 10 % over a 24 month period by jointly establishing an annual risk and incentive program that assures the achievement of mutually agreed upon standards in:

HCAHPS Score Improvement.

### Process

For the period from  April 1, 2012 through March 31, 2013, and for each twelve month period thereafter, Contractor on an annual basis shall place "at risk" an amount equal to ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ tied to achieving the HCAHPS targets indicated in this Exhibit E, and in accordance with the table below.  Contractor shall have the opportunity to earn as an incentive an amount equal to ▉▉▉▉▉▉▉▉▉▉▉▉ Allocations of "at risk and incentive" dollars are as follows:

| Facility | |
|---|---|
| Bellevue Hospital Center | |
| Coney Island Hospital | |
| Elmhurst Hospital Center | |
| Harlem Hospital Center | |
| Jacobi Medical Center | |
| Kings County Hospital Center | |
| Lincoln Medical and Mental Health Center | |
| Metropolitan Hospital Center | |
| North Central Bronx Hospital | |
| Queens Hospital Center | |
| Woodhull Medical and Mental Health Center | |

Should Contractor fail to meet the improvement targets, for any Corporation facility, identified below in an annual period, Contractor shall pay to Corporation a sum equal to the Allocation identified in the chart above for the applicable Corporation facility listed above.  Should Contractor meet or exceed the stretch targets for any Corporation facility in any 12 month period, Corporation shall pay to Contractor a sum equal to the incentive amount identified in the chart above for the applicable facility listed above.  All HCAHPS scores will be reported and tracked on a monthly basis and any payment due hereunder shall be calculated as an average of the 12 months reported and reconciled/billed on an annual basis. Payment shall be made according to the payment terms in section 3.4. In order for Contractor to receive any Incentive amount outlined in the chart above, the overall system average of HCAHPS scores for Housekeeping as outlined in the chart below, must be achieved.

The First annual period will begin April 1, 2012 and end on March 31, 2013,  and the second annual period will begin April 1, 2013 and end March 31, 2014.  Within 60 days prior to April 1, 2014 and each April 1st thereafter, Contractor and Corporation shall identify and mutually agree, in writing, upon new improvement targets and thresholds for the subsequent 12 month period.

CMSG.272010-000094

On a quarterly basis and within 30 days following the end of each quarter, Contractor shall provide a written report to the Corporation outlining Contractor's progress performance for the previous quarter. The baselines and improvement target scores are set forth in the chart below.

## Improvement Targets:

| Facility | Current | First Year Increase | First Year Target | First Year Percentage | Second Year Increase | Second Year Target | Second Year Percentage from Baseline |
|---|---|---|---|---|---|---|---|
| Bellevue | 61.0 | 4.0 | 65.0 | 6.6% | 4.0 | 69.0 | 13.1% |
| Coney Island | 62.0 | 4.0 | 66.0 | 6.5% | 4.0 | 70.0 | 12.9% |
| Elmhurst | 63.0 | 4.0 | 67.0 | 6.3% | 4.0 | 71.0 | 12.7% |
| Harlem | 64.0 | 4.0 | 68.0 | 6.3% | 4.0 | 72.0 | 12.5% |
| Jacobi | 65.0 | 4.0 | 69.0 | 6.2% | 3.0 | 72.0 | 10.8% |
| Kings County | 86.0 | 2.0 | 88.0 | 2.3% | 2.0 | 90.0 | 4.7% |
| Lincoln | 60.0 | 4.0 | 64.0 | 6.7% | 4.0 | 68.0 | 13.3% |
| Metropolitan | 61.0 | 4.0 | 65.0 | 6.6% | 4.0 | 69.0 | 13.1% |
| North Central Bronx | 62.0 | 4.0 | 66.0 | 6.5% | 4.0 | 70.0 | 12.9% |
| Queens | 83.0 | 2.0 | 85.0 | 2.4% | 2.0 | 87.0 | 4.8% |
| Woodhull | 81.0 | 2.0 | 83.0 | 2.5% | 2.0 | 85.0 | 4.9% |
| HHC Average | 68.0 | 3.5 | 71.5 | 5.1% | 3.4 | 74.8 | 10.0% |

## Stretch Targets:

| Facility | Current | First Year Stretch Target | First Year Stretch Percentage | Second Year Stretch Target | Second Year Stretch Percentage |
|---|---|---|---|---|---|
| Bellevue | 61.0 | 67.0 | 9.8% | 73.0 | 19.7% |
| Coney Island | 62.0 | 68.0 | 9.7% | 74.0 | 19.4% |
| Elmhurst | 63.0 | 69.0 | 9.5% | 75.0 | 19.0% |
| Harlem | 64.0 | 69.0 | 7.8% | 75.0 | 17.2% |
| Jacobi | 65.0 | 70.0 | 7.7% | 75.0 | 15.4% |
| Kings County | 86.0 | 89.0 | 3.5% | 92.0 | 7.0% |
| Lincoln | 60.0 | 66.0 | 10.0% | 72.0 | 20.0% |
| Metropolitan | 61.0 | 67.0 | 9.8% | 73.0 | 19.7% |
| North Central Bronx | 62.0 | 68.0 | 9.7% | 74.0 | 19.4% |
| Queens | 83.0 | 86.0 | 3.6% | 89.0 | 7.2% |
| Woodhull | 81.0 | 85.0 | 4.9% | 88.0 | 8.6% |
| HHC Average | 68.0 | 73.1 | 7.5% | 78.2 | 15.0% |

CMSG.272010-000095

Case 1:17-cv-01003-KAM-VMS   Document 24-3   Filed 06/12/18   Page 97 of 136 PageID #: 183

CMSG.272010-000096



## Exhibit F
### Guaranteed Overtime - by Facility

| | Year 1 Overtime Cost | Year 2 Overtime Cost | Year 3 Overtime Cost | Year 4 Overtime Cost | Year 5 Overtime Cost | Year 6 Overtime Cost | Year 7 Overtime Cost | Year 8 Overtime Cost | Year 9 Overtime Cost |
|---|---|---|---|---|---|---|---|---|---|
| Bellevue Hospital Center | | | | | | | | | |
| S R Belvis Diagnostic & Treatment Center | | | | | | | | | |
| Bird S Coler Memorial Hospital | | | | | | | | | |
| Coney Island Hospital | | | | | | | | | |
| Cumberland Diagnostic & Treatment Center | | | | | | | | | |
| East New York | | | | | | | | | |
| Elmhurst Hospital Center | | | | | | | | | |
| Coler-Goldwater Specialty Hospital & | | | | | | | | | |
| Gouverneur Hospital Nursing Facility | | | | | | | | | |
| Harlem Hospital Center | | | | | | | | | |
| Jacobi Medical Center | | | | | | | | | |
| Kings County Hospital Center | | | | | | | | | |
| Lincoln Medical And Mental Health Center | | | | | | | | | |
| McKinney Nursing & Rehabilitation Center | | | | | | | | | |
| Metropolitan Hospital Center | | | | | | | | | |
| Morrisania Diagnostic Treatment Center | | | | | | | | | |
| North Central Bronx Hospital | | | | | | | | | |
| Queens Hospital Center | | | | | | | | | |
| Renaissance Healthcare Network | | | | | | | | | |
| Sea View Hospital Rehabilitation Center And Home | | | | | | | | | |
| Woodhull Medical And Mental Health Center | | | | | | | | | |
| Total | | | | | | | | | |

Case 1:17-cv-01003-KAM-VMS    Document 24-3    Filed 06/12/18    Page 98 of 136 PageID #: 184

CMSG.272010-000097

# Exhibit G
## Full Time Equivalent Summary

| Facility | Crothall Paid MGT | Director Level ** | Day Mgrs | Evening |
|---|---|---|---|---|
| Bellevue Hospital Center | 5.00 | 1.00 | 3.00 | 1.00 |
| Bird S Coler Memorial Hospital | 1.00 | 1.00 | - | - |
| Coler-Goldwater Specialty Hospital & | 3.00 | 1.00 | 2.00 | - |
| Coney Island Hospital | 2.00 | 1.00 | 1.00 | - |
| Cumberland Diagnostic & Treatment Center | 1.00 | 1.00 | - | - |
| East New York | 0.50 | 0.50 | - | - |
| Elmhurst Hospital Center | 7.00 | 1.00 | 4.00 | 2.00 |
| Gouverneur Hospital Nursing Facility | 2.00 | 1.00 | - | 1.00 |
| Harlem Hospital Center | 2.00 | 1.00 | 1.00 | - |
| Jacobi Medical Center | 6.00 | 1.00 | 4.00 | 1.00 |
| Kings County Hospital Center | 1.00 | 1.00 | - | - |
| Lincoln Medical And Mental Health Center | 2.00 | 1.00 | 1.00 | - |
| McKinney Nursing & Rehabilitation Center | 1.00 | 1.00 | - | - |
| Metropolitan Hospital Center | 5.00 | 1.00 | 3.00 | 1.00 |
| Morrisania Diagnostic Treatment Center | 0.50 | 0.50 | - | - |
| North Central Bronx Hospital | 4.00 | 1.00 | 2.00 | 1.00 |
| Queens Hospital Center | 5.00 | 1.00 | 3.00 | 1.00 |
| Renaissance Healthcare Network | 1.00 | 1.00 | - | - |
| S R Belvis Diagnostic & Treatment Center | - | - | - | - |
| Sea View Hospital Rehabilitation Center And Home | 1.00 | 1.00 | - | - |
| Woodhull Medical And Mental Health Center | 2.00 | 1.00 | 1.00 | - |
| | 52.00 | 19.00 | 25.00 | 8.00 |

