# Exhibit 6

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

DAISY REYES,

                      Plaintiff,

     vs.

CROTHALL HEALTHCARE, INC.

                    Defendant.

Index No.: 1:17-cv-01003-KAM-VMS

**AFFIDAVIT OF YULIETH FONSECA**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

I, Yulieth Fonseca, being duly sworn upon his oath, deposes and states as follows under penalties of perjury:

I am over the age of eighteen and competent to provide the following statements under oath, and the below statements are based on my personal knowledge:

1. Five Crothall Healthcare, Inc. managers were employed at Elmhurst Hospital in August of 2015. Crothall managers were not present for overnight EVS shifts (midnight to 6:00 a.m.) nor on weekend shifts. During the time there was no Crothall manager on duty, EVS operations were overseen by separate New York Health and Hospitals Corporation ("NYCHHC") EVS Supervisors.

2. During any shift, there were more NYCHHC EVS supervisors than Crothall managers on duty, and the NYCHHC EVS supervisors spent more time interacting directly with EVS workers and hospital staff than Crothall managers throughout the day. NYCHHC EVS supervisors provided more direct instruction and review of EVS workers' work throughout the

day than Crothall managers and would do so independently, without consulting with Crothall managers.

3.      At Elmhurst Hospital, NYCHHC maintained separate Maintenance, Security, and Safety departments, with which Crothall had no role or oversight, and NYCHHC controlled access of different personnel to different parts of the facility through credentials and security clearance.

4.      Reports of a wet floor could be directed to Crothall managers or could be directed to other NYCHHC or hospital personnel. Crothall managers were not notified of every spill or wet floor nor every time an EVS worker was directed to address a particular concern by other NYCHHC personnel.

5.      Wet floor signs were accessible to and could be placed by NYCHHC or hospital personnel in addition to EVS workers and managers.

6.      If an EVS worker was unable to appear for an overnight or weekend shift, the NYCHHC EVS supervisor would adjust the schedule and staffing as needed and could do so without conferring with Crothall managers.

7.      NYCHHC personnel, such as EVS supervisors or managers from other departments, provided input as to EVS worker scheduling, including increased EVS needs or preferred EVS personnel to work in different hospital departments.

8.      EVS work at Elmhurst was performed 24 hours a day, 7 days a week. NYCHHC EVS supervisors would oversee EVS workers during all shifts, including the overnight and weekend shifts when Crothall managers were not present. During shifts Crothall managers were present, NYCHHC supervisors and Crothall managers would both oversee EVS work.

9.　　NYCHHC EVS supervisors and other hospital personnel were not required to contact Crothall managers when instructing or directing NYCHHC workers throughout the day. NYCHHHC EVS supervisors and EVS workers could acted independently to address EVS needs, such as spills and extra cleaning, as needed throughout the day.

State of New York　)

County of New York )

Dated: May 11ᵗʰ, 2018

_____
Yulieth Fonseca

Subscribed and sworn to before me
This 11ᵗʰ day of May, 2018



SERENE ZHALIAH MANUEL
Notary Public, State of New York
No. 01MA6210749
Qualified in Westchester County
Commission Expires August 31, 20 21