UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DAISY REYES,

                     Plaintiff,

      vs.

CROTHALL HEALTHCARE, INC.

                     Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.: 1:17-cv-01003-KAM-VMS

**DEFENDANT CROTHALL HEALTHCARE, INC.'S RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 56.1, Defendant Crothall Healthcare, Inc. ("Crothall") submits the following statement of undisputed facts supporting its motion for summary judgment:

### The Accident

1.      Plaintiff Daisy Reyes ("Plaintiff") slipped and fell while at work, inside a first floor hallway at Elmhurst Hospital Center ("Elmhurst") on August 31, 2015, around 12:45 p.m. **Exhibit 1** Plaintiff's Complaint (Dated: January 10, 2017)**, p. 1; Exhibit 2** Depo of Daisy Reyes (Dated: September 14, 2017) at **8:2-14; 19:21-25.**

2.      Plaintiff testified that approximately 15 minutes prior to her fall, she visited a restroom next to the location of her later fall and upon exiting the restroom saw an unidentified, uniformed hospital housekeeper with a mop and bucket who appeared to be preparing to mop. **Exhibit 2** Depo of Daisy Reyes (Dated: September 14, 2017) at **25:2-27:18.**

3.      Plaintiff testified the hallway floor after her fall was wet, and Plaintiff believes the wet floor was the result of the mopping because the liquid had a "chemical smell" that Plaintiff associated with mopping. **Exhibit 2** Depo of Daisy Reyes (Dated: September 14, 2017) at **29:22-30:24.**

4.      Plaintiff testified there was no wet floor sign placed in the hallway when she fell. **Exhibit 2** Depo of Daisy Reyes (Dated: September 14, 2017) at **30:25-31:9.**

5.      On January 12, 2017, Plaintiff filed a Complaint alleging one count of negligence against Defendant Crothall Healthcare, Inc. ("Crothall").  **Exhibit 1** Plaintiff's Complaint (dated January 10, 2017), **p. 1-2.**

### The Parties

6.      Plaintiff was, at the time of the accident, employed by New York City Health and Hospitals Corporation ("HHC") and was at work at the time of the underlying accident. **Exhibit 2** Depo of Daisy Reyes (Dated: September 14, 2017) at **19:21-20:11.**  Plaintiff sought and received workers compensation benefits as a result of this accident.  **Exhibit 2** Depo of Daisy Reyes (Dated: September 14, 2017) at **53:2-8.**

7.      HHC is a governmental entity that, at the time of the accident, owned and operated Elmhurst Hospital.  **Exhibit 5** HHC Contract, **Ex. B-Facilities List**; **Exhibit 2** Depo of Daisy Reyes (Dated: September 14, 2017) at **12:17-20.**

8.      Crothall entered into a contract with HHC ("HHC Contract") to provide certain management services for HHC's Environmental Services program ("housekeeping" or "housekeepers") at HHC's facilities, including Elmhurst Hospital, and this contract was in effect at the time of the accident. **Exhibit 5** HHC Contract, **p. 2-3 Preliminary Statements and Scope of Services; Exhibit 3** Depo of Richard Rossi (Dated: October 27, 2017) at **11:23-12:10.**

### HHC Contract

9.      The housekeeping management services provided by Crothall are set out in the HHC Contract and include that in providing its services Crothall will train, manage, and direct HHC Unionized Employees, in accordance with HHC's policies and procedures.  **Exhibit 5**

2

HHC Contract, **§2.4; §2.5; Exhibit A - Scope of Services, par. 1(c); Exhibit B – Facilities List.** The Contract further provides that the services performed by Crothall "shall be at all times subject to the direct and control of the Corporation [HHC]." **Exhibit 5** HHC Contract, **§ 2.3.**

10.     In the HHC Contract, HHC sets out the type and amount of housekeeping services to be performed at its facilities. **Exhibit 5** HHC Contract, **Ex. A-1 – Housekeeping Service Specifications.**

11.     Crothall personnel do not perform the housekeeping work at Elmhurst Hospital, nor other HHC facilities. **Exhibit 5** HHC Contract, **Preliminary Statements, p.2.**

12.     The housekeeping work, including mopping, is performed by unionized housekeeping workers employed directly by HHC, under a separate collective bargaining agreement to which Crothall was not a party. **Exhibit 5** HHC Contract, **§ 2.5; § 3.1; Ex. A – Scope of Services; Ex. A-1 – Housekeeping Service Specifications.**

