**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DAISY REYES,

                            Plaintiff,

       vs.

CROTHALL HEALTHCARE, INC.

                            Defendant.

:
:
:
:   Index No.: 1:17-cv-01003-KAM-VMS
:
:
:
:
:   **JOINT DEPOSITION TRANSCRIPT**
:   **APPENDIX**
:
:
:
:
:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CONTENTS

| | |
|---|---|
| Exhibit 2 | Relevant excerpts from the Transcript of the Deposition of Plaintiff Daisy Reyes |
| Exhibit 3 | Relevant excerpts from the transcript of the Deposition of Richard Rossi |
| Exhibit 4 | Relevant excerpts from the transcript of the Deposition of Yulieth Fonseca |

# Exhibit 2

**Page 1**

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF QUEENS

INDEX NO.:  467/17

- - - - - - - - - - - - - - - - - - - - - - -x

 DAISY REYES,

                 Plaintiff,

             -against-

 CROTHALL HEALTHCARE, INC.,

                 Defendant.

- - - - - - - - - - - - - - - - - - - - - - -x


                98 Cutter Mill Road

                Great Neck, New York

                September 14, 2017

                1:02 p.m.



             DEPOSITION of DAISY REYES,

the Plaintiff in the above-entitled

action, held at the above time and place,

taken before Jennifer Brennan, a Notary

Public of the State of New York, pursuant

to Order.

                *      *      *

Page 8

D. Reyes

Q      And is it your understanding that the matter of this lawsuit involves a slip and fall accident that you had, I believe, on August 31, 2015, does that sound; correct?

A      That is correct.

Q      Where did that fall occur?

A      In the hallway of the main hospital, not the lobby, but one of the hallways of the first floor of the hospital.

Q      And at which hospital?

A      Elmhurst Hospital Center.

Q      During our conversation today, I may refer to that as the fall or the accident.

Unless I say otherwise, that is the event I'm referring to; okay?

A      Yes.

Q      You have already given your address, can you just repeat it?

A      107-57 87th Street, Ozone Park, New York 11417.

Q      And how long have you lived at

                    D. Reyes

    A    Assistant director of
hospitals.

    Q    What were the dates that you
worked at Elmhurst Hospital Center?

    A    Monday through Friday -- oh,
when did I start working at Elmhurst
Hospital Center?

    Q    Yes.

    A    I think it was March 17, 2005.

    Q    When did you stop working at
Elmhurst Hospital Center?

    A    June 2, 2017.

    Q    Is there any main reason why
you switched from one job to another?

    A    I was laid off.

    Q    When you worked at Elmhurst
Hospital Center, were you employed by
Health and Hospitals Corporation?

    A    Yes.

    Q    So did your employment with
Health and Hospitals terminate and you
got another job from Health and
Hospitals?

    A    Yes.

D. Reyes

them, just to make things clear.

A      It's okay.

Q      During normal circumstances while working at Elmhurst Hospital Center, the bathroom near the location of the fall, is the bathroom you would use; is that correct?

A      Yeah, the closest bathrooms.

Q      The area where the fall occurred, is that restricted, in terms of access to hospital employees or could anyone get in the hallway at the hospital?

A      Anyone could get into the hallway.  Anyone could walk the hallway.

Q      You didn't need a security badge to get to that hallway; is that correct?

A      No.

Q      Do you recall what time of day this fall occurred?

A      Maybe around 12:45, 1 o'clock because I was getting ready to go to lunch.

D. Reyes

Q    And that was going to be my next question.

Do you remember where you were coming from or where you were going to when the fall occurred?

A    Where I was coming from?

Q    Yes.

A    I was leaving my office.

Q    And where were you going to?

A    I was going out to lunch.

Q    Was there anyone walking with you when this fall occurred?

A    Yes.

Q    Am I correct in assuming, you were walking when the fall occurred?

A    Oh, yes, I was walking, yes.

Q    Who was with you when the fall occurred?

A    A lady by the name of Alicia Baksh, B-A-K-S-H.

Q    How did you know Ms. Baksh?

A    Oh, she works for the director, nursing director of the operating room. She's his secretary.

D. Reyes

Q      Did you observe anyone or any machine or any other mechanism through which the floor became wet, before your fall?

A      Yes, I did.

Q      What did you see?

A      When I was coming out the bathroom, I saw housekeeping, a man from housekeeping, with a bucket with a mop.

Q      And you say when you came out of the bathroom?

A      Yes.

Q      When was that, in relation to your fall?

A      It was like before I fell.  It was like maybe 15 minutes before I fell.

Q      And the gentleman you saw with the mop and bucket, do you know who that was?

A      No, because I saw him from the back when I saw him.  I guess he was coming to mop.

Q      And for your time working at Elmhurst Hospital Center, you didn't

Page 26

D. Reyes

recognize who the person was?

A       I couldn't see him because he was from the back.  He was facing from the back.  He was bending down, getting the mop ready to pull it out.

Q       Was the person wearing a uniform?

A       Yes.

Q       What uniform was he wearing?

A       Navy blue pants, the shirt, baby blue, with like lines on it.

Q       Had you seen people at Elmhurst Hospital Center wearing a similar uniform before?

A       Yes, I seen the housekeeping uniform.

Q       In your previous experience, was that the uniform the housekeepers wore?

A       Yes.

Q       And when you came out of the bathroom and observed the man with the mop and bucket, where was he at that time?

Page 27

D. Reyes

A    When I came out the bathroom, he was on the left.

Q    In the same hallway?

A    In the same hallway.

Q    Approximately how far away?

A    I cannot say how far, distance, I don't know.

Q    That's okay.  Did you see the gentleman in the housekeeping uniform when you came out the bathroom, actually mopping the floor?

A    No, he was getting -- he was actually like getting -- you know, when you put the mop, getting ready to pull it out, that's what I saw him doing.  Like his hand was going like this, getting ready to get the mop out (indicating).

Q    In someway moving the mop out of the bucket?

A    Yes, moving the mop.

Q    In your time working at Elmhurst Hospital Center, have you seen that type of mop and bucket before?

A    Oh, yes, all the time.

Page 29

D. Reyes

have been sometime between 12:30 and 12:45?

A    Maybe around 12:30.  I can't tell you exactly.

MS. WIGLER:  Don't guess.

A    I did not see the time, so I can't really guess.

Q    During the time you came out of the bathroom and saw the housekeeper with the uniform on, was there anyone else with you at that time, who saw the housekeeper?

A    No, when I came out the bathroom, no.

Q    Has anyone ever told you or represented to you in anyway, that they saw a housekeeper mopping the hallway at the location where you fell, within 30 minutes of your accident happening?

A    No, no one told me, no.

Q    As you sit here today, is it your belief that a housekeeper at Elmhurst Hospital Center mopped that hallway shortly before your fall?

D. Reyes

A       Yes.

Q       And what's the basis for that belief?

A       I'm sorry, I don't get what you're saying.

Q       Why do you believe the hallway was mopped shortly before your fall?

A       Because I smell the chemicals on my dress.  When I fell, my dress was all wet and I smelled the chemicals.

Q       As you sit here today, do you have any other belief or explanation as to why the floor would have been wet at that location, other than by mopping by a housekeeper?

A       Repeat that again.

Q       Do you believe that the wet condition on the floor, was caused by anything other than a housekeeper mopping a floor?

A       It was caused by housekeeping mopping the floor because I would have never smelled the chemical.

Q       At the time of your fall, was

D. Reyes

there any wet floor sign or other caution sign visible on the hallway?

A    No, no sign.

Q    When you came out of the bathroom 15 to 30 minutes before the fall, was there any wet floor or caution sign in the hallway at that time?

A    No, there was no sign.

Q    In your experience at Elmhurst Hospital Center, would housekeepers ordinarily mop the floor, without putting out a wet floor or caution sign?

A    Sometimes I see them mopping, but I don't see the signs all the time. I see the buckets and mops throughout, but I don't always see the signs out.

Q    Is it fair to say that during your time at Elmhurst Hospital Center, that housekeeping would be mopping and not have a sign out?

A    It varies, you know. Sometimes you see the mopping, but you don't see the signs. Sometimes, yes; sometimes, no, not all the time you see them with

                    D. Reyes

Elmhurst Hospital Center, did you see,

did you ever see people who weren't

housekeeping and weren't wearing the

uniforms you described, mopping the

floors?

        A     Oh, no, never.

        Q     As far as you know,

housekeeping was done by the people with

the uniforms that you described?

        A     Oh, yes, they have to wear

uniforms.

        Q     From your experience working at

Elmhurst Hospital Center, do you know

what, if any, role the company Crothall

had at Elmhurst Hospital Center?

        A     Do I know what?

        Q     Do you know what Crothall did

at the hospital, from your time working

there?

                THE WITNESS:  I don't get what

        he's saying.

                MS. WIGLER:  He's asking, do

        you know Crothall?

        A     No, they're the housekeeping

Page 40

D. Reyes

company for the hospital.

Q    As part of your job working at Elmhurst Hospital Center, did you work with Crothall personnel?

A    Never.

Q    Is it fair to say that your job working at Elmhurst Hospital Center, did not entail reviewing Crothall's contract with HHC?

A    No, they never gave us anything like that to review.

Q    Is it fair to say that your job at Elmhurst Hospital Center, did not entail reviewing the performance of Crothall under the contract?

A    Never.

Q    As you sit here today, is it your understanding that the housekeepers who wore the uniforms and did the mopping, were employed by Crothall?

A    I don't know.  I was told they were employed by HHC, but Crothall is the one that has the contract with the hospitals, to keep the hospital clean.

**Page 41**

D. Reyes

Q    When you worked at Elmhurst Hospital Center, do you believe that the housekeepers that wore the uniforms and did the mopping, were also employed by HHC?

A    Yes.

Q    From your time working at Elmhurst Hospital Center, were you aware of any regular cleaning schedule for the hallway where you fell?

Did you see it cleaned at any regular interval?

A    I seen it cleaned throughout the day, various times.

Q    Was there any regular time that you saw them?

A    No, I cannot tell the time.

Q    During your time working at Elmhurst Hospital Center, did you ever observe a spill or any kind of liquid on the floor, that you then needed to report to housekeeping?

A    No, I never reported anything to housekeeping.

D. Reyes

Q    Following this accident, did you file a workers' compensation claim?

A    Yes, I did.

Q    Do you know, is that claim still opened?

A    It's still opened, but it's settled.  From my physical -- from any treatment that I need, it stays open for life.

Q    At some point after your accident and after your surgery and the follow-up medical, did you return to work at Elmhurst Hospital Center?

A    Yes, I did.

Q    When did you return to work at Elmhurst Hospital Center?

A    I returned to work, I think it was March 17, 2016, I believe.  I'm not too sure.

