UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DAISY REYES,

                         Plaintiff,

    vs.

CROTHALL HEALTHCARE, INC.

                        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.: 1:17-cv-01003-KAM-VMS

**<u>PROPOSED ORDER</u>**

The Court, upon the application of attorneys for Defendant Crothall Healthcare, Inc. ("Crothall"), for an order granting summary judgment against Plaintiff Daisy Reyes, and the Court having reviewed and considered all moving and opposing papers, having heard argument of counsel, if any, and finding good cause existing for the entry of the within order:

**IT IS** on this _____ day of _____, 2018;

**SO ORDERED** that Crothall's motion for summary judgment is granted

Signed this _____ day of _____ 2018.

_____
HON. KIYO A. MATSUMOTO

01802235