UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DAISY REYES,                                        :

                     Plaintiff,                  :

       - against -                                  :

CROTHALL HEALTHCARE INC.                      :

                  Defendant.                  :

-------------------------------------------------------------X

No.: 1:17-cv-01003-KAM-VMS

Declaration of Nancy D. Wigler
In Opposition To Defendant's
Motion For Summary Judgment

### Declaration Of Nancy D. Wigler In Opposition to Crothall's Motion For Summary Judgment

1.  Nancy D. Wigler, an attorney admitted to practice law in this District, respectfully submits this declaration in opposition to Defendant Crothall Healthcare, Inc.'s ("Crothall") motion for summary judgment.

2.  I represent Plaintiff Daisy Reyes ("Reyes") in this action.

3.  The following documents are annexed as exhibits to Reyes' opposition to Crothall's motion:

> (i)     Exhibit A is a true copy of a document appearing on Crothall's web-site that was printed on May 26, 2018. This documents explains Crothall's proprietary software, TeamCoach© which is included in Crothall's Contract with the New York City health and Hospitals Corporation; and

> (ii)    Exhibit B are true copies from Crothall's Environmental Services Standard Operating Process manual that was produced by counsel for Crothall after

1

deposition of Crothall's witnesses.  The existence of this document was first discovered during depositions.  Prior to depositions, Crothall did not produce this document.

4.  As part of discovery, I requested production of all records concerning who was working on the day of the accident.  During depositions of Crothall, I was informed that Crothall maintained in the regular course of business "Duty Lists."  The "Duty List" records who is working where and when and what they are doing during the course of each work shift.  Counsel for Crothall informed me after depositions that the "Duty List" for the date of Reyes' accident has been discarded.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 5, 2018.

_____
NANCY D. WIGLER, ESQ.

**Exhibit A**

Case 1:17-cv-01003-KAM-VMS   Document 25   Filed 06/12/18   Page 4 of 64 PageID #: 390

Contact Us          Search

Site Map

Meet Crothall     Crothall Difference     Culture     Services     Our Process     Case Studies     Your Advantages     News     Blog     Learning Center     Careers



**Our Process**

## QUALITY ASSURANCE

**TeamCOACH is our technology platform for maximum productivity.** The detailed analytics produced by TeamCOACH provide meaningful use data to correct, teach, and train for each frontline associate. We can pinpoint down to the employee/supervisor/area and task performed to focus our coaching.

**Our National Director of Standardization & Systems conducts surprise audits.** These audits are above and beyond the frequent Regional Director of Operations audits to our Client facilities. He is focused on execution of the latest operational protocols and standards as an unannounced assessment compliance manager. He reviews:

- Operational Standards
- Service Delivery
- Human Resources & Training
- Safety
- Purchasing in Scope
- Patient Experience Standards
- Infection Prevention
- Green & Sustainability

A review of administrative information, operational records, training documents as well as practical observations are conducted and documented on an assessment summary report. The assessment is then shared with the Site Manager through all levels of management up to the Division President.

**Exhibit B**

# ENVIRONMENTAL SERVICES

# STANDARD OPERATING PROCESS

## Revised:  October 2015

## Initial Implementation February 2007

APPROVED BY:

Tom Racobaldo, President

Crothall Healthcare, Inc.

CMSG.272010-000143

# TABLE OF CONTENTS

## 1. Procedures
1.01   Duty Lists
1.02   Position Control Summary
1.03   Days On/Off Roster
1.04   Sign In/Out
1.05   Time Sheets
1.06   Key & Pager Sign out Sheet
1.07   Paycheck Receipt
1.08   Restroom Cleaning Log
1.09   Contingency Staffing Standard
1.10   Hours Standard

## 2. Management Communication
2.01   Unit Director Planning Calendar
2.02   Shift Report/AM – PM Checklist
2.03   Telephone Log
2.04   Surgical, Specialty, Pharmacy Terminal and Cycle Cleaning
2.05   Privacy Curtain Log
2.06   DOT/Regulated Medical Waste Tracking Log
2.07   Quaternary Dilution Dispensing Log

## 3. Quality Measurement
3.01   Inspections
3.02   Customer Surveys

## 4. EVS Associate Professional Development
4.01   CHAT (Communication, Help and Training)
4.02   Annual Hourly Training
4.03   New Hire Orientation Hourly Training
4.04   Weekly & Safety Minder Training
4.05   Hourly Associate GEM2 Recognition

## 5. Joint Review Committee (JRC)
5.01   JRC Preparation
5.02   JRC Presentation
5.03   JRC Meeting Minutes
5.04   Mission/Values
5.05   Departmental Organization
5.06   Safety
5.07   Patient Experience Positive Impressions
5.08   Training and Development
5.09   Quality Assurance
5.10   Employee/Associate Corner
5.11   Corporate Support
5.12   Financial Overview
5.13   Cycle Cleaning
5.14   Goals for Next Quarter
5.15   Customer Feedback & WITY
5.16   Year End & Quarterly KPI Joint Review Committee Meeting

*Standard Operating Process Manual*

CMSG.272010-000144

# 6. Contract

6.01   Contract Management
6.02   Special Request Management
6.03   Emergency Response
6.04   Sub-Contractor Management
6.05   Client Transition Protocol
6.06   New Client Tour Protocol

# 7. Human Resources

7.01   Recruiting & Staffing
7.02   Pre-Employment Screening
7.03   Administration & Record Keeping
7.04   Work Environment
7.05   Human Resources Compliance & Postings
7.06   New Hire Procedures
7.07   Conduct and Work Rules
7.08   Compensation and Benefits
7.09   Communications
7.10   Time Off
7.11   Performance Reviews
7.12   Post-Employment and Termination

# 8. Management Professional Development

8.01   Foundations Program Structure
8.02   Foundations Registration Process
8.03   Foundations Account Certification Process
8.04   Foundations Costs
8.05   DDL Policy and Procedures
8.06   Learning and Development Opportunities
8.07   Preventing Workplace Harassment Training
8.08   Wage and Hour On line Training
8.09   Training Class Registration
8.10   Class Cancellation
8.11   Learning & Development Consultant Services
8.12   Green Training

# 9. Purchasing

9.01   Janitorial Supplies
9.02   Equipment
9.03   Inventory

# 10. Safety/Risk Management

10.01  Administration
10.02  Risk Management Organization Chart

CMSG.272010-000145

10.03  MyCompass Safety Page
10.04  SPR – Safety Performance Review
10.05  Training for Managers
10.06  Safety Committee
10.07  Safety Bulletin Board
10.08  Injury Reporting Flow Chart
10.09  Incident Reporting Process
10.10  Third Party Administrator Contact Information
10.11  General Liability Reporting Process
10.12  OSHA
10.13  Occupational Exposures*
10.14  Environment of Care
10.15  General Safety
10.16  Hospital Codes
10.17  Fire Safety
10.18  Utility Safety
10.19  Oxygen Safety
10.20  Radiation Safety
10.21  Back Safety & Ergonomics
10.22  Safe Medical Device
10.23  Hazardous Materials

## 11.  Information Technology

11.01  Corporate Performance Reporting
11.02  New User Requests
11.03  Help Desk
11.04  New IT Equipment Request Workflow
11.05  Benefit Enrollment
11.06  EPAY Blueforce Time & Attendance Implementation

## 12.  Patient Experience (HCAHPS) Customer Focus

12.01  EVS Patient Experience Protocol
12.02  Defining Moments: Appearance
12.03  Defining Moments: Scripting
12.04  Defining Moments: Patient Experience (HCAHPS) Patient Touches
12.05  Defining Moments: New Patient Admission Visits
12.06  Defining Moments: Picture Perfect/Operational Picture Perfect
12.07  Defining Moments: Service Recovery
12.08  Tailored to Fit: Patient Experience Action Plan
12.09  Tailored to Fit: Posting Digestible Data
12.10  Engagement: Nursing Engagement
12.11  Engagement: Reward and Recognition Plan
12.12  Engagement: Reward and Recognition Plan – Thank You Cards
12.13  Engagement: Patient Experience Rounding
12.14  Expertise: Continued Patient Experience (HCAPHS) Education

## 13.  Infection Prevention Solutions

13.01  Infection Prevention Measurement System
13.02  Infection Prevention Solution UV Technology
13.03  Legislative Support TJC and Infection Prevention

## 14.  Sustainability Standards

14.01  Sustainable Chemical Standards

CMSG.272010-000146

14.02 Sustainable Equipment Standards
14.03 Project Improvement Log Standards
14.04 Recycling, Waste & Sustainable Process Standards

CMSG.272010-000147

*CROTHALL HEALTHCARE, INC.*

<u>Procedure 1.01</u>:    Duty Lists

<u>Date Issued</u>:  10/1/2015        <u>Supersedes</u>:  8/1/2009        <u>Approved by</u>: Rich Feczko

<u>Purpose</u>:

To provide a blueprint for hourly associates to perform their daily cleaning requirements and to ensure that the cleaning specifications identified in the agreement are delegated through written cleaning assignments.

<u>Procedure</u>:

1.    Duty lists are to be created during start up and in coordination with contract specifications.

2.    Duty lists are to be revised/updated in the calendar year no later than May 31 (and when assignments change).

   a.    Manager's initials and date of revisions should be placed in the lower right hand corner of duty list.
   b.    Associates are to sign Duty Lists during each update.  Signed duty list should be placed in associate file.
   c.    Duty List review signatures can also be documented on Duty List Annual Review Form included in this manual

3.    Duty lists are to be posted in each work area closet.

4.    Duty lists are to be numbered in the following sequence.

   a.    Day shift:  100 series
   b.    Evening shift:  200 series
   c.    Night shift:  300 series
   d.    Off sites:  400 series

5.    Duty lists should match position control summary.

6.    See sample duty list.

CROTHALL HEALTHCARE, INC.

## HOSPITAL NAME
### Environmental Services Department
### Duty List #

☺ IT'S A PART OF YOUR UNIFORM

BE CHEERFUL TO PATIENTS & CUSTOMERS

Crothall Healthcare

✓ CLEAN AS YOU GO
✓ PICK-UP LITTER AS YOU GO

| AREA: | PM Discharge #1 | Lunch: | 630 - 700 |
|---|---|---|---|
| JOB TITLE: | Hsk Aide | Break: | 5:15 pm - 5:30 pm |
| WORKING HOURS: | 3-1130   Sun-Sat | | 9:15 pm - 9:30 pm |

| Time | Area Of Responsibility | Instruction | Time | Area Of Responsibility | Instruction |
|---|---|---|---|---|---|
| 3:00 PM | SIGN IN | | 9:15 PM | BREAK | |
| 3:15 PM | Waiting Areas, Family Rooms, Restrooms | | | | |
| | Discharges as assigned. | Discharge Cleaning | 9:30 PM | Discharges as assigned. | Discharge Cleaning |
| | | | | Waiting Rooms, Public RR, Nurse Stations | |
| 5:15 PM | BREAK | | | | |
| 5:30 PM | Discharges as assigned. | Discharge Cleaning | | Discharges as assigned. | Discharge Cleaning |
| 6:30 PM | Lunch | | | | |
| 7:00 PM | Discharges as assigned. | Discharge Cleaning | 11:15 PM | Environmental closet | Clean and secure equipment |
| | | | 11:30 PM | Housekeeping office | Sign out |

* Clean PT discharge beds immediately - Check log at nurse station or as assigned
* Breaks must be taken as assigned unless changed by your supervisor.

