UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

DAISY REYES,

      Plaintiff,

  -against-

CROTHALL HEALTHCARE, INC.

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Index No.: 1:17-cv-01003(KAM) (VMS)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
         ) ss:
COUNTY OF NASSAU   )

  DIANA BECKER, being duly sworn, deposes and says:

  I am not a party to this action, am over 18 years of age and reside in the County of Nassau in the State of New York; and

  On the June 12, 2018, I caused a true and correct copy of **DEFENDANT'S RESPONSE TO PLAINTIFF'S COUNTER-STATEMENT OF UNDISPUTED MATERIAL FACTS AND CROTHALL HEALTHCARE, INC.'S REPLY TO PLAINTIFF'S OPPOSITION TO THEIR MOTION FOR SUMMARY JUDGMENT** by electronic mail upon:

Nancy D. Wigler, Esq.
98 Cutter Mill Road, Suite 486S
Great Neck, New York 11021
Tel: (516) 466-4767
greatnecknancy@aol.com
*Attorneys for Plaintiff*

Sworn to before me this
_____ day of June, 2018

_____
Notary Public

DIANA BECKER

LINDA KLEMBALLA
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01KL6130742, SUFFOLK COUNTY
TERM EXPIRES JULY 18, 2021