** positions designated as Key Management Positions

# Exhibit H
## Sample Invoice

|  | Monthly Installments |
|---|---|
| Bellevue Hospital Center | $               - |
| S R Belvis Diagnostic & Treatment Center | $               - |
| Bird S Coler Memorial Hospital | $               - |
| Coney Island Hospital | $               - |
| Cumberland Diagnostic & Treatment Center | $               - |
| East New York | $               - |
| Elmhurst Hospital Center | $               - |
| Coler-Goldwater Specialty Hospital & | $               - |
| Gouverneur Hospital Nursing Facility | $               - |
| Harlem Hospital Center | $               - |
| Jacobi Medical Center | $               - |
| Kings County Hospital Center | $               - |
| Lincoln Medical And Mental Health Center | $               - |
| McKinney Nursing & Rehabilitation Center | $               - |
| Metropolitan Hospital Center | $               - |
| Morrisania Diagnostic Treatment Center | $               - |
| North Central Bronx Hospital | $               - |
| Queens Hospital Center | $               - |
| Renaissance Healthcare Network | $               - |
| Sea View Hospital Rehabilitation Center And Home | $               - |
| Woodhull Medical And Mental Health Center | $               - |
| **Total Monthly Installment / Contract Price** | $               - |

CMSG.272010-000098

Case 1:17-cv-01003-KAM-VMS    Document 24-3    Filed 06/12/18    Page 100 of 136
PageID #: 186

CMSG.272010-000099

| Cost Item | | Bellevue | Belvis | Coler | Coney Island | Cumberland | EastNY | Elmhurst | Goldwater | Gouverneur | Harlem | Jacobi |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Crothall On-Site Management** | | | | | | | | | | | |
| 3 | On-Site Management Wages | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| 4 | Crothall Wage Associated Taxes, Insurances and Fringe Costs: | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| | **Total On-Site Management Costs:** | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| | **Other Operating Costs** | | | | | | | | | | | |
| 5 | Janitorial Supplies | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| 6 | Paper, Plastic, and Hand soaps & Gels | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| 7 | Equipment Repair | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| 8 | General Liability Insurance | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| 9 | Employee Recognition Program | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| 10 | TeamFin/Coach Computer Support and Updates | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| 11 | Computer Leasing Charge | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| 12 | Office Supplies, Telephone, Postage | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| 13 | Janitorial Supplies and Other Costs included in Contract Price | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| 14 | Janitorial Supplies and Other Costs paid by HHC | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| | **Total Other Operating Costs:** | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| 15 | Crothall Regional and Corporate Support | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| 16 | Proposed Management Fee | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| 17 | 90 Day Training and Development Support | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| | **Total Infrastructure / Administrative Support** | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| | **Total Guaranteed Contract Price:** | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| | Hourly / Union FTEs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Supervisory FTEs (1) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total HHC FTEs | - | - | - | - | - | - | - | - | - | - | - |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Crothall Management FTEs | 5.00 | 0.00 | 1.00 | 2.00 | 1.00 | 0.50 | 7.00 | 3.00 | 2.00 | 2.00 | 6.00 |

| Cost Item | | Kings County | Lincoln | McKinney | Metropolitan | Morrisania | NC Bronx | Queens | Renaissance | Sea View | Woodhull | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Crothall On-Site Management | | | | | | | | | | | |
| 3 | On-Site Management Wages | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 4 | Crothall Wage Associated Taxes, Insurances and Fringe Costs: | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | Total On-Site Management Costs: | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | Other Operating Costs | | | | | | | | | | | |
| 5 | Janitorial Supplies | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 6 | Paper, Plastic, and Hand soaps & Gels | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 7 | Equipment Repair | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 8 | General Liability Insurance | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 9 | Employee Recognition Program | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 10 | TeamFin/Coach Computer Support and Updates | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 11 | Computer Leasing Charge | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 12 | Office Supplies, Telephone, Postage | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 13 | Janitorial Supplies and Other Costs included in Contract Price | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 14 | Janitorial Supplies and Other Costs paid by HHC | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | Total Other Operating Costs: | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 15 | Crothall Regional and Corporate Support | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 16 | Proposed Management Fee | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 17 | 90 Day Training and Development Support | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | Total Infrastructure / Administrative Support | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | Total Guaranteed Contract Price: | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | Hourly / Union FTEs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Supervisory FTEs (1) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total HHC FTEs | - | - | - | - | - | - | - | - | - | - | - |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - |
| | Crothall Management FTEs | 1.00 | 2.00 | 1.00 | 5.00 | 0.50 | 4.00 | 5.00 | 1.00 | 1.00 | 2.00 | 52.00 |

Case 1:17-cv-01003-KAM-VMS    Document 24-3    Filed 06/12/18    Page 101 of 136 PageID #: 187