13.     Under the Contract, HHC directly employs, uniforms, insures, and pays wages to its housekeeping unionized employees, and the selection and number of housekeepers is controlled by HHC. **Exhibit 5** HHC Contract, **Preliminary Statements (page 2), §§ 2.4, 2.5 and 3.1.** HHC retained the authority to hire, fire, and formally discipline its unionized housekeepers and did not delegate that authority to Crothall, which can only submit proposals to and confer with HHC regarding staffing changes to be made by HHC. **Exhibit 5** HHC Contract, **Preliminary Statements (page 2), §§ 2.4, 2.5 and 3.1; Ex. A -Scope of Services.**

14.     The HHC Contract sets out the number Crothall personnel that will be available to perform the management services at each facility. **Exhibit 5** HHC Contract **§ 2.4**.   HHC also controls the selection of Crothall personnel (substitutions of whom require the approval of HHC), and HHC retains the authority to remove or dismiss Crothall management personnel at

the discretion of HHC. **Exhibit 5** HHC Contract, **Preliminary Statements (page 2), §§ 2.4, 2.6, 3.1(a)(i) and Ex. A (Scope of Services), ¶ 1(a).**

15.     Under the HHC Contract, Crothall is not delegated authority to unilaterally change the number or type of housekeeping services provided under the contract nor the number of HHC housekeepers.  HHC can unilaterally change its cleaning schedules, procedures, and number of housekeepers without the consent of Crothall who may only seek a corresponding change in the contract price.  **Exhibit 5** HHC Contract, **§§ 2.5; 3.1(b)(i); Exhibit 4** Depo of Yulieth Fonseca (Dated: January 9, 2018) at **103:19-104:6; 107:22-109:4.**

16.     Under the Contract, Crothall makes purchases of housekeeping supplies and then invoices the amounts to HHC, up to a set amount determined by HHC.  **Exhibit 5** HHC Contract, **§ 3.1 (e).**

17.     Under the Contract, Crothall must obtain the approval of HHC for the purchase of additional equipment, which could belong to and be at the cost of Crothall or HHC, depending on the circumstances.  **Exhibit 5** HHC Contract, **§§ 3.1(k)(i) and 3.1(k)(ii).**

19.     Under the Contract, Crothall must obtain the agreement/consent of HHC for the purchase of additional equipment, which could belong to and be at the cost of Crothall or HHC, depending on the circumstances.  **Exhibit 5** HHC Contract, **§§ 3.1(k)(i) and 3.1(k)(ii).**

20.     Under the Contract, prior housekeeping equipment already at HHC's facilities will continue to be used.  **Exhibit 5** HHC Contract, **§ 3.1(e)(5); Exhibit 3** Depo of Richard Rossi (Dated: October 27, 2017) at **81:25-82:13.**

### Elmhurst Hospital

21.     Crothall personnel provide management, supervision, and training for HHC's housekeepers at Elmhurst.  **Exhibit 3** Depo of Richard Rossi (Dated: October 27, 2017) at **33:6-**

**16; Exhibit 4** Depo of Yulieth Fonseca (Dated: January 9, 2018) at **13:7-14:2.** Crothall managers did not mop the floors themselves, and the uniformed personnel mopping the floors at Elmhurst were HHC's housekeepers. **Exhibit 4** Depo of Yulieth Fonseca (Dated: January 9, 2018) at **98:5-13**.

22.  HHC personnel at Elmhurst also provide management, supervision, and training to HHC's housekeepers, sometimes in conjunction with Crothall personnel and sometimes independently. **Exhibit 3** Depo of Richard Rossi (Dated: October 27, 2017) at **35:25-36:20; 43:4-12; 66:14-19; 70:8-71:8**; **Exhibit 4** Depo of Yulieth Fonseca (Dated: January 9, 2018) at **99:4-12.**