Q    From August 31, 2015, to March 2016, when you returned to work at Elmhurst Hospital, have you missed any additional time from work, aside from going to doctors' appointments because of

# Exhibit 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X
DAISY REYES,

                                    PLAINTIFF,

                -against-            Case No.:
                                    17-CV-01003

CROTHALL HEALTHCARE, INC.,

                                    DEFENDANT.
------------------------------------------------X

                    DATE:  October 27, 2017

                    TIME:  10:10 A.M.



            DEPOSITION of the Defendant,

CROTHALL HEALTHCARE, INC., by a witness,

RICHARD ROSSI, taken by the Plaintiff,

pursuant to a Order and to the Federal

Rules of Civil Procedure, held at the

offices of Westerman Ball Ederer Miller

Zucker & Sharfstein, LLP, 1201 RXR Plaza,

Uniondale, New York 11566, before Lisa R.

Anzelone, a Notary Public of the State of

New York.

Case 1:17-cv-01003-KAM-VMS   Document 24-7   Filed 06/12/18   Page 19 of 125 PageID #: 279

RICHARD ROSSI

please feel free to do so and if you don't understand my question, please, again, ask me and I will rephrase it.  Okay?

A.    Sure.

Q.    And keep all of your answers verbal so the court reporter can take them down.

A.    Okay.

Q.    Okay.

Are you presently employed, Mr. Rossi?

A.    Yes.

Q.    Where are you employed?

A.    I work for Crothall Healthcare.

Q.    Where is Crothall Healthcare located?

A.    Can you rephrase the question? As a corporate entity?

Q.    Yes.

Where is the main office?

A.    Charlotte, North Carolina in -- in -- the U.S. office is Charlotte, North Carolina.

Q.    And do you know where the

RICHARD ROSSI

company is incorporated?

A.    No.

Q.    Where is your office that you work out of?

A.    I work out of 61 Broadway.

Q.    Where is that?

A.    In New York City.

Q.    What office is there?

A.    The regional -- New York City regional office for Crothall Healthcare.

Q.    How long have you worked at Crothall Healthcare?

A.    Since 2011.

Q.    So 2011 to the present?

A.    Uh-huh.

Q.    What is your present title?

A.    Regional director of operations.

Q.    Have you always been the regional director of operations?

A.    I have.

Q.    Since 2011?

A.    Yes.

Q.    Have you always worked in that

RICHARD ROSSI

MR. VITA:  Crothall.

A.    The company?

Q.    Yes.

A.    I mean, I think we're in all 50 states.

Q.    Do you work exclusively from the New York City office?

A.    I do.

Q.    And have you worked in the New York City office your entire employment?

A.    Yes.

Q.    What is your job as regional director of operations?

A.    I'm responsible for overseeing the financial and operational performance of all of the facilities within my region.

Q.    And what does that mean in layman's terms?

A.    I manage the managers who manage the particular management operations at each of the facilities.

Q.    How many managers do you manage?

A.    Oh, I wouldn't be able to -- it

RICHARD ROSSI

place?

A.   Minimum, yeah.

Q.   Okay.

A.   Sometimes more.

Q.   So would it be fair to say that you're -- generally every day you travel to one of your accounts?

A.   Yes.

Q.   And do you have a written schedule of how often you're there or whether you've been there?

A.   No.

Q.   Do you make any kind of written document when you visit a site?

A.   Yes.

Q.   What is that called and where is it?

A.   I record the date of when I've been at the site.

Q.   Where would those records be kept?

A.   In my computer.

Q.   Is one of those sites Elmhurst Hospital?

RICHARD ROSSI

A.    Yes.

Q.    Can you tell me since the date of accident, August 31, 2015, how many times you've been there?

A.    Approximately once per month.

Q.    And would that be true for the 12 months prior to August 31, 2015?

A.    Yes.

Q.    Does Crothall provide services for Elmhurst Hospital?

A.    Could you more clearly define services?

Q.    Right now do they have a contract with Elmhurst Hospital to provide -- I mean, what would you call the cleaning there?  Environmental services?

MR. VITA:  Right now or back in 2015?

MS. WIGLER:  I'm asking right now.

MR. VITA:  Right now?

Q.    Right now do you provide management environmental services?

A.    Right now we provide management

Case 1:17-cv-01003-KAM-VMS   Document 27   Filed 06/12/18   Page 24 of 125 PageID #: 214

RICHARD ROSSI

environmental services, yes.

And we do not have a contract with Elmhurst Hospital directly.

Q. Is the contract with New York City Health and Hospitals?

A. Yes.

Q. And was that contract from 2011 through the present?

A. Yes.

Q. Were you a party to the signing of that contract?

A. No.

Q. Are you familiar with the contract?

A. Yes.

Q. How are you familiar with the contract?

A. I've read it and I need -- and part of my role is to manage to the terms of the agreement.

Q. Are you familiar with the staff provided to Elmhurst Hospital by Crothall?

A. Can you define "familiar"?

Q. Do you know them? Do you know

Case 1:17-cv-01003-KAM-VMS   Document 24-1   Filed 06/12/18   Page 25 of 125 PageID #: 281

RICHARD ROSSI

requests in writing to me.

MS. WIGLER:  Sure.

MR. VITA:  Thank you.

Q.    Do you know if any of these people are still employed by Crothall or if they all left Crothall?

MR. VITA:  Well, he doesn't know who they are.  How is he going to answer?

Q.    Well, do you know if the people, without knowing their names, if they're still employed by Crothall?

A.    I'd have to see who was there at the time.

Q.    Okay.

So back in August of 2015 you had -- there are five Crothall employees working at Elmhurst?

A.    Yes.

Q.    What's the title of the other three people?  You had a supervisor, an assistant supervisor and then what would the other three people be called?

MR. VITA:  I think he called

RICHARD ROSSI

them director and assistant director.

Q.    Director and assistant director.

What would the other people's titles be?

A.    It could have been one more assistant director or it could have just been three operations managers.

Q.    What is the operations manager's job?

A.    To oversee the -- the supervisors who are hospital employed. They oversee the supervisors and make recommendations about how to manage the cleaning services within the facility.

Q.    Okay.

Case 1:17-cv-01003-KAM-VMS    Document 244    Filed 06/12/18    Page 27 of 125 PageID #: 281

So the other people would be supervisors of hospital employees?

A.    The way -- the structure of the account was you had a five person Crothall management team and you had about eight or nine hospital employed supervisors.

Q.    How many?

A.    Eight or nine.

RICHARD ROSSI

Q. And what was it those eight to nine hospital supervisor's jobs to do?

A. Manage the hospital paid employees who did the cleaning work.

Q. And do you know who those people were?

A. No.

Q. Do you have a list of who those people were?

A. I don't, no.

Q. Now, back at that time was there an area where the Crothall people worked?

A. Can you define worked?

Q. Was there an office?

A. Yes.

Q. Where was that office located at Elmhurst?

A. In the basement.

Q. In the basement?

A. Uh-huh.

Q. And was there a name for that office?

A. Environmental services office.

Case 1:17-cv-01003-KAM-VMS   Document 24   Filed 06/12/18   Page 28 of 125 PageID #: 261

RICHARD ROSSI

you.

Q.      So the hospital paid supervisors didn't report to the Crothall management?

A.      They were supervised by the Crothall management.  They're -- they're --

Q.      Was the Crothall management their superiors?

A.      No.

Q.      They weren't their superiors?

A.      Not by a definition of a human resources definition of --

Q.      Why don't you tell me what it meant that they supervised them.

A.      So they would -- they would basically make recommendations for them how to implement daily cleaning routines and schedules.

Q.      So tell me what the Crothall management actually did there at Elmhurst Hospital.

A.      We supervised the management of the cleaning operation.

Q.      Just the management or also the

RICHARD ROSSI

cleaners themselves?

A.   We supervise the -- the cleaners.

Q.   So you supervised the management and you supervised the cleaners?

A.   Both.  It's a hierarchy so...

Q.   So they were the top of the hierarchy, correct?

A.   Correct.

Q.   And they direct the supervisors and the cleaners?

A.   Yes.

Q.   And they controlled what they did on a daily basis?

A.   No.  Controlled?  Can you define controlled?

Q.   Well, did they tell them what to do on a daily basis?

A.   Each person had an assignment on a daily basis.

Q.   Did the assignment come from the Crothall management?

A.   Yes.

Q.   Did the Crothall management

RICHARD ROSSI

tell them what they were going to be doing on a daily basis?

A.    No.

Q.    Did they tell them what their assignments were going to be?

A.    No.

Q.    Well, then who would tell them what their --

A.    Supervisors.

Q.    What supervisors?

A.    Hospital paid supervisors.

Q.    The hospital paid supervisors directed --

A.    The cleaners.

Q.    -- what the cleaners were going to do?

A.    Right.

Q.    Did Crothall say what the cleaning staff was going to do?

A.    Define what you mean by say what the cleaning staff was going to do.

Q.    Why don't you tell me what it is that they were in there to do.

A.    Crothall makes a schedule.

RICHARD ROSSI

MR. VITA:   It's Bates Stamp 51 so --

THE WITNESS:   Okay.

Q.   Now, is this the contract that was in effect at the time of the accident?

A.   Yes.

Q.   And this is the contract that was in effect from 2011 right through the present?

A.   Yes.

Q.   Okay.

And would it be fair to say that this is what the duties of Crothall were?

A.   That would be fair to say.

Q.   Okay.

And under C in Exhibit A of scope of services, would it be fair to say that Crothall was to train, manage and direct the corporation's unionized employees in the performance of services?

A.   Yes.

Q.   So would you agree with me then that Crothall managers trained the

RICHARD ROSSI

employees and supervisors --

A.   Yeah.

Q.   -- for housekeeping?

A.   Yeah, they trained them.

Q.   And would you agree with me that they manage the supervisors and the employees in the housekeeping department?

A.   Manage the supervisors and the employees to some extent, yes.

Q.   Well, to what extent did they?

A.   Well, there was -- there was levels, there was layers.  So you had Crothall managers and then most of the employees worked underneath the supervisors.

Q.   Right.  But the Crothall --

MR. VITA:  Let him finish.

Q.   Go ahead.

A.   It's a big place.  The Crothall managers can't manage all the employees.

Q.   But they were in charge of managing the employees, correct?  They were the top of the hierarchy?

A.   Yes.

Case 1:17-cv-01003-KAM-VMS   Document 24   Filed 06/12/18   Page 33 of 125 PageID #: 291

DIAMOND REPORTING  (877) 624-3287  info@diamondreporting.com

RICHARD ROSSI

supervisor directs the cleaning staff, that's not Crothall management directly directing the cleaning staff.

MS. WIGLER: I'm going to move to strike that.

Q. I am asking you --

MS. WIGLER: Please ask the question again.

A. Is there clarification?

Q. No, it's not. I'm asking you the hierarchy?

MS. WIGLER: Please read my question back again.