* Schedule subject to change as directed by your Supervisor
* Report floor care issues to supervisor immediately.

* Report facilities
  issues to supervisor

### 10 STEP INTERACTIVE CLEANING
1. Interact w/ Patient, Guest, or Customer
2. Empty Waste Receptacles
3. High Dust above eye level - 2x per week
4. Sanitize all horizontal surfaces
5. Spot Clean all vertical surfaces
6. Clean the restroom
7. Dust Mop the floor
8. Inspect room
9. Damp Mop the floor
10. Interact w/ Patient, Guest, or Customer

### DISCHARGE CLEANING
1. Discard all disposable items.
2. Clean/disinfect bed, mattress and pillow.
3. Follow 10 Step Cleaning procedure.
4. Restock supplies - Tent Card
5. Leave sanitized pillow on bed.

"Are we cleaner today than we were yesterday?"

### AM FRESHENING ROUTINE
1. Knock, enter room & cheerfully greet patients. Introduce yourself as the "Housekeeper of the day".
2. Empty trash cans, clean up spills or debris.
3. Spot clean restroom if needed and replenish supplies.
4. Thank patient - exit room.

Associate: _____

Supervisor/Trainer: _____

Mgr. Initials: _____

Standard Operating Process Manual

CMSG.272010-000151

**CROTHALL HEALTHCARE, INC.**

**HOSPITAL NAME**
Environmental Services Department
Duty List # 1005

☺ IT'S A PART OF YOUR UNIFORM
BE CHEERFUL TO PATIENTS & CUSTOMERS

Crothall Healthcare

✓ Clean As You Go
✓ Pick Up litter as You Go

Area:
Job Title: Housekeeping Aide
Working Hours: 7:00 a.m. - 3:30 p.m.

Lunch
Break

| Time | Completed | Area | Time | Completed | Area |
|------|-----------|------|------|-----------|------|
| 7:00 AM | | **Sign In EVS** | 1:00 PM | | **Restroom Freshening** |
| | | Log on to team Chimes | | | Pre Adm Staff RR (2) |
| 7:10 AM | | **Assemble Cart** | | | Pre Adm Patient RR (2) |
| | | | | | Blood Bank RR (2) |
| 7:20 AM | | **Daily Entrance Cleaning** | | | Fish Tank Room RR (1) |
| | | Interior & Exterior Lobby Entrance | | | Radiation Administation RR (1) |
| | | Interior & Exterior Patient Discharge Exit | | | Radiation Registration RR (2) |
| | | Interior & Exterior HDK Entrance | | | Flouro RR (1) |
| | | | | | Pet RR (1) |
| | | | 1:45 PM | | **Freshening Lobbies and Waiting Areas** |
| | | **10 Step Cleaning** | | | Radiation Registration Wating & RR's |
| 8:00AM | | Public Restrooms | | | Fish Tank Waiting |
| | | East Lobby Mens Restroom | | | Admitting Waiting |
| | | East Lobby Womens Restroom | | | Allegacy |
| | | Swithcboard Operator | | | |
| 8:30 AM | | **Restroom Freshening** | 2:30 PM | | **10 Step Cleaning** |
| | | Pre Adm Staff RR (2) N/A Sat & Sun | | | Public Restrooms |
| | | Pre Adm Patient RR (2) N/A Sat & Sun | | | East Lobby Mens Restroom |
| | | Blood Bank RR (2) | | | East Lobby Womens Restroom |
| | | Fish Tank Room RR (1) | | | |
| | | Radiation Administation RR (2) N/A Sat & Sun | 3:00 PM | | **Freshen Entrance Cleaning** |
| | | Radiation Registration RR (2) | | | Interior & Exterior Lobby Entrance |
| | | Flouro RR (104,106,107,) | | | |
| | | Tomography (108,109) | 3:20 PM | | **Dis Assemble** |
| | | | | | EVS Equipment |
| | | Pet RR (1) | | | Log off Team Chimes |
| | | Radiation Registration Wating & RR's | 3:30PM | | **Sign Out EVS Office** |
| 9:15 AM | | **BREAK** | | | |
| 9:35 AM | | **Freshening Lobbies and Waiting Areas** | | | |
| | | Radiation Registration Wating | | | |
| | | Fish Tank Waiting | | | |
| | | Admitting Waiting N/A Sat & Sun | | | |
| | | Allegacy | | | |
| 10:00 AM | | **10 Step Cleaning** | | | |
| | | Public Restrooms | | | |
| | | East Lobby Mens Restroom | | | |
| | | East Lobby Womens Restroom | | | |
| 10:30 AM | | **Freshen Entrance Cleaning** | | | |
| | | Interior & Exterior Lobby Entrance | | | |
| | | Interior & Exterior Patient Discharge Exit | | | |
| | | Interior & Exterior HDK Entrance | | | |
| 11:30 AM | | **Lunch** | | | |
| 12:00 PM | | **10 Step Cleaning** | | | |
| | | Public Restrooms | | | |
| | | East Lobby Mens Restroom | | | |
| | | East Lobby Womens Restroom | | | |

**Daily Entrance Cleaning**
1. Spot clean glass doors and window partitions
2. Damp dust door frames and kick plates
3. Empty waste recepllicks and pick up cig butts
4. Remove Gum
5. Clean walk off mats, dust mop & wet mop floors

**10-Step Cleaning**
1. Knock, enter room & cheerfully greet patients, using names.
2. (T) Empty waste can / trash.
3. (D) High dust.
4. (S) Sanitize.
5. (Sp) Spot clean walls.
6. (R) Clean bathroom. Carefully fold TP using "V-Tip".
7. (V) Dust mop.
8. (I) Inspect your work.
9. (D) Damp mop
10. Thank patient and say "Goodbye"

**Rest Room Freshening**
1. Empty waste receplicls
2. Replenish Suppies (Saop and Paper)
3. Disinfect Sink and Toilet
4. Spot mop floor

**Discharge Cleaning**
1. Discard all disposable items
2. Clean/disinfect bed, mattress and pillow
3. Follow 10 Step Cleaning procedure
4. Restock Supplies - Tent Card
5. Leave Sanitized pillow on Bed

**A.M. Freshening**
1. Knock and enter room & cheerfully greet patients. Introduce yourself as "Housekeeper of the day"
2. Empty trash cans, clean up spills or debris
3. Spot clean restroom if needed and replenish supplies
4. Thank Patient and exit rooms

**Special Instructions**
1. Clean PT discharge beds immediately - check log at nurses station or assigned
2. Breaks must be taken as assigned unless changed by supervisor
3. Schedule subjectto change as directed by you Supervisor
4. Report Facilities issues to supervisor
5. Equipment in need of repair should be reported immediately.
6. Improperly cleaned equipment should be reported at the start of each shift.
7. Satruday and Sunday Follow Week end Cleaning Schedule

**Daily Focus**
| | |
|------|------|
| Monday | High dust / trash cans. |
| Tuesday | Sinks, commodes, stainless steel |
| Wednesda | Corners, edges, doors, walls |
| Thursday | Window glass, drinking fountains |
| Friday | Vacuum furniture |
| Sunday | Terminal Clean Nurse's Station from 9 30 - 10:30 AM |

Supervisor _____
Associate _____
Date Rvwd: _____
Manager Intials _____

Revised Date:9/ 1" 2007

Standard Operating Process Manual

CMSG.272010-000152

# CROTHALL HEALTHCARE, INC.

**HOSPITAL NAME**
**Environmental Services**
Duty List    142
AREA: 4th Floor
JOB TITLE: Housemen
WORKING HOURS: 7:00 a.m. - 3:30 p.m.

☑ CLEAN AS YOU GO
☑ PICK-UP LITTER AS YOU GO

🙂 IT'S A PART OF YOUR UNIFORM
BE CHEERFUL TO PATIENTS & CUSTOMERS

*Crothall Healthcare*

| Time | Complete | Assigned Task | Special Instructions | Time | Complete | Assigned Task | Special Instructions |
|---|---|---|---|---|---|---|---|
| 7:00 a.m. | | Housekeeping Office - Swipe & Sign in | | 12:00 p.m. | | Lunch | Store equipment in closet |
| 7:10 a.m. | | Pull Trash at Staff & Visitor Elevator. | Clean Trash cans also | | | | |
| | | Vacuum Staff & Visitor Elevator Landings | Wipe down exterior Elev. Doors | 12:30 p.m. | | Chute Trash & Linen 4100, 4200, 4300 | Sweep & Mop Soiled Utility Rms. |
| 7:30 a.m. | | | | 1:00 p.m | | Continue burnishing Assignment | Record actual rooms completed |
| 8:00 a.m. | | Chute Trash & Linen 4100, 4200, 4300 | Sweep & Mop Soiled Utility Rms. | 2:15 p.m. | | Break | |
| 9:15 a.m. | | Break | | 2:30 p.m. | | Chute Trash & Linen 4100, 4200, 4300. Clean Soiled Rms | Sweep & Mop Soiled Utility Rms. |
| 9:30 a.m. | | Dust Mop & Spot Mop corridors and NS 4100, 4200, 4300 | Move & clean behind equipment, | 3:15 p.m. | | Clean up equipment | |
| 10:30 a.m. | | Begin Burnishing Patient rooms Assigned below | Record actual rooms completed | 3:30 p.m. | | Housekeeping Office - Swipe & Sign Out | Return Clean Equipment to Cage |

| Monday | | Tuesday | | Wednesday | | Thursday | | Friday | |
|---|---|---|---|---|---|---|---|---|---|
| 4 Step Burnishing Routine | | 4 Step Burnishing Routine | | 4 Step Burnishing Routine | | 4 Step Burnishing Routine | | 4 Step Burnishing Routine | |
| Completed | Room | Completed | Room | Completed | Room | Completed | Room | Completed | Room |
| | 4101 | | 4116 | | 4201 | | 4302 | | 4317 |
| | 4102 | | 4117 | | 4202 | | 4303 | | 4318 |
| | 4103 | | 4118 | | 4203 | | 4304 | | 4319 |
| | 4104 | | 4119 | | 4204 | | 4305 | | 4320 |
| | 4105 | | 4120 | | 4205 | | 4306 | | 4321 |
| | 4106 | | 4121 | | 4206 | | 4307 | | 4322 |
| | 4107 | | 4122 | | 4207 | | 4308 | | 4323 |
| | 4108 | | 4123 | | 4208 | | 4309 | | 4324 |
| | 4109 | | 4124 | | 4209 | | 4310 | | 4325 |
| | 4110 | | 4125 | | 4210 | | 4311 | | 4326 |
| | 4111 | | 4126 | | 4211 | | 4312 | | 4327 |
| | 4112 | | 4127 | | 4212 | | 4313 | | 4328 |
| | 4113 | | 4128 | | 4213 | | 4314 | | 4329 |
| | 4114 | | 4129 | | 4214 | | 4315 | | 4330 |
| | 4115 | | 4130 | | 4215 | | 4316 | | 4331 |
| | | | 4131 | | 4216 | | 4254 | | 4332 |

| 4 Step Support Areas as time permits | | 4 Step Support Areas as time permits | | 4 Step Support Areas as time permits | | 4 Step Support Areas as time permits | | Week End Responsibilities |
|---|---|---|---|---|---|---|---|---|
| | Soiled Utility | | Soiled Utility | | Soiled Utility | | Soiled Utility | High Dust Corridors |
| | Nourishment | | Nourishment | | Nourishment | | Nourishment | Dust Mop & Sweep behind Pyxis |
| | Lounge | | Lounge | | Lounge | | Lounge | 4 step Nurses stations |
| | Storage | | Storage | | Storage | | Storage | 4 Step Ancillary areas - Galley, Vending, Etc |
| | Nurses Station | | Nurses Station | | Nurses Station | | Nurses Station | Clean Elevator tracks |
| | Med Room | | Med Room | | Med Room | | Med Room | Detail Stairwell Landings up and down 1 flight of stairs |
| | Clean Utility | | Clean Utility | | Clean Utility | | Clean Utility | |
| | Conference | | Conference | | Conference | | Conference | Detail Clean Soiled Utility Room |
| | Linen Areas | | Linen Areas | | Linen Areas | | Linen Areas | Complete any Patient Rooms not completed during the week |
| **Spot Check Corridors** | | **Spot Check Corridors** | | **Spot Check Corridors** | | **Spot Check Corridors** | | **Spot Check Corridors** |