CMSG.272010-000100

Exhibit I

# NEW YORK CITY HEALTH & HOSPITALS CORPORATION
## Off-Site Clinics

1  Gunhill Health Center
1012 East Gunhill Road
Bronx, NY 10469

2  Health Center at Tremont
1826 Arthur Avenue
Bronx, NY 10457

3  Daniel Webster Houses Child Health Clinic
401 East 168th Street
Bronx, NY 10456

4  Melrose Houses Child Health Clinic
348 East 156th Street
Bronx, NY 10451

5  Dyckman Clinica De Las Americas
175 Nagle Avenue
New York, NY 10034

6  Drew Hamilton Houses Health Center
2698 Eighth Avenue
New York, NY 10030

7  Grant Houses Clinic
3719 Broadway
New York, NY 10027

8  Manhattanville/St. Nicholas Houses
Child Health Care Center
281 West 127th Street
New York, NY 10027

9  Sydenham Health Center
215 West 125th Street
New York, NY 10027

10  Washington Heights Child Health Care Center
600 West 168th Street
New York, NY 10032

11  La Clinica Del Barrio
413 East 120th Street
New York, NY 10035

12  Baruch Houses Family Health Center
280 Delancey Street
New York, NY 10002

13  Judson Health Center
34 Spring Street
New York, NY 10012

14  Smith Communicare Health Center
60 Madison Street
New York, NY 10038

15  Roberto Clemente Health Center
540 East 13th Street
New York, NY 10009

16  Corona Child Health Clinic
104-04 Corona Avenue
Corona, NY 11368

17  Junction Boulevard Child Health Clinic
34-33 Junction Boulevard
jackson Heights, NY 11372

18  Ridgewood Communicare Clinic
769 Onderdonk Avenue
Ridgewood, NY 11385

19  Woodside Houses Child Health Clinic
50-53 Newtown Road
Woodside, NY 11377

20  Parsons Communicare Clinic
90-37 Parsons boulevard
Jamaica, NY 11432

New York City Health and Hospitals Corp.
Confidential Information

CMSG.272010-000101

# NEW YORK CITY HEALTH & HOSPITALS CORPORATION
## Off-Site Clinics

21  Springfield Gardens Medical Center
134-64 Springfield Blvd.
Springfield Gardens, NY 11413

22  South Queens Community Health Center
114-02 Guy R. Brewer Blvd.
Jamaica, NY 11434

23  Eleanor Roosevelt Houses Child Health Clinic
388 Pulaski Street
Brooklyn, NY 11206

24  Fort Greene Child Health Clinic
295 Flatbush Avenue Extension
Brooklyn, NY 11201

25  Jonathan Williams Houses Child Health Clinic
118 Roebling Street
Brooklyn, NY 11211

26  Lafayette Houses Child Health Clinic
434 Dekalb Avenue
Brooklyn, NY 11205

27  Sumner Avenue Houses Child Health Clinic
47 Marcus Garvey Bouldevard
Brooklyn, NY 11206

28  Williamsburg Child Health Clinic
279 Graham Ave.
Brooklyn, NY 11206

29  Bushwick Community Health Center
1420 Bushwick Avenue
Brooklyn, NY 11207

30  Bushwick Communicare
335 Central Avenue
Brooklyn, NY 11221

New York City Health and Hospitals Corp.
Confidential Information

CMSG.272010-000102

# NEW YORK CITY HEALTH & HOSPITALS CORPORATION
## Off-Site Clinics

31  Greenpoint Community Health Center
    875 Manhattan Avenue
    Brookly, NY 11222

32  Williamsburg Health Center
    279 Graham Avenue
    Brooklyn, NY 11206

33  Brownsville Child Health Clinic
    259 Bristol Street
    Brooklyn, NY 11212

34  Crown Heights Child Health Clinic
    1218 Prospect Place
    Brooklyn, NY 11213

35  Sutter Avenue Child Health Clinic
    1091 Sutter Avenue
    Brooklyn, NY 11208

36  Homecrest Child Health Clinic
    1601 Avenue S
    Brooklyn, NY 11229

37  Ida G. Israel Community Health Center
    2201 Neptune Avenue
    Brooklyn, NY 11224

38  Marinier's Harbor Houses Child Health Clinic
    2040 Forest Avenue
    Staten Island, NY 10303

39  Stapleton Child Health Clinic
    111 Canal Street
    Staten Island, NY 10304

New York City Health and Hospitals Corp.
Confidential Information

CMSG.272010-000103



# Exhibit J
## Projected Equipment Purchase and Amortization

| | Projected Annual Purchase | Projected Annnual Amortization |
|---|---|---|
| Bellevue | | |
| Belvis | | |
| Coler | | |
| Coney Island | | |
| Cumberland | | |
| EastNY | | |
| Elmhurst | | |
| Goldwater | | |
| Gouverneur | | |
| Harlem | | |
| Jacobi | | |
| Kings County | | |
| Lincoln | | |
| McKinney | | |
| Metropolitan | | |
| Morrisania | | |
| NC Bronx | | |
| Queens | | |
| Renaissance | | |
| Sea View | | |
| Woodhull | | |



CMSG.272010-000104

### Exhibit K
### JANITORIAL SUPPLIES INVENTORY

(to be inserted immediately prior to the Commencement Date-must be signed by the parties
to be effective)

CMSG.272010-000105

# CONTRACT ADDENDUM AND AMENDMENT

This Contract Addendum and Amendment is made as of this __ day of December, 2012 by and between Crothall Healthcare Inc. (the "Contractor") and the New York City Health and Hospitals Corporation (the "Corporation").

## W I T N E S S E T H:

WHEREAS, the parties entered into that certain agreement dated November 1, 2011 by and between the parties (the "Agreement") for the Contractor to perform certain housekeeping management services ("Environmental Services") for the Corporation at its various health care facilities (the "Facilities," and each a "Facility"); and

WHEREAS, as a result of Hurricane Sandy (DR-4085-NY) (the "Storm") the Corporation's Facilities were damaged, substantial and extraordinary work was undertaken before the Storm to prepare for it, during and after the Storm to stabilize and secure the Facilities and further extraordinary work was performed and will need to be performed in the future to repair the damage caused by the Storm and to mitigate the risk of additional damage caused by a future hurricane (collectively, "Emergency Storm Related Services"); and

WHEREAS, the Contractor has incurred substantial expenses and liability for additional expenses as part of its response to the Storm at the Corporation's request and on the Corporation's behalf; and

WHEREAS, the Corporation wishes the Contractor to retain on the Corporation's behalf subcontractors to perform additional Emergency Storm Related Services and the Contractor is willing engage a subcontractor specializing in and able to perform such additional Emergency Storm Related Services; and

WHEREAS, because of the Storm, of the Corporation's Facilities, Bellevue Hospital Center ("Bellevue"), Coney Island Hospital ("Coney"), the Draper Hall portion of Metropolitan Hospital Center ("Draper") and the Coler portion ("Coler") of Coler Goldwater Specialty Hospital and Rehabilitation Center ("C-G") (Bellevue, Coney, Coler and Draper together the "Damaged Facilities" and each individually a "Damaged Facility") have been so damaged that they are not currently operating at all or are only operating on a very limited or extraordinary basis whereas the remainder of the Facilities were relatively undamaged (the "Unimpacted Facilities"); and

WHEREAS, in view of the changes in the Corporation's operations caused by the Storm it is necessary to amend certain terms of the Agreement and suspend certain Environmental Services for a period of time at the Damaged Facilities only; and

WHEREAS, the Contractor has engaged Vulcan Site Services, LLC ("Signal") as its subcontractor to perform on behalf of the Corporation certain of the Emergency Storm Related Services contemplated herein and the Corporation consents to such subcontracting; and

CMSG.272010-000106

**WHEREAS**, it is desirable to add certain provisions to the Agreement to govern the Emergency Storm Related Services that the Contractor and Signal have performed and will perform in the future to respond to the Storm and the performance of Environmental Services at the Damaged Facilities (Environmental Services and Emergency Storm Related Services performed at the Damaged Facilities shall be referred to as the "Services"); and.

**WHEREAS**, all Environmental Services at the Unimpacted Facilities will continue to be paid in accordance with the Agreement.

**NOW THEREFOR**, the parties agree as follows:

1.    Inconsistencies: Defined Terms.    Any inconsistencies between the terms of the Agreement and the terms set forth herein shall be resolved in favor of this Contract Addendum and Amendment. All defined terms used herein shall have the meanings given to them in the Agreement.

2.    Special Treatment for Damaged Facilities.    During the period from the date hereof and expiring on May 30, 2013 ("Emergency Period 1") or until such earlier time as the Corporation determines that each Damaged Facility has resumed substantially normal operations, all Services performed by the Contractor and all expenses incurred with respect to the Damaged Facilities shall be compensated or reimbursed pursuant to the provisions of Sections 3, 5 and 8 below and not pursuant to the Agreement prior to this Addendum and Amendment to Contract.

3.    Reduction of Payments due under the Agreement. To account for the Damaged Facilities not requiring the normal Environmental Services contemplated by the Agreement, during Emergency Period 1 or until such earlier time as the Corporation determines that each Damaged Facility has resumed substantially normal operations, the Corporation shall pay the Contractor for the amounts due under the Agreement pursuant to Exhibit A. Exhibit A provides detail for the reductions of the normal payments that had been required under the Agreement by reason of the Storm. Table 1 in Exhibit A sets out the payments that had been due for each Facility under the Agreement. Table 2 in Exhibit A sets out the reduced payments due for each Facility under this Contract Addendum and Amendment. Table 3 in Exhibit A sets out the reductions taken from Table 1 to arrive at the amounts due under Table 2.

4.    Payments for Services at the Damaged Facilities Including Emergency Storm Related Services.

(a)    During Emergency Period 1, the Corporation shall pay the Contractor for the Emergency Storm Related Services performed at the Damaged Facilities on the basis of the Contractor's actual cost plus a 4% administrative fee for procurement, sourcing, and invoicing of supplies and services.

(b)    To the extent that Emergency Storm Related Services are similar to the Environmental Services that had been performed under the Agreement, the Contractor shall

2

CMSG.272010-000107

perform such Emergency Storm Related Services and incur the expenses related thereto at rates and in a manner consistent with the Agreement to the greatest extent possible.

5.    Emergency Storm Related Services.  Emergency Storm Related Services whether performed at the Damaged Facilities or at Unimpacted Facilities shall be performed at the direction of the Corporation and shall be within the scope of services described in Exhibit A. The Contractor and the Corporation shall hold regular, periodic meetings appropriately staffed (including representation by Signal) to exchange information and plan future actions.  Attached as Exhibit B are the estimated costs and expenses related to the Emergency Storm Related Services, as of November 14, 2012, which costs and expenses are subject to changes made at the direction of the Corporation as set forth in this Contract Addendum and Amendment.  The not-to-exceed figures contained in Exhibit B including the limits established for each scope of work shall not be exceeded without the prior written authorization of the Corporation.  The Contractor shall prepare such supplemental reports with regard to Emergency Storm Related Services as the Corporation reasonably requires and shall cause Signal to do so on the its behalf.  The Contractor acknowledges that some or all of the cost of Emergency Storm Related Services and expenditures may qualify for reimbursement by the Federal Emergency Management Administration ("FEMA") and the Contractor shall prepare (and shall cause Signal to do so on its behalf) any reports required or useful in applying for such reimbursement and shall invoice the Corporation for such Emergency Storm Related Services and expenditures as directed by the Corporation.  In performing, any Emergency Storm Related Services the Contractor shall: (a) be bound by all terms of the Agreement including the requirement that all Emergency Storm Related Services be performed in accordance with all applicable legal requirements; (b) be performed in the best interest of the Corporation; (c) be procured in compliance with all applicable requirements of law; and (d) provide to the Corporation any information reasonably required by the Corporation to enable the Corporation to confirm that the foregoing requirements are satisfied.

6.    Resumption of Substantially Normal Operations.    To the extent that any Damaged Facility is determined by the Corporation to have resumed substantially normal operations, from the date of such resumption of normal operations, the Contractor shall resume performance of the Environmental Services for such Facility under the Agreement and the regular payments by the Corporation to the Contractor for Environmental Services shall be restored to the extent that they had been reduced during Emergency Period 1 as indicated in Section 3, above.  From that date forward, the Contractor shall no longer invoice the Corporation for such Environmental Services or expenses incurred at that Damaged Facility under the terms of this Contract Addendum and Amendment.