23.  There were five Crothall managers who worked overlapping weekday shifts at Elmhurst. Three people worked 6:00 a.m. to 4:00 p.m., one person working 10:00 a.m. to 7:00 p.m., and one person working 3:00 p.m. to 12:00 a.m. Crothall managers were not present for the overnight housekeeping shifts (12:00 a.m. to 6:00 a.m.) nor weekend shifts, although housekeeping work continued during those times and was overseen by separate HHC housekeeping supervisors. **Exhibit 4** Depo of Yulieth Fonseca (Dated: January 9, 2018) at **26:20-28:16; Exhibit 6** Affidavit of Yulieth Fonseca (Dated: May 11, 2018) ¶ **1**; **Exhibit 3** Depo of Richard Rossi (Dated: October 27, 2017) at **24:10-25:5; 105:8-12**; **Exhibit 6** Affidavit of Yulieth Fonseca (Dated: May 11, 2018) ¶¶ **1-2.**

24.  At Elmhurst, HHC employed eight or nine additional housekeeping supervisors that also oversaw and directed the work HHC's housekeeping personnel, sometimes in conjunction with Crothall, sometimes independently. **Exhibit 3** Depo of Richard Rossi (Dated: October 27, 2017) at **24:10-25:5, 35:25-36:20, 43:4-12, 66:14-19, 70:8-71:8**; **Exhibit 4** Depo of

5

Yulieth Fonseca (Dated: January 9, 2018) at **99:4-12.**   HHC housekeeping supervisors were present for all shifts.  **Exhibit 6** Affidavit of Yulieth Fonseca (Dated: May 11, 2018) ¶¶ **1-2.**

25.    At Elmhurst, Crothall managers and HHC housekeeping supervisors would split up the work of overseeing the HHC housekeepers when Crothall managers and HHC supervisors were both on duty.  **Exhibit 4** Depo of Yulieth Fonseca (Dated: January 9, 2018) at **86:12-14.** HHC housekeeping supervisors spent more time interacting directly with housekeepers and hospital staff than Crothall managers throughout the day.  HHC housekeeping supervisors provided more direct instruction and review of housekeeping worker's work than Crothall managers and would do so independently, without consulting with Crothall managers.  **Exhibit 6** Affidavit of Yulieth Fonseca (Dated: May 11, 2018) ¶ **2.**

26.    At Elmhurst, HHC had approximately 153 housekeeping staff to perform housekeeping work, approximately 65 per day shift.  **Exhibit 3** Depo of Richard Rossi (Dated: October 27, 2017) at **118:6-9**; **Exhibit 4** Depo of Yulieth Fonseca (Dated: January 9, 2018) at **43:20-24.**

27.    Crothall and HHC personnel both trained the housekeepers to place wet floor signs on the floor when the floor was wet. **Exhibit 3** Depo of Richard Rossi (Dated: October 27, 2017) at **77:18-22**; **Exhibit 4** Depo of Yulieth Fonseca (Dated: January 9, 2018) at **37:17-19.**

28.    Crothall and HHC personnel both monitored housekeepers and corrected them if wet floor signs were not placed on wet floors. **Exhibit 4** Depo of Yulieth Fonseca (Dated: January 9, 2018) at **79:5-8, 102:6-14**

29.    At Elmhurst, HHC's housekeeping supervisors would receive training from both Crothall and HHC.  **Exhibit 4** Depo of Yulieth Fonseca (Dated: January 9, 2018) at **87:3-4.**

30.     At Elmhurst, Crothall managers would create work schedules based on the Housekeeping Service Specifications provided by HHC, the number of HHC housekeepers provided by HHC, and in accordance with the policies and procedures of HHC.  **Exhibit 5** HHC Contract, **Ex. A – Scope of Services, Ex. A-1 – Housekeeping Service Specifications; Exhibit 4** Depo of Yulieth Fonseca (Dated: January 9, 2018) at **99:13-100:18.**

31.     At Elmhurst, the housekeeping department personnel, including Crothall managers and HHC housekeeping supervisors and workers, met in each morning in a "huddle" to discuss any specific housekeeping needs for that day at that facility.  Crothall managers primarily organized and spoke at the huddle, but HHC supervisors and personnel could also contribute. **Exhibit 4** Depo of Yulieth Fonseca (Dated: January 9, 2018) at **107:17-21.**

32.     Routine cleaning of the floors was typically scheduled to be performed during overnight hours, and localized "spot" cleaning was performed as needed or requested during the daytime shifts. **Exhibit 4** Depo of Yulieth Fonseca (Dated: January 9, 2018) at **52:5-13.**