Q. It was very clear.

(Whereupon, the referred to question and answer was read back by the Reporter.)

MR. VITA: If you can answer that you can answer it.

THE WITNESS: I can't answer that question.

MR. VITA: Okay.

Q. Okay.

Your answer says that some of

Case 1:17-cv-01003-KAM-VMS   Document 241   Filed 06/12/18   Page 34 of 125 PageID #: 291

RICHARD ROSSI

the cleaning staff.  What does that mean?
Is there a part the cleaning staff that
wasn't under the training, management and
direction of Crothall?

A.    The supervision was done by the
hospital paid supervisors for the most part
because the Crothall managers are -- would
write up the schedules, they write up the
duties, give it to the supervisors and the
supervisors implement it out into the
facilities.

Could there have been instances
where a supervisor is out and the Crothall
manager directs somebody, yes.  Could there
be an instance where there was a particular
area where a hospital supervisor is out and
a Crothall manager needs to step in and
supervise that particular area, yes, there
could have been.

Q.    How many different supervisors
were there?

A.    Eight or nine.

Q.    And the supervisors, is
there -- they would report to the Crothall

Case 1:17-cv-01003-KAM-VMS   Document 24-1   Filed 06/12/18   Page 35 of 125 PageID #: 291

RICHARD ROSSI

Q.    Okay.  So tell me what's making the schedule means?

A.    Who is there on what particular day and who is off on another particular day.

Q.    So you do all the scheduling for the cleaning staff; is that correct?

MR. VITA:  You meaning Crothall?

MS. WIGLER:  Crothall of course.

A.    Yes.

Q.    So you schedule their days, their times --

A.    Yes.

Q.    -- their hours?

A.    Yes.

Q.    Vacation?

A.    We approve vacation.

Q.    Overtime?

A.    Yes.

Q.    Okay.

Is there anything about the schedule that you, Crothall, is not

RICHARD ROSSI

involved in?

A.    No.

Q.    Okay.

What else besides the schedule? And where is that schedule kept?

A.    Probably at the site timekeeping office I would assume.

MR. VITA:  Well, if you don't know, don't speculate.

Q.    Is it kept by Crothall?

A.    I don't know.

Q.    Well, if Crothall made it would they keep a copy?

A.    Yes.

Q.    And what's the schedule called?

A.    Days on/days off schedule.

Q.    And who at that time was responsible for doing that?

A.    I don't recall.

Q.    What else besides making the schedule?

A.    They make the duty lists.

Q.    Okay.

What is a duty list?

RICHARD ROSSI

A.    A duty list will indicate which area of responsibility a cleaner is designated to clean.

Q.    So they would direct where each cleaner will be each day at which hour and what they would be doing?

A.    Yes.

Q.    And that duty list is something that's made by Crothall, correct?

A.    Yes.

Q.    And that needs to be followed by the cleaners; is that correct?

A.    Yes.

Q.    And the duty list I'm assuming is kept by Crothall?

A.    Yes.

Q.    And the duty list is given to the supervisors, correct?

A.    Yes.

Q.    Tell me exactly what's on the duty list.

A.    I can't.

Q.    Well, tell me mostly what's on the duty list or --

RICHARD ROSSI

Q. They're task was to clean?

A. Right.

Q. And who trained them how to clean?

A. Initially?

Q. Yeah. Who trained them?

A. Could have been the hospital, it could have been us.

Q. Once you came in in 2011 did you train the employees how to clean?

A. Yes.

Q. Would that have been all the employees even if they had been trained prior? Did you then come in and again tell them how you wanted things to be done or were there employees that cleaned the way they wanted to and those employees that clean the way Crothall said they should be cleaning?

MR. VITA: Well, I'll object. It's a compound question.

Q. When you came in in 2011 did you start teaching them how to clean your way, Crothall's way?

Case 1:17-cv-01003-KAM-VMS Document 24-1 Filed 06/12/18 Page 39 of 125 PageID #: 294

RICHARD ROSSI

A.   Yes.

Q.   In fact, isn't that one of the reasons you were brought in?

A.   Yes.

Q.   So you changed the way the cleaning was done in the hospital before to the way Crothall wanted the hospital or felt the hospital should be cleaned. Correct?

A.   Organizationally, yes.

Q.   And did you then continue to train them about how to clean?

A.   See, the question needs clarification because, I mean, did we teach somebody how to move a mop left to right or did we teach somebody, say, you need to clean this area on this time at this date? You know, mopping a floor is mopping a floor. I can't teach anyone to mop a floor in a different --

Q.   So you tell me everything you trained them to do.

A.   We would train them to maximize their efficiency of the maintenance of

RICHARD ROSSI

know, how to manage their routines, how to manage -- you know, how to lift heavy items, how to deal with patients, how to -- you know, how to -- I'm trying to think of some of the other topics.

Q.   And did Crothall perform this training?

A.   Yes.

Q.   Was this on a daily basis, weekly basis, monthly basis?

A.   Weekly and monthly.

Q.   And was that required for all the Elmhurst employees?

A.   Yes.

Q.   So they were required to be there?

A.   Yes.

Q.   So was it weekly, monthly?  How often were they required to be in the training, Crothall training?

A.   Weekly and monthly and semi-annually annually.

Q.   What does that mean?  Is there a difference between the weekly and the

RICHARD ROSSI

they structure their day.

Q.    If they see something that they don't like, something wrong, can they recommend firing?

A.    They can make recommendations but they can't -- they don't have any authority.

MS. WIGLER:  I'm going to strike that.

Q.    I asked you can they recommend firing?

MR. VITA:  And he answered.

Q.    Can they recommend it?  I'm not asking --

MR. VITA:  He said they recommend it.

A.    Yes.

Q.    And can they recommend a person be disciplined?

A.    Yes.

Q.    Let's talk about that duty list.

Do you have a copy of the duty list for Monday, August 31, 2015?

RICHARD ROSSI

dirt or debris.  So if it says clean the hallway, whatever methodology they have to use to remove the dirt and debris, they would have to use that methodology to do that.

Q.    Tell me how Crothall directed or explained how mopping should be done. Was there certain chemicals to be used? Was there a way it was supposed to be done?

A.    Well, we made a recommendation of chemicals.

Q.    Tell me about the recommendation of chemicals.

A.    We have a standardized list of chemicals we use at a facility.

Q.    When you say recommend, you actually provide the chemicals to be used; is that correct?

A.    We do.

Q.    What else do you provide besides the chemicals?

A.    The mops.

Q.    You provide the mops.  Do you provide the buckets?

RICHARD ROSSI

A.    Yes.

Q.    So it would be fair to say Crothall provides all of the tools necessary for the mopping?

A.    Yes.

Q.    And that's pursuant to the contract as well, correct?

A.    Correct.

Q.    Where are the mops, buckets and chemicals stored?

A.    Various locations throughout the facility.

Q.    What kind of chemicals are they?

A.    Cleaning chemicals.

Q.    Do you know what they are specific?

A.    There's numerous ones.  I couldn't list them off the top of my head.

Q.    And can you tell me, are there any caution signs for wet floors?

A.    Yes.

Q.    Does Crothall provide those?

A.    Yes.

RICHARD ROSSI

Q.    What do they look like?

A.    There's various different ones. Could be a cone, could be a bi-folding sign, it could be a paper sign.  If you're up in the psychiatry units you can't use plastic signs, you got to use paper signs. It could be --

Q.    Do you know what kind of signs are used on the first floor hallways?

A.    Not particularly.

Q.    Now, does Crothall train and -- yeah.  Does Crothall train the employees of Elmhurst that they need to use those signs, the caution signs when they're mopping?

A.    Yes.

Q.    And if an employee wasn't using the caution sign and a Crothall person saw that, would they then be able to speak to that person about it and direct the person to put something up?

A.    If they saw it, yes.

Q.    And would they be able to recommend their firing if they were doing it wrong?

RICHARD ROSSI

A.    I don't know if that's a terminating offense.

Q.    Would they be able to recommend it?

A.    Recommend firing for a wet floor sign?

Q.    For not putting a wet floor sign.

A.    Yes, they could.

Q.    And would they know to recommend discipline?

A.    Yes.

Q.    And if a Crothall person sees an area that's dirty would they be able to direct the housekeeping staff to come and clean that up?

A.    They would probably contact the supervisor.

Q.    So they wouldn't tell them?

A.    They could.

Q.    Do the supervisors work in the same office space?

A.    The supervisors are next door to the Crothall managers.

Case 1:17-cv-01003-KAM-VMS    Document 24-7    Filed 06/12/18    Page 46 of 125 PageID #: 306

RICHARD ROSSI

would create?

A.    Crothall managers would make this sheet.

Q.    And would this be made on a daily basis?

A.    Yes.

Q.    So each day the Crothall managers would create a sheet that would say where a person was working, the name the person, the assignment, whether they were in, whether they were out and make comments and whether there were overtime hours?

A.    I don't know if they would -- create that might not be the right terminology but...

Q.    What would the right terminology be?

A.    Well, they would make these column notes.  It looks like the sheet is preprinted though.  Make the notes who is here, who is out on vacation, who's not here and comments about who would be shifted to a different area and rotated

Case 1:17-cv-01003-KAM-VMS    Document 24-1    Filed 06/12/18    Page 47 of 125 PageID #: 301

RICHARD ROSSI

around.

Q.    But Crothall would be putting in these indications; is that correct?

A.    Possibly.

Q.    Who else would be doing it?

A.    One of the hospital paid supervisors.

Q.    Would the people that work at Elmhurst Hospital now as supervisors know who does these sheets?

MR. VITA:  At the present time?

MS. WIGLER:  Uh-huh.

A.    Some of them maybe.

Q.    So you just -- would it be fair to say this is just something you don't know because you don't work in the hospital itself?

Case 1:17-cv-01003-KAM-VMS    Document 24-7    Filed 06/12/18    Page 48 of 125 PageID #: 308

A.    I wouldn't know what?  I don't understand.

Q.    Who fills it out.

A.    You asked me who filled it out and whether Crothall managers can fill it out.  I said yes.

Q.    Well, you said other people

RICHARD ROSSI

Q.    Do you know who would know that?

A.    The director at the time, the supervisor or it could be on the duty list.

Q.    Have the rules changed as far as mopping or anything else since that time?

A.    Probably not.

Q.    So the people that work there now would know how often it's cleaned?

A.    They would.

Q.    If a cleaner was cleaning the hallway without using a caution sign would they be doing the wrong thing?

MR. VITA:  If they're mopping a hallway?