**4 Step Floor Care Procedure:**
1. Dust Mop Area, moving equipment, clean behind doors
2. Mop Area
3. Burnish Area
4. Dust Mop Acrea

* Clean check-outs as assigned by your supervisor.
* Breaks must be taken as assigned unless changed by your supervisor.
* Schedule subject to change as directed by your Supervisor
* Report floor care issues to supervisor immediately.
* Report facilities issues to supervisor
* Change Curtains as assigned

Assigned Housekeepers Signature _____ Date _____

Manager/Trainer Signature _____ Date _____

Date Reviewed
Mgr Initials:

*Standard Operating Process Manual*

CMSG.272010-000153

CROTHALL HEALTHCARE, INC.

**HOSPITAL NAME**
**Environmental Services**
**Duty List**    **241**
AREA: House
JOB TITLE: Floor Finisher
WORKING HOURS: 5:00 p.m. - 1:30 a.m.

✓ CLEAN AS YOU GO
✓ PICK-UP LITTER AS YOU GO

IT'S A PART OF YOUR UNIFORM
BE CHEERFUL TO PATIENTS & CUSTOMERS

☺

Crothall
Healthcare

| Time | Completed | Area | Instruction | Time | Completed | Area | Instruction |
|---|---|---|---|---|---|---|---|
| 5:00 p.m. | | **Housekeeping Office** | Sign In. Pick Up Supplies. | 9:30 p.m. | | Complete Projects as assigned | |
| | | | | | | #1 | |
| 5:15 p.m. | | **Assist with Supply/Equipment** | | | | #2 | |
| | | distribution, meeting room | | | | #3 | |
| | | set ups, moves, etc. | | | | #4 | |
| | | | | | | #5 | |
| | | | | | | #6 | |
| | | Fill in for any vacant positions | | | | #7 | |
| | | as assigned by supervisor | | | | #8 | |
| | | | | | | #9 | |
| | | | | | | #10 | |
| | | Complete Projects as assigned | | | | | |
| | | #1 | | | | | |
| | | #2 | | | | | |
| | | #3 | | | | | |
| | | #4 | | | | | |
| | | #5 | | 11:30 p.m. | | **Break** | |
| | | | | | | | |
| | | | | 12:00 a..m. | | Complete Projects as assigned | |
| 7:00 p.m. | | **Break** | | | | #1 | |
| | | | | | | #2 | |
| 7:15 p.m. | | Complete Projects as assigned | | | | #3 | |
| | | #1 | | | | #4 | |
| | | #2 | | | | #5 | |
| | | #3 | | | | #6 | |
| | | #4 | | | | #7 | |
| | | #5 | | | | #8 | |
| | | #6 | | | | #9 | |
| | | #7 | | | | #10 | |
| | | #8 | | | | | |
| | | #9 | | | | | |
| | | #10 | | | | | |
| | | | | 1:15 a.m. | | Clean Cart | |
| | | | | | | Clean Equipment | |
| | | | | | | Clean Janitors Closet | |
| | | | | | | Stock Supplies | |
| | | | | | | **Housekeeping Office -** | Return Clean |
| 9:00 p.m. | | **Lunch** | | 1:30 a.m. | | **Swipe & Sign out** | Equipment to Cage |

* Clean check-outs as assigned by your supervisor.
* Breaks must be taken as assigned unless changed by your supervisor.
* Schedule subject to change as directed by your Supervisor
* Report floor care issues to supervisor immediately.
* Report facilities issues to supervisor
* Change Curtains as assigned

Assigned Housekeepers Signature        Date

Manager/Trainer Signature        Date        Date Reviewed

Mgr Initials:

*Standard Operating Process Manual*

CMSG.272010-000154

*CROTHALL HEALTHCARE, INC.*

**Crothall** *Healthcare*

✓ CLEAN AS YOU GO
✓ PICK-UP LITTER AS YOU GO

**Shands @ UF South Tower Cancer Center**
**Environmental Services**
Duty List # 108
AREA: House
JOB TITLE: Project/Floor Tech
WORKING HOURS: 6:00 p.m. - 2:30 a.m.

☺ IT'S A PART OF YOUR UNIFORM
BE CHEERFUL TO PATIENTS & CUSTOMERS

Lunch: 10:00 p.m
Break: 12:45 p.m

**PROJECTS ONLY**

| 6:00 p.m. | Housekeeping Office | | | | | | Carpet | BC | Bonnet Carpet | Note: The tasks to the left are the only task consitted to be projects, do not add any other task to this duty list |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Carpet | EC | Exrtact Carpet | |
| | | | | | | | Floor Care | BW | Burnish&Wax | |
| 6:15 p.m. | Assist with Supply/Equipment | | | | | | Floor Care | DW | Deep Scrub&Wax | |
| | | | | | | | Floor Care | SW | Strip&Wax | |

| Room#/Office# | Corridor/Waiting | Carpet | Floor Care | Start Date: | Completed Date: | Time | COMMENTS: |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | Lunch Time: 10:00 p.m | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | Break Time: 12:45 p.m | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Special Instructions:**

**End Of Shift**

| 2:15 a.m. | Clean Equipment |
|---|---|
| | Clean Janitors Closet |
| | Stock Supplies |
| 2:30 a.m. | **Housekeeping Office - Swipe & Sign out**  Return Clean Equipment to Cage |

\* Clean check-outs as assigned by your supervisor.
\* Breaks must be taken as assigned unless changed by your supervisor.
\* Schedule subject to change as directed by your Supervisor
\* Report floor care issues to supervisor immediately.
\* Report facilities issues to supervisor
\* Change Curtains as assigned

Assigned Housekeepers Signature          Date:

Manager/Trainer Signature          Date:

Date Reviewed
12-09
Mgr Initials:

*Standard Operating Process Manual*

CMSG.272010-000155

*CROTHALL HEALTHCARE, INC.*

<u>Procedure 1.03</u>:  Days On/Off Roster

<u>Date Issued</u>: 10/1/2015     <u>Supersedes</u>: 8/1/2009     <u>Approved by</u>: Rich Feczko

<u>Purpose</u>:

To ensure there is adequate staffing coverage to perform daily duty lists.

<u>Procedure</u>:

1.    Days On/Off Roster should be posted in two week increments.

2.    Days On/Off Roster should indicate holidays, vacations, personal days, paid and unpaid scheduled time off.

3.    Days On/Off Roster should include duty list number, assigned area and associate name.

4.    See sample Days On/Off Roster.

*Standard Operating Process Manual*

CMSG.272010-000159

CROTHALL HEALTHCARE, INC.

| # | Area | Name | S | M | T | W | T | F | S | S | M | T | W | T | F | S |
|---|------|------|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |

*Standard Operating Process Manual*

CMSG.272010-000160

CROTHALL HEALTHCARE, INC.

| # | Area | Name | S | M | T | W | T | F | S | S | M | T | W | T | F | S |
|---|------|------|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |

| # | Area | Name | S | M | T | W | T | F | S | S | M | T | W | T | F | S |
|---|------|------|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |      |      |   |   |   |   |   |   |   |   |   |   |   |   |   |   |

O1000b 1/07

*Standard Operating Process Manual*

CMSG.272010-000161

*CROTHALL HEALTHCARE, INC.*

<u>Procedure 1.04</u>:     Sign In/Out

<u>Date Issued</u>: 10/1/2015     <u>Supersedes</u>: 8/1/2009     <u>Approved by</u>: Rich Feczko

<u>Purpose</u>:

Utilize standard Sign In/Out process to track attendance, work hours, timeliness and duty list coverage.

<u>Procedure</u>:

1.    Sign In/Out sheet to be used daily for:

    a.    Tracking attendance

    b.    Assignment coverage

    c.    Associate Timeliness

2.    Sign In/Out sheet should be prepared in coordination with Days On/Off Roster.

3.    Sign In/Out sheets should be used to reconcile daily hours usage

4.    See sample Sign In/Out Sheet (next page).

CMSG.272010-000162

*CROTHALL HEALTHCARE, INC.*

<u>Procedure 1.05:</u>    Time Sheets

<u>Date Issued</u>: 10/1/2015        <u>Supersedes</u>: 10/1/2012        <u>Approved by</u>: Rich Feczko

<u>Purpose:</u>

Utilize manual time sheets when there is NOT an electronic (EPAY, KRONOS, etc.) time keeping system in place. Time sheets are designed to track associate work hours as well as break/lunch times for payroll purposes.

<u>Procedure:</u>

1.  Prepare Time Sheet document for each associate to include:

    a.  Associate name

    b.  Associate number

    c.  Pay Period

    d.  Time Sheet is to be completed by associate when signing in for the day, signing out for lunch, back in after lunch, and after the shift is completed. In California, Associates must also document paid breaks on specific time sheet identified.

2.  Authorized Manager is to initial in the designated space on the document

3.  Associate signature is required to sign confirming he/she reviewed is agrees to the information provided on the document

4.  Authorized Manager is required to sign validating all information is correct and agreed to with hourly associate

5.  Time Sheets are to be maintained with weekly or bi-weekly payroll records and maintained for 8 years

6.  See attached approved Time Sheet documents

CMSG.272010-000163

CROTHALL HEALTHCARE, INC.

## BI-Weekly Time Sheet

| Employee Name: | | | Employee Number: | | | | | |
|---|---|---|---|---|---|---|---|---|
| Pay Per. End Date: | | | Charge To: | | | | | |

| | Date | Time In | Time Out | Time in | Time Out | Total Reg. Hrs. (Exclude Lunch) | Total O.T. Hrs | Mgr/Emp Daily Check Initials |
|---|---|---|---|---|---|---|---|---|
| Sunday | | | | | | | | |
| Monday | | | | | | | | |
| Tuesday | | | | | | | | |
| Wednesday | | | | | | | | |
| Thursday | | | | | | | | |
| Friday | | | | | | | | |
| Saturday | | | | | | | | |
| Total | Week 1 | | | | | | | |
| Sunday | | | | | | | | |
| Monday | | | | | | | | |
| Tuesday | | | | | | | | |
| Wednesday | | | | | | | | |
| Thursday | | | | | | | | |
| Friday | | | | | | | | |
| Saturday | | | | | | | | |
| Total | Week 2 | | | | | | | |
| Grand Total | | | | | | | | |

| Employee's Signature: | | | Date: | | |
|---|---|---|---|---|---|
| Manager's Signature: | | | Date: | | |

*Standard Operating Process Manual*

CMSG.272010-000164

CROTHALL HEALTHCARE, INC.