7.    Payment for Environmental Services and Emergency Storm Related Services Rendered and Expenses Incurred.

(a)    The Corporation has paid and the Contractor acknowledges receipt of ▮▮▮▮ ▮▮▮▮▮▮ (the "Deposit").

(b)    The Contractor may not invoice the Corporation for Services performed and costs incurred at the Damaged Facilities more frequently than weekly and the parties anticipate that

3

Procurement/Conthal./Contract Addendum & Amendment V5

CMSG.272010-000108

invoices will generally be submitted on a weekly basis.  The Corporation will pay ███ of the amount of the invoices submitted by the Contractor plus the ███ administrative fee in respect of Services performed and costs incurred at the Damaged Facilities within five business days of its receipt of such invoices (i.e. an invoice received on Tuesday shall be paid on the following Tuesday), provided that such invoices are supported by reasonably FEMA compliant back-up. The Corporation anticipates errors in, and problems with, the Contractor's invoices of not more than approximately ███ but it shall not delay payment of the agreed ███ of such invoices on that basis.

(c)      The Corporation shall continue to review (i.e reconcile) the Contractor's invoices after making payment of the agreed ███ of the total weekly invoice and shall complete its review and reconciliation of the weekly invoices as quickly as is reasonably commercially possible.  Once the Corporation has completed its review and reconciliation of one of the Contractor's invoices, it shall send the Contractor payment of the ███ retainage balance due on such invoice less: (i) any disallowed items  (i.e. based on lack of appropriate back-up, redundancy, or other reasons) ("Disallowed Item") provided that, with any disallowed item, the Corporation shall give notice of any such disallowances and identify in such notice the particular items disallowed and the basis for such disallowance; and (ii) less ███ of the total of such invoice submitted  after subtracting any disallowed items as a prompt payment discount if, but only if, the Corporation made timely payment of ███ of the total of such invoice.

(d)      The Contractor may respond to any notice of disallowance by resubmitting the disallowed items with the missing back-up or any explanation that responds to the basis of the disallowance.  Any such response shall be submitted as part of one of the Contractor's invoices provided that the Contractor shall identify the items as ones being resubmitted and shall specify the date of the original invoice they were part of.  If the Contractor reasonably addressed the basis for the Corporation's disallowance, the Corporation shall pay such item together with the invoice with which it was included but if the Corporation continues to object to the item, the Corporation shall again give notice of its disallowance.

(e)      The calculation of the above can be illustrated as follows:  On Tuesday January 8 the Contractor delivers to the Corporation an invoice consisting of  a total of ███████ After the application of Contractor's ███ administrative fee  such invoice shall be ███ .  Based on its review indicating that there may be questions about items totaling only about $10, the Corporation makes payment to the Contractor on Tuesday January 15 in the amount of ████████ On February 4, the Corporation gives notice to the Contractor that it had disallowed items totaling ███ from the January 8 invoice and it sends with such notice payment of ████████ On February 22 the Contractor resubmits items with its weekly invoice totaling ███ from the ███ disallowed from the January 8 invoice.  They are not included in the calculation of the ███ payment the Corporation makes on March 1 but they are included in the payment that the Corporation makes March 15 after reviewing the February 22 invoice.  They are not subject to the ███ prompt payment discount.

(f)      The ███ prompt payment provision included above has been agreed upon based upon Signal's having agreed to grant such a discount to the Contractor provided that the

4

CMSG.272010-000109

Corporation pays as provided above and that Signal is promptly paid by the Contractor. If Signal breaches its agreement to give the prompt payment discount for any reason other than the Contractor's late payment of Signal, the Contractor shall not be obligated to extend such discount to the Corporation. In such an event, the Corporation shall be relieved from its prompt payment obligations hereunder and the parties shall consult in good faith concerning the best way to enforce Signals' contractual obligations and the Corporation shall have the right to bring suit against Signal in the Contractor's name to enforce such prompt payment provision. On such a suit, the Corporation shall pay all costs and expenses and shall have the right to control the litigation. The Contractor shall give all reasonably necessary cooperation to the Corporation in this regard.

(g)　　The Corporation's payment of ▮▮▮▮▮▮ due to the Contractor under the Agreement for October Environmental Services has not been paid in the regular course. The Contractor has delivered to the Corporation invoices for Services in the total amount of ▮▮▮▮▮▮ which have been delivered at various times over the last month and are in various stages of review by the Corporation. These invoices shall be divided for the purposes of this Section 7(g) into Part I totaling ▮▮▮▮▮▮ and Part II totaling ▮▮▮▮▮▮ Upon the full execution of this Contract Addendum and Amendment, the Corporation shall pay the Contractor on Part I of such invoices totaling ▮▮▮▮▮▮ which at ▮▮▮ yields a total initial payment of ▮▮▮▮▮▮ and the Corporation shall also pay the invoice for October Environmental Services in the amount of ▮▮▮▮▮▮ These sums shall be paid as follows: The ▮▮▮▮▮▮ which the Corporation paid under Section 7(a) above shall be applied: ▮▮▮▮▮▮ to the Environmental Services performed in October and ▮▮▮▮▮▮ to the payment of Part I of the current invoices. Also on full execution hereof the Corporation shall make a wire transfer of ▮▮▮▮▮▮ to the Contractor. After these payments, no part of the ▮▮▮▮▮▮ paid under Section 7(a) will remain but the Corporation shall not have yet processed Part II of the said invoices from the Contractor in the amount of ▮▮▮▮▮▮ Within five business days of the full signature of this Contract Addendum and Amendment, the Corporation will make payment of ▮▮▮ of such amount. The balance of the payments due on the two sets of invoices shall be processed as described in 7(c) and (d).

8.　　Subcontractors.

(a)　　The Corporation approves of the Contractor engaging Signal to perform substantial amounts of the Emergency Storm Related Services hereunder. In engaging Signal, the Contractor shall be acting as the Corporation's agent. Nonetheless, the Contractor shall have no authority to commit the Corporation or to bind the Corporation in any matter with Signal, or with any other party. The Contractor's authority hereunder shall be limited to its having contracted with Signal. The Corporation shall have no direct liability to Signal under its agreement with the Contractor. The Corporation's obligations with regard to the Emergency Storm Related Services performed by Signal shall be only as stated herein.

(b)　　The Contractor shall accept the Corporation's direction regarding the payment or non-payment of any subcontractors engaged to perform work hereunder provided that, should the Corporation direct that any payment to a subcontractor be withheld or denied, the Corporation shall defend, indemnify and hold harmless the Contractor from and against any

5

CMSG.272010-000110

claim, suit, cost or damaged that is brought, incurred or suffered by reason of the Corporation's refusal to provide sufficient funds or authorize or approve any payments.

(c)     Corporation will designate in writing an individual for each Damaged Facility as its representative for the Emergency Storm Related Services and Environmental Services, and such designee(s) shall be responsible for approving and accepting the Contractor's work.

(d)     The Corporation shall authorize or refuse to authorize the performance or acceptance of the work referred to in Section 8 within approximately five days of their receipt by providing written authorization approving the performance of such work.

9.     Liability.     Absent any fraud by the Contractor or the Contractor's gross negligence, the Contractor's total liability to the Corporation hereunder for any act or failure to act by Signal or any of Signal's subcontractors or other third parties, performing Services under the control of Signal hereunder shall be limited to the amount of the administrative fee that will be payable to the Contractor pursuant to this Contract Addendum and Amendment. Furthermore, the Contractor's liability for any act or failure to act by Signal or any of Signal's subcontractors or other third parties performing Services under the control of Signal hereunder shall survive for only one year from the date of any such act or failure to act. Subject to the foregoing, the Contractor shall be liable for the acts of its employees, agents and contractors for their performance as provided in the Agreement.

10.     Further Adjustments of Agreement.   The parties acknowledge and agree the Storm was a force majeure event and that therefore they shall negotiate in good faith to adjust the following portions of the Agreement as a consequence of the Storm: (a) the PS Limits contained in Article 2.5 and 3.1(f) of the Agreement; (b) the Overtime Limit contained in Article 3.1(d) of the Agreement; (c) the OTPS Limit contained in Article 3.1(e) of the Agreement and (d) the total contract price not to exceed number identified in Exhibit C-3 of the Agreement. The Corporation acknowledges that, due to the evacuation of Bellevue and Coney additional patients were cared for at Metropolitan Hospital Center, Kings County Hospital Center, Woodhull Hospital and Harlem Hospital Center and that, accordingly the PS Limits contained in Article 2.5 and 3.1(f) of the Agreement, the Overtime Limit contained in Article 3.1(d) of the Agreement and the OTPS Limit contained in Article 3.1(e) of the Agreement attributable to all Facilities will have to adjusted as shall be mutually agreed by the parties. The HCAHAPS/Patient Satisfaction guarantees shall be suspended for the Damaged Facilities commencing on October 29, 2012 until such time as each facility resumes normal operates and such Damaged Facility resumes payment in accordance with the Agreement.