33.     In addition to regularly scheduled housekeeping work, either Crothall or HHC personnel could direct housekeepers to perform work in additional areas as the need arose (such as when spills occurred).  **Exhibit 4** Depo of Yulieth Fonseca (Dated: January 9, 2018) at **98:20-24.  Exhibit 5** HHC Contract, **Ex. A-1 – Cleaning Specifications A and D.**

34.     HHC personnel or other hospital personnel (such as maintenance workers, security personnel, or doctors and nurses) could direct housekeepers to perform work in a specific area or attend to a particular housekeeping need (such as a spill) without consulting with Crothall managers.  **Exhibit 4** Depo of Yulieth Fonseca (Dated: January 9, 2018) at **98:20-24; 102:19-103:2; Exhibit 5** HHC Contract, **Ex.A-1 – Cleaning Specifications A and D.; Exhibit 6** Affidavit of Yulieth Fonseca (Dated: May 11, 2018) **¶ 3-4.**

35.     At Elmhurst, HHC maintained separate Maintenance (also referred to as Facilities), Security, and Safety departments, with which Crothall had no role or oversight, and HHC controlled the access of different personnel to different parts of the facility through credentials and security clearance.  **Exhibit 6** Affidavit of Yulieth Fonseca (Dated: May 11, 2018) ¶ **3-4.**

36.     At Elmhurst, wet floors could be reported through a call center operated by NYCHH personnel.  **Exhibit 3** Depo of Richard Rossi (Dated: October 27, 2017) at **106:16-107:3.**

37.     At Elmhurst, HHC maintained its own accident reporting system and records. **Exhibit 4** Depo of Yulieth Fonseca (Dated: January 9, 2018) at **50:5-51:6.**

38.     Reports of a wet floor may be directed to Crothall managers or could be directed to other HHC or hospital personnel without notice to Crothall.  Crothall managers were not notified of every spill or wet floor nor the direction of housekeepers to address them.  **Exhibit 6** Affidavit of Yulieth Fonseca (Dated: May 11, 2018) ¶ **4.**

39.     At Elmhurst, wet floor signs were accessible to and could be placed by HHC or hospital personnel in addition to housekeepers. **Exhibit 6** Affidavit of Yulieth Fonseca (Dated: May 11, 2018) ¶ **5.**

40.     At Elmhurst, Crothall managers received input from non-housekeeping HHC personnel on a daily basis as to additional housekeeping work to be performed. **Exhibit 4** Depo of Yulieth Fonseca (Dated: January 9, 2018) at **33:6-16.  Exhibit 5** HHC Contract, **Ex. A-1 Specifications E and F.**

41.     At Elmhurst, areas of the facility are policed by an HHC housekeeper who monitor for housekeeping needs (such as spills or rubbish), and the HHC housekeeper may

address those housekeeping needs as they are discovered without communication with Crothall personnel.  **Exhibit 4** Depo of Yulieth Fonseca (Dated: January 9, 2018) at **53:14-54:19**; **Exhibit 3** Depo of Richard Rossi (Dated: October 27, 2017) at **97:18-98:18.**

42.     At Elmhurst, the first floor where Plaintiff fell was policed at the time by an HHC housekeeper, who could perform housekeeping work as needed without communication with Crothall.  **Exhibit 4** Depo of Yulieth Fonseca (Dated: January 9, 2018) at **62:17-63:4; 67:10-13.**

43.     Crothall did not receive a report of Plaintiff's fall or of the floor being wet. **Exhibit 3** Depo of Richard Rossi (Dated: October 27, 2017) at **114:12-16.**

44.     Plaintiff testified she knew Crothall was a housekeeping company but did not know what they did at Elmhurst, did not work with them, and did not know what the HHC Contract with Crothall entailed.  **Exhibit 2** Depo of Daisy Reyes (Dated: September 14, 2017) at **39:25-41:7.**

Dated: Uniondale, New York
         May 15, 2018

WESTERMAN BALL EDERER
MILLER ZUCKER & SHARFSTEIN, LLP


By: */s/*William E. Vita
         William E. Vita, Esq.
         1201 RXR Plaza
         Uniondale, NY 11556
         Telephone:516-622-9200
         Facsimile: 516-622-9212
         wvita@westermanllp.com
         *Attorneys for Crothall Healthcare, Inc.*

01802233

9