Q.    If they mop the hallway and they do not put the sign up?

A.    They're supposed to put the sign up.  If the floor is wet they're supposed to put the sign up.

Q.    Well, if you're mopping the floor would be wet, correct?

A.    Not always.

Case 1:17-cv-01003-KAM-VMS   Document 24-1   Filed 06/12/18   Page 49 of 125 PageID #: 309

RICHARD ROSSI

Q.    If you weren't dry mopping.  If you were mopping use fluid?

A.    Correct.  Wet mopping, yes.

Q.    And at what point are they supposed to put up the caution sign? Before they start after they start?

A.    They should put it up prior to starting.

Q.    And then when does it get taken down?

A.    Once the floor is dry.

Q.    And if the floor isn't dry when they finish the hallway do they come back and get it or what would the procedure be?

A.    Can you repeat the question, please?

Q.    If they mop the floor and it's wet, would they move on to the next spot and leave the caution sign or would they wait, would they come back?

A.    No.  They would leave it there until the floor is dry.  They usually have multiple caution signs on their cleaning carts or their cleaning supplies and

RICHARD ROSSI

they -- they section them out every so many feet until the floor dries.

Q.    And is that something Crothall has taught them as part of training?

A.    Possibly.  I -- I don't know specifically if that's part of the training.

Q.    So you don't know what part of mop -- what mopping is --

A.    Well, they receive a lot of hospital training as well.

Q.    I'm asking about what Crothall trains them.

A.    I -- I said to you I don't know.

Q.    All right.

So is it your --

MS. WIGLER:  Strike that.

Could you please mark these.

(Whereupon, a photograph was marked as Plaintiff's Exhibit 3 for identification as of this date by the Reporter.)

(Whereupon, a photograph was

RICHARD ROSSI

A.     Not from this angle.

Q.     Have you seen that used at Elmhurst Hospital, that cleaning clothes?

A.     I mean, the -- the cleaners have the uniforms at Elmhurst Hospital but this is not a clear enough picture to determine if it's the same uniform.

Q.     Okay.

What about the bucket, do you recognize the bucket?

A.     The picture is not clear enough.  I can't see the bucket.

Q.     You can't see the bucket in either of those pictures?

THE WITNESS:  Is that clear to you?

Case 1:17-cv-01003-KAM-VMS   Document 24   Filed 06/12/18   Page 52 of 125 PageID #: 311

MR. VITA:  I don't know.  It seems to be a cart.

A.     Well, there's a cleaning cart.

Q.     The cart, yes.  Do you recognize the cleaning cart?

A.     Not that particular cart.  Just looks like a cleaning cart.

Q.     Is that one of the cleaning

RICHARD ROSSI

carts that Crothall provides?

A. They would provide a cart similar to this, yes.

Q. So that --

A. I don't know the identity of this particular cart. I can't say if it was something Crothall provides. There was cleaning carts in service before we took over so this could have been something the hospital purchased and it's still in use or Crothall might have purchased something similar to this.

Q. And if this was a person cleaning in -- in Elmhurst Hospital, would the person be in violation for not putting up those caution signs?

MR. VITA: Well, I'll object to the form.

You're asking him a hypothetical.

Q. Well, I'm asking if that was Elmhurst Hospital or any of the hospitals that Crothall is managing would the -- would that be improper that this person is

Case 1:17-cv-01003-KAM-VMS   Document 24-7   Filed 06/12/18   Page 53 of 125 PageID #: 313

RICHARD ROSSI

So then that would not be included?

A. I don't know.

Q. So you don't know if the main lobby would also include wing A?

A. Well, you showed me this photo.

Q. Forget the photos now. Just look at the sheet.

A. So this sheet (indicating)?

Q. Yes.

A. Okay.

Q. So where it says first floor main lobby routine.

A. That would not be where the A wing is.

Q. So that's out.

What about first floor policing. What's that?

A. First floor policing would be someone walking around checking garbage cans, checking for litter, sweeping, checking for spills, rubbish, dirty conditions.

Q. Okay.

Case 1:17-cv-01003-KAM-VMS   Document 24-7   Filed 06/12/18   Page 54 of 125 PageID #: 311

RICHARD ROSSI

A. Bathrooms.

Q. So that's a person that's assigned just to walk around the whole first floor and see if something is wrong?

A. I -- can you define something wrong?

Q. Spills, dirt, garbage.

A. That would be part of their routine, yes.

Q. And would they clean it up themselves or would they have to call up somebody?

A. Themselves.

Q. They clean it themselves.

And that can be any time of day?

Case 1:17-cv-01003-KAM-VMS   Document 24-1   Filed 06/12/18   Page 55 of 125 PageID #: 313

A. Yes.

Q. That's the whole first floor?

A. I don't know from looking at this document if it's the whole first floor but it could be.

Q. And then it says that that person was off, is that correct, that day?

A. I think so.

RICHARD ROSSI

A.     I can't answer that.

Q.     What could they work at this facility?

A.     They could work 6 a.m. to 3 p.m., 7 a.m. to 4 p.m., 2 p.m. to midnight or 11 p.m. to 8 a.m.

Q.     Is there any reason why they wouldn't be working these shifts?

A.     Certain shifts were covered by the hospital employees and not by Crothall employees.  Usually the overnight shift.

Q.     The overnight shift?

A.     Uh-huh.

Q.     Would you have any record that shows that?

A.     Maybe.  I don't know.

Case 1:17-cv-01003-KAM-VMS   Document 24-1   Filed 06/12/18   Page 56 of 125 PageID #: 311

MS. WIGLER:  I'd ask you to search for those records.

Q.     Besides for the overnight shifts would they be present for all the other shifts?

A.     Yes.

Q.     And the overnight shift being the 11 p.m.?

RICHARD ROSSI

A.    (Indicating).

Q.    To what time?

A.    8, 9 a.m.

Q.    So from 11 p.m. to 8 a.m. but then you said they came in at 6 a.m. to 3 p.m.

A.    Various different people, yeah. It's five managers so they came in at different times.

Q.    Is there any kind of system when a spill is reported or something is reported that needs to be cleaned how that's done?

A.    Can you define system?

Q.    If the -- if a hospital employee sees something somewhere, what do they do?  Do they call housekeeping?

A.    They could.  They could call the -- that particular facility has a call center.

Q.    Describe the call center to me.

A.    It's a center that accepts calls for different tasks or problems throughout the facility.

Case 1:17-cv-01003-KAM-VMS    Document 24-7    Filed 06/12/18    Page 57 of 125 PageID #: 312

RICHARD ROSSI

Q.   With housekeeping?

A.   All services.

Q.   All services, okay.

And then if it's something to do with housekeeping then does Crothall get called?

A.   Yes.

Q.   And will Crothall send somebody out to take care of the situation?

A.   Maybe or direct someone to go handle it.

Q.   So either they'll directly tell a housekeeper to do it or they'll direct the staff to direct the housekeeping to clean up the situation?

A.   Yes.

MS. WIGLER:  Please mark that.

(Whereupon, a document was marked as Plaintiff's Exhibit 7 for identification as of this date by the Reporter.)

Q.   I'm going to show you what's been marked Plaintiff's Exhibit 7.

Can you tell me what that

Case 1:17-cv-01003-KAM-VMS   Document 24-1   Filed 06/12/18   Page 58 of 125 PageID #: 318

RICHARD ROSSI

to the nature of the accident.

Q.    Did you ever speak to anyone regarding it?

MR. VITA:  Other than his attorneys?

MS. WIGLER:  Yes, other than the attorneys.

A.    No.

Q.    No?

A.    No.

Q.    Did you look if there were any records of an accident?

A.    When the attorneys asked us to produce a record we had no record of this accident.

Q.    Do you keep accident records or accident forms?

A.    For my employees I do.

Q.    Only for your employees?

A.    Uh-huh.

Q.    So only if your --

A.    Yes.

Q.    -- employee has an accident you would keep a record of it?

Case 1:17-cv-01003-KAM-VMS   Document 24-7   Filed 06/12/18   Page 59 of 125 PageID #: 319

RICHARD ROSSI

management office, they will do that.

Q.  Why?

A.  Volume of people can't fit in the office.

Q.  Do you know how many staff there are at Elmhurst in the cleaning department that Crothall manages?

A.  About 153.

Q.  Do you have any idea who was working on the first floor in the A wing at the time of the accident?

A.  No other than looking at this document.

Q.  Well, looking at that document would it tell you?

A.  Not specifically the A wing. I don't know where the A wing is contained in here.

Q.  Is there any way that you can find out where the A wing is contained in there?  Is there someone in your company with knowledge of that?

A.  Not at this time.

Q.  Well, would the A wing be

Case 1:17-cv-01003-KAM-VMS   Document 24-1   Filed 06/12/18   Page 60 of 125 PageID #: 32

# Exhibit 4

Case 1:17-cv-01003-KAM-VMS    Document 24-7    Filed 06/12/18    Page 61 of 125 PageID #: 321

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------X
DAISY REYES,

                                    PLAINTIFF,

            -against-              Case No.:
                                  1:17-CV-01003

CROTHALL HEALTHCARE, INC.,

                                    DEFENDANT.
--------------------------------------------X

                        DATE: January 9, 2018

                        TIME: 10:30 a.m.

            EXAMINATION BEFORE TRIAL of the

Defendant, CROTHALL HEALTHCARE, INC., by a

witness, YULIETH FONESCA, taken by the

respective parties, pursuant to an

agreement, held at the offices of Westerman

Ball Ederer Miller Zucker & Sharfstein,

LLP, 1201 RXR Plaza, Uniondale, New York

11566, before Aileen Koven, a Notary Public

of the State of New York.

Case 1:17-cv-01003-KAM-VMS   Document 24-7   Filed 06/12/18   Page 62 of 125 PageID #: 322

FONSECA

A.    No.

Q.    No?

A.    No.

Q.    How about this morning, did you review any documents before testifying?

A.    No.

Q.    So you have been employed for Crothall for four years; is that correct?

A.    That is correct.

Q.    When you got the job for Crothall, what were you hired as, what was your position?

A.    I was hired as assistant director.

Q.    What is the job of an assistant director?

A.    We are responsible to follow the procedures, retrain the employees.

Q.    Slow down.  Follow procedures?

A.    Follow procedures.

Q.    Procedures of what?

A.    How we handle the duty list. How the employees are responsible for the cleaning of the units, the OR, the main

FONSECA

entrance of the buildings, the ground, the trash.

Q.   So you are responsible for how the facilities get cleaned?

A.   Yes.

Q.   How do you carry out getting the facilities cleaned, what do you do?

A.   One of the things that Crothall and HHC took care of --

MR. DENNEY:  HHC means Health and Hospitals Corporation.

Q.   I will stop you there.  What does Crothall does?

A.   We're responsible for --

MR. DENNEY:  I WILL object to form.  Thank you.