## CALIFORNIA BI-Weekly Time Sheet

**Employee Name:** 

**Employee Number:** 

**Pay Per. End Date:** 

**Charge To:** 

| | Date | Arrival Time | TIME REST BREAK STARTED | TIME REST BREAK ENDED | Clock out MEAL BREAK | Clock in MEAL BREAK | TIME REST BREAK STARTED | TIME REST BREAK ENDED | Departure Time | Total Reg. Hrs. (Exclude Meal BREAK unless less than 30 minutes) | MEAL CREDIT DUE? If less than 30 minute break or missed breaks - 1 hour for each missed up to a total of 3 hours. | Total O.T. Hrs Any over 8 per day | Mgr. Daily Check Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sunday | | | | | | | | | | | | | |
| Monday | | | | | | | | | | | | | |
| Tuesday | | | | | | | | | | | | | |
| Wednesday | | | | | | | | | | | | | |
| Thursday | | | | | | | | | | | | | |
| Friday | | | | | | | | | | | | | |
| Saturday | | | | | | | | | | | | | |
| Total | Week 1 | | | | | | | | | | | | |
| Sunday | | | | | | | | | | | | | |
| Monday | | | | | | | | | | | | | |
| Tuesday | | | | | | | | | | | | | |
| Wednesday | | | | | | | | | | | | | |
| Thursday | | | | | | | | | | | | | |
| Friday | | | | | | | | | | | | | |
| Saturday | | | | | | | | | | | | | |
| Total | Week 2 | | | | | | | | | | | | |
| **Grand Total** | | | | | | | | | | | | | |

**Employee's Signature:**      **Date:**

**Manager's Signature:**      **Date:**

*Standard Operating Process Manual*

CMSG.272010-000165

*CROTHALL HEALTHCARE, INC.*

**Procedure 1.06:**      Key & Pager Sign out Sheet

**Date Issued**: 10/1/2015        **Supersedes**: 8/1/2009          **Approved by**: Rich Feczko

**Purpose:**

Track and maintain usage records for keys and pagers to manage and have an accountable, distribution process.

**Procedure:**

7.      Associates must sign out keys and pagers at the immediate time of release

      a.      Recommended at the beginning of each shift.

8.      Associates must sign in keys and pagers at the immediate time of their return

      a.      Recommended at the end of each shift.

9.      Keys and Pagers are not to be transferred to another associate unless properly signed for.

10.      Reporting Manager must validate that keys and pagers have been returned properly by initialing appropriate column.

11.      Unauthorized use of keys and pagers may be subject to progressive action steps to include:

12.      Keys and pager documentation should be filed and maintained for no less than 3 years.

13.      See attached Keys/Pagers Sign Out form

*Standard Operating Process Manual*

CMSG.272010-000166

CROTHALL HEALTHCARE, INC.

| Position | Key # | Pager # | Name | Sign Out | | Sign In | |
|---|---|---|---|---|---|---|---|
| | | | | Signature | Time | Signature | Time |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

O1800  1/07

*Standard Operating Process Manual*

CMSG.272010-000167

*CROTHALL HEALTHCARE, INC.*

Procedure 1.07:    Paycheck Receipt

Date Issued: 10/1/2015        Supersedes: 8/1/2009        Approved by: Rich Feczko

Purpose:

To document and confirm each associates receipt of paychecks.

Procedure:

1.    Each associate must sign form validating receipt of paycheck

   a.    Names maybe pre-printed in the "Print Name" column

2.    Each associate must add the date of receipt as well.

3.    Reporting Manager or Administrative Assistant must validate each associate receipt by initialing in the appropriate column.

4.    In the event an associate designates someone to collect his/her paycheck, please contact your Human Resources Manager/Director for guidance.  This could include, but is not limited to, a family member, another associate, a friend, etc...

5.    Paycheck receipt documentation should be filed and maintained for no less than 3 years.

6.    See attached Paycheck Receipt form

*Standard Operating Process Manual*

CMSG.272010-000168

CROTHALL HEALTHCARE, INC.

| Pay Period Ending: | | | |
|---|---|---|---|
| Print Name | Signature | Date | Manager Initials |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

O1500  1/07

*Standard Operating Process Manual*

CMSG.272010-000169

*CROTHALL HEALTHCARE, INC.*

<u>Procedure 1.08:</u>    Restroom Cleaning Log

<u>Date Issued</u>: 10/1/2015    <u>Supersedes</u>: 8/1/2009    <u>Approved by</u>: Rich Feczko

<u>Purpose:</u>

To ensure public/designated restrooms are cleaned in accordance to the duty list and freshening schedule.

<u>Procedure:</u>

1.    Restroom log must be used when agreed to with client

    a.    Restroom log is optional when no agreement is prevalent

2.    Restroom logs to be posted in designated restrooms, public or otherwise specified.

3.    Restroom log to be posted at the beginning of each month.

4.    Restroom log cleaning times can be tailored to fit the expectation of each unit

5.    Restroom log cleaning should be validated by Reporting Manager on AM/PM Shift reports.

6.    Restroom logs documentation to be filed and maintained for no less than 3 years.

7.    See attached approved Restroom log

8.    If using Electronic Technology (WANDA System) use the automation accordingly

*Standard Operating Process Manual*

CMSG.272010-000170

*CROTHALL HEALTHCARE, INC.*

| Date: Month | 6am-8am Employee Initials | 9am-11am Employee Initials | 12pm-3pm Employee Initials | 3pm-5pm Employee Initials | 5pm-9pm Employee Initials | 10pm-5am Employee Initials |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |
| 25 | | | | | | |
| 26 | | | | | | |
| 27 | | | | | | |
| 28 | | | | | | |
| 29 | | | | | | |
| 30 | | | | | | |
| 31 | | | | | | |

*Standard Operating Process Manual*

CMSG.272010-000171

*CROTHALL HEALTHCARE, INC.*

<u>Procedure 3.01</u>:    Quality Inspections & High Touch Surface Focus

<u>Date Issued</u>: 10/1/2015    <u>Supersedes</u>: 2/1/2014    <u>Approved by</u>: Rich Feczko

<u>Purpose</u>:

To measure and trend overall cleaning quality including high touch patient area surfaces in a systematic manner

<u>Procedure</u>:

1.    Operations Manager

    a.    Conduct two (2) inspections per month with each managed hourly associate
    b.    Deficiencies should be followed up on within 24 hours
    c.    50% of the required QA's are to be conducted with the primary housekeeping associate in the area of inspection (unless MOB or NON Patient Area)
    d.    50% of the required QA's are to be conducted within an occupied patient room to gauge patient quality satisfaction (unless MOB or NON Patient Area) using High Profile Cleaning QA

2.    Assistant Director

    a.    Conduct two (2) inspections per Operations Manager per week
    b.    Inspections need to be initialed by Operations Manager and Assistant Director
    c.    Deficiencies should be followed up on within 24 hours
    d.    Maintain all record for a period of 90 days
    e.    50% of QA's with Operations Managers are to be completed within an occupied patient room using High Profile Cleaning QA

3.    Unit Manager/Resident Regional Manager

    a.    Conduct one (1) inspection with each Operations Manager per week
    b.    Accounts with only one (1) manager should conduct five (5) inspections per week
    c.    Inspections need to be initialed by Operations Manager and Unit Manager/Resident Regional Manager
    d.    Deficiencies should be followed up on within 24 hours
    e.    Maintain all record for a period of 90 days

4.    Inspection information should be reviewed by team during documented Bi-weekly Management meetings as well as during Joint Review Meetings

5.    Action plans should be created for deficiencies related to project work

6.    High touch surface outcomes to be reviewed and trended for management meetings and Joint Review meetings.  High touch surfaces to include and are embedded on Inspection form included:
    a.    Light switches
    b.    Sink faucets
    c.    Restroom door handle
    d.    Flusher handles
    e.    Bed rails
    f.    Bed side table
    g.    Shower hand rails
    h.    Telephone
    i.    Remote control

*CROTHALL HEALTHCARE, INC.*

       j.     Call buttons

7.    Inspection data should be reviewed and inputted daily to meet weekly guidelines and Company expectations

CMSG.272010-000196

CROTHALL HEALTHCARE, INC.



# EVS BATHROOM QA

## VERSION: 0

Site: _____     Inspection Date: _____

Building: _____     Employee/Interviewee _____

Room: _____     Interviewee Dept: _____

Unit: _____     Supervisor: _____

Supervisory Area: _____     General Comments: _____

Room Type: _____

| Items | | Comments |
|---|---|---|
| 1. Vents | SAT  UNSAT  NA | |
| 2. Mirrors clean | SAT  UNSAT  NA | |
| 3. Partition stalls clean | SAT  UNSAT  NA | |
| 4. Walls clean | SAT  UNSAT  NA | |
| 5. High Clean | SAT  UNSAT  NA | |
| 6. High dusting | SAT  UNSAT  NA | |
| 7. Low dusting | SAT  UNSAT  NA | |
| 8. Sink Clean-Top/Bottom | SAT  UNSAT  NA | |
| 9. Dispensers clean/filled | SAT  UNSAT  NA | |
| 10. Toilet bowl set clean | SAT  UNSAT  NA | |
| 11. Wastebasket clean/empty | SAT  UNSAT  NA | |
| 12. Floor clean of debris/spots | SAT  UNSAT  NA | |
| 13. Corners & Edges Clean | SAT  UNSAT  NA | |
| 14. Baseboards clean | SAT  UNSAT  NA | |
| 15. Doors, Jams & Kick Plates | SAT  UNSAT  NA | |
| 16. Shower area clean | SAT  UNSAT  NA | |
| 17. Proper protective equipment | SAT  UNSAT  NA | |
| 18. Wet floor signs | SAT  UNSAT  NA | |
| 19. Techniques | SAT  UNSAT  NA | |
| 20. Hospital codes | SAT  UNSAT  NA | |
| 21. Labeled bottles | SAT  UNSAT  NA | |
| 22. Additional Competency 1 (please enter competency in comments field) | SAT  UNSAT  NA | |
| 23. Additional Competency 2 (please enter competency in comments field) | SAT  UNSAT  NA | |
| 24. Additional Competency 3 (please enter competency in comments field) | SAT  UNSAT  NA | |

Comments: _____

_____

_____

_____

*Standard Operating Process Manual*

CMSG.272010-000197

*CROTHALL HEALTHCARE, INC.*

Procedure 3.02:    Customer Surveys

Date Issued: 10/1/2015    Supersedes: 8/1/2009    Approved by: Rich Feczko

Purpose:

To measure and trend customer feedback

Procedure:

1. Operations Manager

   a. Conduct two (2) survey rounds per week
   b. Deficiencies (equaling less than 80%) should be followed up on within 24 hours
   c. Customer surveys should include Department Operations Managers, Department Managers, Nursing Staff and Techs
   d. Customer surveys should be scheduled using a set calendar

2. Assistant Director

   a. Conduct two (2) survey rounds per week
   b. Deficiencies (equaling less than 80%) should be followed up on within 24 hours
   c. Customer surveys should include Directors, Department Heads and Administrator on Duty
   d. Customers surveys should be scheduled using a set calendar

3. Unit Manager/Resident Regional Manager

   a. Conduct one (1) survey round per week
   b. Deficiencies (equaling less than 80%) should be followed up on within 24 hours
   c. Customer surveys should include Vice President's, COO, CEO, Directors and Physicians.
   d. Stand alone managers should conduct 1 customer round per week

4. Survey information should be reviewed by team during documented Bi-weekly Management meetings

5. Action plans should be created for deficiencies related to project work

6. Inspection data should be reviewed and input weekly to meet Company guidelines

*Standard Operating Process Manual*

CMSG.272010-000198

CROTHALL HEALTHCARE, INC.