11.     Post Emergency Period 1. On or before April 15, 2013 the parties shall meet to negotiate the extension of this Contract Addendum and Amendment with any appropriate modifications to address any remaining work to be done in response to the Storm with the understanding that the Corporation reserves to itself the right to engage another firm or firms to perform and manage all or part of such work.

12.     Counterparts. This Contract Addendum and Amendment may be executed in separate counterparts, any of which may be executed and delivered via facsimile or other

6

CMSG.272010-000111

electronic delivery (including PDF format), each of which, when executed, will be an original, and all of which, when taken together, will constitute one and the same agreement.

      **IN WITNESS WHEREOF,** the parties have signed below as of the date first above written.

**NEW YORK CITY HEALTH AND HOSPITALS CORPORATION**

By: _____
      Alan D. Aviles, Esq.
      President

**CROTHALL HEALTHCARE INC.**

By: _____

_____
Name:
Title:
Contractor's Authorized Representative

**APPROVED AS TO FINANCE:**

_____
Senior Vice President – Finance
New York City Health and Hospitals Corporation

**APPROVED AS TO FORM:**

Jeremy Berman  (By DL)
_____
General Counsel
New York City Health and Hospitals Corporation

7

CMSG.272010-000112

# EXHIBIT A

8

Procurement/Conthall/Contract Addendum & Amendment V5

CMSG.272010-000113

A.    Facilities.    The Facilities that are part of the Corporation's Restoration Project due to Hurricane Sandy are.

     1.    Bellevue Hospital

     2.    Coney Island Hospital

     3.    Bird S. Coler

     4.    Goldwater (Facility is fully functional but is need of restoration work)

     5.    Draper Hall at Metropolitan Hospital Center

B.    Emergency Storm Related Services Authorized

     1.    Pumping of Water

     2.    Restoration

     3.    Asbestos Abatement

     4.    Document Reclamation

     5.    Reconstruction

Procurement/Conthall/Contract Addendum & Amendment.V5

CMSG.272010-000114

EXHIBIT  B

Procurement/Conthall/Contract Addendum & Amendment.V5

CMSG.272010-000115

## THIRD CONTRACT ADDENDUM AND AMENDMENT

This Third Contract Addendum and Amendment (this "Third Amendment") is made as of August 1, 2013 by and between Crothall Healthcare, Inc. (the "Contractor") and the New York City Health and Hospitals Corporation (the "Corporation").

### WITNESSETH:

WHEREAS, the parties entered into that certain agreement dated November 1, 2011 by and between the parties for the Contractor to perform certain housekeeping management services for the Corporation at its facilities (the "Base Agreement"), as amended by that certain contract addendum and amendment (the "First Amendment"), effective as of December 1, 2012, and as amended by (the "Second Amendment of April 1, 2013) (collectively, the "Agreement"); and

WHEREAS, as a result of Hurricane Sandy (DR-4085-NY) (the "Storm") certain of the Corporation's hospitals and other health care facilities (the "Facilities") were substantially damaged; and

WHEREAS, pursuant to the First Amendment and the Second Amendment, substantial work was undertaken before the Storm to prepare for it, during and after the Storm to stabilize and secure the Facilities to permit them to reopen and resume providing healthcare services to the public in accordance with Federal and New York State regulatory requirements applicable to the physical environment in which licensed healthcare services may be rendered; and

WHEREAS, the Corporation wishes to be prepared for a future storm or other disaster that triggers the need for emergency repair and reconstruction work; and

WHEREAS, the Corporation wishes to obtain certain emergency disaster recovery work from the Contractor and the Contractor is willing, on a stand-by basis, to provide such services if needed; and

WHEREAS, the Contractor will get written approval from the Corporation prior to performing any services pursuant to this Third Amendment.

NOW THEREFOR, the parties agree as follows:

1.    Inconsistencies; Defined Terms.    Any inconsistencies between the Agreement and the terms set forth herein shall be resolved in favor of this Third Amendment. All defined terms used herein shall have the meanings given to them in the Agreement.

2.    Compensation for Disaster Recovery Services.    Services rendered to prepare for, and recover from, a disaster shall be provided by the Contractor in accordance with the rates set forth in Attachment A. The Corporation shall pay the Contractor for such services within sixty days of receipt of invoices prepared in sufficient detail that they can form the basis for a reimbursement application by the Corporation to FEMA.

CMSG.272010-000116

3.    Credit for Work Not Performed.    Should there be a disaster that prevents the normal operation of the Facilities, the Corporation shall be relieved from the obligation to make payments required under the Base Agreement on an equitable basis to the extent that Environmental Services cannot be performed or are not needed.

4.    Term. The term of the First Amendment is hereby extended from July 31, 2013 to December 31, 2013.

5.    Terms and Conditions. All other terms contained in the Agreement not specifically modified by this Third Amendment are hereby ratified and confirmed.

IN WITNESS WHEREOF, the parties have signed below as of the date first above written.

NEW YORK CITY HEALTH AND
HOSPITALS CORPORATION

By: _____
      Alan D. Aviles, Esq.
      President

CROTHALL HEALTHCARE, INC.

By: _____

Name: William Gargano

Title: Division Vice President

APPROVED AS TO FINANCE:

_____
Senior Vice President – Finance
New York City Health and Hospitals Corporation

APPROVED AS TO FORM:

_____
General Counsel
New York City Health and Hospitals Corporation

2

K:Crothall/Third Contract Addendum and Amendment.V2

CMSG.272010-000117



## T&M Rate Schedule

**LABOR RATES**    Classification and Hourly Rates

### ADMINISTRATION
Accounting
Inventory Controller
Logistics Coordinator
Logistics Support
Health and Safety Coordinator

### MANAGEMENT / SUPERVISORY
APM (Assistant Project Manager)
Consultant/Engineer
PA (Project Auditor)
PC (Project Coordinator)
PM (Project Manager)

### FIELD LABOR
Carpenter
CRS (Certified Remediation Supervisor)
CRT (Certified Remediation Technician)
Drying Technician Supervisor
Drying Technician Apprentice
Drywall / Painter
Firewatch
Fuel Technician
General Labor
RS (Restoration Supervisor)

RT (Restoration Technician)
Tree Surgeon - Supervisor
Tree Surgeon - Skilled
Tree Surgeon - Un-skilled
Tree Surgeon - Skilled Climber
Water Extracting Technician
Water Extracting Apprentice

### TRADES LABOR
Electrician - Master
Electrician - Journeyman
Electrician - Apprentice
Equipment Operator
Equipment Technician
HVAC / Supervisor
HVAC / Technician
Plumber - Master
Plumber - Journeyman
Plumber - Apprentice
Roofing Supervisor
Roofing Labor
Security Officer - Unarmed
Security Officer - Armed
Moisture Mapping

### TRAVEL RELATED EXPENSES
Airline, Train, Bus
Fuel and Tolls
Lodging
Per Diem (Meals)
For NYC the GSA Per diem figure is



Signal Restoration Services
Page 1 of 10

Customers Initials

CMSG.272010-000118

## DRYING EQUIPMENT RENTAL RATES

**Description**

Air Compressor  0-350 cfm
Air Compressor  350-900 cfm
Air Compressor  900-1800 cfm
Air Scrubber (Hepa Neg. Air) 0-1000 cfm
Air Scrubber (Hepa Neg. Air) 1000-1999 cfm
Air Scrubber - Phoenix 2000 (Hepa Neg. Air)
Decontamination Chamber (Collapsible)
Decontamination Chamber (Collapsible)
500-999 CFM Desiccant Dehumidifier
1,000 CFM Desiccant Dehumidifier
1,200 CFM Desiccant Dehumidifier
2,000 CFM Desiccant Dehumidifier
3,000-3,500 CFM Desiccant Dehumidifier
4,000-5,500 CFM Desiccant Dehumidifier
6,000-7,500 CFM Desiccant Dehumidifier
8,500 CFM Desiccant Dehumidifier
10,000 CFM Desiccant Dehumidifier
15,000 CFM Desiccant Dehumidifier
Desiccant Accessories (including up to 150' of
flex duct, hog rings, and clamps
Dehumidifier  LGR (Large)
Dehumidifier  LGR ( Extra Large)
Fan - Axial
Fan - Air Mover
Fan - Commercial
Fan - Air Mover w/Injector Drying Attachment
Hygrometer
Moisture Meter
Pump - small sump
Pump - large sump
Pump Accessories (hoses, clamps, nozzles)
Pump - Gas powered
Shower - Portable
Water Extraction - Portable Unit
Water Extraction - Truck Mount Unit
Hydroxyl-(excluding fan)

*All equipment used not on schedule above will be charged at cost plus ▮ mark-up.*

Signal Restoration Services
Page 2 of 10

Customers Initials

CMSG.272010-000119

## TEMPERATURE CONTROL EQUIPMENT

*Description*

Air Conditioner - Portable 2-ton or less
Air Conditioner - 2-5 ton
Air Conditioner - 10-40 Ton
Air Conditioner - 40-80 Ton