Q.   You can answer.

A.   We're responsible for the management.

Q.   The management of who, of the HHC?

A.   Of the HHC employees.

Q.   That would be all HHC employees that were in the housekeeping department?

Case 1:17-cv-01003-KAM-VMS   Document 24-7   Filed 06/12/18   Page 64 of 125 PageID #: 324

FONSECA

A.    That's correct.

Q.    Did you get any training when you started with Crothall?

A.    Yes, that is called foundations.

Q.    What is foundations?

A.    When you go to foundations they make you work hands on.  What is the process of what housekeeping is responsible to do on a daily basis.  They also show you their procedures, their policies, the SOP.

Q.    What is that, which is what?

A.    Special procedures operation. Talks about pretty much what Crothall does. It includes the duty list, the policies, the breakdown of what the managers are responsible for, the trainings.  That's pretty much it.

Q.    Can we go through those one by one?  SOP, is there a list that says what the SOP has --

A.    The SOP has a combination of the policies.

Q.    Is that written somewhere?

Case 1:17-cv-01003-KAM-VMS   Document 24-7   Filed 06/12/18   Page 65 of 125 PageID #: 325

FONSECA

A.    Yes, in a book.

Q.    What is the book called?

A.    SOP.

MS. WIGLER:    I am going to ask for the copy of the SOP book.

MR. DENNEY:    Please follow up in writing.

Q.    Tell me again what is in the SOP book?

A.    The duty list, the procedures, the schedules, trainings.  That's it.  The policy.  Did I mention the policies?

Q.    No.

A.    The policies.

Q.    These are all with respect to managing the employees of Health and Hospitals?

A.    Yes.

Q.    So now the foundations, that's what you learned before you started your job?

A.    Yes.

Q.    How long was that training?

A.    For two weeks.

FONSECA

Q.   Where was that held?

A.   In Jersey Shore.

Q.   Then once you finished that training, where did you go?

A.   I went to Elmhurst Hospital.

Q.   So you have been in Elmhurst Hospital the entire time until now?

A.   Yes.

Q.   When did you leave Elmhurst Hospital?

A.   I left June 12th.

Q.   Of this year?

A.   Yes, 2017.

Q.   June 12, 2017 to go to Mount Sinai?

A.   Yes.

Q.   Was that a promotion?

A.   Yes.

Q.   At Elmhurst Hospital, what was your title?

A.   Assistant director.

Q.   What is the job of an assistant director.  Strike that.

Let me go backwards.  Were you

FONSECA

an assistant director the entire time you were at Elmhurst Hospital?

A.    Yes.

Q.    Did your job title or duties ever change during the years that you were at Elmhurst Hospital?

A.    No.

Q.    What does an assistant director do?

A.    It is responsible for the daily operations.

Q.    What does that mean?

A.    Daily operations it's when you are coming in, you have a schedule and you are checking your -- checking your schedule so that you cover your areas.  That's called daily operation.  Reports, any incidents to the director.  Follow up with meetings.

Q.    Meetings?

A.    Meetings.  Report any issues.  Training.  Follow up with any incidents.

Q.    What do you mean incidents?

A.    Follow up with counseling,

FONSECA

discipline actions, suspensions, things like that. Crothall and HR work together.

Q.    So if there is a housekeeping issue, could you recommend discipline for that employee?

A.    We'll recommend it and HHC will take their decision.

Q.    You can recommend firing for an employee?

A.    Yes.

Q.    You could recommend a promotion for an employee?

A.    We can do that, yes. Crothall and HHC works together.

Q.    That's not my question. You are saying you can --

MR. DENNEY:  Counselor, you can't call for answers. You don't like her answer so you cut her off.

MR. WIGLER:  I am not asking her that. I am asking her, Crothall. So I will make it very clear.

Q.    Can Crothall recommend the termination of an HHC employee?

21

FONSECA

That's all.  I am not asking her if they make the final decision.  I am asking her if they can make the recommendation, yes or no.

A.    The answer is yes.  They can make the recommendation.  Yes.

Q.    Does Crothall supply the tools with which the housekeeping does the housekeeping?

A.    Yes.

MR. DENNEY:  Objection to the form.

Q.    Does Crothall provide mops?

A.    Yes.

Q.    Does Crothall provide disinfectants that are used to mop?

A.    Yes.

Q.    Does Crothall provide the bins or the buckets for the mopping?

A.    Yes.

Q.    Does Crothall provide the warning signs for wet floors?

A.    Yes.

MR. DENNEY:  Wait until she is

22

FONSECA

done with the question. Objection to the form.

Q.    Are there any tools for mopping that Crothall doesn't provide that HHC provides?

MR. DENNEY:  Objection to the form.  Go ahead and answer.

A.    I don't understand the question.

Q.    Is there anything used to mop that is not provided by Crothall?

A.    Crothall provides everything, in regards of the tools.

Q.    Does Crothall schedule the employees?

A.    Yes.

Q.    Do they schedule their vacations?

A.    Yes.

Q.    Do they schedule where the housekeepers will be working?

A.    Yes.

Q.    Do they schedule the area that they will be working?

FONSECA

A.      Yes.

Q.      Do they schedule the duties that each healthcare provider -- not healthcare, that each housekeeping person will be performing each day?

A.      Yes.

Q.      Does Crothall direct and schedule what duties will be performed at what time during the day?

A.      Yes.

Q.      Does Crothall direct how the duties will be performed?

A.      Yes.

Q.      Does Crothall teach how to perform duties such as mopping?

A.      Yes.

Q.      Back in 2005, approximately, I'm sorry 2015, August of 2015, how many employees of Crothall were working at Elmhurst Hospital?

A.      I don't remember.

Q.      Do you recall approximately how many?

A.      65.

FONSECA

role?

A.    He was assistant director from three to 11.

Q.    Was there also a person named Anna Soto Tembeck?

A.    Anna, that is a patient experience person, yes.

Q.    What is she?

A.    A patient experience.

Q.    What does that mean?

A.    She goes and talks to patients.

Q.    What does she talk to patients about?

A.    In regards of the cleanliness. We wanted to ensure they have good service.

Q.    So her job was to actually talk to the patients at the hospital?

A.    Yes.

Q.    What were the different shifts? During the day, what would the hours be for Crothall employees?

A.    They work 7.5 hours.

Q.    Seven and a half hours?

A.    Yes.

Case 1:17-cv-01003-KAM-VMS   Document 24-7   Filed 06/12/18   Page 73 of 125 PageID #: 333

27

FONSECA

Q.    Was that a total during the day that a Crothall employee would work for seven and a half hours or were they 24 hours a day?

A.    No, not 24 hours a day.

Q.    How many hours were Crothall employees present at the hospital?

A.    For ten hours.

Q.    What hours were those?

A.    Six a.m. to four.

Q.    And?

A.    Or reverse 10:00 a.m. to seven p.m., Three to 11, three to midnight.

Q.    Each day would there be people working those three shifts?

A.    No.  No we used to work one shift.

Q.    In full would there be employees from Crothall working each of those shifts?  I know one person wouldn't work all the shifts?

A.    Six to four was three people.

Q.    Ten to seven?

A.    Ten to seven, one.

Case 1:17-cv-01003-KAM-VMS   Document 24-7   Filed 06/12/18   Page 74 of 125 PageID #: 334

DIAMOND REPORTING  (877) 624-3287   info@diamondreporting.com
27

FONSECA

Q.   One person?

A.   Yes.

Q.   Three to 11?

A.   Yes.

Q.   How many people?

A.   One.

Q.   One person from three to 11.
What was your shift?

A.   Morning.

Q.   Is morning six to four p.m.?

A.   Yes.

Q.   That was always your shift?

A.   Yes.

Q.   How many days a week?

A.   Monday through Friday.

Q.   Was there a specific person
that you worked that six to four with?

A.   Guy Petriello.

Q.   And anyone else?

A.   Anna sometimes used to come in
on the mornings.  Sometimes she come also
ten to seven.

Q.   So it would always be the three
of you?

Case 1:17-cv-01003-KAM-VMS   Document 24-7   Filed 06/12/18   Page 75 of 125 PageID #: 335

FONSECA

Q.    That's to see who was out sick of the housekeepers?

A.    Yes.

Q.    Then what would you do with respect to that?

A.    Review the daily schedule to cover the areas.

Q.    So you would review who was on and then would you move people around?

A.    Yes.

Q.    So each area would have coverage?

A.    Yes.

Q.    What else?

A.    I would start doing my rounds in my upper floors.

Q.    What is your rounds?

A.    My rounds was from the 11th floor all the way down to the sixth floor.

Q.    11th floor to the sixth floor?

A.    Yes.

Q.    What would your rounds consist of doing?

A.    Ensure my housekeeper has the

FONSECA

right tools. Ensure they have a wet floor sign. Mops, buckets, microfibers, dust pans, brooms, the right chemicals and that everything is labeled.

Q. You would have contact with the housekeepers?

A. Yes.

Q. That would go on all day and you would make sure they were doing the right thing?

A. Yes.

MR. DENNEY: Objection to the form.

Q. That their duties were being carried out?

A. Yes.

Q. That they were being carried out properly?

A. Yes.

Q. The cleaning was to be done, directed to be done?

A. Yes.

Q. I don't mean you specifically, Crothall trained the housekeepers how to do

FONSECA

their duties?

A.    Yes.

Q.    That would include the mopping?

A.    Yes.

Q.    Let's go backwards.  So you would ensure all those things.  How long would that take you to do that?

A.    To go from floor to floor, it depends.  It has different units.  You have to work around.  Follow up with the nursing managers and ensure everything is fine in the units.  Any issues that we need to follow up we'll take care of it right away and I will go to the next following units and follow up with the next nurse manager.

Q.    If something wasn't mopped, if something wasn't cleaned you directed it to be cleaned?

A.    Yes.

Q.    If something was cleaned wrong, you would direct it?

A.    Yes.

Q.    If you saw something not going right, you would tell the person how to do

Case 1:17-cv-01003-KAM-VMS   Document 24-7   Filed 06/12/18   Page 78 of 125 PageID #: 338

34

FONSECA

it correctly?

A.    Yes.

Q.    Would you see each housekeeper each day that was on your floors?

A.    Yes.

Q.    You would have direct contact with each of those housekeepers?

A.    Yes.

Q.    Approximately how long would that take, for you to cover your floors?

A.    You can stay on a floor for an hour.  It depends on what is going on.

Q.    Is that what you did most each day?

A.    Yes.

Q.    If there were things that were wrong, would you take notes, would you make -- everything just done verbally?

A.    I will take notes and I will follow up with the housekeeper.

Q.    Are these notes kept anywhere?

A.    No.

Q.    So they would be discarded?

A.    Discarded.

FONSECA

Q.    Who was responsible for the other floors, if any?

A.    Guy Petriello.

Q.    What floors was Guy Petriello responsible for?

A.    From the fifth floor all the way down to the basement.

MR. DENNEY:  Wait until she is done with the question.