# EVS Customer Rounds

Site: _____      Inspection Date: _____

Building: _____      Interviewee: _____

Floor: _____      Interviewee Dept: _____

Room: _____      Supervisor: _____

Supervisory Area: _____      General Comment: _____

Room Type: _____

| Items | Comments |
|---|---|
| 1. Rate the cleanliness of your area. | |
| 5  4  3  2  1  NA | |
| 2. Rate the responsiveness of our staff to your requests. | |
| 5  4  3  2  1  NA | |
| 3. Rate the availability of restroom and patient area | |
| 5  4  3  2  1  NA | |

| Items | Comments |
|---|---|
| 1. Patient Room 1 (please enter room number | |
| 5  4  3  2  1  NA | |
| 2. Patient Room 2 | |
| 5  4  3  2  1  NA | |
| 3. Patient Room 3 | |
| 5  4  3  2  1  NA | |
| 4. Med Room | |
| 5  4  3  2  1  NA | |
| 5. Nurses Station | |
| 5  4  3  2  1  NA | |
| 6. Staff Lounge | |
| 5  4  3  2  1  NA | |
| 7. Staff Restroom | |
| 5  4  3  2  1  NA | |
| 8. Clean Utility Room | |
| 5  4  3  2  1  NA | |
| 9. Soiled Utility Room | |
| 5  4  3  2  1  NA | |
| 10. Family Waiting Room | |
| 5  4  3  2  1  NA | |
| 11. Family Waiting Room RR | |
| 5  4  3  2  1  NA | |
| 12. Corridors | |
| 5  4  3  2  1  NA | |
| 13. Computer Room | |
| 5  4  3  2  1  NA | |
| 14. Elevators | |
| 5  4  3  2  1  NA | |
| 15. Stairwells | |
| 5  4  3  2  1  NA | |

Comments: _____

_____

_____

*Standard Operating Process Manual*

CMSG.272010-000199

CROTHALL HEALTHCARE, INC.

**CUSTOMER ROUNDS SCHEDULE**

| UNIT | CONTACTS Name / Title | EXT | PERSON ASSIGNED | WEEKLY | BIWEEKLY | MONTHLY | DAY | TIME |
|---|---|---|---|---|---|---|---|---|
| 9th/8AB | Joe Smith | x4625 | Mary Jones | | X | | Monday | 8:00 AM |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

*Standard Operating Process Manual*

CMSG.272010-000200

*CROTHALL HEALTHCARE, INC.*

**Procedure 4.01:**    CHAT (Communication, Help and Training)

**Date Issued**: 10/1/2015        **Supersedes**:  10/1/2011        **Approved by:** Rich Feczko

**Purpose:**

Execute and provide training monthly in coordination with accreditation expectations to ensure associate awareness and competency.

**Procedure:**

1.    Obtain CHAT session materials.

Monthly a new CHAT session will be distributed via company email to each unit manager to all accounts that are registered.

 a.    The program consists of the following parts:  Manager CHAT, a Safety Article and Sign, a scripted CHAT session for delivery to the associates, PowerPoint slides, and any necessary supporting materials.

 b.    It is the responsibility of the unit manager to ensure that their site is registered to receive CHAT session notifications.

 c.    Obtain monthly CHAT materials, complete the following steps:
  1. Go to www.myCHATprogram.com
  2. Username: crothall  password: chat
  3. Click the "Access This Month's CHAT materials" radio button
  4. In the Operation No. field enter two zeros (00) in front of your house code number.
  5. Click on the Continue button.
  6. Enter the requested information and submit your request.

2.    Deliver Monthly CHAT session.

 a.    It is the responsibility of the unit manager to deliver the CHAT session using the provided materials.

 b.    All topics must be covered

 c.    Deviations may only be made as follows:

  (1)    Facility requires coverage of a topic that is not listed.

 d.    Review the CHAT calendar for a list of session topics, materials will be provided monthly for each topic.

3.    Record attendance using the CHAT Attendance Verification Sheet.

 a.    Associates in attendance must sign the Attendance Verification Sheet which is provided with each month's CHAT session documentation.
 b.    Resource documentation must be attached.
 c.    Form should be dated and will be pre-populated with the Session Title and Objective(s).
 d.    Hospital Name and Facilitator must be listed.

4.    Completed CHAT sessions should be filed in a binder labeled Training - CHAT.

*Standard Operating Process Manual*

CMSG.272010-000202

*CROTHALL HEALTHCARE, INC.*

5.    Register the CHAT session.  When each session is delivered it must be recorded by either calling 1-888-327-8266 or log on to the web site at www.myCHATprogram.com.

   a.    See the CHAT Registration instructions for more details.

CMSG.272010-000203

*CROTHALL HEALTHCARE, INC.*

# CHAT Registration Instructions

Each month after the CHAT session has occurred it must be registered to verify that the training has been delivered. The unit manager shall register the session either by phone or online, below are the instructions for each method.

| ONLINE | PHONE |
|---|---|
| **To Report A CHAT Session Online:** | **To Report A CHAT Session Via Phone:** |
| 1. Go to www.myCHATprogram.com | 1. Call the toll free CHAT line (1-888-327-8266) |
| 2. Type in the user name and password:<br><br>User Name: Crothall<br><br>Password: chat | 2. Enter **00** (two zeros) followed by your house code number. |
| 3. Enter **00** (two zeros) followed by your house code number. | 3. Enter a two digit month for the session being reported. EXAMPLE: 01 for January and 02 for February |
| 4. Record the date when the session was held. You can record CHAT sessions up to 12 months back. | 4. Enter the date that the session was held. EXAMPLE: 01/02/2009 for January 2, 2009. |
| 5. Rate the CHAT session. | 5. Enter an appropriate number to rate the quality of the CHAT session 0 1 being excellent through 4 being poor. |
| 6. Click 'submit'. The CHAT session will not be recorded without clicking 'submit'. | 6. Remain on the line until the automated system says "thank you". This verifies the automated system has captured all of the information entered. |

*Standard Operating Process Manual*

CMSG.272010-000204

*CROTHALL HEALTHCARE, INC.*

<u>Procedure 4.02</u>:   Annual Hourly Training

<u>Date Issued</u>: 10/1/2015      <u>Supersedes</u>: 8/31/2013      <u>Approved by</u>: Rich Feczko

<u>Purpose</u>:

Execute and review training aspects to ensure accreditation compliance, associate understanding and competency.

<u>Procedure</u>:

1. Training is mandatory for all hourly associates on an annual basis.

   a. Training should be scheduled during the associate's anniversary month.

2. Training should be conducted in both classroom and task observation settings.

3. Training should cover every task related to hourly associate responsibility.

4. Training should be executed by direct Manager or Training Manager.

5. All elements of training covered must be appropriately dated, initialed fully by both hourly associate and Manager and signed by both hourly associate and Manager.

6. Utilize competency quizzes in concert with training.

7. Training forms should be filed in Annual Hourly Training Binder in alphabetical order.

   a. The employee tracking dashboard can be used as an "at a glance" tool

8. See sample training form

   a. Per client request to use an alternate form, the following items must be included:

      • Topic

      • Facilitator Name and Signature

      • Date

      • Associate Name Printed

      • Associate Signature

*Standard Operating Process Manual*

CMSG.272010-000205

CROTHALL HEALTHCARE, INC.

## Annual Individual Training Record

**crothall** healthcare

**(Enter Facility Name Here)**

**Individual Training Record**

*Please initial and date the gray shaded areas, indicating you have been trained on the topics within that section.*

| NAME: | POSITION: |
|---|---|
| DATE OF HIRE: | CERTIFICATE DATE: |

| Infection Control | Date | Instructor Initials | Trainee Initials |
|---|---|---|---|
| Glove Usage/Hand Washing | | | |
| Standard/Universal Precautions | | | |
| Blood borne Pathogens | | | |
| Waste Handling | | | |
| Use of Germicide (time, change water, no drying) | | | |

| General Cleaning | Date | Instructor Initials | Trainee Initials |
|---|---|---|---|
| Cart Set-Up | Damp Mopping | | |
| End-of-Day Clean-Up | Dust Mopping | | |
| Rest Room Cleaning | Vacuuming and Vacuum Care | | |
| High Profile Cleaning | Carpet Shampooing | | |
| Isolation Room Cleaning | Carpet Extraction | | |
| Surgical Area Cleaning | Carpet Spotting | | |
| Critical Area Cleaning | Daily equipment maintenance | | |
| Proper Patient Room Layout | Buffing/Burnishing | | |
| Proper Stainless Steel Cleaning | Strip/Finish | | |
| Green & Sustainability Program | Top Scrub/Recoat | | |
| Picture Perfect | | | |

| Safety | Date | Instructor Initials | Trainee Initials |
|---|---|---|---|
| Incident Reporting | Back Safety (lifting, ways to protect, etc.) | | |
| Chemical Safety (label, PPE, mixing, etc.) | Sharps Containers (cleaning/changing) | | |
| Haz Comm/Right-to-Know/MSDS (GHS) | Needle stick Prevention | | |
| Fire Safety and Plan | Radiation Safety | | |
| Hospital Codes | HIPPA | | |
| Disaster Plan | Age Specific Competencies | | |
| Electrical Safety | Sexual Harassment | | |
| Slips and Falls | Ladder safety | | |
| OSHA Standards | Lock-Out -Tag | | |
| MRI Training | N95 Mask | | |

| Pateint Experince | Date | Instructor Initials | Trainee Initials |
|---|---|---|---|
| Visual Cues of Clean | | | |
| Scripting Eye Contact, Voice Projection & Smile (E.V.S.) | | | |

| Trainer/Facilitator Signature: | | Date: |
|---|---|---|
| I have been trained in all of the above topics. Trainee Signature: | | Date: |

Use this space to document any exceptions to the above training curriculum.

CROTHALL HEALTHCARE, INC.

## EMPLOYEE TRACKING DASHBOARD

| | Employee | New Hire Orientation | Annual Mandatory Training Complete | Monthly In-Service | Annual Competencies | Jan CHAT | Feb CHAT | Mar CHAT | Apr CHAT | May CHAT | Jun CHAT | July CHAT | Aug CHAT | Sept CHAT | Nov CHAT | Dec CHAT | Annual Review Due | Annual Review Complete |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | | | | |

Revised  08/10

*Standard Operating Process Manual*

CMSG.272010-000207

*CROTHALL HEALTHCARE, INC.*

<u>Procedure 4.03:</u>    New Hire Orientation Hourly Training

<u>Date Issued</u>: 10/1/2015      <u>Supersedes</u>: 8/15/2012      <u>Approved by</u>: Rich Feczko

<u>Purpose</u>:

Execute and review new hire orientation training for all new associates to ensure Accreditation compliance, associate understanding and competency.

<u>Procedure</u>:

1. At least three (3) days of initial training is mandatory for all hourly associates.

   a. Training should be conducted immediately upon start date.

   b. Trainee should attend facility orientation program at earliest scheduled time.