Air Conditioner Accessories
Air Handler 150 Ton
Chiller - 100 Ton
Chiller - 200 Ton
Pump - Circulating 450 GPM
Pump - Circulating 1200 GPM
DX Unit - Heating/AC 10 Ton
DX Unit - Heating/AC 20 Ton
Portable Heaters - 15 kw

## TEMPORARY POWER EQUIPMENT

Distribution System w/transformer
Generator - Less than 10KW
Generator - 25kw
Generator - 50/75 kw
Generator - 80/125 kw
Generator - 150/200 kw
Generator - 250kw
Generator - 300/500kw
Generator - 501/750 kw
Generator - 751/1000 kw
Generator - 1250kw
Generator - 1500kw
Generator Maintenance - *Charged after every 3 days of run time*
Leads (per foot)
Portable Transformer - 75kva
Portable Transformer - 150kva
Portable Transformer - 300kva
Portable Transformer - 500kva
Portable Transformer - 1000kva
Spider Box / Distribution
220 Power Cord - 50 ft
480 Power Cord - 50 ft
110 10 ga. Power cord - 50 ft
3-way connectors
3-way connectors with GFI
Wobble lights



*All equipment used not on schedule above will be charged at cost plus ▇ mark-up.*

Signal Restoration Services
Page 3 of 10

Customers Initials

CMSG.272010-000120

## Cleaning Equipment

### Description
Carpet/Upholstery - Portable Unit
Carpet/Upholstery - Truck Mount Unit
Carpet Mastic Remover
DI Water System
Fogger - Thermal
Fogger - ULV
Ozone Generator - Large
Ozone Generator - Small
Paint Sprayer - Airless
Pressure Washer
Roto Floor Machine
Spray Bottle w/Trigger
Sprayer - Electric
Sprayer - High Pressure
Sprayer - Hudson
Sprayer - Backpack
Ultrasonic Cleaning System
Vacuum - Upright Floor
Vacuum - Hepa Large
Vacuum - Hepa Small
Vacuum - Shop Vac
Vapor Shark w/Cartridge
Water Extraction (0 - 20k sq ft)
Water Extraction (25k - 75k sq ft)
Water Extraction (over 75k sq ft)

## Personal Protection Equipment
Boot Covers - Latex
Hard Hat
Harness for Fall Protection
Respirator - N95 Dust Mask
Respirator - Half Mask
Respirator - Full Mask
Respirator -  (PAPR) *Powered Air Purifying Respirator*
Respirator - (SCBA) *Self Contained Breathing Apparatus*
Rubber Boots
Rubber Gloves
Tyvek Suit - standard
Tyvek Suit - Liquid coveralls with hood

Signal Restoration Services
Page 4 of 10

Customers Initials

CMSG.272010-000121

## MISCELLANEOUS EQUIPMENT

*Description*

Boom Lift
Cam Lock Tees
Cam Lock Pig Tail
Chain Saw
Confined Space Multi-Gas Detector
Concrete Saw
Folding Table
Fork Lift - >12,000 lbs
Fork Lift - <12,000 lbs
Georgia Buggy - Demo/Trash Cart
Hand Truck (Dollies)
HEPA Vac Backpack
Mobile Work Station
Infrared Thermal Camera
Ladder
Light Stand 1000w
Light Stand standard
Light Tower Diesel
Man Lift
Manual Hand Tools - *Brooms,
Squeegees, Shovels, Scrapers*
Mop Buckets
Orange Safety Cone - *Interior Small*
Orange Safety Cone - *Exterior Large*
Pallet Jack
Power Panel 480 volt 15-50 amp
Power Tools - *Air Powered*
Power Tools - *Elec Powered*
Power Tools - *Battery Powered*
Quad Box
Radio - 2 way *(Pair)*
Safety Kit
Satellite telephone
Scaffolding - Per section
Scissor Lift
Scraper - Floor  (elec/propane ride-on)
Scraper - Floor (manual)
Six inch Female Cam to Pin Lugs
Skid steer
Spill Kit
String Lights / Drop Lights
Trash Can
Wobble Lights
Tape Gun
Wheelbarrow
Zip Poles
Zip Pole Foam Rails




Signal Restoration Services
Page 5 of 10

Customers Initials

CMSG.272010-000122

## MOBILIZATION, TRANSPORTATION, AND STORAGE

*Description*



ATV/Golf Cart
Conex Container - 12'
Conex Container - 16'
Conex Container - 20'
Conex Container - 40'
Fuel Tank - 50-100 gal (Truck Mount or stand alone)
Fuel Tank - 500 gallon
Fuel Tank - 1000 gallon
Fuel Tank - 2000 gallon
Fuel Tank - 4000 gallon Fireguard w/Trailer
Mobile Command Center
Portable Office Trailer
Office Equipment
Semi-Tractor
Trailer - 12'-18' Flatbed (Bumper Pull)
Trailer - 20'-24' Flatbed (Bumper Pull)
Trailer - 25'-40' Flatbed (Bumper Pull)
Trailer - 24'-32' Flatbed (Gooseneck)
Trailer 40'-48' Flatbed (Gooseneck)
Trailer 40'-53' Flatbed (Semi-Tractor)
Trailer 12'-16' Box (Enclosed)
Trailer 20'-24' Box (Enclosed)
Trailer 30/ Box (Enclosed)
Trailer - Hydraulic Dump 0-3 ton
Trailer - Hydraulic Dump 3-5 ton
Trailer - Hydraulic Dump 5-10 ton
Truck - Box - 12' -16'
Truck - Box - 18' - 30'
Truck - Dump
Truck - Roll-Back
Truck - Heavy Duty/Van
Truck - Light Duty/SUV
Truck / Passenger Vehicle

*Project Mobilization will be charged at ▮ of the total billing.*
*Bulk Fuel (Diesel or gas) will be charged at cost plus ▮▮▮*

Signal Restoration Services
Page 6 of 10

Customers Initials

CMSG.272010-000123

# TREE CLEANUP/REMOVAL SERVICE

Chipper Truck - 20 yard load
Chipper Truck - 40 yard load

Stump Grinding Machine w/Operator
(charges are per actual diameter inch
Skid Loader
Skid Loader w/grappler bucket
Tree Removal - 0-12" diameter
(charges are per diameter inch)
Tree Removal - 13"-24" diameter
(charges are per diameter inch)
Tree Removal - 25"-36" diameter
(charges are per diameter inch)
Tree Removal - 37'-72" diameter
(charges are per diameter inch)
Tree Removal - >72" (charges are per
actual diameter inch)



Signal Restoration Services
Page 7 of 10

Customers Initials

CMSG.272010-000124

## MATERIALS AND CONSUMABLES

*Small Tools charge of 2.5% of total Labor billing*
Booties *(Shoe covers)*
Box Cutter (Utility Knife w/blade)
Boxes - Small
Boxes - Medium
Boxes - Large
Boxes - Extra Large
Brush *(Dispersion Wire, etc.)*
Bubble Wrap - Small
Bubble Wrap - Large
Cartridges - CO2 (5 pack)
Cartridges - Vapor Shark
Caulk - *Silicone/All Purpose*
Caulk - *Fire*
Construction Paper - (rosin)
Drill Bit (Paddle)
Dust Mask - general purpose (not N-95)
Ear Plugs - Disposable
Ear/Hearing - Headset Protectors
Filter - Carbon for Air Scrubber
Filter - HEPA for Air Scrubber
Filter - Pleated for Air Scrubber
Filter - Pre for Air Scrubber
Filter - Pleated for Dehumidifier
Filter - HEPA for small shop vac
Filter - HEPA for large shop vac
Flex Duct for Desiccants *(25' section)*
Floor Protector (Carpet Shield-Visqueen)
Floor Protector - (reinforced kraft paper - plastic roll)
Furring Strips (1 x 2)
Furring Strips (2 x 2)
Gloves - Cotton/Jersey
Gloves - Latex/Cleaning Disposable
Gloves - Rubber
Gloves - Work/Utility
Halogen Bulbs 500w
Halogen Bulbs 250w
Halogen Bulbs 150w
Hog Rings
Inventory Labels
Lay Flat Tubing (one time charge)
Lumber (2 x 4)
Lumber (2 x 6)
Lumber - 1/2" Plywood (CDX/OSB) 4x8 sheet
Lumber - 3/4" Plywood (CDX/OSB) 4x8 sheet
Metal Halide Bulbs 400w
Mop Heads White
Mop Heads Blue
Nails (Button Cap)
Paint - marking