Q.    Would he be doing the same things that you are?

A.    Yes.

Q.    So he would be speaking to each housekeeper?

A.    Yes.

Q.    He would be checking that everything was done correctly?

A.    Yes.

Q.    He would be correcting something if it wasn't done correctly?

A.    Yes.

Q.    He would be making sure that the place was cleaned; is that correct?

A.    Yes.

FONSECA

Q.    He would make sure it was cleaned properly?

A.    Yes.

Q.    Would he spend most of his time also on the floor supervising and directing the housekeeping?

A.    Yes.

Q.    After you went and did your 11th floor to sixth floor what would you do then?

A.    I follow up paperwork.

Q.    What kind of paperwork?

A.    E-mails, issues.

Q.    Let's talk about training.  How is the training done of the employees of Elmhurst Hospital?

A.    We do the HPC which is the high profiling cleaning, HPC.  We have ten employees at a time.

Q.    You are talking about housekeeping employees?

A.    Yes, from HHC.  We used to sit down, review what their responsibilities are.  We go over where their

FONSECA

responsibilities are, what to do in their units.  What is the first thing you do when you are going to mop a floor.  You put a wet floor sign in the main entrance.  That is the first thing.  You have mop from inside out.

Q.     Inside out?

A.     Yes.  But always before you are going to start mopping they need to have a wet floor sign in the door.

Q.     What if it's a hallway?

A.     A what?

Q.     A hallway?

A.     The same way.  The first thing you do you put a wet floor sign.

Q.     Do you close up the hallway or just put the wet floor sign?

A.     You put the wet floor sign.

Q.     How many wet floor signs would you use, would it be one for a hallway?

A.     Four, five.

Q.     Four to five?

A.     Yes.

Q.     Where would these be kept, the

Case 1:17-cv-01003-KAM-VMS   Document 24-7   Filed 06/12/18   Page 82 of 125 PageID #: 342

FONSECA

floor signs?

A.    They're usually kept in the housekeeping cart and the janitor's closet.

Q.    Where are the janitor's closet?

A.    It is located in the same floor they work.

Q.    Is there one or more than one?

A.    More than one.

Q.    Would each hallway have its own janitor's closet?

A.    Yes.

Q.    The housekeeping cart, would that carry the wet floor signs?

A.    Yes.

Q.    How many wet floor signs could be put on a housekeeping cart?

A.    Two to three.

Q.    Do you direct how long a distance each floor sign should be or how is that decided where to place them?

A.    I don't recall the distance.

Q.    Is there a distance though that is recommended?

A.    Just close by.

FONSECA

Q.    How long do those remain there and how far away can a cleaner go before coming back and getting it, what is the rule about that?

A.    The housekeeping won't walk away until the floor is dry.

Q.    So they remain?

A.    They will remain there and ensure the floor is dry.

Q.    That's part of the training?

A.    Yes.

Q.    That you do?

A.    Yes.

Q.    Are there sheets given for that?

A.    Yes.

Q.    Any kind of directions, what is that?

A.    The high profile cleaning, we give them a spreadsheet.

Q.    How often is the training?

A.    We do it twice a year.

Q.    Other than that specific training, is there any other kind of

40

FONSECA

training or any training program?

MR. DENNEY:    Objection to the form.

A.    No.

Q.    Do you hold safety meetings?

MR. DENNEY:    Objection to the form.

Q.    Does Crothall hold safety meetings?

A.    Yes.

Q.    How often are the safety meetings?

A.    That's part of the high profile cleaning, it's in there.

Q.    How often are the safety meetings?

A.    We do it on monthly chat.

Q.    On the what?

A.    Monthly chat, we talk about safety.

Q.    What do you mean the monthly --

A.    Monthly chat talks about every safety topic.

Q.    The monthly chat?

DIAMOND REPORTING    (877) 624-3287    info@diamondreporting.com
40

FONSECA

A.    Yes.

Q.    Where does the monthly chat take place?

A.    Online.

Q.    Are all of the housekeeping employees responsible for watching the monthly chat?

A.    They do it in the department meeting.  The director has a department meeting every month.  They go over.

Q.    The department meeting, who is at the department meeting?

A.    The director.

Q.    Are all the employees there?

A.    Yes.

Q.    So every month the employees of Crothall meet with all of the housekeeping to discuss safety issues?

A.    We have -- the department meeting is part of the discussions of how well everything is going on in the housekeeping department and also we have a topic for safety every month.

Q.    Other than those meetings, are

42

FONSECA

there other meetings that are held regularly?

A.    We do the huddle.

Q.    What is a huddle?

A.    The importance, when they're working in psych units, when they leave the housekeeping unattended, do not leave any chemicals.  If you work in a psych unit, you have the wet floor signs, no plastic, you need to have a cardboard.

Q.    Are they always about the psychiatric unit?

A.    In general, cleanliness.  Make sure you have wet floor sign.  Where you are mopping your floors, et cetera.

Q.    How often are these huddles?

A.    Every morning.

Q.    So every morning a Crothall employee will meet with the housekeeping and have a huddle about safety?

A.    Yes.

Q.    And how to be safe during the day?

A.    Yes.

FONSECA

Q.   Would your huddles be with the people on your floors or would it be with everyone that is working those hours?

A.   Everyone that is working those hours.

Q.   So you were familiar with the staff that was present from the basement up to the top floor?

A.   Yes.

Q.   Then you would just go to those specific floors just to inspect what was going on?

A.   No.  So from the beginning of the shift we gather together and we go over.

Q.   So you would be with Guy Petriello going over it?

A.   Yes.

Q.   So now you and Guy Petriello would talk to how many housekeepers?

A.   Over around 65 employees.

Q.   65 a day?

A.   Yes.

Q.   What time would that take

Case 1:17-cv-01003-KAM-VMS   Document 24-7   Filed 06/12/18   Page 88 of 125 PageID #: 348

FONSECA

by a Crothall manager?

A.    No.   This wasn't filled out by Crothall manager.

Q.    In what situation aren't they filled out by Crothall managers?

A.    This is a form from the HHC. So this is provided by the hospital and we need to follow up what HHC given us. Everyone has a blank one and if something happens we have to fill it in.

Q.    In other words, you would be given, by Health and Hospitals and you would make your own form?

A.    No.   HHC gives us this form to fill out in case there is an incident report.

Q.    In this situation Daisy Reyes fell and it was a result of a wet floor, it says on the sheet that she fell on a wet floor outside the bathroom.   It says recommendation is to keep the floors dry. Is that something that Crothall would get?

MR. DENNEY:   Objection to the form.

Case 1:17-cv-01003-KAM-VMS   Document 24-7   Filed 06/12/18   Page 89 of 125 PageID #: 344

FONSECA

A.    No, because that goes to HR.

Q.    Why would it go to HR?

A.    This form belongs to HHC.    If something happens because we manage HHC employees, this report will go to HR.

Q.    Then what happens?

A.    Then they take it from there.

Q.    Do you know if HR ever contacted Crothall about this particular accident?

A.    No.

Q.    No, you don't know or no, they didn't?

A.    I don't know.

Q.    You don't know?

A.    I don't know.

Case 1:17-cv-01003-KAM-VMS   Document 24-7   Filed 06/12/18   Page 90 of 125 PageID #: 350

Q.    Now, in a situation like this where someone falls on a wet floor, what would you do?    What would Crothall do?

A.    They will retrain the employees, reeducate the employees.

Q.    Could the employee be disciplined for that?

A.    Yes.

FONSECA

Q. Are you familiar with the bathroom number 103 on floor one wing A?

A. I don't recall.

Q. How many times a day is the hallways mopped in 1A?

A. We don't mop during the day. But if there is a spill we take care of it. During the day we don't do the mopping. That happens in the overnight.

Q. It happens in the overnight. When at night is it mopped?

A. 11 to 7 with a machine.

Q. With a machine?

A. Yes.

Q. Does anyone make notes of when they have done it?

A. I don't know the answer.

Q. Where would it say that this happens between 11 and seven?

A. On the shift report that the supervisor will send to the assistant director.

Q. The shift report?

A. The sheet, a shift report.

Case 1:17-cv-01003-KAM-VMS   Document 24-7   Filed 06/12/18   Page 91 of 125 PageID #: 351

FONSECA

Q. Where are the shift reports kept?

A. Guy used to get them.

MS. WIGLER: I am going to call for a copy of the shift report.

MR. DENNEY: For that day?

MS. WIGLER: Yes.

A. Guy is not here.

MS. WIGLER: And the day before.

MR. DENNEY: Follow up in writing.

Q. What is done during the day as far as mopping?

A. We police. We are policing restrooms, we're pulling trash. Make sure the bathrooms are clean. We are cleaning offices.

Q. If something is dirty or needs to be cleaned up during the day, would someone just mop it up?

A. Yes.

Q. Would there be any record made of that mopping?

Case 1:17-cv-01003-KAM-VMS   Document 24-7   Filed 06/12/18   Page 92 of 125 PageID #: 352

FONSECA

A.      No.

Q.      Who would be the person that would be doing that mopping?

A.      The regular housekeeper who works in that unit.

Q.      Could it also be the person policing that does it?

MR. DENNEY:  Objection.

A.      It's the same one.  The same person.  The same person who is policing, the same person that is cleaning the area.

Q.      If that person saw something what would their responsibility be, would it be to go and get the mop and the buckets and everything else and clean something up?

A.      Everything is together in the housekeeping cart.  They carry everything together.

Q.      Now, as far as the bathrooms in the main first floor A wing, how often is that mopped?

A.      I don't know the answer.

Q.      Do you know how often bathrooms are mopped?

Case 1:17-cv-01003-KAM-VMS   Document 24-7   Filed 06/12/18   Page 93 of 125 PageID #: 353

FONSECA

A.    Once.

Q.    One time a day?

A.    Yes, you police it.

Q.    The one time of day it'S supposed to be mopped, what time is that?

A.    Early in the morning.

Q.    Where does it say that is supposed to be done early in the morning?

A.    On their duty list.

Q.    Does it give a specific time?

A.    Yes.

Q.    Do you know what time that is?

A.    I don't recall.

Q.    So the bathroom floor is only mopped once a day early in the morning?

A.    Yes, and as needed.  As needed.

Q.    Then as needed.  All through the day it'S looked at and if it needs something to be mopped up it gets mopped up?

A.    Yes.

Q.    There is no record made of that?

A.    No.

FONSECA

Q.    Where is the water kept that is used for mopping?

A.    The janitor'S closet.

Q.    Does the janitor's closet have a sink?

A.    Yes.

Q.    Tell me what the janitors due to prepare for cleaning, for mopping?

A.    So you find in the janitor's closet, you find a sink.  You find a J-fill.  It dilutes the chemicals to mop the floors.