2. Training should be conducted in both classroom and task observation settings.

3. Training should cover every task related to hourly associate responsibility.

4. Training should be executed by direct Manager or Training Manager.

5. All elements of training covered should be appropriately dated, initialed fully by both hourly associate and Manager and signed by both hourly associate and Manager.

6. Utilize competency reviews in concert with training.

7. Training forms should be filed in New Hire Orientation Hourly Training Binder in alphabetical order.

8. See sample training form

CROTHALL SERVICES GROUP

## New Hire Training Associate Record

crothall
healthcare

*Please initial and date the gray shaded areas, indicating you have been trained on the topics within that section.*

| Name: | | Location/Position | | |
|---|---|---|---|---|
| Date of Hire: | | Shift: | | |

| Day 1 Agenda | Date | Instructor Initials | Trainee Initials |
|---|---|---|---|
| **Orientation** | | | |
| Hospital Orientation Completed | | | |
| Mission Statement | | | |
| Associate Handbook | | | |

| Policies | | Date | Instructor Initials | Trainee Initials |
|---|---|---|---|---|
| Sign-in/Sign-out | Parking | | | |
| Break Times | Pay Day | | | |
| Uniform/ID | Days On/Off | | | |
| Grooming | Job Description | | | |
| Attendance Policies | Human Resources | | | |
| Corrective Action | Benefits | | | |
| Phone Usage | Equipment Sign Out | | | |
| Ethics/Patient Privacy | Tour of Facility & Introductions | | | |
| Confidentiality | | | | |

| Safety | | Date | Instructor Initials | Trainee Initials |
|---|---|---|---|---|
| Blood borne Pathogens | Electrical Equipment Safety | | | |
| Needle Stick Prevention | Fire Safety | | | |
| VRE / MRSA | Hospital Codes | | | |
| TB | Disaster Plan | | | |
| Standard Precautions | Back Safety | | | |
| Hand Washing | Falls, Trips and Slips | | | |
| Waste Handling | Incident Reporting | | | |
| Hazcom / Right to Know / MSDS (GHS) | Chemical Usage | | | |

| Review Quizzes | Date | Instructor Initials | Trainee Initials |
|---|---|---|---|
| Preview High Profile Cleaning | | | |
| Preview Cleaning Cart Setup | | | |

| Day 2 Agenda | | Date | Instructor Initials | Trainee Initials |
|---|---|---|---|---|
| **Operations** | | | | |
| High Profile Cleaning | Picture Perfect Program | | | |
| Cleaning Cart Setup | Diversey videos | | | |
| Chemical Usage (Hands On) | Equipment Introduction | | | |
| Patient Experience Eye Contact, Voice Projection, Smile | | | | |
| Surgical Area Cleaning | | | | |
| Critical Area Cleaning | | | | |

| Green & Sustainability Program | | Date | Instructor Initials | Trainee Initials |
|---|---|---|---|---|
| Green Chemical Usage | Green Carpet Care | | | |
| Green Equipment Usage | Recycling | | | |
| Microfiber Usage | Green Processes | | | |
| Green Hard Floor Care | | | | |

*Standard Operating Process Manual*

CROTHALL SERVICES GROUP

| Hands On Training With Sharps | Date | Instructor Initials | Trainee Initials |
|---|---|---|---|
| VRE / MRSA | Blood borne Pathogens | | |
| TB | Standard Precautions | | |
| Needle Stick Prevention | Waste Handling | | |
| Cart Set Up | | | |
| **Day 3 Agenda** | Date | Instructor Initials | Trainee Initials |
| Recap/Hands On Training | | | |
| Review Day 1 and Day 2 | Floor Care (If Applicable) | | |
| Equipment Training | Hands on Patient Room Cleaning | | |

| | | |
|---|---|---|
| Trainer/Facilitator Signature: | | Date: |
| I have been trained in all of the above topics.  Trainee Signature: | | Date: |
| *Use this space to document any exceptions to the above training curriculum.* | | |

*Revised:  8/2014*

*Standard Operating Process Manual*

CMSG.272010-000210

*CROTHALL SERVICES GROUP*

<u>Procedure 4.04</u>:     Weekly Minder Training

<u>Date Issued</u>: 10/1/2015        <u>Supersedes</u>: 10/1/2011        <u>Approved by</u>: Rich Feczko

<u>Purpose</u>:

Execute and review weekly minder training as a reminder for company processes and procedures and to ensure Accreditation compliance, associate understanding and competency.

<u>Procedure</u>:

1.     Training topics of the week should be posted in central department location(s).

2.     Training should be executed weekly (Monday) in small group settings.

3.     Training is mandatory for all hourly associates.

4.     All training should be documented accordingly and field in a binder labeled weekly minders.  A single copy of the weekly minders should be attached to the sign-off sheet.

5.     Training should follow Weekly Minder schedule.

    a.     Any trends should so be utilized in addition to scheduled weekly minder.

6.     See Weekly Minders Schedule.

7.     See sample training form.

*CROTHALL SERVICES GROUP*

## Weekly Minder Schedule

| | | | |
|---|---|---|---|
| Week 1 | Stainless Steel Cleaning | Week 27 | Vanity Cleaning |
| Week 2 | Wall Washing | Week 28 | Stretchers, IV Poles & Wheelchairs |
| Week 3 | High Dusting | Week 29 | Vent Cleaning |
| Week 4 | Storage & Care of Cart | Week 30 | Baseboard Cleaning |
| Week 5 | Glass Cleaning | Week 31 | Hopper Cleaning |
| Week 6 | Dust Mopping | Week 32 | Carpet Bonnet Buffing |
| Week 7 | Damp Mopping | Week 33 | Removal of Soiled Linen |
| Week 8 | Carpet spotting | Week 34 | Four Elements of Cleaning |
| Week 9 | Regular Waste Removal | Week 35 | Waste Receptacle Cleaning |
| Week 10 | Ceiling Cleaning | Week 36 | Personal Appearance |
| Week 11 | Vacuuming | Week 37 | Proper Use of Germicidal Solution |
| Week 12 | Upholstery Spotting | Week 38 | Hand Washing |
| Week 13 | Over-Bed Table Cleaning | Week 39 | Blood Spills |
| Week 14 | 10 Step Cleaning | Week 40 | Over Bed Light Cleaning |
| Week 15 | Public Restroom Cleaning | Week 41 | Telephone Cleaning |
| Week 16 | Bed Cleaning | Week 42 | Television Cleaning |
| Week 17 | Damp Dusting/Sanitizing | Week 43 | Toilet Cleaning |
| Week 18 | Picture Frame Cleaning | Week 44 | Shower Cleaning |
| Week 19 | Utility Closet | Week 45 | Sharps Containers |
| Week 20 | Kickplate Cleaning | Week 46 | Walk Off Mat Cleaning & Placement |
| Week 21 | Soap Dispensers | Week 47 | Freshening Lobby & Waiting Area |
| Week 22 | Counter Top Cleaning | Week 48 | Daily Elevator Cleaning |
| Week 23 | Cabinet Cleaning | Week 49 | Stairwell Cleaning |
| Week 24 | Water Fountain Cleaning | Week 50 | Daily Entrance Cleaning |
| Week 25 | Cubicle Curtains | Week 51 | Daily Lobby & Waiting Area Cleaning |
| Week 26 | Spot Cleaning Walls | Week 52 | 10 Step Cleaning |

*Standard Operating Process Manual*

CMSG.272010-000212

CROTHALL SERVICES GROUP

## Weekly Minder

| Duty | Name | Signature | Date |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Weekly Minder:

Safety Minder:

Week Ending Date:

Trainer/Facilitator Signature:

Revised: 08/2012

Standard Operating Process Manual

CMSG.272010-000213

*CROTHALL HEALTHCARE, INC.*

**Procedure 4.05**:    Great Employee Make Magic (GEM2)

**Date Issued**:  10/1/2015        **Supersedes**: 10/1/2013        **Approved by**:  Rich Feczko

**Purpose**:

To provide a standard recognition and reward process for <u>Full Service Hourly Associates</u> by way of meeting/exceeding key performance indicators and specific performance measurements.

**Procedure**:

1. Key Performance Indicators – to be measured for each full service hourly associate on a monthly or quarterly basis (see #2 for frequency)

    a. Attendance

        i. Established on site and aligned with the Hourly Associate Handbook standards (OR) CBA where applicable

    b. Customer Service

        i. Aligned with Patient Experience and Customer Survey outcomes to include but not limited to HCAHP's, Survey comments, etc.

    c. Quality

        i. Aligned with Team Coach quality inspection standards and rounds results

    d. Core Values

        i. Hourly Associates to demonstrate and perform to the Company expectations and core values inclusive of Integrity, Collaboration, Accountability, Professional Development, Leadership.

2. Recognition awards for one hourly associate with the highest measureable performance of four criteria and based on number of hourly employees:

    a. 0 – 9 Hourly Associates       No award program

    b. 10 – 50 Hourly Associates     Quarterly (1 award)

    c. 51 – 150 Hourly Associates   Monthly (1 award)

    d. 151 – 300 Hourly Associates Monthly (2 awards)

    e. 300 + Hourly Associates Monthly (3 awards)

-(Continued)-

*Standard Operating Process Manual*

CMSG.272010-000215

*CROTHALL HEALTHCARE, INC.*

3. Award values redeemable at the company's on-line Award Zone.

    a. Monthly/Quarterly Award(s)   $50.00     "Gem of the Month"

    b. Annual Eligibility       $250.00    "Account Gem of the Year"

    c. Regional Eligibility      $500.00    "Regional Gem of the Year"

    d. Divisional Eligibility    $1000.00   "Divisional Gem of the Year"

4. Recognition to be expedited in the following manner by the indicated managers

    a. GEM of the Month      Recognition at monthly meeting (Unit Manager)

    b. Account GEM of the Year   Recognition at account annual award meeting (Unit Manager)

    c. Regional GEM of the Year   Recognition at annual regional meeting (Regional Manager)

    d. Divisional GEM of the Year   Recognition at annual award ceremony (DVP, President)

5. Recognition to include posting of name and photo on GEM$^2$ plaque, to be displayed in place of pride

    a. GEM of the Month

    b. Account GEM of the Year

CMSG.272010-000216

*CROTHALL HEALTHCARE, INC.*

**Procedure 5.04**:   Mission and Values

**Date Issued**: 10/1/2015      **Supersedes**: 8/1/2009      **Approved by**: Rich Feczko

**Purpose**:

To help JRC participants understand Crothall's and the hospital's mission and values.

**Procedure**:

1.   Clearly state the mission and values of the Department, Hospital and Crothall.

2.   Crothall's Mission:

   a.   In the markets we serve, we will be recognized as the premier provider of the best quality, customer focused support services.

3.   Crothall's Values:

   a.   **Integrity.** A commitment to forthright, honest communication in all of our encounters

   b.   **Collaboration.** An unyielding commitment to consistent team work in order to achieve collective goals.

   c.   **Accountability.** As a company and as individuals we accept full responsibility for our actions and the associated outcomes.

   d.   **Professional Development.** Providing the right tools, training and support for professional growth.

   e.   **Leadership.** Display the passion to exceed expectations in all that we do by embracing diversity and providing continued growth opportunities, resulting in top quality service for our customer.