Signal Restoration Services
Page 8 of 10

Customers Initials

CMSG.272010-000125

Nails (Misc.)
Nylon Knee Pads
Oil Dry/Absorbent Compound
Painters Drop Cloth *(100 sq ft)*
Paint Roll Cover
Paper Towels
Plastic - Painters 1-1.5 ml poly
Plastic - 4 ml poly sheeting (20 x 100 roll)
Plastic - 6 ml poly sheeting (20 x 100 roll)
Poly Hangers
Rags - Lint Free
Rags - Shop Towel
Rags - Terry
Respirator Cartridge - *(organic vapor and acid gas for full or half face respirators)*
Respirator Cartridge - *(organic vapor, acid gas and HEPA P-100 particulates for full or half face respirators)*
Roofing - 15lb Felt
Roofing - 30lb Felt
Roofing - Metal Flashing
Roofing - Copper Flashing
Roofing cement/tar
Roofing Peel and Stick *(Ice and Water Shield)*
Roofing (TPO)
Safety Glasses
Safety Goggles
Screws - Drywall
Screws - Wood/All Purpose
Screws - Self Tapping
Screws - Tap Con 1"-1 3/4"
Screws - Tap Con 2"-2 3/4"
Scrubbing Pads
Shrink Wrap Material/Packing
Sponges (armaly oval polyester)
Steel Wool
Sweeping Compound (50 lb bag)
Tape - Blue Painters
Tape - Clear Poly/Packing
Tape - Caution
Tape - Teal/Duct
Tape - HVAC Aluminum Wrap
Tarps - General Purpose
Tarps - Heavy Duty
Toothbrushes *(Cleaning)*
Trash Bags - 4 ml poly
Trash Bags - 6 ml poly
Trash Bags - Heavy Duty Construction
Trash Bags - general purpose
Tyvek Suit *(PPE)*
Vacuum Bags - HEPA Vac
Vacuum Bags -Upright
Vacuum Brush - HEPA Vac
Wipes - Disinfectant/Multi-Purpose
Zip Wall Zippers




Signal Restoration Services
Page 9 of 10

Customers Initials

CMSG.272010-000126

## CHEMICALS

Adhesive Remover
Adhesive Spray (12 oz)
Adhesive Spray (24 oz)
Alcohol, Isopropyl
Bio-cide Oxine Duct Cleaner (3.5 oz)
Bleach
Cleaner - Carpet (powder)
Cleaner - Carpet (liquid)
Cleaner - Contact
Cleaner - Glass
Cleaner - General Purpose Degreaser
Cleaner - Glass (aerosol)
Cleaner - Rust inhibitor/Cleaner
Cleaner - Silver, Copper, Tin
Cleaner - Stainless Steel
Deodorizer Block - Small
Deodorizer Block - Large (5 lb)
Deodorizer Liquid
Deodorizer (good sense spray)
Disinfectant, Biocide (Microban)
Disinfectant, Virex
Encapsulate (Fosters 40/20)
Furniture Polish
Goof Off
LPS 1 (Protective Oil)
Machinery Lubricant - Heavy
Machinery Lubricant - Light
Mastic/Adhesive Remover
Mastic Asbestos Remover
Metal Polisher
Perma-Wash
Perma-White Encapsulate
Sealant - Duct
Sealant - Soot, Clear
Sealant - Soot, Pigmented
Spit Fire (NBRTU)
Thermo Fog

CMSG.272010-000127

## Signal Standard T&M Contract Notes

### Industry Standard Markup

Signal shall apply the industry standard of ████████ profit and ████████ markup on all categories in the Signal T&M Rate Schedule and the Signal Bellevue Hospital Union Rate Schedule and the Signal Coney Island Hospital Union Rate Schedule (collectively, the "Rate Schedules") as well as all additional invoices referenced in these Signal Standard T&M Contract Notes as "plus industry standard markup" which shall mean the industry standard of adding a ████████ profit and ████████ markup to each invoice ("Industry Standard Markup"). Signal agrees to waive the right to add an additional ████████ markup commonly allowed in extreme recovery projects similar to Katrina and Sandy.

### Materials and Consumables

**Solutions Purchased Directly:** In the event a solution is specifically purchased for the completion of the work on the Project and that item is not identified in the Rate Schedules, the product purchased directly will be billed at invoice plus Industry Standard Markup. The scheduled prices in the Rate Schedules shall be charged for all solutions utilized in the performance of the services provided, whether shipped directly, dropped shipped by a third party or locally purchased. The Signal list of materials and consumables represents the more commonly used products.

**Materials Purchased Directly:** In the event a Material/Supply is specifically purchased for the completion of the work on the Project, and that item is not identified above, such Material/Supply purchased directly will be billed at invoice plus Industry Standard Markup.

### Equipment and Tools

**Unscheduled Equipment Rates:** During the course of work on the Project, Signal may find it necessary to purchase equipment not scheduled under the Daily Rate. In those situations, the Daily Rate shall be an acceptable industry daily rental rate or such equipment to be charged at invoice plus Industry Standard Markup.

**Ordered Equipment:** Any equipment necessary to be utilized in the recovery efforts shall be billed at a minimum of three (3) days rental plus any applicable charges such as but not limited to labor, freight, taxes, and permits. This charge is applicable regardless of whether equipment is used or not on the Project.

**Generators:** There will be a minimum charge of three (3) days daily rate plus ALL costs incurred if power is restored upon arrival or Crothall cancels generator order. It is also understood that Signal makes no guarantees on timelines for arrival of generators during a catastrophic event or any other circumstances beyond Signal's control.

CMSG.272010-000128

## Labor Provisions

Subject to paragraph 3(c) of the Agreement between Signal and Crothall, notwithstanding anything contained in these Signal Standard T&M Contract Notes to the contrary, if the City of New York, Office of the Comptroller requires the prevailing wage rate and supplemental benefit rate be paid to directly employed workers and subcontracted workers during the performance of any work on the Project, the prevailing wage rate and supplemental benefit rate shall control and take precedence with respect to these Labor Provisions:

**Standard Rate/Hour:** The Standard Rate is the hourly rate for work performed during a standard work day, per the Labor Classification in the Rate Schedules. The Standard Work Day is defined as the first eight (8) hours of each shift worked.

**Premium Rate/Hour:** The Premium Rate/Hour billable as Overtime shall be billed at the rate of one and one-half (1.5) times the Standard Rate/Hour for work performed by each person that works in excess of eight (8) hours per day at or relating to the Hospitals, or for work performed on Saturdays. Work performed on Sundays and Holidays will be billed at two (2.0) times the Standard Rate/Hour consistent with the Prevailing Wage Laws.

**National Observed Holidays:** New Year's Day, Martin Luther King Jr. Day, Memorial Day, Independence Day, Labor Day, Veteran's Day, Thanksgiving Day and Christmas Day. Any work performed on a holiday shall be billed at a factor of two (2.0) times the Standard Rate/Hour.

**Standby:** When circumstances beyond Signal's control require personnel to be delayed from beginning work, the Standard Rate/Hour will be charged, per person delayed based on actual time recorded per the daily crew activity sheet.

**Travel Time:** Billable Time will not be billed on the port to port basis (i.e.: office to jobsite / jobsite to office, commuting to jobsite) including out of town travel. Travel will not be billed at the applicable Labor Rate per the Labor Class as stated above.

**Small Tools and Miscellaneous Supply:** Direct Supervisors and other Labor Classes will be billed at ▮ of Total Labor billed for each Supervisor and Restoration Technician.

**Per Diem:** The Company will bill for Per Diem for out of town work at the rate of ▮ less than set forth in www.gsa.gov, per person, per day for each day personnel work on the Project.

CMSG.272010-000129

**Subcontractor / Vendors**

Subject to paragraph 3(c) of the Agreement between Signal and Crothall, notwithstanding anything contained in these Signal Standard T&M Contract Notes to the contrary, if the City of New York, Office of the Comptroller requires the prevailing wage rate and supplemental benefit rate be paid to directly employed workers and subcontracted workers during the performance of any work on the Project, the prevailing wage rate and supplemental benefit rate shall control and take precedence with respect to these Labor Provisions:

**Subcontracted Services:** Subcontracted Services are those outside services or specialty services provided within the scope of the Project, and incurred by Signal in its execution of the Project. Subcontractor labor will be scheduled based on the published Labor Classification and Hourly Rates listed above including and specifically identified in this Exhibit A, all other applicable billable items including but not limited to (per diem, small tools, vehicles, mileage, lodging) will be charged as published in pricing schedule pertaining to this Project.

**Pass Through Trades and Vendors:** This includes certain services performed by a third party that may or may not be part of the Rate Schedules, to be billed at Invoice plus Industry Standard Markup. In the event Signal hires other contractors to provide labor or other trades, Signal may pass through such invoices plus the Industry Standard Markup in lieu of scheduling such labor or other trades.

**Reimbursable Items**

**Travel:** Travel such as but not limited to airfare, rental cars, train, taxi will be billed at Invoice plus ▮▮▮▮▮▮ overhead.

**Hotels:** Hotels will be billed based on the daily rate plus a markup percentage of ▮▮▮▮▮▮ ▮▮▮▮▮ overhead. It is our policy to bill hotels based on cost and if progress billing is applicable to the Project the hotels will be included in the progress billing with limited supporting documentation. The final bill will include supporting hotel receipts and if the progress billings exceed the value of the supporting documents a credit will be issued and if the progress billing hotels total did not cover the cost Signal will bill the difference as a line item with the applicable mark up applied. If Signal is able to obtain local lodging that is less expensive than hotel lodging, Signal will provide the detail breakdown of such lodging expense and bill such expense plus a markup percentage of ▮▮▮▮▮▮ overhead.