Q.    Is there a bucket?

A.    Yes.

Q.    How big is the bucket?

A.    I don't know.

Q.    You would put the water and the J-fill in the bucket?

A.    Yes.

Q.    Is there a height you are supposed to fill the bucket to?

A.    Yes.

Q.    How high?

A.    I don't remember.

FONSECA

Q.   What is the purpose that there is a height?

A.   So it won't flip.

Q.   It won't flip over?

A.   Yes.

Q.   Is the bucket on wheels or how is it moved?

A.   Some of them has wheels.  Some of them don't.

Q.   Some of you would carry it and some are on wheels?

A.   Yes.

Q.   The ones you carry you carry in your hands?

A.   Yes.

Q.   You would carry that along with your broom?

A.   You have that together in your housekeeping cart.

Q.   So you can put it on the housekeeping cart?

A.   Yes.

Q.   These are all provided by Crothall?

58

FONSECA

A.    Yes.

Q.    Who schedules vacations?

A.    It was a combination between me and Guy.

Q.    You and Guy.  But Crothall does it?

A.    Yes.

Q.    How about overtime, is there overtime?

A.    That was the director.

Q.    Which is who?

A.    Jose Chevalier.

Q.    So Crothall scheduled overtime for the Health and Hospital employees?

A.    Yes.

Q.    Did Crothall do anything with respect to payroll?

A.    No.

Q.    Do you know who the housekeeping was back in August of 2015 that was responsible for the first floor A wing?

A.    No.

Q.    Is there anyway that you can

59

FONSECA

tell who was responsible for it back at that time?

A.      I don't remember.

Q.      Are there any documents that would tell you who was responsible for that?

A.      The schedule.

Q.      The schedule, which schedule would that be?

A.      The day, the daily schedule.

MS. WIGLER:  Do you have a copy of the marked one?

MR. DENNEY:  I don't have a clean copy for her to look at.

Q.      I am going to show you what is previously marked as Plaintiff's Exhibit 2 for identification.  Can you take a look at that sheet.  What is that sheet?

A.      This is the daily schedule.

Q.      Who makes the daily schedule?

A.      It was Crothall managers.

Q.      These were made every day?

A.      Yes.

Q.      What is the purpose of this

FONSECA

sheet?

A.    The purpose of the sheet is to ensure that the housekeepers were signing in and that any area that the housekeepers was calling out or on vacation we would ensure those areas were covered.

Q.    That is one of the first things you and Guy would do in the morning?

A.    That's correct.

Q.    You would then meet with all of the housekeeping and discuss what they were going to do for the day?

A.    Yes.

Q.    And directed them what their activity was going to be?

A.    Yes.

Q.    You would go oversee their activities each day?

A.    Yes.

Q.    Which area here would refer to the area that I am talking about, the first floor, the main building first floor A wing?

A.    It should be this one, first

FONSECA

floor.   Pharmacy transport him and also first floor policing.

Q.    What about first floor main lobby routine?

A.    Also first floor lobby routine.

Q.    Are those the only three things that would refer to that first floor?

A.    Yes.

Q.    So can you tell me who was working?  I'm sorry, what time is the tour to?

A.    Seven to three.

Q.    If the accident happened at 1:00, would that be during tour two?

A.    Yes.

Q.    Can you tell me who was working the first -- which housekeeping was working on the first floor main building first floor A wing?

A.    Lucas.  Kyle Lucas.

Q.    Anyone else?

A.    You have Monica Sanchez.

Q.    Was Monica Sanchez filling in for --

FONSECA

A.    Paula Buritica.

Q.    Was Paula off?

A.    She was off, yes.

Q.    What does it mean where it says off as opposed to vacation?

A.    Maybe she worked the weekend and it was her regular day off during the week.

Q.    Monica Sanchez filled in for her?

A.    Yes.

Q.    What would be Monica Sanchez's duties that day as far as policing the first floor?

A.    What do you mean?

Q.    What would she be doing, what was her assignment?

Case 1:17-cv-01003-KAM-VMS   Document 24-7   Filed 06/12/18   Page 101 of 125 PageID #: 369

A.    Policing the first floor, we would be doing Paula's routine.

Q.    Which is what, what was Paula's routine?

A.    Check the restrooms.

Q.    How often?

A.    They have to check it every

FONSECA

five to ten minutes.

Q.      Every five to ten minutes?

A.      Yes.

Q.      Do you know how many restrooms there were on the first floor?

A.      I don't recall.

Q.      Approximately?

A.      I don't remember.

Q.      How many different lobbies were there on the first floor, if you know?

A.      You have the main entrance on Broadway.  Then you have another one on 47th.  It was two.

Q.      Two lobbies?

A.      Two main entrances.

Q.      So she was responsible for the two main entrances?

A.      Yes.

Q.      What else besides two main entrances on the first floor?

A.      Offices.

Q.      Where are the offices located?

A.      A wing.

Q.      That's the nurses --

Case 1:17-cv-01003-KAM-VMS   Document 24-7   Filed 06/12/18   Page 102 of 125 PageID #: 1368

FONSECA

A.    No.

Q.    Everyone was kept in the same place?

A.    Yes.

Q.    Would Guy come down and see Kyle and Monica throughout the day and make sure they were doing their jobs correctly?

A.    Yes.

Q.    If Kyle or Monica saw something that needed cleaning they could do mopping at any time to clean it up?

A.    Yes.

Q.    There would be no written record made of that?

A.    No.

Q.    You did or didn't know what time the bathrooms were cleaned.  I think you said first thing in the morning?

A.    First thing in the morning.  They're policed all day.  As needed.

Q.    They also used mops as needed to clean-up?

A.    Yes.

Q.    Can you tell me about the duty

Case 1:17-cv-01003-KAM-VMS   Document 24-7   Filed 06/12/18   Page 103 of 125 PageID #: 363

68

FONSECA

list?  By the way, where is this form Plaintiff's Exhibit 2, where is this kept?

A.    In the main office.

Q.    The Crothall office?

A.    Yes.

Q.    Are they kept always for an amount of years or are they discarded?

A.    They are kept, I believe, two to three years.

Q.    You had mentioned a duty list. Tell me what a duty list is.

A.    It breaks it down the responsibilities of the housekeeper for the day.

Q.    Who prepares this duty list?

A.    The director.

Q.    The director of Crothall?

A.    Yes.

Q.    When is this prepared?

A.    They review this once a year.

Q.    So the director of Crothall makes a list one time a year?

A.    Yes.

Q.    How does that change according

69

FONSECA

to who is there and who is not there on a particular day?

A.      It doesn't change.  It stays as it is for the entire year.

Q.      If someone is not there what happens?  If someone is off that day?

MR. DENNEY:  Or someone calls in sick?

Q.      Or someone calls in sick.

A.      We have the relief employees that we call with them.  We review it with them.

Q.      You will review it with them that day?

A.      Yes.

Q.      Now, is it a preprinted form the duty list?

A.      Yes.

Q.      Where is the duty list kept?

A.      In the director's office.

Q.      The director's office?

A.      Crothall.

Q.      Is that kept in the same place as the sheet that we just looked at

FONSECA

A.    No.

Q.    He had left already?

A.    Yes.

Q.    Who took his place?

A.    Guy.

Q.    Guy Petriello took his place?

A.    Yes.

Q.    As director?

A.    Yes.

Q.    That was while you were still there or after you had left?

A.    No.  Nicky Hamlin was the new director and she was there for a year.

Q.    That was after Guy Petriello left?

A.    Yes.

Q.    Do you know if he was fired?

A.    I don't know.

Q.    You don't know?

A.    I don't know.

Q.    So a duty list, can you break it down for me what the duty list was, what it said or looked like?

A.    The duty list breaks down, for

FONSECA

instance, first floor.  What do you do first in the morning.  Seven a.m. you check on your housekeeping cart, make sure the tools are properly there, your spray bottles are labeled.  You have enough supplies, paper towels.  Then you start your routine checking the main entrances first, restrooms and then it goes around. It breaks it down by offices.

Q.     So it breaks down specifically what you are doing at all times each day?

A.     Yes.

Q.     What the housekeeping personnel is doing?

A.     Yes.

Q.     This is done by Crothall?

A.     Yes.

Q.     It gives specific times when each thing needs to be done?

A.     Yes.

Q.     The housekeeping employees are responsible to carry that out?

A.     They don't carry the duty list. We tell them and go over with them.

FONSECA

the routine.  They're permanent housekeepers.  You have relief housekeepers and you have permanent housekeepers.

Q.    You tell them once what they have to do each day and if they are permanent they do the same thing every single day?

A.    Yes.

Q.    The morning huddles, what would the discussions be?

A.    It depends if there is an event.  We have to tell them be aware so and so is coming into the hospital.  Make sure you're checking your restrooms first.  Disregard the offices for a moment.  Let's police the corridors.  Make sure there is no debris.  Make sure there is no wet floor signs -- if the floor was dry we need to put away.

Sometimes the housekeepers has a bad habit to leave the wet floor signs on the corridors.  We remind them to be sure any wet floor signs in the corridors.

MR. DENNEY:  When the floor is

FONSECA

dry you mean?

A.    The floors have to be dry, of course.  They love to collect wet floor signs everywhere and leave them everywhere. When we used to have the government coming over to the building we have to ensure everything looks perfect.

Q.    I am going to show you what is marked as Plaintiff's Exhibit 4 for identification.  Take a look at the photograph.  Do you recognize what is depicted in that photograph?

A.    Who is that person?

Q.    I don't know.  Do you recognize that to be Elmhurst Hospital?

A.    Yes.

Q.    Do you recognize that to be the carts that are used?

A.    Yes.

Q.    And the uniforms that are used?

A.    Yes.

Q.    Now, in that picture there is somebody mopping and there is no wet floor sign at least in the photograph.  Would

FONSECA

A.    I consider it also inspections.

Q.    You consider them inspections?

A.    Yes.

Q.    It's fair to say you inspected the work of the housekeepers on a daily basis?

A.    Yes.

Q.    Did you make notes of those inspections?

A.    We take notes.

Q.    Those notes are kept or not kept?

A.    They're not kept.

Q.    Does anybody else do that job other than you from Crothall?

MR. DENNEY:    Objection to the form.

A.    I don't know.  I don't know. Everybody has a way to work.  I don't know.

Q.    Would anyone else from Health and Hospitals be on the floor with you?  In other words, was it just you that would be on the six to ten floors watching the Crothall employees?

Case 1:17-cv-01003-KAM-VMS   Document 24-7   Filed 06/12/18   Page 110 of 125 PageID #: 374

FONSECA

A. It was just me.

Q. Other than the housekeepers, was there anybody else in the housekeeping department that weren't housekeepers that were employed by Health and Hospitals, that was in housekeeping but they weren't the housekeepers?

MR. DENNEY: Did HHC have housekeeping supervisor?