4.   Hospital's mission and values

5.   All of Crothall's services should be subtly noted on each page of JRC report

CMSG.272010-000224

*CROTHALL HEALTHCARE, INC.*

Procedure 5.09:    Quality Assurance

Date Issued: 10/1/2015    Supersedes: 8/1/2009    Approved by: Rich Feczko

Purpose:

To demonstrate Crothall's commitment to continuous quality improvement.

Procedure:

1.    Describe Crothall's TeamCoach system and QA methods utilized to assess quality on a daily basis.

  a.    Use real time TeamCoach data – QA Inspections (Bathroom, Office, Patient, Public) with specific number completed.

    (1)    Be sure to include committee member specific data as an appendix. In most cases your customers will want to know "what's happening in my area?"

  b.    Include the last 4 quarters of data; trending data is essential.
  c.    Use QA charts and graphs.
  d.    Use Patient Satisfaction charts and graphs.
  e.    Use Customer Satisfaction charts and graphs.
  f.    If applicable, include Environmental Rounds with your Customers, include graphs.
  g.    Include bed turnaround data, if applicable.

2.    Include Third Party Patient Satisfaction scores (if applicable)

  a.    Use the most recent data and include 4 quarters
  b.    Use graphs – trending is essential.
  c.    Identify specific action plans in place to improve any patient satisfaction low scoring areas.
  d.    Be sure to communicate that "the reports are posted and shared with our EVS staff" so that they can see the results and the progress they are making.

CMSG.272010-000229

*CROTHALL HEALTHCARE, INC.*

Procedure 5.10:    Employee/Associate Corner

Date Issued: 10/1/2015        Supersedes: 8/1/2009        Approved by: Rich Feczko

Purpose:

To demonstrate Crothall manager's relationship with and commitment to hourly associates.

Procedure:

1.    Crothall's success is measured in many different ways, but none could be achievable without the ladies and gentlemen on the "front line". Don't let an opportunity pass by to "brag about these folks" to your Customer Committee.

2.    Many of our Hourly Employees/Associates (unit specific) are long term, dedicated individuals that have worked side by side with your committee members.

3.    Show your pride in them by creating a small Employee/Associate Corner.

CMSG.272010-000230

*CROTHALL HEALTHCARE, INC*

17. Have extra chairs available for members of the tour who may wish to sit down in the area or with the Management Team.
18. The tour should be timed and followed in accordance to pre-planned tour route.

## Procedural

19. All Crothall software (including all Team Coach modules) should be used correctly at the site. This includes:
20. Display use of Team Coach, Team Fin and Patient Experience protocols

## Training/Appearance - Management

21. All Management should wear business-professional clothing.
22. Management should not chew gum or eat during the tour. Water or other beverages may be permitted if they are stored inconspicuously away from the workstation.
23. Proper phone etiquette, including answering the phone correctly (with their name and the department), addressing the caller politely, and avoiding agitation when faced with a difficult customer.
24. All Management should be knowledgeable about their job and should feel comfortable answering questions that may be posed to them by the tour participants.
25. Review of Dashboard information for tracking trend of volume and KPI including Patient Experience, Quality, etc...

## Training/Appearance – Housekeepers

26. All Housekeepers should wear the standard-issue Crothall or hospital uniform. No exceptions should be noted and employees should be easily recognizable as Housekeepers. The uniform should include proper footwear, nail length, and hair style. If an employee has a need to wear additional or different clothing (an undershirt, turtleneck, sweater/jacket, or maternity clothing), these items should also fit with the standard uniform policy.
27. Housekeepers should perform their duties according to Crothall's transport policies and procedures, including, but not limited to:
28. Proper patient greeting and etiquette
29. Appropriate use of PPE
30. Compliance with all mandates such as patient privacy, age specific competencies and HIPAA regulations.
31. No Housekeeper should consume any food or beverage outside of the cafeteria or designated employee break room.
32. Housekeepers should be pleasant and happy but should not engage in excessive socializing with other transporters or hospital employees.
33. Housekeepers should be aware of the tour's presence and should be able to answer any questions about their job if asked by a member of the tour.

## Manager Qualification

34. Any manager involved in a tour (either in their own site or when visiting another site with a tour) should feel extremely comfortable explaining all aspects of their operation, including:
35. Use of the TeamChimes suite
36. General EVS, Green Methods and Infection Prevention techniques
37. Specific policies and procedures
38. Reports and how they are used by management and the hospital.

*Standard Operating Process Manual*

*CROTHALL HEALTHCARE, INC.*

<u>Procedure 9.01</u>:     Janitorial Supplies

<u>Date Issued</u>:  10/1/2015     <u>Supersedes</u>:  10/2/2013     <u>Approved by</u>: Rich Feczko

<u>Purpose</u>:

To ensure that units purchasing through the Compass Group system utilize the standard approved products.

<u>Procedure</u>:

1.     Review and select standard supplies in from Jan San
        (See MyCompass, Purchasing for Jan San Requisition)

        <u>Sample Approved Vendors (See MyCompass, Purchasing for vendor list)</u>:
        a.     Diversey (Chemicals)
        b.     Georgia-Pacific (Paper)
        c.     Rubbermaid (Microfiber)
        d.     Continental (Glit; Wilen, Continental)
        e.     Berry (Plastics)
        f.     3M (Floor Equipment Pads)
        g.     GoJo (Hand Soap)
        h.     Clorox (Chemicals)

2.     Go to https://store.netsupplyonline.com/ to order through NetSupply.

3.     Create PO in NetSupply. It will automatically send to distributor. For products outside standard list (JanSan Requisition), submit written request with explanation attached to Requisition Form: to sus-purchasing@compass-usa.com.

        a.     See Form Attached

4.     Urgent temporary deviations outside of the preferred vendor list must be approved by Regional Manager; Regional Vice – President and Purchasing Director or Manager.

        a.     See Form Attached

        b.     Products Committee will review new products quarterly

              (1)     Recommendations for temporary to permanent status will be reviewed quarterly for approval

              (2)     Will count as non compliance until reviewed and approved

Note:  The approved vendors in the above procedures are subject to change as new contracts are initiated and new items are added to NetSupply for your use.

CMSG.272010-000284

*CROTHALL HEALTHCARE, INC.*

**COMPASS** GROUP

1500 Liberty Ridge Drive, Suite 210
Wayne, PA 19087
800-447-4476, Option 5

### Requisition Form          Sector:

**Submit to: purchasing@crothall.com**

| | | | |
|---|---|---|---|
| Unit Name | | Requestor | |
| Ship to Address | | House Code | |
| Ship to City, State, Zip | | Date | |
| Vendor | | Charge to Period | |
| Street Address | | Unit Phone No. | |
| Vendor City, State, Zip | | Fax No. | |
| Vendor Contact | | Email address | |
| Vendor Phone No. | | Reqst Delivery Date | |
| Vendor Fax No. | | | |
| Vendor Email Address | | Reason for Request | |

Requisition Type (check one)

☐ Special Supply Req-request products outside of the standards within the preferred vendor list

☐ Off Contract/Non-Std Sup Req-request products outside of standards outside of preferred vendor list

s

**Urgency (check one)**      **Life Span (check one)**

☐ Urgent    ☐ Not Urgent    ☐ Permanent    ☐ Temporary

| Item Number | Order Quantity | Unit of Measure | G/L Acct. # | Description 1 | Description 2 | Mfg. | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | $0.00 | $0.00 |
| | | | | | | | $0.00 | $0.00 |
| | | | | | | | $0.00 | $0.00 |
| | | | | | | | $0.00 | $0.00 |
| | | | | | | | $0.00 | $0.00 |
| | | | | | | | $0.00 | $0.00 |
| | | | | | | | $0.00 | $0.00 |
| | | | | | | | $0.00 | $0.00 |
| | | | | | | | $0.00 | $0.00 |
| | | | | | | | $0.00 | $0.00 |
| | | | | | | | $0.00 | $0.00 |
| | | | | | | | $0.00 | $0.00 |
| | | | | | | | $5.00 | $0.00 |
| | | | | | | | $0.00 | $0.00 |
| | | | | | | | $0.00 | $0.00 |
| | | | | | | | $0.00 | $0.00 |
| | | | | | | | $0.00 | $0.00 |
| | | | | | | | $0.00 | $0.00 |
| | | | | | | | $0.00 | $0.00 |
| | | | | | | | $0.00 | $0.00 |
| | | | | | | | $0.00 | $0.00 |
| | | | | | | | $0.00 | $0.00 |
| | | | | | | | $0.00 | $0.00 |
| | | | | | | | $0.00 | $0.00 |

**Approvals:**                Date:

Requestor Signature:

Reg Mgr Signature:

Reg VP Signature:

| Purchasing Use Only | | Subtotal | $0.00 |
|---|---|---|---|
| | | Tax % | 0% |
| | | Tax $ | $0.00 |
| **Submit to: sus-purchasing@compass-usa.com** | | Total | $0.00 |

CMSG.272010-000285

*CROTHALL HEALTHCARE, INC.*

<u>Procedure 9.02</u>:     Equipment

<u>Date Issued</u>:   10/1/2015     <u>Supersedes</u>:   10/02/2013     <u>Approved by</u>: Rich Feczko

<u>Purpose</u>:

To ensure that units purchasing through the Compass Group system utilize the mandated, approved equipment.

<u>Procedure</u>:

1.  Review Purchasing Web Site for approved vendor and pricing list. www.CompassGroup.com; MyCompass, Purchasing

    <u>Sample Approved Vendors (see MyCrothall, Purchasing for vendor list)</u>:
    a.   NilFisk Advance
    b.   Tennant
    c.   Continental (i.e. tilt trucks, carts, etc.)-Ordered through Distributor
    d.   Royce Rolls
    e.   Rubbermaid-Ordered through Distributor

2.  Complete capital requisition form

    a.   See Form Attached

3.  For products outside standard list, but within preferred vendor list, submit written request with explanation and signed Capital Requisition Form to sus-purchasing@compass-usa.com.

    a.   See Form Attached

4.  For non-urgent products outside standard list and outside preferred vendor list, submit written request with explanation and signed Capital Requisition Form to sus-purchasing@compass-usa.com.

    a.   See Form Attached

5.  Urgent temporary deviations outside of the preferred vendor list must be approved by Regional Manager; Regional Vice – President and Purchasing Director or Manager.

    a.   See Form Attached

6.  Products Committee will review new products quarterly

    a.   Recommendations for temporary to permanent status will be reviewed quarterly for approval.

CMSG.272010-000286

CROTHALL HEALTHCARE, INC.