**Off-Site Logistical Support / Mobilization Fee**

**Mobilization Support:** The rate listed ("**Mobilization Support**") charge captures mobilization of Signal owned office equipment, supplies, and materials including CAT office set up and administrative allowances that support the company's daily catastrophe operations, communication support, and other costs related to support catastrophe operations. The logistical support / Mobilization Support will be billed at a rate of ▮▮▮▮▮▮ of total bill.

CMSG.272010-000130

## General

The Rate Schedules identified in this Exhibit A shall not be subject to change, unless otherwise agreed to by the parties.

**Insurance Premiums, Taxes, Permits, and Fees:** The rates contained in this Schedule are exclusive of all insurance premiums, federal, state and local taxes, and associated permits or fees. Those insurance premiums, taxes, permit costs and fees shall be billed by Signal to Crothall, and shall be compensated for all such costs on the basis of actual costs incurred for such item. If Crothall or NYC HHC is tax exempt, it must make Signal aware of this exemption, and provide Signal with copies of all such supporting tax exempt status. Any insurance premium, tax, permit or fee incurred by Signal prior to such notification of a tax exempt status, shall be reimbursed to Signal by Crothall.

CMSG.272010-000131

Bellevue Hospital
Union Rate Schedule

| Labor Rate Schedule | Waldorf Demolition | RJR Maintenance | KASCO Construction | Richards Plumbing |
| Union Rates | Demo and Labor Only | | Fireproofing Specialty | Plumbing Specialty |
|---|---|---|---|---|
| Project Executive | | | | |
| Project Manager | | | | |
| Superintendent | | | | |
| Labor Supervisor | | | | |
| Labor Foreman | | | | |
| Laborer | | | | |
| Carpenter Foreman | | | | |
| Carpenter Journeyman | | | | |
| Taper Foreman | | | | |
| Taper Journeyman | | | | |
| Finisher Journeyman | | | | |
| Electrician Foreman | | | | |
| Electrician | | | | |
| Painter Foreman | | | | |
| Painter Journeyman | | | | |
| Plasterer Foreman | | | | |
| Plasterer | | | | |
| NYC Master Plumber | | | | |
| Plumbing Foreman | | | | |
| Plumbing Journeyman | | | | |
| Steamfitter Foreman | | | | |
| Steamfitter Journeyman | | | | |
| Ceramic Tile Foreman | | | | |
| Ceramic Tile Setter | | | | |
| Ceramic Tile Finisher | | | | |
| Cement Mason Foreman | | | | |
| Cement Mason Journeyman | | | | |
| Bricklayer Foreman | | | | |
| Bricklayer Journeyman | | | | |
| Cement/Concrete Journeyman | | | | |
| Mason Tender Foreman | | | | |
| Mason Tender Journeyman | | | | |
| Teamster | | | | |
| Engineer | | | | |
| Signal Overhead and Profit | | | | |
| Materials Mark up | | | | |

Notes:   Overtime is paid at time and a half after eight (8) hours and Saturdays.
Premium time (Sundays & Holidays) is paid at double time.
Plumbers and Steamfitters are double time for any Overtime.

Page 15 of 16

CMSG.272010-000132

Coney Island Hospital
Union Rate Schedule

| Labor Rate Schedule | |
| --- | --- |
| Union Rates | |
| | |
| Project Executive | |
| Project Manager | |
| Superintendent | |
| | |
| Labor Supervisor | |
| Labor Foreman | |
| Laborer | |
| | |
| Carpenter Foreman | |
| Carpenter Journeyman | |
| | |
| Taper Foreman | |
| Taper Journeyman | |
| Finisher Journeyman | |
| | |
| Electrician Foreman | |
| Electrician | |
| | |
| Painter Foreman | |
| Painter Journeyman | |
| | |
| Plasterer Foreman | |
| Plasterer | |
| | |
| NYC Master Plumber | |
| Plumbing Foreman | |
| Plumbing Journeyman | |
| | |
| Steamfitter Foreman | |
| Steamfitter Journeyman | |
| | |
| Ceramic Tile Foreman | |
| Ceramic Tile Setter | |
| Ceramic Tile Finisher | |
| | |
| Cement Mason Foreman | |
| Cement Mason Journeyman | |
| | |
| Bricklayer Foreman | |
| Bricklayer Journeyman | |
| | |
| Cement/Concrete Journeyman | |
| | |
| Mason Tender Foreman | |
| Mason Tender Journeyman | |
| | |
| Flooring Mechanic | |
| | |
| Engineer | |
| | |
| Signal Overhead and Profit | |
| | |
| Materials Mark up | |

Notes:  Overtime is paid at time & a half after eight (8) hours and Saturdays.
Premium time (Sundays & Holidays) is paid at double time.
Plumbers and Steamfitters are double time for any Overtime.

CMSG.272010-000133

*Monday. August 31/15*

| 2nd Floor "B" SICU | Robert Laguerre | | |
|---|---|---|---|
| 2nd Floor Tech | George Henriquez | | |

### ELMHURST MEDICAL CENTER
### ENVIRONMENTAL SERVICE DEPARTMENT
### TOUR 2      Date:

| ASSIGNMENT | NAME | IN/OUT | COMMENTS | O.T HRS |
|---|---|---|---|---|
| 3rd Floor H/D/E/HR/OHS | Julio Cabrera | | | |
| 2nd Floor "H" & "D" Police | Gloria Loiza-Suarez | off | Flincal | |
| 1st Floor "H" Pharmacy/Transport | Jose Vilorio | | | |
| H Building Support/Peds clinics | Akeil George | | | |
| CPEP | Millicent Millard | | | |
| PAC | Lexandro Clemente | vac | Diana "temp" | |
| Adult ED-1 | Aaron Cuesta | | | |
| Adult ED-2 | Quenida Cabrera | | | |
| Adult ED-3 | Ivelisse Soto | M.L. | Luis Osorio | |
| 1st Floor Radiology Department- Annex Police | Diego Otero | | | |
| 1st Floor Main Lobby Routine | Kyle Lucas | | | |
| 1st Floor Policing | Paula Buritica | OFF. | Monica Sanchez | |
| Basement "A" & "B" , Sub-basement | Charles Francis | vac. | Peter Santiago | |
| Central Sterile/Basement D & E | Jacqueline Farinas | | | |
| MW/RMW-Processing Plant | Jason Spinks | | | |
| MW/RMW-6th to 11th | Patrick Basile | OFF. | Mario Llamos | |
| MW/RMW-SB to Sth | Kacy Brooks | | | |
| Grounds/Set-ups | Uele Smith | | | |
| Stretchers/Equipment/Supplies | James Fennimore | | | |
| Police areas " MPC, J1 , D1-24, O & G" | Adriano Ortiz | | | |
| HOPE Building/Little Elms | Prakash Chetri | | | |
| Halfway House & WIC | Angela Salcedo | | | |
| Project Team | Roberto Minaya | | | |
| Project Team | Dario Sandoval | vac. | | |
| Auto Scrub Corridor Team | Zainool Mohammed | | | |
| Auto Scrub Corridor Team | Trevor Flinch | | | |
| | **RELIEF/STAFF** | | | |
| FLOATS | Paula Jennings | | A6 | |
| FLOATS | Alex Rios | | CDE 3 | |
| FLOATS | Open | | | |
| FLOATS | Rachael Hightower | | B4 | |
| FLOATS | Nayibe Herrera | | D5 | |
| FLOATS | Salifu Kanu | | B6 | |
| FLOATS | Patricia Garcia | P/D. | | |

CMSG.272010-000134

| FLOATS | Celandia Tirado | | w' options DR. | |
| FLOATS | Darriam McCray | off. | | |
| FLOATS | Edwin Martin | | + loor tech, + | |
| FLOATS | Peter Santiago | | Basement 4&B & 8v6. | |
| FLOATS | Mario Llanos | | Trash. | |
| FLOATS | Luis Osorio | | ED C. Palm + Truck | |
| FLOATS | Monica Sanchez | | | |
| FLOATS | James Carter | off. | | |
| FLOATS | Monique Duke | off | OR. | |
| FLOATS | Rosa Araujo | | GR. | |
| FLOATS | Icilda Martin | off. | | |
| FLOATS | Campbell, Tiffany | | CDE II | |
| FLOATS | Gloria Tirado | | D5 | |
| FLOATS | Duvi Jimenez | | A4 | |
| FLOATS | Brooks, Eric | FMLA | | |
| FLOATS | Alexander Martinez | FMLA | | |
| FLOATS | Roberto Delaney | FMLA | | |
| FLOATS | Sara McCrimmon | FMLA | | |
| | **RJR CONTRACT/STAFF** | | | |
| FTE's to run tour #2 daily....70 | Diana. + Tampa | ✓ | PAC | |
| FTE's | | | | |
| Vac | | | | |
| Sick | | | | |
| Other | | | | |
| OT | | | | |

CMSG.272010-000135