A. Yes, they do.

Q. So HHC has housekeeping supervisors?

A. That is correct.

Q. Tell me about them.

A. They are responsible for certain floors.

Q. For what?

A. They are responsible for three or four different floors.

Q. Three or four different floors. Which ones?

A. The upper floors were responsible for Sonya. She used to report to me.

FONSECA

Q.    Wait.  The upper floors, which floors were those?

A.    11, 10 and nine.

Q.    That was the responsibility of Sonya?

A.    Yes.

Q.    She was an HHC --

A.    HHC supervisor.

Q.    She still reported to you, is that right?

A.    Yes.

Q.    So you were still her boss and directed her?

A.    Yes.

MR. DENNEY:  Objection to the form.

Q.    These floors, why were these particular floors overseen by a director from HHC as opposed to Crothall?

MR. DENNEY:  Objection to the form.

A.    I don't know.

Q.    What happened on ninth, tenth and 11th floors?

82

FONSECA

A.     The psych units.  She was responsible to ensure to bring supplies for the housekeepers.

Q.     Did she have any responsibility or direction over the housekeeping on the first floor?

A.     No.

Q.     Was there anyone, any of the housekeeping supervisors from HHC that were responsible for the main building first floor A wing?

A.     There was one supervisor responsible for that floor.  But I don't recall which one was it.

Q.     What was his or her responsibility?

A.     Ensure housekeeping has enough supplies to do their duties.

Q.     Anything else?

A.     And to do their rounds, inspect their jobs.

Q.     So would that person be working with Guy Petriello?

A.     Yes.

FONSECA

Q.    Was Guy Petriello their boss?

MR. DENNEY:    Objection to the form.

Q.    Who was the superior Guy Petriello?

A.    No, Jose Chevalier.

Q.    Jose is in charge?

A.    Yes.

Q.    Then Guy would be next?

MR. DENNEY:    Objection to the form.

A.    Yes.

Q.    Then the person from HHC?

A.    Yes.

Q.    Would they take direction from Guy and Jose?

A.    Yes.

Q.    Did that person create the duty list?

A.    I don't know.

Q.    Well, is the duty list created by Crothall?

A.    It's created by Crothall and the director.  They reviewed that with HHC.

FONSECA

Q.   Who would give the directions, you or Sonya?

MR. DENNEY:  Objection to the form.

A.   My director.

Q.   Your director would give you direction?

A.   Yes.

Q.   Then you direct Sonya?

A.   Yes.

Q.   Would you split up the work between you and Sonya?

A.   Yes.

Q.   Would Sonya report to you if there was a problem?

A.   Yes.

Q.   Would you be responsible for resolving that problem?

A.   Yes.

Q.   Do you know what the hours were of Millie on floor one?

A.   All the supervisors work seven to three.

Q.   Do the supervisor get trained?

Case 1:17-cv-01003-KAM-VMS   Document 24-7   Filed 06/12/18   Page 115 of 125   PageID #: 1370

FONSECA

A.    Yes.

Q.    They get trained by Crothall?

A.    Crothall and HHC.

Q.    Are they at the huddle in the mornings?

A.    Yes.

Q.    The huddles are run by Crothall?

A.    Yes.

Q.    Are there any minutes or anything kept of the safety meetings or the morning meetings?

A.    No.

Q.    Are there any, besides daily inspections that you talked about that Crothall does, are there any other kind of monthly required inspections or yearly?

A.    You are talking about we used to get the discharge, check their rooms.

Q.    Other than that, in other words, you said every day you went around and you inspected?

A.    Yes.

Q.    Was there a required inspection

Case 1:17-cv-01003-KAM-VMS    Document 24-7    Filed 06/12/18    Page 116 of 125 PageID #: 876

FONSECA

Crothall managers themselves directly mop the floors?

A. Yes.

Q. They would pick up mops and mop the floors?

A. No. The managers would never pick up a mop. It's the housekeepers from HHC.

Q. Uniformed employees that had mops that were mopping the floor, were they Crothall employees or HHC employees?

A. They're HHC employees.

Q. Is it Crothall's policies and procedures ultimately that dictate the housekeeping work at the hospital or is it the HHC's policies and procedures or is it a combination?

A. It's a combination.

Q. During the course of the day at Elmhurst, could HHC personnel engage housekeepers directly to ask them to do something or perform a task?

A. Yes.

Q. You were asked a series of

Case 1:17-cv-01003-KAM-VMS   Document 24-7   Filed 06/12/18   Page 117 of 125
PageID #: 372

FONSECA

questions earlier where you were specifically asked to limit your answer to Crothall's activities. Is Crothall the only entity that provided training to housekeepers at Elmhurst?

A. HHC provides training. We work together. Crothall and HHC works together.

Q. So when you say Crothall provided training to housekeepers, was Crothall the only trainer to housekeepers?

A. No, HHC provides training.

Q. At Elmhurst, could Crothall unilaterally alter the policies and procedures or overall schedule for housekeeping without consulting HHC?

A. HHC will provide and we'll take it from there.

Q. Earlier you were asked if Crothall prepares the duty list. In regards to the duty list, how are the overall number and types of tasks decided that would be on the duty list?

A. HHC would sit with us and discuss how the duty list should go.

Case 1:17-cv-01003-KAM-VMS Document 24-7 Filed 06/12/18 Page 118 of 125 PageID #: 978

FONSECA

Q. Could Crothall increase the number of housekeepers working at Elmhurst without consulting with HHC?

A. HHC has to consult first and then we'll take it from there.

Q. Could Crothall significantly add or remove cleaning tasks from the duty list at Elmhurst without consulting with HHC?

A. They have to consult first with HHC.

Q. Earlier in testimony you discussed certain procedures for the psych unit that involves safety and how it was treated differently. Are those Crothall's procedures or are those HHC's procedures?

Case 1:17-cv-01003-KAM-VMS   Document 24-7   Filed 06/12/18   Page 119 of 125 PageID #: 879

A. HHC procedures.

Q. The morning huddles, did HHC supervisors attend those huddles?

A. Yes.

Q. Earlier you were asked about slip and falls reported to Crothall. If there was a slip and fall or accident at the hospital that didn't involve

FONSECA

A.    Yes.

Q.    Is that yes, they could?

A.    Yes.   HHC could request any managers to be removed from their account.

Q.    From your experience working at Elmhurst, if an HHC supervisor saw a housekeeper not doing the work properly, could the HHC supervisor directly correct and instruct the housekeeper?

A.    Yes.

Q.    Could an HHC supervisor directly discipline a housekeeper?

A.    Yes.

Q.    As part of their duties, did HHC personnel also inspect the premises at Elmhurst?

Case 1:17-cv-01003-KAM-VMS   Document 24-7   Filed 06/12/18   Page 120 of 125 PageID #: 880

A.    Repeat that again.

Q.    As part of their duties, did any HHC personnel also inspect the premises at Elmhurst?

A.    Yes.

Q.    If a nurse or a doctor saw housekeeping issues they could report that as well; is that correct?

FONSECA

A.    Yes.

Q.    I want to make sure if this wasn't clear.  Did each floor at Elmhurst in 2015 have a HHC supervisor for housekeeping assigned to it?

A.    Yes.

Q.    Was there a floor that did not have an HHC supervisor assigned to it?

A.    Yes.

Q.    Were there any floors that did not have an HHC supervisor assigned?

A.    No.

Q.    Was there any floor at Elmhurst that did not have an HHC supervisor assigned to it?

A.    All the floors have supervisors on the floors.

Q.    In your experience working at Elmhurst, if HHC decided that it wanted to change the cleaning schedules or procedures, did it need Crothall's permission to do so?

A.    That is HHC's call.

Q.    If HHC wanted to double the

Case 1:17-cv-01003-KAM-VMS   Document 24-7   Filed 06/12/18   Page 121 of 125   PageID #: 381

FONSECA

number of housekeepers, could it do so without asking Crothall for permission?

MS. WIGLER: Objection. Asked and answered.

A. It's an HHC call.

MR. DENNEY: No further questions.

EXAMINATION BY

MS. WIGLER:

Q. Did Crothall run the huddles?

MR. DENNEY: Objection to the form.

A. It's part of the hospital. As part of HHC.

Q. Who ran the huddles?

MR. DENNEY: Objection to the form.

Q. Who ran the huddles?

MR. DENNEY: What do you mean by ran?

A. HHC supervisor and managers.

Q. Who got up and spoke, was it you and Guy?

A. Yes.

Case 1:17-cv-01003-KAM-VMS   Document 24-7   Filed 06/12/18   Page 122 of 125 PageID #: 882

FONSECA

Q.   Did HHC then come up with the duty list or Crothall?

A.   I don't know.

Q.   Where was the duty list kept?

A.   We kept it in the director's office.

Q.   The director is Crothall; correct?

A.   Yes.

Q.   So it was kept by Crothall in the director's office; is that correct, yes or no?

A.   It was in the office, yes.

MS. WIGLER:   No further questions.   ^

MR. DENNEY:   Just to clarify. If an HHC supervisor wanted to add something into the huddle, could they?

A.   Yes.

MR. DENNEY:   Regarding the duty list could a Crothall manager take and remove items from it?

A.   HHC has to approve it first.

Case 1:17-cv-01003-KAM-VMS   Document 24-7   Filed 06/12/18   Page 123 of 125 PageID #: 883

FONSECA

Everything has to be approved by HHC first. Without HHC we won't be able to do anything. It has to go first by HHC.

MR. DENNEY: That was my question.

MS. WIGLER: I will object to that as general.

Q. What do you mean by everything? Does your inspections, do you have to go and ask HHC for your inspections?

A. What do you mean?

Q. I mean you said everything has to be okayed. Tell me everything that has to be okayed? Everything you do each day. You went through everything you do each day. Do you have to get the okay from HHC, yes or no?

MR. DENNEY: Objection to the form.

MS. WIGLER: She said everything you do has to be approved. What do you mean by that? Tell me what you mean.

A. All the Crothall process.

Case 1:17-cv-01003-KAM-VMS   Document 24-7   Filed 06/12/18   Page 124 of 125 PageID #: 784

FONSECA

Q.   All the Crothall process?

A.   Yes.

Q.   What does that mean?  You tell me each day, let's go back.  Start from the beginning, tell me every single thing that you first have to go to HHC and ask permission.

MR. DENNEY:  Your questions were specifically to what Crothall do.

Q.   Let's discuss it.

I want to hear from the beginning of your day to the end when you go to HHC and ask for their permission.

MR. DENNEY:  Objection.  That misrepresents her testimony.  Objection.

The question was limited to the duty list.

MS. WIGLER:  But her answer been wasn't.

MR. DENNEY:  Yes, it was.

Q.   What your answer going back about everything has to be approved by HHC,

Case 1:17-cv-01003-KAM-VMS   Document 24-7   Filed 06/12/18   Page 125 of 125   PageID #: 385