**COMPASS**

1500 Liberty Ridge Road, suite 210

Wayne, PA 19087

800-447-4476, Option 5

| Equipment/Capital Requisition | Sector: |
|---|---|

Instructions: Complete ALL fields of this form. Provide supporting documentation such as contract, quote, etc. If assistance is required in determining equipment pricing, contact Purchasing. No capital should be expended or committed until appropriate approvals are received. Capital requisitions may not be used for equipment repairs and maintenance (Contact your accountant if you have questions.). Allow sufficient time for approval as all approval signatures are required for processing. Approved capital requisitions along with ALL supporting documentation should be forwarded to Purchasing. Purchasing will Issue a Purchase Order as a commitment of the transaction and a copy will be emailed to the requestor as confirmation. Please allow up to 72 hours to receive confirmation. Note: Capital Requisitions for Direct Reimbursement by the client only requires the Unit Manager and Regional Manager approval.

| Unit Name | | Requestor | |
| Ship to Address | | Home Code | |
| Ship to City, State, Zip | | Date | |
| Vendor | | Charge to Period | |
| Street Address | | Unit Phone No. | |
| Vendor City, State, Zip | | Fax No. | |
| Vendor Contact | | Email address | |
| Vendor Phone No. | | Reqst Delivery Date | |
| Vendor Email Address | | Reason | |

| Funding (check one) | | Type of business (check one) | | Budgeting (check one) | |
|---|---|---|---|---|---|
| ☐ Capital | | ☐ New Business | ☐ New Construction | ☐ Budgeted | |
| ☐ Direct Reimbursement | | ☐ Existing Business | | ☐ Unbudgeted | |

| Item Number | Order Quantity | Unit of Measure | G/L Acct # | Description | Mfg. | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| | | | 1515 | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |

| Approvals: | Print Name | Signature | Date | Subtotal | $0.00 |
|---|---|---|---|---|---|
| Regional Manager | | | | Tax % | 0% |
| | | | | Tax $ | $0.00 |
| Division/Regional VP | | | | Freight | |
| | | | | Total | $0.00 |
| Division President | | | | Enter Budget Below | |
| VP Information Resources (IT Equipment Purchases) | | | | | |
| Chief Financial Officer: | Don Cath | | | Variance: | |
| Chief Executive Officer: | Beth. Kush | | | $0.00 | |

Signature Authority: ALL CAPITAL REQUISITIONS >$50,000 REQUIRE CEO SIGNATURE; CEO APPROVAL REQUIRED AS DESIGNATED BY CFO.

Submit to: sus-purchasing@compass-usa.com

CMSG.272010-000287

*CROTHALL HEALTHCARE, INC.*

<u>Procedure 9.03</u>:    Inventory

<u>Date Issued</u>:    10/1/2015    <u>Supersedes</u>:    10/2/2013    <u>Approved by</u>: Rich Feczko

<u>Purpose</u>:

To ensure and confirm all ordered products are received and in good condition as well as transported and properly placed in main supply storage area.

<u>Procedure</u>:

1.    Order is delivered to site.

    a.    Use TeamFin order form and delivery slip to confirm contents of shipment

    b.    If items are missing, contact the Vendor and Compass Group Purchasing Department if necessary.

    c.    Track back order items for delivery or substitutions

2.    Transport supply/equipment contents to main supply storage area

3.    Unload supplies and store in compliance with OSHA, TJC (The Joint Commission) and regulatory agencies

    a.    Store hazardous chemicals in accordance with OSHA (State and Federal) regulations

    b.    Follow OSHA and TJC guidelines on proper storing of supplies

        (1)    Height general
        (2)    Height near sprinkler heads

4.    Track order and receipt of supply forms in a file folder or binder for no less than one year.

**NOTE:** Project/Bucket Set-Up, Maid Cart and the Microfiber System-Maid Cart cost breakdown documentation is attached of ruse in the semi-annual inventory reconciliation.

CMSG.272010-000288

*Crothall Healthcare, Inc.*

# Crothall Services Group

## Inventory Costs - as of April, 2012

| Item | Quantity Per Bucket | Cost Per Item | Cost Per Bucket |
|---|---|---|---|
| **Cost Breakdown Project/Bucket Set-Up** | | | |
| 60" Wet Mop Handles | 1 | $6.26 | $6.26 |
| 48" Dust Mop Frame | 1 | 5.69 | 5.69 |
| 4" Project Scraper | 1 | 8.95 | 8.95 |
| Toy Broom | 1 | 5.06 | 5.06 |
| Lobby Dust Pan | 1 | 11.51 | 11.51 |
| Wet Floor Signs | 3 | 14.80 | 44.40 |
| Floor Pads | 2 | 0.74 | 1.49 |
| General Purpose Cleaner | 1 | 6.76 | 6.76 |
| Spray Buff | 1 | 12.47 | 12.47 |
| Spray Bottle | 2 | 0.38 | 0.76 |
| Trigger Sprayer | 2 | 0.44 | 0.88 |
| Large Mops | 3 | 19.24 | 57.72 |
| Large Dust Mops | 2 | 7.99 | 15.98 |
| **Total** | | | **$177.92** |

CMSG.272010-000289

*Crothall Healthcare, Inc.*

| Maid Carts | | | |
|---|---|---|---|
| **Item** | **Quantity Per Bucket** | **Cost Per Item** | **Cost Per Bucket** |
| 5 Quart Pail | 1 | 2.49 | $2.49 |
| Caddy | 1 | 12.81 | $12.81 |
| Bowl Caddy | 1 | 5.00 | $5.00 |
| Bowl Brushes | 1 | 1.75 | $1.75 |
| Medium Mops | 6 | 6.01 | $36.06 |
| 54" Wet Mop Handle | 1 | 11.09 | $11.09 |
| 54" High Dust Handle | 1 | 2.43 | $2.43 |
| High Dust Mitt | 6 | 3.45 | $20.70 |
| High Dust Tool | 1 | 9.58 | $9.58 |
| Dust Mop Handles | 1 | 7.73 | $7.73 |
| Dust Mop Frames | 1 | 3.18 | $3.18 |
| Dust Mop | 6 | 11.48 | $68.88 |
| Scraper | 1 | 8.95 | $8.95 |
| Dust Pans | 1 | 1.78 | $1.78 |
| Radiator Brush | 1 | 2.66 | $2.66 |
| Wet Floor Signs | 2 | 14.80 | $29.60 |
| Goggles | 1 | 1.85 | $1.85 |
| Germicide | 1 | 15.06 | $15.06 |
| Glass Cleaner | 1 | 2.54 | $2.54 |
| General Purpose Cleaner | 1 | 3.95 | $3.95 |
| Bathroom Cleaner | 1 | 1.23 | $1.23 |
| Cream Cleanser | 1 | 2.59 | $2.59 |
| Bowl Cleaner | 1 | 1.46 | $1.46 |
| Spray Bottle 24 oz | 4 | 0.36 | $1.44 |
| Spray Bottle 32 oz | 4 | 0.38 | $1.52 |
| Trigger Sprayers | 4 | 0.44 | $1.76 |
| **Total** | | | **$258.08** |

*Crothall Healthcare, Inc.*

| Cost Breakdown Microfiber System - Maid Carts | | | |
|---|---|---|---|
| Item | Quantity Per Bucket | Cost Per Item | Cost Per Bucket |
| Ergoworx Sys-5 Touchless microfiber cleaning system | 1 | 77.52 | 77.52 |
| Handle 60" Brushed Microfiber Aluminum | 1 | 6.26 | 6.26 |
| 20" Super Pro II microfiber refill | 10 | 4.56 | 46.50 |
| Microfiber Frame 20" | 1 | 11.21 | 11.21 |
| Microfiber laundry bag | 2 | 9.29 | 18.58 |
| Microfiber cleaning clothes | 15 | 0.48 | 7.20 |
| Mop Microfiber Contractor 20" Blue Flat Mop | 15 | 4.65 | 69.75 |
| Net laundry 24"x 36" 12/cs | 1 | 8.39 | 8.39 |
| Cloth Dust Microfiber SupremoGreen General Purpose | 15 | 0.81 | 12.15 |
| 5 Quart Pail | 1 | 2.19 | 2.19 |
| Caddy | 1 | 11.41 | 11.41 |
| Caddy Toilet Bowl White | 1 | 3.53 | 3.53 |
| Bowl Brushes | 1 | 1.75 | 1.75 |
| High Dust Mitt | 6 | 3.45 | 20.70 |
| High Dust Tool | 1 | 9.58 | 9.58 |
| Scraper | 1 | 8.95 | 8.95 |
| Radiator Brush | 1 | 2.66 | 2.66 |
| Wet Floor Signs | 2 | 14.80 | 29.60 |
| Goggles | 1 | 1.85 | 1.85 |
| Germicide | 1 | 60.22 | 60.22 |
| Glass Cleaner | 1 | 2.54 | 2.54 |
| General Purpose Cleaner | 1 | 3.95 | 3.95 |
| Bathroom Cleaner | 1 | 1.23 | 1.23 |
| Cream Cleanser | 1 | 2.59 | 2.59 |
| Bowl Cleaner | 1 | 1.46 | 1.46 |
| Spray Bottle 24 oz | 1 | 0.36 | 0.36 |
| Spray Bottle 32 oz | 1 | 0.38 | 0.38 |
| Trigger Sprayers | 1 | 0.44 | 0.44 |
| Total | | | 422.95 |

*Crothall Healthcare, Inc.*

# SAFETY/RISK MANAGEMENT

Section reviewed for procedures compliance.

Regional
Manager: _____       Date: _____

Account Director: _____       Date: _____

Account Name: _____       Account: _____

*Fax signed form each year to your Divisional Executive Assistant.

*Standard Operating Process Manual*

CMSG.272010-000292

*CROTHALL HEALTHCARE, INC.*

<u>Policy 10.11:</u> General Liability Reporting Process

<u>Date Issued:</u> 10/1/2015    <u>Supersedes:</u>  10/1/2013    <u>Approved by:</u> Rich Feczko

<u>Purpose:</u>

To provide management instruction on properly reporting General Liability claims

<u>Procedure:</u>

When a non-employee (i.e. visitor, patient, customer, etc.) is injured at one of our facilities we must report it immediately to our insurance carrier.  There are a variety of reasons this could occur:  employee failed to follow procedures; faulty equipment; employee negligence, etc.  Here are the steps to follow to report a General Liability incident:

a. <u>General Liability Claim Report</u> – Obtain all necessary information pertaining to the injury by completing the GL Claim Report.  **The claim report can be found on the Intranet Safety Page.**  The completed report stays on site in a secured location.  The other party does not receive a copy of the completed report unless we receive a subpoena.  Prior to releasing any information, contact the Compass Support Services General Liability Risk Manager.

a. <u>Report claim to insurance carrier</u> – Report claim immediately to the reporting hotline at **1-866-678-1774**.  This is the same number used for reporting Workers' Compensation injuries.

b. <u>Notify Compass Support Services General Liability Risk Manager</u> – If the injury is serious or you have questions pertaining to the general liability process, please contact the Compass Risk Management Department whose contact information can be found on the Safety portal.

<u>Policy 10.12:</u> OSHA

*Standard Operating Process Manual*

CMSG.272010-000305

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DAISY REYES,

                              Plaintiff,

- against -

CROTHALL HEALTHCARE, INC.,

                              Defendant.

# PLAINTIFF'S OPPOSITION TO SUMMARY JUDGMENT MOTION AND SUPPORTING PAPERS AND EXHIBITS

**ANDREW J. WIGLER, ESQ.**
*Attorney for* Plaintiff-Ex-Husband
98 Cutter Mill Road
Suite 486South
Great Neck, New York 11021
(516) 466-4767

## NOTICE OF ENTRY:

Sir:    Please take notice that the within is a true copy of an Order dated        , 2018, and having been duly entered in the office of the clerk of the within named Court on        2018.

                              **ANDREW J. WIGLER, ESQ.**
                              98 Cutter Mill Road
                              Suite 486South
                              Great Neck, New York 11021
                              (516) 466-4767

## ACKNOWLEDGMENT OF IN-HAND SERVICE:

In-Hand Service of the within document is hereby acknowledged by the undersigned, on this _____ day of May 2018, at _____ am/pm.

                              _____

                              By:
                              **Attorney For Defendant-Ex-Wife**